**FILED**

OCT 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIRGINIA DUNCAN; PATRICK LOVETTE; DAVID MARGUGLIO; CHRISTOPHER WADDELL; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>        Defendant-Appellant. | No. 23-55805<br><br>D.C. No. 3:17-cv-01017-BEN-JLB Southern District of California, San Diego<br><br>ORDER |

Before: MURGUIA, Chief Judge, and S.R. THOMAS, GRABER, WARDLAW, PAEZ, BERZON, IKUTA, HURWITZ, R. NELSON, BUMATAY and VANDYKE, Circuit Judges.

The parties shall adhere to the Time Schedule Order (Doc. 1) issued on September 25, 2023.

In addition to addressing the merits, the parties shall address whether the en banc panel that heard and determined appeal No. 19-55376 has statutory authority under 28 U.S.C. § 46(c) to decide this appeal, including: (1) when a case or controversy in the courts of appeals may be heard and determined, or reheard and determined, by the en banc court rather than by a three-judge panel; and (2) when senior judges may participate in an en banc decision.

En banc oral argument will take place during the week of March 18, 2024, in San Francisco, California.  The date and time will be determined by separate order.