No. 23-55805

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
_____

VIRGINIA DUNCAN, ET AL.,

*Plaintiffs and Appellees*,

v.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

*Defendant and Appellant*.
_____

**On Appeal from the United States District Court
for the Southern District of California**
No. 3:17-cv-01017-BEN-JLB
The Honorable Roger T. Benitez, Judge
_____

**APPELLANT'S EXCERPTS OF RECORD
VOLUME 5 of 17**
_____

ROB BONTA
*Attorney General of California*
MICHAEL J. MONGAN
*Solicitor General*
HELEN H. HONG
*Principal Deputy Solicitor General*
THOMAS S. PATTERSON
*Senior Assistant Attorney General*

MICA L. MOORE
*Deputy Solicitor General*
R. MATTHEW WISE
*Supervising Deputy Attorney General*
ROBERT L. MEYERHOFF
KEVIN J. KELLY
JOHN D. ECHEVERRIA
*Deputy Attorneys General*

CALIFORNIA DEPARTMENT OF JUSTICE
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6138
Mica.Moore@doj.ca.gov
*Attorneys for Defendant and Appellant*

November 21, 2023

1  C.D. Michel – SBN 144258
   Sean A. Brady – SBN 262007
2  Anna M. Barvir – SBN 268728
   Matthew D. Cubeiro – SBN 291519
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: (562) 216-4444
5  Facsimile: (562) 216-4445
   Email: abarvir@michellawyers.com
6
7  Attorneys for Plaintiffs

8         IN THE UNITED STATES DISTRICT COURT

9       FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | VIRGINIA DUNCAN, et al.,              | Case No:  17-cv-1017-BEN-JLB
11 |                        Plaintiffs,    | **DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF; EXHIBITS 23-31 OF 41**
12 |             v.
13 | XAVIER BECERRA, in his official capacity as Attorney General of the State of California,
14 |
15 |                        Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

ER_864

**DECLARATION OF ANNA M. BARVIR**

1.      I am an attorney at the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action. I am licensed to practice law before the United States District Court for the Southern District of California. I am also admitted to practice before the Eastern, Central, and Northern Districts of California, the courts of the state of California, the Supreme Court of the United States, and the D.C., Fourth, Ninth, and Tenth Circuit Courts of Appeals. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2.      On October 6, 2017, Defendant served Plaintiffs with the Expert Report of Dr. Christopher S. Koper. A true and correct copy of Dr. Koper's expert report, without the appendices attached, is attached hereto as **Exhibit 23**.

3.      On November 3, 2017, Defendant served Plaintiffs with the Expert Rebuttal Report of John J. Donohue. A true and correct copy of Donohue's expert report is attached hereto as **Exhibit 24**.

4.      A true and correct copy of the Wikipedia page for "Magazine (firearms)", https://en.wikipedia.org/wiki/Magazine_(firearms) (last visited Mar. 1, 2018) is attached as **Exhibit 25.**

5.      A true and correct copy of pages 33-36 from *NRA Guide to the Basics of Pistol Shooting* (2d ed. 2009) is attached as **Exhibit 26.**

6.      A true and correct copy of pages 22-36 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) is attached as **Exhibit 27.**

7.      A true and correct copy of pages 95-99 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) is attached as **Exhibit 28.**

8.      A true and correct copy of Rick Hacker, *Magazine Disconnect*, Am. Rifleman (Sept. 11, 2015) is attached as **Exhibit 29.**

9.      A true and correct copy of various pages from *Gun Digest* 2017 (71st ed. 2016), which identify the magazine capacities for a variety of handguns and rifles, is

1  attached as **Exhibit 30.**

2       10.    True and correct copies of pages from the current websites of various

3  firearm manufacturers advertising firearms for self-defense purposes, and the

4  specifications demonstrating these firearms have a magazine capacity exceeding ten

5  rounds, are attached as **Exhibit 31**. *See* Staccato CS, Staccato 2011,

6  https://staccato2011.com/handguns-2/staccato-cs/ (last visited Nov. 30, 2022)

7  (marketed as best used for concealed carry and home defense and equipped standard

8  with a 16 round magazine); G19, Glock, https://eu.glock.com/en/products/pistols/g19

9  (last visited Nov. 30, 2022) (marketed as ideal for "concealed carry purpose" and

10  equipped standard with a 15-round magazine); CZ P-07, CZ-USA, https://cz-

11  usa.com/wp-content/uploads/2022/06/9996-CZ-2022-CatalogDIGITAL_6-15-

12  22.pdf (last visited Nov. 30, 2022) (marketed as a concealed carry personal defense

13  firearm equipped with a 15 round magazine); CZ P10F, CZ-USA, https://cz-

14  usa.com/product/cz-p-10-f/ (last visited Nov. 30, 2022) (equipped with a 19 round

15  magazine); Ruger® SR9®, Ruger,

16  https://www.ruger.com/products/security9/specSheets/3825.html (last visited Nov. 30,

17  2022) (equipped with a 15 round standard magazine)

18       11.    A true and correct copy of pages 73-97 from *The Complete Book of*

19  *Autopistols: 2013 Buyer's Guide* (2013) is attached as **Exhibit 32**. These pages

20  identify various models of handguns for sale to the public that come standard with

21  magazines greater than ten rounds.

22       12.    A true and correct copy of Robert A. Sadowski, *The Evolution of Glock*

23  *Pistols*, Handguns Buyer's Guide Mag. (Nov. 25, 2015), *available at*

24  https://www.personaldefenseworld.com/2015/11/the-evolution-of-glock-pistols/ is

25  attached as **Exhibit 33.**

26       13.    A true and correct copy of pages 87 and 89-90 of Massad Ayoob, *The*

27  *Complete Book of Handguns* (2013) is attached as **Exhibit 34.**

28       14.    A true and correct copy of pages 183-87 *NRA Guide to the Basics of*

DECLARATION OF ANNA M. BARVIR

1    *Personal Protection in the Home* (1st ed. 2000) is attached as **Exhibit 35.**

2        15.    A true and correct copy of Robert Spitzer, *Gun Law History in the United*

3    *States and Second Amendment Rights*, 80 L & Contemp. Problems 55 (2017) is

4    attached as **Exhibit 36.**

5        16.    A true and correct copy of David B. Kopel, *The Legal History of Ban on*

6    *Firearms and Bowie Knives Before 1900*, The Volokh Conspiracy (Nov. 20, 2022),

7    https://reason.com/volokh/2022/11/20/the-legal-history-of-bans-on-firearms-and-

8    bowie-knives-before-1900/?post_type=volokh-post&utm_medium=email (last

9    accessed Nov. 29, 2022) is attached as **Exhibit 37.**

10       17.    A true and correct copy of David B. Kopel, *Bowie Knife Statutes 1837-*

11   *1899*, The Volokh Conspiracy (Nov. 20, 2022),

12   https://reason.com/volokh/2022/11/20/bowie-knife-statutes-1837-1899/ (last accessed

13   Nov. 29, 2022) is attached as **Exhibit 38.**

14       18.    A true and correct copy of David B. Kopel, *The History of Firearm*

15   *Magazines and Magazine Prohibitions*, 78 Alb. L. Rev. 849 (2015) is attached as

16   **Exhibit 39.**

17       19.    On October 6, 2017, Defendants served Plaintiffs with the Expert Report

18   of Dr. Christopher S. Koper. Attached to Dr. Koper's expert report was a copy of

19   Christopher S. Koper, Daniel J. Woods & Jeffrey A. Roth, *An Updated Assessment of*

20   *the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence,*

21   *1994-2003* (Nat'l Instit. J. 2004). A true and correct copy of *An Updated Assessment*

22   *of the Federal Assault Weapons Ban*, as appended to Professor Koper's expert report,

23   is attached hereto as **Exhibit 40.**

24       20.    A true and correct copy of David B. Kopel, *What Should America Do*

25   *About Gun Violence?*, Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong.

26   at 11 (2013), *available at* https://www.judiciary.senate.gov/imo/media/doc/1-30-

27   13KopelTestimony.pdf  (last visited Nov. 29, 2022) is attached as **Exhibit 41**.

28   / / /

---

4

DECLARATION OF ANNA M. BARVIR

17cv1017

1       I declare under penalty of perjury that the foregoing is true and correct.

2  Executed within the United States on December 1, 2022.

3

4                                      Anna M. Barvir

5                                      Declarant

5

DECLARATION OF ANNA M. BARVIR

**EXHIBITS**
**TABLE OF CONTENTS**

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 23 | Expert Report of Dr. Christopher S. Koper | 000001 |
| 24 | Expert Rebuttal Report of John J. Donohue | 000029 |
| 25 | Wikipedia page for "Magazine (firearms)", https://en.wikipedia.org/wiki/Magazine_(firearms) | 000068 |
| 26 | Pages 33-36 of *NRA Guide to the Basics of Pistol Shooting* (2d ed. 2009) | 000085 |
| 27 | Pages 22-36 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) | 000091 |
| 28 | Pages 95-99 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) | 000109 |
| 29 | Rick Hacker, *Magazine Disconnect*, Am. Rifleman (Sept. 11, 2015) | 000117 |
| 30 | Pages 369-74, 377-78, 380-87, 391, 395-96, 398-99, 401-07, 409-11, 413-14, 438-47, and 454 from *Gun Digest* 2017 (Jerry Lee ed., 71st ed. 2016) | 000121 |
| 31 | Pages from websites of firearm manufacturers advertising firearms | 000168 |
| 32 | Pages 73-97 of *The Complete Book of Autopistols: 2013 Buyer's Guide* (2013) | 000201 |
| 33 | Robert A. Sadowski, *The Evolution of Glock Pistols*, *Pistols*, Handguns Buyer's Guide Mag. (Nov. 25, 2015) | 000227 |
| 34 | Pages 87 and 89-90 of Massad Ayoob, *The Complete Book of Handguns* (2013) | 000238 |

| 35 | Pages 183-87 *NRA Guide to the Basics of Personal Protection in the Home* (1st ed. 2000) | 000243 |
| 36 | Robert Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 L & Contemp. Problems 55 (2017) | 000249 |
| 37 | David B. Kopel, *The Legal History of Ban on Firearms and Bowie Knives Before 1900*, The Volokh Conspiracy (Nov. 20, 2022), (https://reason.com/volokh/2022/11/20/the-legal-history-of-bans-on-firearms-and-bowie-knives-before-1900/?post_type=volokh-post&utm_medium=email) | 000279 |
| 38 | David B. Kopel, *Bowie Knife Statutes 1837-1899*, The Volokh Conspiracy (Nov. 20, 2022), (https://reason.com/volokh/2022/11/20/bowie-knife-statutes-1837-1899/) | 000289 |
| 39 | David B. Kopel, *The History of Firearm Magazines and Magazine Prohibitions*, 78 Albany L. Rev. 849 | 000305 |
| 40 | Christopher S. Koper, Daniel J. Woods & Jeffrey A. Roth, *An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003* (Nat'l Instit. J. 2004) | 000346 |
| 41 | David B. Kopel, *What Should America Do About Gun Violence?*, Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong. at 11 (2013), (https://www.judiciary.senate.gov/imo/media/doc/1-30-13KopelTestimony.pdf) | 000383 |

7
EXHIBITS TABLE OF CONTENTS

17cv1017

**ER_870**

# EXHIBIT 23

1   XAVIER BECERRA
    Attorney General of California
2   TAMAR PACHTER
    Supervising Deputy Attorney General
3   NELSON R. RICHARDS
    ANTHONY P. O'BRIEN
4   Deputy Attorneys General
    ALEXANDRA ROBERT GORDON
5   Deputy Attorney General
    State Bar No. 207650
6     455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5509
    Fax: (415) 703-5480
8   E-mail:
    Alexandra.RobertGordon@doj.ca.gov
9   *Attorneys for Defendant*
    *Attorney General Xavier Becerra*

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15   **VIRGINIA DUNCAN, et al.,**          17-cv-1017-BEN-JLB

16                          Plaintiffs,

17                                         **EXPERT REPORT OF**
        v.                                 **DR. CHRISTOPHER S. KOPER**
18

19   **XAVIER BECERRA, in his official**   Judge:  Hon. Roger T. Benitez
     **capacity as Attorney General of the**   Action Filed:  May 17, 2017
20   **State of California, et al.,**

21                          Defendants.

22

23

24

25

26

27

28

        EXPERT REPORT OF DR. CHRISTOPHER S. KOPER  (17-cv-1017-BEN-JLB)



# EXPERT REPORT OF DR. CHRISTOPHER S. KOPER

## I.   ASSIGNMENT

I was retained by counsel for Defendant California Attorney General Xavier Becerra for the purpose of preparing an expert report on the potential efficacy of California's new ban on possession of large capacity ammunition magazines.

## II.   QUALIFICATIONS AND BACKGROUND

I am an Associate Professor for the Department of Criminology, Law and Society at George Mason University, in Fairfax, Virginia and the principal fellow of George Mason's Center for Evidence-Based Crime Policy. I have been studying firearms issues since 1994. My primary areas of focus are firearms policy and policing issues. My credentials, experience, and background are stated in my curriculum vitae, a true and correct copy of which is attached as Exhibit A.

In 1997, my colleague Jeffrey Roth and I conducted a study on the impact of Title XI, Subtitle A of the Violent Crime Control and Law Enforcement Act of 1994 (hereinafter the "federal assault weapons ban" or the "federal ban"), for the United States Department of Justice and the United States Congress.[1] I updated the original 1997 study in 2004[2] and briefly revisited the issue again by re-examining my 2004 report in 2013.[3] To my knowledge, these are the most comprehensive studies to have examined the efficacy of the federal ban on assault weapons and ammunition feeding devices holding more than ten rounds of ammunition

---

[1] Jeffrey A. Roth & Christopher S. Koper, *Impact Evaluation of the Public Safety and Recreational Firearms Use Protection Act of 1994: Final Report* (1997), attached hereto as Exhibit B (hereinafter, "*Impact Evaluation*").

[2] Christopher S. Koper, *An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003* (2004), attached hereto as Exhibit C (hereinafter, "*Updated Assessment of the Federal Assault Weapons Ban*").

[3] Christopher S. Koper, *America's Experience with the Federal Assault Weapons Ban, 1994- 2004: Key Findings and Implications*, ch. 12, 157-171, in Reducing Gun Violence in America: Informing Policy with Evidence (Daniel S. Webster & Jon S. Vernick eds. 2013), attached hereto as Exhibit D (hereinafter "*America's Experience with the Federal Assault Weapons Ban*").

1

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1   (hereinafter referred to as "large-capacity magazines" or "LCMs").[4]  My 1997

2   study was based on limited data, especially with regard to the criminal use of large-

3   capacity magazines.  As a result, my conclusions on the impact of the federal ban

4   are most accurately and completely set forth in my 2004 and 2013 reports.

5       This report summarizes some of the key findings of those studies regarding the

6   federal ban and its impact on crime prevention and public safety.  I also discuss the

7   results of a new research study I directed that investigated current levels of criminal

8   activity with high capacity semiautomatic weapons as measured in several local and

9   national data sources.[5]  Based upon my findings, I then provide some opinions on

10  the potential impact and efficacy of prohibitions and restrictions on large-capacity

11  magazines, like those contained in California Penal Code section 32310

12  (hereinafter, "Section 32310").

13      As discussed below, it is my considered opinion that California's LCM ban

14  has the potential to prevent and limit shootings, particularly those involving high

15  numbers of shots and victims, and thus is likely to advance California's interests in

16  protecting its populace from the dangers of such shootings.

17  **III.  RETENTION AND COMPENSATION**

18      I am being compensated for my time on this case on an hourly basis at a rate

19  of $150 per hour.  My compensation is not contingent on the results of my analysis

20  or the substance of my testimony.

21

22  [4] As discussed below, there have been some additional academic and non-academic studies that have examined more limited aspects of the ban's effects.

23  [5] Christopher S. Koper et al., *Criminal Use of Assault Weapons and High Capacity*

24  *Semiautomatic Firearms: An Updated Examination of Local and National Sources*, Journal of Urban Health (October 2, 2017) DOI 10.1007/s11524-017-0205-7,

25  *available at* http://em.rdcu.be/wf/click?upn=KP7O1RED-2BlD0F9LDqGVeSCt PCwMbqH-2BMWBUHgPpsN5I-3D_aLASUIDI3T0TZ55mA5wcKyxiF1pNAQ-

26  2FS0QcxHHbBP65v2wnicdu8DEAbXOHNYJipa4WGEmYqVQvkFcdtrFEsYjZA uWYuv7oZRi5azzY-2B5kRSTavg1BTwrdRnUNdQZVTcHVKQjHpPzJRCNju

27  QtSjVJuN-2F-2BNTasWPxQOVBf1pq1NLGA3TvS1NOwbCbQHSILbi3GA hoVkr0iwOIrRLgL8INPZXWLjKU6PJ-2F84jalWCxLaJiY74BdpLrwOkfJQ3Cvy-

28  2F04YQt1UhIlsfJNdtP7DBeGw-3D-3D (last visited Oct. 5, 2017).

2

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

 

## IV.  BASES FOR OPINION AND MATERIAL COVERED

The opinions I provide in this expert report are based solely on the findings of the materials cited in the footnotes and text, as well as the materials attached as exhibits to this report.

## V.  OPINION

### A.  Summary of Findings

Based on my research, I found, among other things, that assault pistols are used disproportionately in crime in general, and that assault weapons more broadly were disproportionately used in murder and other serious crimes in some jurisdictions for which there was data.  I also found that assault weapons and other firearms with large capacity magazines are used in a higher share of mass public shootings and killings of law enforcement officers.

The evidence also suggests that gun attacks with semiautomatics—especially assault weapons and other guns equipped with large capacity magazines—tend to result in more shots fired, more persons wounded, and more wounds per victim, than do gun attacks with other firearms.  There is evidence that victims who receive more than one gunshot wound are substantially more likely to die than victims who receive only one wound.  Thus, it appears that crimes committed with these weapons are likely to result in more injuries, and more lethal injuries, than crimes committed with other firearms.

In addition, there is some evidence to suggest that assault weapons are more attractive to criminals, due to the weapons' military-style features and particularly large magazines.  Based on these and other findings in my studies discussed below, it is my considered opinion that California's recently enacted ban on large capacity magazines, which is in some ways stronger than the federal ban that I studied, is likely to advance California's interest in protecting public safety.  Specifically, it has the potential to: (1) reduce the number of crimes committed with firearms with large capacity magazines; (2) reduce the number of shots fired in gun crimes; (3)

3

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1   reduce the number of gunshot victims in such crimes; (4) reduce the number of

2   wounds per gunshot victim; (5) reduce the lethality of gunshot injuries when they

3   do occur; and (6) reduce the substantial societal costs that flow from shootings.

4   **B.   Criminal Uses and Dangers of Large-Capacity Magazines**

5       Large-capacity magazines allow semiautomatic weapons to fire more than 10

6   rounds without the need for a shooter to reload the weapon.[6]  Large-capacity

7   magazines come in a variety of sizes, including but not limited to 17-round

8   magazines, 25- or 30-round magazines, and drums with the capacity to accept up to

9   100 rounds.

10      The ability to accept a detachable magazine, including a large-capacity

11  magazine, is a common feature of guns typically defined as assault weapons.[7]  In

12  addition, LCMs are frequently used with guns that fall outside of the definition of

13  an assault weapon.

14      LCMs are particularly dangerous because they facilitate the rapid firing of

15  high numbers of rounds.  This increased firing capacity thereby potentially

16  increases injuries and deaths from gun violence.  *See* Updated Assessment of the

17  Federal Assault Weapons Ban at 97 (noting that "studies ... suggest that attacks

18  with semiautomatics—including [assault weapons] and other semiautomatics with

19  LCMs—result in more shots fired, persons wounded, and wounds per victim than

20  do other gun attacks").

21

22  [6] A semiautomatic weapon is a gun that fires one bullet for each pull of the trigger and, after each round of ammunition is fired, automatically loads the next round and

23  cocks itself for the next shot, thereby permitting a faster rate of fire relative to non-automatic firearms.  Semiautomatics are not to be confused with fully automatic

24  weapons (*i.e.*, machine guns), which fire continuously so long as the trigger is depressed.  Fully automatic weapons have been illegal to own in the United States

25  without a federal permit since 1934.  *See Updated Assessment of the Federal Assault Weapons Ban*, at 4 n.1.

26  [7] Although the precise definition used by various federal, state, and local statutes has varied, the term "assault weapons" generally includes semiautomatic pistols,

27  rifles, and shotguns with military features conducive to military and potential criminal applications but unnecessary in shooting sports or for self-defense.

28

4

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

 

1      As such, semiautomatics equipped with LCMs have frequently been employed
2   in highly publicized mass shootings, and are disproportionately used in the murders
3   of law enforcement officers, crimes for which weapons with greater firepower
4   would seem particularly useful. *See Updated Assessment of the Federal Assault*
5   *Weapons Ban* at 14-19, 87.
6      During the 1980s and early 1990s, semiautomatic firearms equipped with
7   LCMs were involved in a number of highly publicized mass murder incidents that
8   first raised public concerns and fears about the accessibility of high powered,
9   military-style weaponry and other guns capable of discharging high numbers of
10  rounds in a short period of time. For example:

- On July 18, 1984, James Huberty killed 21 persons and wounded 19 others in a San Ysidro, California McDonald's restaurant, using an Uzi carbine, a shotgun, and another semiautomatic handgun, and equipped with a 25-round LCM;

- On January 17, 1989, Patrick Purdy used a civilian version of the AK-47 military rifle and a 75-round LCM to open fire in a Stockton, California schoolyard, killing five children and wounding 29 other persons;

- On September 14, 1989, Joseph Wesbecker, armed with an AK-47 rifle, two MAC-11 handguns, a number of other firearms, and multiple 30-round magazines, killed seven and wounded 15 people at his former workplace in Louisville, Kentucky;

- On October 16, 1991, George Hennard, armed with two semiautomatic handguns with LCMs (and reportedly a supply of extra LCMs), killed 22 people and wounded another 23 in Killeen, Texas;

- On July 1, 1993, Gian Luigi Ferri, armed with two Intratec TEC-DC9 assault pistols and 40- to 50-round magazines, killed nine and wounded six at the law offices of Pettit & Martin in San Francisco, California; and

- On December 7, 1993, Colin Ferguson, armed with a handgun and multiple LCMs, opened fire on commuters on a Long Island Rail Road train, killing 6 and wounding 19.

5

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

 

*See Updated Assessment of the Federal Assault Weapons Ban* at 14.[8]

More recently, in the years since the expiration of the federal ban in 2004, there has been another well-publicized series of mass shooting incidents involving previously banned assault weapons and/or LCMs.  Some of the more notorious of these incidents include:

- On April 16, 2007, Seung-Hui Cho, armed with a handgun and multiple LCMs, killed 33 (including himself) and wounded 23 on the campus of Virginia Tech in Blacksburg, Virginia;

- On January 8, 2011, Jared Loughner, armed with a handgun and multiple LCMs, killed 6 and wounded 13, including Congresswoman Gabrielle Giffords, in Tucson, Arizona;

- On July 20, 2012, James Holmes, armed with a Smith & Wesson M&P l5 assault rifle, 100-round LCMs, and other firearms, killed 12 and wounded 58 in a movie theater in Aurora, Colorado;

- On December 14, 2012, Adam Lanza, armed with a Bushmaster AR-15-style assault rifle, two handguns, and multiple LCMs, killed 26 (20 of whom were young children) and wounded 2 at Sandy Hook Elementary School in Newtown, Connecticut;

- On December 2, 2015, Syed Rizwan Farook and Tashfeen Malik, armed with 2 AR-15 style rifles, semiautomatic handguns, and LCMs, killed 14 and injured 21 at a workplace party in San Bernardino, California; and

---

[8] Additional details regarding these incidents were obtained from: Violence Policy Center, *Mass Shootings in the United States Involving High-Capacity Ammunition Magazines, available at* http://www.vpc.org/fact_sht/VPCshootinglist.pdf (hereinafter, "Violence Policy Center Report"); Mark Follman, Gavin Aronsen & Deanna Pan, *US Mass Shootings, 1982-2012: Data from Mother Jones' Investigation,* updated Feb. 27, 2013, *available at* http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data (hereinafter, "Follman, Aronsen & Pan 2013"); and Mark Follman, Gavin Aronsen & Jaeah Lee, *More Than Half of Mass Shooters Used Assault Weapons and High-Capacity Magazines,* Feb. 27, 2013, *available at* http://www.motherjones.com/politics/2013/02/assault-weapons-highcapacity-magazines-mass-shootings-feinstein (hereinafter, "Pollman, Aronsen & Lee 2013").

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

000008
ER_878

- On June 12, 2016, Omar Mateen, armed with a Sig Sauer MCX rifle, a Glock 17 semiautomatic handgun, and LCMs, killed 49 and injured 53 in a nightclub in Orlando, Florida.[9]

There is evidence to suggest that the particularly large ammunition capacities of assault weapons, along with their military-style features, are more attractive to criminals than lawful users. *See Updated Assessment of the Federal Assault Weapons Ban* at 17-18. The available evidence also suggests that large-capacity magazines, along with assault weapons, pose particular dangers by their large and disproportionate involvement in two aspects of crime and violence: mass shootings and murders of police. *See Updated Assessment of the Federal Assault Weapons Ban* at 14- 19, 87.

With respect to mass shootings, the available evidence before the federal assault weapons ban was enacted in 1994 and after its expiration in 2004 both support this conclusion. Prior to the federal ban, assault weapons or other semiautomatics with LCMs were involved in 6, or 40%, of 15 mass shooting incidents occurring between 1984 and 1993 in which 6 or more persons were killed or a total of 12 or more were wounded. *See Updated Assessment of the Federal Assault Weapons Ban* at 14.[10]

More recently, a *Mother Jones* media investigation and compilation of 62 public mass shooting incidents that involved the death of four or more people, over the period 1982-2012, showed that, of the cases where magazine capacity could be determined, 31 of 36 cases, or 86%, involved a large-capacity magazine. Including

---

[9] For details on these incidents, see Marc Follman et al., *US Mass Shootings, 1982-2017: Data from Mother Jones' Investigation*, Mother Jones (June 14, 2017) *available at* http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data/.

[10] These figures are based on tabulations conducted by my research team and me using data reported in Gary Kleck, *Targeting Guns: Firearms and Their Control* (1997) at 124-26.

7

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1  all cases, including those where magazine capacity could not be determined, exactly
2  half of the cases (31 of 62) are known to have involved an LCM.[11]
3      LCMs, because they can be and are used both with assault weapons and guns
4  that fall outside the definition of an assault weapon, appear to present even greater
5  dangers to crime and violence than assault weapons alone.
6      Prior to the federal assault weapons ban, for example, guns with LCMs were
7  used in roughly 13-26% of most gun crimes (as opposed to somewhere between
8  about 1% and 8% for assault weapons alone).  *See Updated Assessment of the*
9  *Federal Assault Weapons Ban* at 15, 18-19; *see also America's Experience with the*
10 *Federal Assault Weapons Ban* at 161-62.  More recent data discussed below
11 suggest that guns with LCMs now represent an even higher share of guns used in
12 crime.
13     It also appears that guns with LCMs have been used disproportionately in
14 murders of police. Specifically, data from prior to the federal ban indicated that
15 LCMs were used in 31% to 41% of gun murders of police in contrast to their use in
16 13-26% of gun crimes overall.  *See Updated Assessment of the Federal Assault*
17 *Weapons Ban* at 18; *see also America's Experience with the Federal Assault*
18 *Weapons Ban* at 162.  More recent data discussed below also show a similar pattern
19 of guns with LCMs being more common among weapons used in gun murders of
20 police.
21     In addition, the available evidence suggests that gun attacks with
22 semiautomatics—including both assault weapons and guns equipped with LCMs—
23 tend to result in more shots fired, more persons wounded, and more wounds
24 inflicted per victim than do attacks with other firearms.  *See Updated Assessment of*

---

[11] This investigation and compilation of data on mass shootings was done by reporters at *Mother Jones* magazine.  *See* Follman, Aronsen & Pan 2013; *see also* Follman Aronsen & Lee 2013; Mark Follman, Gavin Aronsen & Deanna Pan, *A Guide to Mass Shootings in America* (updated Feb. 27, 2013), *available at* http://www.motherjones.com/politics/2012/07/mass-shootings-map.

8

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1    *the Federal Assault Weapons Ban* at 97; *see also America's Experience with the*

2    *Federal Assault Weapons Ban* at 166-67.

3           For example, in mass shooting incidents that resulted in at least 6 deaths or at

4    least 12 total gunshot victims from 1984 through 1993, offenders who clearly

5    possessed assault weapons or other semiautomatics with LCMs wounded or killed

6    an average of 29 victims in comparison to an average of 13 victims wounded or

7    killed by other offenders.  *See Updated Assessment of the Federal Assault Weapons*

8    *Ban* at 85-86; *see also America's Experience with the Federal Assault Weapons*

9    *Ban* at 167.

10          Working under my direction, Luke Dillon, a graduate student at George

11   Mason University, recently analyzed the *Mother Jones* data from 1982 through

12   2012 for his Master's thesis, and compared the number of deaths and fatalities of

13   the 62 mass shootings identified therein to determine how the presence of assault

14   weapons and LCMs impacted the outcome.[12]  With respect to LCMs, Mr. Dillon

15   compared cases where an LCM was known to have been used (or at least possessed

16   by the shooter) against cases where either an LCM was not used or not known to

17   have been used.  He found that the LCM cases (which included assault weapons)

18   had significantly higher numbers of fatalities and casualties:  an average of 10.19

19   fatalities in LCM cases compared to 6.35 fatalities in non-LCM/unknown cases.

20   Mr. Dillon also found an average of 12.39 people were shot but not killed in public

21   mass shootings involving LCMs, compared to just 3.55 people shot in the non-

22   LCM/unknown LCM shootings.  These findings reflect a total victim differential of

23   22.58 killed or wounded in the LCM cases compared to 9.9 in the non-

24

25

26   ───────────────

27   [12] *See* Luke Dillon, Mass Shootings in the United States: An Exploratory Study of
     the Trends from 1982 to 2012 (2013) (unpublished M.A. thesis, George Mason
28   University, Department of Criminology, Law and Society).

                                              9

          EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1  LCM/unknown LCM cases.[13]  All of these differences were statistically significant
2  and not a result of mere chance.
3      Similarly, a study of handguns attacks in Jersey City, New Jersey during the
4  1990s found that the average number of victims wounded in gunfire incidents
5  involving semiautomatic pistols was 15% higher than in those involving revolvers.
6  The study further found that attackers using semiautomatics to fire more than ten
7  shots were responsible for nearly 5% of all gunshot victims and that 100% of these
8  incidents involved injury to at least one victim.  *See Updated Assessment of the*
9  *Federal Assault Weapons Ban* at 84-86, 90-91; *see also America's Experience with*
10  *the Federal Assault Weapons Ban* at 167.[14]
11      Similar evidence comes from other local studies.  Between 1992 and 1995,
12  gun homicide victims in Milwaukee who were killed by guns with LCMs had 55%
13  more gunshot wounds than those victims killed by non-LCM firearms.  Further, a
14  study of gun homicides in Iowa City (IA), Youngstown (OH), and Bethlehem (PA)
15  from 1994 through 1998 found gun homicide victims killed by pistols averaged 4.5
16  gunshot wounds as compared to 2 gunshot wounds for those killed by revolvers.
17  *See Updated Assessment of the Federal Assault Weapons Ban* at 86.
18      And, in an analysis I conducted of guns recovered by police in Baltimore, I
19  also found LCMs to be associated with gun crimes that resulted in more lethal and
20  injurious outcomes.  For instance, I found, among other things, that guns used in
21  shootings that resulted in gunshot victimizations were 17% to 26% more likely to

[13] The patterns were also very similar when comparing the LCM cases against just those cases in which it was clear that an LCM was not used (though this was a very small number).

[14] Note that these data were collected in the 1990s during the years of the federal LCM ban and in a city that was also subject to state-level LCM restrictions on magazines holding more than 15 rounds.  Hence, these findings may not generalize well to other locations and the current timeframe.  More specifically, given recent increases in the use of firearms with LCMs as discussed below, the Jersey City results may understate the current share of gunshot victimizations resulting from incidents with more than 10 shots fired.

10

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1   have LCMs than guns used in gunfire cases with no wounded victims, and guns

2   linked to murders were 8% to 17% more likely to have LCMs than guns linked to

3   non-fatal gunshot victimizations. *See Updated Assessment of the Federal Assault*

4   *Weapons Ban* at 87.

5        In short, while tentative, the available evidence suggests more often than not

6   that attacks with semiautomatics, particularly those equipped with LCMs, result in

7   more shots fired, leading both to more injuries and injuries of greater severity.

8   Such attacks also appear to result in more wounds per victim. This is significant

9   because gunshot victims who are shot more than once are more than 60% more

10  likely to die than victims who receive only one gunshot wound. *See Updated*

11  *Assessment of the Federal Assault Weapons Ban* at 87 (citing studies showing 63%

12  increase and 61% increase, respectively, in fatality rates among gunshot victims

13  suffering more than one wound).

14       In addition, diminishing the number of victims of shootings by even a small

15  percentage can result in significant cost savings because of the significant social

16  costs of shootings, as discussed herein.

17  **C.   Effects of the 1994 Federal Assault Weapons Ban**

18       **1.   Provisions of the Federal Assault Weapons Ban**

19       Enacted on September 13, 1994—in the wake of many of the mass shootings

20  described above—the federal assault weapons ban imposed prohibitions and

21  restrictions on the manufacture, transfer, and possession of both certain

22  semiautomatic firearms designated as assault weapons and certain LCMs. Pub. L.

23  No. 103-322, tit. XI, subtit. A, 108 Stat. 1796, 1996-2010 (codified as former

24  18 U.S.C. § 922(v), (w)(1) (1994).

25       The federal assault weapons ban was to expire after ten years, unless renewed

26  by Congress. Pub. L. No. 103-322, tit. XI, § 110105(2). Congress did not renew

27

28

                                        11

        EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1    the ban, and thus, by its own terms, the federal ban expired on September 13,

2    2004.[15]

3              **a.   Banned Assault Weapons and Features**

4         As noted, the federal assault weapons ban imposed a ten-year ban on the

5    manufacture, transfer, or possession of what the statute defined as "semiautomatic

6    assault weapons."  The federal ban was not a prohibition on all semiautomatic

7    firearms; rather, it was directed against those semiautomatics having features that

8    are useful in military and criminal applications but that are unnecessary in shooting

9    sports or for self-defense.

10        Banned firearms were identified under the federal law in two ways:  (i) by

11   specific make and model; and (ii) by enumerating certain military-style features and

12   generally prohibiting those semiautomatic firearms having two or more of those

13   features.

14        First, the federal ban specifically prohibited 18 models and variations of

15   semiautomatic guns by name (*e.g.*, the Intratec TEC-9 pistol and the Colt AR-15

16   rifle), as well as revolving cylinder shotguns. This list also included a number of

17   foreign rifles that the federal government had banned from importation into the

18   country beginning in 1989 (*e.g.*, the Avtomat Kalashnikov models).  And, indeed,

19   several of the guns banned by name were civilian copies of military weapons and

20   accepted ammunition magazines made for those military weapons.  A list of the

21   weapons banned by name in the 1994 law is set forth in Table 2-1 of the *Updated*

22   *Assessment of the Federal Assault Weapons Ban* at 5.

23        Second, the federal assault weapons ban contained a "features test" provision

24   that generally prohibited other semiautomatic guns having two or more military-

25   _____

26   [15] I understand that California prohibited assault weapons in 1989, before the
     federal ban, but grandfathered most existing assault weapons; and that California
     prohibited large-capacity magazines in 2000 but grandfathered existing LCMs.  I
27   am not aware of any specific studies of the effects of these California laws on gun
     markets or gun violence.

28

                                         12

              EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

1   style features. Examples of such features include pistol grips on rifles, flash

2   suppressors, folding rifle stocks, threaded barrels for attaching silencers, and the

3   ability to accept detachable magazines. This "features test" of the federal ban is

4   described more fully in Table 2-2 of the *Updated Assessment of the Federal Assault*

5   *Weapons Ban* at 6, and in Table 12-1 of *America's Experience with the Federal*

6   *Assault Weapons Ban* at 160.

7                 **b.**   **Banned Large-Capacity Magazines**

8       The federal ban also prohibited most ammunition feeding devices holding

9   more than ten rounds of ammunition (which I have referred to herein as "large-

10   capacity magazines" or "LCMs"). The federal ban on LCMs extended to LCMs or

11   similar devices that had the capacity to accept more than ten rounds of ammunition,

12   or that could be "readily restored or converted or to accept" more than ten rounds of

13   ammunition.[16]

14             **c.**   **Exemptions and Limitations to the Federal Ban**

15       The 1994 federal assault weapons ban contained several important exemptions

16   that limited its potential impact, especially in the short-term. *See Updated*

17   *Assessment of the Federal Assault Weapons Ban* at 10-11.

18       First, assault weapons and LCMs manufactured before the effective date of the

19   ban were "grandfathered" in and thus legal to own and transfer. Estimates suggest

20   that there may have been upward of 1.5 million assault weapons and 25-50 million

21   LCMs thus exempted from the federal ban. Moreover, an additional 4.8 million

22   pre-ban LCMs were imported into the country from 1994 through 2000 under the

23   grandfathering exemption. Importers were also authorized to import another 42

24   million pre-ban LCMs, which may have arrived after 2000. *See Updated*

25

26   [16] Technically, the ban prohibited any magazine, belt, drum, feed strip, or similar device that had the capacity to accept more than 10 rounds of ammunition, or which could be readily converted or restored to accept more than 10 rounds of

27   ammunition. The ban exempted attached tubular devices capable of operating only with 22 caliber rimfire (*i.e.*, low velocity) ammunition.

28

13

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1   *Assessment of the Federal Assault Weapons Ban* at 10; *see also America's*

2   *Experience with the Federal Assault Weapons Ban* at 160-61.

3           Furthermore, although the 1994 law banned "copies or duplicates" of the

4   named firearms banned by make and model, federal authorities emphasized exact

5   copies in enforcing this provision.  Similarly, the federal ban did not apply to a

6   semiautomatic weapon possessing only one military-style feature listed in the ban's

7   features test provision.[17]  Thus, many civilian rifles patterned after military

8   weapons were legal under the ban with only slight modifications.  *See Updated*

9   *Assessment of the Federal Assault Weapons Ban* at 10-11.[18]

10      **D.  Impact of the Federal Assault Weapons Ban**

11          This section of my report discusses the empirical evidence of the impact of the

12   federal assault weapons ban.  I understand that the Plaintiffs in this litigation

13   contend that California's prohibition on the possession of LCMs will not have an

14   effect on crime or gunshot victimization because criminal users of firearms will not

15   comply with California's ban.  In my opinion, that contention misunderstands the

16   effect of possession bans.  The issue is not only whether criminals will be unwilling

17   to comply with such laws, though this could be an important consideration

18   depending on the severity of penalties for possession or use.  The issue is also how

19   possession bans affect the availability of weapons for offenders.  Examining the

20

21   [17] It should be noted, however, that any firearms imported into the country must still meet the "sporting purposes test" established under the federal Gun Control Act of 1968. In 1989, the federal Bureau of Alcohol, Tobacco, Firearms and

22   Explosives ("ATF") determined that foreign semiautomatic rifles having any one of a number of named military features (including those listed in the features test of

23   the 1994 federal assault weapons ban) fail the sporting purposes test and cannot be imported into the country.  In 1998, the ability to accept an LCM made for a

24   military rifle was added to the list of disqualifying features.  Consequently, it was possible for foreign rifles to pass the features test of the federal assault weapons

25   ban, but not meet the sporting purposes test for imports.  *See Updated Assessment of the Federal Assault Weapons Ban* at 10 n.7.

26   [18] Examples of some of these modified, legal versions of banned guns that manufacturers produced in an effort to evade the ban are listed in Table 2-1 of the

27   *Updated Assessment of the Federal Assault Weapons Ban* at 5.

28

14

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

 

1   effects of the federal ban on LCMs could cast some light on how a state or local

2   prohibition on possession of LCMs may diminish their availability for offenders.   It

3   is difficult, however, to assess trends in LCM use because of limited information.

4   *See infra* at 20. For that reason, this section discusses the impacts of the federal ban

5   both on LCM use, for which information is limited, and on ownership and use of

6   assault weapons, for which there is more information.

7        **1.   Assault Weapons**

8        Prior to the federal ban, the best estimates are that there were approximately

9   1.5 million privately owned assault weapons in the United States (less than 1% of

10   the total civilian gun stock).   *See America's Experience with the Federal Assault*

11   *Weapons Ban* at 160-61; *see also Updated Assessment of the Federal Assault*

12   *Weapons Ban* at 10.

13        Although there was a surge in production of assault weapon-type firearms as

14   Congress debated the ban in 1994, the federal ban's restriction of new assault

15   weapon supply helped drive up the prices for many assault weapons (notably

16   assault pistols) and appeared to make them less accessible and affordable to

17   criminal users.   *See America's Experience with the Federal Assault Weapons Ban* at

18   162-63; *see also Updated Assessment of the Federal Assault Weapons Ban* at 25-

19   38.

20        Analyses that my research team and I conducted of several national and local

21   databases on guns recovered by law enforcement indicated that crimes with assault

22   weapons declined after the federal assault weapons ban was enacted in 1994.

23        In particular, across six major cities (Baltimore, Miami, Milwaukee, Boston,

24   St. Louis, and Anchorage), the share of gun crimes involving assault weapons

25   declined by 17% to 72%, based on data covering all or portions of the 1995-2003

26   post-ban period. *See Updated Assessment of the Federal Assault Weapons Ban* at

27   2, 46-60; *see also America's Experience with the Federal Assault Weapons Ban* at

28   163.

15

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1    This analysis of local data is consistent with patterns found in the national data

2   on guns recovered by law enforcement agencies around the country and reported to

3   the ATF for investigative gun tracing.[19]  Specifically, although the interpretation is

4   complicated by changes in tracing practices that occurred during this time, the

5   national gun tracing data suggests that use of assault weapons in crime declined

6   with the onset of the 1994 federal assault weapons ban, as the percentage of gun

7   traces for assault weapons fell 70% between 1992-93 and 2001-02 (from 5.4% to

8   1.6%).  And, notably, this downward trend did not begin until 1994, the year the

9   federal ban was enacted.  *See Updated Assessment of the Federal Assault Weapons*

10   *Ban* at 2, 39-46, 51-52; *see also America's Experience with the Federal Assault*

11   *Weapons Ban* at 163.[20]

12    In short, the analysis that my research team and I conducted indicates that the

13   criminal use of assault weapons declined after the federal assault weapons ban was

14   enacted in 1994, independently of trends in gun crime.  *See Updated Assessment of*

15   *the Federal Assault Weapons Ban* at 51-52; *see also America's Experience with the*

16   *Federal Assault Weapons Ban* at 163.

17    This decline in crimes with assault weapons was due primarily to a reduction

18   in the use of assault pistols.  Assessment of trends in the use of assault rifles was

19   complicated by the rarity of crimes with such rifles and by the substitution in some

20   cases of post-ban rifles that were very similar to the banned models.  In general,

21   however, the decline in assault weapon use was only partially offset by substitution

22

---

23   [19] A gun trace is an investigation that typically tracks a gun from its manufacture to
its first point of sale by a licensed dealer. It is undertaken by the ATF, upon request
24   by a law enforcement agency.  The trace is generally initiated when the requesting
law enforcement agency provides ATF with a trace request including identifying
25   information about the firearm, such as make, model and serial number.  For a full
discussion of the use of ATF gun tracing data, see section 6.2 of *Updated*
26   *Assessment of the Federal Assault Weapons Ban* at 40-46.

[20] These findings are consistent with other tracing analyses conducted by ATF and
27   the Brady Center to Prevent Gun Violence.  *See Updated Assessment of the Federal
Assault Weapons Ban* at 44 n.43.

28

16

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

of post-ban assault weapon-type models.  Even counting the post-ban models as assault weapons, the share of crime guns that were assault weapons fell 24% to 60% across most of the local jurisdictions studied.  Patterns in the local data sources also suggested that crimes with assault weapons were becoming increasingly rare as the years passed.  *See Updated Assessment of the Federal Assault Weapons Ban* at 46-52; *see also America's Experience with the Federal Assault Weapons Ban* at 163-64.

Thus, while developing a national estimate of the number of assault weapons crimes prevented by the federal ban is complicated by the range of estimates of assault weapon use and changes therein derived from different data sources, tentatively, it appears that the federal ban prevented a few thousand crimes with assault weapons annually.  For example, using 2% as the best estimate of the share of gun crimes involving assault weapons prior to the ban, and 40% as a reasonable estimate of the post-ban drop in this figure, implies that almost 2,900 murders, robberies, and assaults with assault weapons were prevented in 2002.  *See Updated Assessment of the Federal Assault Weapons Ban* at 52 n.61.[21]  If this tentative conclusion is correct, then contrary to Plaintiffs' contention, prohibitions like the federal ban do have an impact on criminal users of guns.

## 2. Large-Capacity Magazines

Assessing trends in LCM use is much more difficult because there was, and is, no national data source on crimes with LCMs, and few local jurisdictions maintain this sort of information.

It was possible, nonetheless, to examine trends in the use of guns with LCMs in four jurisdictions:  Baltimore, Milwaukee, Anchorage, and Louisville.  In all four

---

[21] While it seems likely that some or all of these crimes happened regardless, as perpetrators merely substituted some other gun for the assault weapon, it also seems likely that the number of victims per shooting incident, and the number of wounds inflicted per victim, was diminished in some of those instances.

17

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

1   jurisdictions, the overall share of crime guns equipped with LCMs rose or remained

2   steady through at least the late 1990s. This failure to reduce overall LCM use for at

3   least several years after the federal ban was likely due to the immense stock of

4   exempted pre-ban magazines, which, as noted, was enhanced by post-ban imports.

5   *See Updated Assessment of the Federal Assault Weapons Ban* at 68-79; *see also*

6   *America's Experience with the Federal Assault Weapons Ban* at 164.

7        My studies did show that crimes with LCMs may have been decreasing by the

8   early 2000s, but the available data in the four cities I investigated were too limited

9   and inconsistent to draw any clear overall conclusions in this regard. *See America's*

10  *Experience with the Federal Assault Weapons Ban* at 164; *Updated Assessment of*

11  *the Federal Assault Weapons Ban* at 68-79.

12       However, a later investigation by *The Washington Post* of LCM use in

13  Virginia, analyzing data maintained by the Virginia State Police as to guns

14  recovered in crimes by local law enforcement officers across the state, suggests that

15  the ban may have had a more substantial impact on the supply of LCMs to criminal

16  users by the time it expired in 2004. In Virginia, the share of recovered guns with

17  LCMs generally varied between 13% and 16% from 1994 through 2000 but fell to

18  9% by 2004. Following expiration of the federal ban in 2004, the share of Virginia

19  crime guns with an LCM rose to 20% by 2010. *See America's Experience with the*

20  *Federal Assault Weapons Ban* at 165.[22] These data suggest that the federal ban

21  [22] The results of *The Washington Post's* original investigation (which are what are
    conveyed in *America's Experience with the Federal Assault Weapons Ban* at 165)
22  are reported in David S. Fallis & James V. Grimaldi, *Va. Data Show Drop in*
    *Criminal Firepower During Assault Gun Ban*, Wash. Post, Jan. 23, 2011, *available*
23  *at* http://www.washingtonpost.com/wp-dyn/content/article/2011/01/22/
    AR2011012203452.html, and attached as Exhibit E to this report. In early 2013,
24  *The Washington Post* updated this analysis, and slightly revised the figures it
    reported by identifying and excluding from its counts more than 1,000 .22-caliber
25  rifles with large-capacity tubular magazines, which were not subject to the federal
    ban (and which are similarly not subject to California's ban on large-capacity
26  magazines). *See* David S. Fallis, *Data Indicate Drop in High-Capacity Magazines*
    *During Federal Gun Ban*, Wash. Post, Jan. 10, 2013, *available at*
27  https://www.washingtonpost.com/investigations/data-point-to-drop-in-high-
    capacity-magazines-during-federal-gun-ban/2013/01/10/d56d3bb6-4b91-11e2-
28                                                              (continued...)



1  may have been reducing the use of LCMs in gun crime by the time it expired in

2  2004, and that it could have had a stronger impact had it remained in effect.

### 3. Summary of Results of the Federal Assault Weapons Ban

4  The federal ban's exemption of millions of pre-ban assault weapons and

5  LCMs meant that the effects of the law would occur only gradually—and that those

6  effects were still unfolding when the ban expired in 2004. Nevertheless, while the

7  ban did not appear to have a measurable effect on overall gun crime during the

8  limited time it was in effect, as just discussed, my studies and others do appear to

9  show a significant impact on the number of gun crimes involving assault weapons

10  and a possibly significant impact (based on *The Washington Post's* analysis of

11  Virginia data, see Fallis, *supra*, at Exhibits E & F) on those crimes involving

12  LCMs.[23]

13  Moreover, as set forth in my 2013 book chapter, there is evidence that, had the

14  federal ban remained in effect longer (or were it renewed), it could conceivably

15  have yielded significant additional societal benefits as well, potentially preventing

16  hundreds of gunshot victimizations annually and producing millions of dollars of

17  (...continued)

18  a6a6-aabac85e8036_story.html?utm_term=.44aa13f8e442, and attached as Exhibit F to this report.  This updated data is reported above.

19  [23] In our initial 1997 study on the impact of the federal assault weapons ban, Jeffrey

20  Roth and I also estimated that gun murders were about 7% lower than expected in 1995 (the first year after the ban), adjusting for pre-existing trends.  *See Impact*

21  *Evaluation* at 6, 79-85. However, the very limited post-ban data available for that study precluded a definitive judgment as to whether this drop was statistically

22  meaningful.  My later findings on LCM use made it difficult to credit the ban with this effect, however, and I did not update it for the 2004 report.  *See Updated*

23  *Assessment of the Federal Assault Weapons Ban* at 92 n.109.  Other national studies of trends in gun violence have failed to find an effect of the federal ban on

24  gun murders (which is consistent with my conclusions in the 2004 report but must also be interpreted in light of the ban's limitations and delayed effects as discussed

25  above), though they also suggest that the ban may have reduced fatalities and injuries from public mass shootings.  Mark Gius, *An Examination of the Effects of*

26  *Concealed Weapons Laws and Assault Weapons Bans on State-Level Murder Rates*, 21 Applied Econ. Letters 265, 265-267 (Nov. 26, 2013) (hereinafter, "Gius

27  2013"); Mark Gius, *The Impact of State and Federal Assault Weapons Bans on Public Mass Shootings*, 22 Applied Econ. Letters 281, 281-84 (Aug. 1, 2014) (hereinafter, "Gius 2014").

28



1  cost savings per year in medical care alone.  Indeed, reducing shootings by even a

2  very small margin could produce substantial long term savings for society,

3  especially as the shootings prevented accrue over many years.  *See America's*

4  *Experience with the Federal Assault Weapons Ban* at 166-67; *see also Updated*

5  *Assessment of the Federal Assault Weapons Ban* at 100 n.118.  Some studies have

6  shown that the lifetime medical costs for gunshot injuries are about $28,894

7  (adjusted for inflation).  Thus, even a 1% reduction in gunshot victimizations at the

8  national level would result in roughly $18,781,100 in lifetime medical costs savings

9  from the shootings prevented each year.  *See America's Experience with the*

10 *Federal Assault Weapons Ban* at 166-67; *see also Updated Assessment of the*

11 *Federal Assault Weapons Ban* at 100 n.18.

12        The cost savings potentially could be substantially higher if one looks beyond

13 just medical costs.  For example, some estimates suggest that the full societal costs

14 of gun violence—including medical, criminal justice, and other government and

15 private costs (both tangible and intangible)— could be as high as $1 million per

16 shooting.  Based on those estimates, even a 1% decrease in shootings nationally

17 could result in roughly $650 million in cost savings to society from shootings

18 prevented each year.  *See America's Experience with the Federal Assault Weapons*

19 *Ban* at 166-67.

20    **E.    More Recent Research on Criminal Use of Large Capacity**

21        **Magazines**

22        To provide an updated examination of the assault weapons and LCM issue,

23 my colleagues and I recently investigated current levels of criminal activity with

24 assault weapons and other high capacity semiautomatic firearms in the United

25 States using several local and national data sources.[24]  I focus here on the results

26 pertaining to the use of guns with LCMs overall.  Sources for this portion of the

27 ────────────
[24] See Koper et al., *supra* note 5.

28

20

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1   analysis included guns recovered by police in eight large cities (Hartford, CT;

2   Syracuse, NY; Baltimore, MD; Richmond, VA; Minneapolis, MN; Milwaukee, WI;

3   Kansas City, MO; and Seattle, WA), guns used in murders of police throughout the

4   nation, and guns used in firearm mass murder incidents in which at least four

5   people were murdered with a firearm (irrespective of the number of additional

6   victims shot but not killed).  The use of guns with LCMs was measured precisely

7   for the Syracuse, Baltimore, and Richmond analyses, which were based on data

8   sources having an indicator for magazine capacity, and some of the mass murder

9   incidents. For other analyses, use of guns with LCMs was approximated based on

10  recoveries of semiautomatic firearm models that are commonly manufactured and

11  sold with LCMs.  I refer to these guns collectively as LCM firearms.

12       In short, the findings of this study reinforce many of the points made above

13  based on my earlier research.  In the police databases, which covered varying time

14  periods from 2008 through 2014, LCM firearms generally accounted for 22-36% of

15  crime guns, with some estimates upwards of 40% for cases involving shootings.[25]

16  Although these estimates may overstate LCM use somewhat (since some estimates

17  were based on measurement of LCM compatible firearms that may not all have

18  been equipped with LCMs), they suggest that LCMs are used in a substantial share

19  of gun crimes.  Consistent with prior research, we also found that LCM firearms are

20  more heavily represented among guns used in murders of police and mass murders.

21  For the period of 2009 through 2013, LCM firearms constituted 41% of guns used

22  in murders of police, with annual estimates ranging from 35% to 48%. Further, our

23  analysis of a sample of 145 mass murders that occurred from 2009 through 2015

24  suggested that LCM firearms were involved in as many as 57% of these incidents

25  [25] An exception is that crime guns were least likely to be equipped with LCMs in
    Syracuse (14.6%). This may be attributable to New York State LCM restrictions
26  that have been in effect since the early 2000s, but our study did not address this
    question.

27

28

                                      21
         EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



1   based on cases for which a definitive determination could be made (as a caveat,

2   precise data on the guns and magazines used were not available for most cases).

3   The identified LCM cases typically occurred in public locations (80%) and resulted

4   in more than twice as many people shot on average as did other incidents—a

5   statistically significant difference that is not likely due to chance (13.7 victims on

6   average for LCM cases versus 5.2 for other cases).

7       Our study also revealed that LCM firearms have grown substantially as a share

8   of guns used in crime since the expiration of the federal LCM ban.  This conclusion

9   is based on guns used in murders of police nationally (2003-2013) as well as guns

10  recovered by police in Baltimore (2004-2014), Richmond (2003-2009), and

11  Minneapolis (2006-2014).[26]  For these data sources and time frames, the percentage

12  of guns that were LCM firearms increased (in relative terms) by 33-49% in the

13  Baltimore, Minneapolis, and national data, and by 112% in the Richmond data.[27]

14      This upward trend in criminal use of LCM firearms implies possible increases

15  in the level of gunfire and injury per gun attack since the expiration of the federal

16  LCM ban.  Consistent with this inference, national data that we compiled from the

17  federal Centers for Disease Control and Prevention and the Federal Bureau of

18  Investigation show that gun homicides and assault-related non-fatal shootings rose

19  by about 29% relative to the level of overall reported violent gun crimes

20  (homicides, assaults, and robberies) between 2003-2005 and 2010-2012.[28]

21

22  [26] Note that Maryland restricted LCMs with more than 20 rounds throughout this
    period and extended these restrictions to LCMs with more than 10 rounds in 2013.

23  [27] For example, the share of guns used in police murders that were LCM firearms
24  rose from 30.4% for the 2003-2007 period to 40.6% for the 2009-2013 period (a
    relative increase of 33.6%).  In the Richmond data, LCM firearms increased from
25  10.4% of guns recovered by police for the 2003-2004 period to 22% for the 2008-
    2009 period (a relative increase of 111.5%).

26  [28] See Koper et al., *supra* note 5.  This trend was driven by assault-weapon-related
    non-fatal shootings, which have been trending upward since the early 2000s and
27  recently reached their highest rates since 1995.  *See* Katherine A. Fowler et al.,
    *Firearm Injuries in the United States*, 79 Preventive Med. 5, 5-14 (Oct. 2015).

28

22

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

1   Although the correlation of these trends does not prove causation, they suggest the
2   possibility that greater use of LCM firearms has contributed to higher levels of
3   shootings in recent years.

4   **VI.   SECTION 32310 -- CALIFORNIA'S LARGE-CAPACITY MAGAZINE PROHIBITION**
5
6       **A.   The LCM Ban**

7       On July 1, 2016, the State of California enacted Senate Bill No. 1446 (2015-
8   2016 Reg. Sess.), which prohibited the possession of LCMs (defined under Section
9   16740 as "a feeding device with the capacity to accept more than 10 rounds")
10  beginning on July 1, 2017. Cal. Stats. 2016, ch. 58 (SB 1446) § 1. SB 1446, which
11  went into effect on January 1, 2017, amended Section 32310 to state that, beginning
12  on July 1, 2017, any person possessing an LCM, with exemptions not relevant here,
13  would be guilty of an infraction punishable by a fine starting at $100 for the first
14  offense. Cal. Stats. 2016, ch. 58 (S.B. 1446) § 1 (amending Section 32310 to add a
15  new subdivision (c).). The law also provided that anyone possessing an LCM may,
16  prior to July 1, 2017, dispose of the magazine by any of the following means: (1)
17  removing it from the state; (1) selling it to a licensed firearms dealer; (3) destroying
18  it; or (4) surrendering it to a law enforcement agency for destruction. Cal. Stats.
19  2016, ch. 58 (S.B. 1446) § 1 (amending Section 32310 to add a new subdivision
20  (d). The Senate Bill Analysis noted that the amendments were necessary because
21  the prior version of the law, which did not prohibition possession of LCMs, was
22  "very difficult to enforce." Sen. Bill No. 1446, 3d reading Mar. 28, 2016 (2015-
23  2016 Reg. Sess.) (Cal. 2016)).

24      On November 8, 2016, California voters passed Proposition 63, the "Safety for
25  All Act of 2016." Prop. 63, § 1, as approved by voters (Gen. Elec. Nov. 8, 2016)).
26  The measure included several provisions—including amendments to Section
27  32310—intended to close "loopholes that leave communities throughout the state
28  vulnerable to gun violence and mass shootings." Prop. 63, § 2, ¶ 5. The

23

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

1    amendments to Section 32310 largely mirror the same amendments made under

2    SB 1446.  Both provisions prohibit the possession of LCMs on or after July 1,

3    2017, and list options for the disposal of LCMs before that date.  Prop. 63 also

4    increased the potential consequence for violations of the possession ban, from an

5    infraction to an infraction or a misdemeanor.  Prop. 63, § 6.1.  References to

6    Section 32310 in this brief are to the statute as amended by Proposition 63.

**B.    The Potential Impact and Efficacy of California's Ban on Possession of LCMs**

9       California's ban on possession was only recently passed, and I have not

10   undertaken any study or analysis of this law.  Nevertheless, it is my considered

11   opinion that, based on the similarities of Section 32310 to the federal ban, the

12   impacts of the federal ban and the ways in which Section 32310 address some of

13   the weaknesses of the federal ban, Section 32310 is likely to advance California's

14   interest in protecting public safety.[29]

---

[29] A few studies of state-level assault weapon and LCM bans have examined the effects of these laws on gun violence and other crimes.  In those studies that have examined gun homicides and other shootings (the crimes that are logically most likely to be affected by LCM bans), evidence has been mixed.  Although states with assault weapon and LCM laws tend to have lower gun murder rates, this association is not statistically significant when controlling for other social and policy factors.  However, other evidence from these studies suggests these laws may produce statistically significant reductions in fatalities from public mass shootings.  *See* Gius 2013 at 265-67; *see also* Gius 2014 at 281-84; Eric W. Fleegler et al., *Firearm legislation and firearm-related fatalities in the United States*, 173 JAMA Internal Med. 732, 732-40 (2013); Christopher S. Koper & Jeffrey A. Roth, *The Impact of the 1994 Federal Assault Weapon Ban on Gun Violence Outcomes: an Assessment of Multiple Outcome Measures and Some Lessons for Policy Evaluation*, 17 Journal of Quantitative Criminology 33-74 (2001); *see also Updated Assessment of the Federal Assault Weapons Ban* at 81 n.95.  Nonetheless, it is difficult to draw definitive conclusions from these studies for several reasons including the following.  For one, there is little evidence on how state LCM bans affect the availability and use of LCMs over time.  Further, studies have not generally accounted for important differences in state assault weapons laws—most notably, whether they include LCM bans—and changes in these provisions over time.  Perhaps most importantly, to the best of my knowledge, there have not been any studies examining the effects of LCM laws that ban LCMs without grandfathering, as done by the new California statute.  Hence, these studies have limited value in assessing the potential effectiveness of California's new law.

28

24

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)



California's LCM ban is more robust than the expired federal ban, and may be more effective more quickly due to its elimination of grandfathering for previously owned LCMs.  While the LCM ban was arguably the most important feature of the 1994 federal ban (given that LCMs are the key feature contributing to an assault weapon's firepower, and that the reach of the LCM ban was much greater than the assault weapons ban as many semiautomatic guns that were not banned could still accept LCMs), my studies as to the effects of the federal ban indicated that the LCM ban was likely not as efficacious in reducing the use of these magazines in crime as it otherwise might have been because of the large number of pre-ban LCMs which were exempted from the ban.  *The Washington Post*'s investigation of recovered guns with LCMs in Virginia, which showed an increasing decline in the number of recovered guns with LCMs the longer the ban was in effect, similarly suggests that the grandfathering of pre-ban LCMs delayed the full impact of the federal ban.  See Fallis, *supra*, attached as Exhs. E & F.  In my opinion, eliminating the grandfathering of pre-ban LCMs, as done by California's new law, would have improved the efficacy of the federal ban.

In my opinion, based on the data and information contained in this report and the sources referred to herein, a complete ban on the possession of LCMs has the potential to:  (1) reduce the number of crimes committed with LCMs; (2) reduce the number of shots fired in gun crimes; (3) reduce the number of gunshot victims in such crimes; (4) reduce the number of wounds per gunshot victim; (5) reduce the lethality of gunshot injuries when they do occur; and (6) reduce the substantial societal costs that flow from shootings.

Through Section 32310 (c) and (d), California has enacted a ban on the possession of LCMs.  Like federal restrictions on fully automatic weapons and armor piercing ammunition, I believe this measure has the potential to help prevent the use and spread of particularly dangerous weaponry, and is a reasonable and

25

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

1   well-constructed measure that is likely to advance California's interest in protecting

2   its citizens and its police force.

3                                              Respectfully Submitted,

5   *Christopher S. Koper*

6   Dr. Christopher S. Koper
    October 5, 2017
7   Ashburn, Virginia

26

EXPERT REPORT OF DR. CHRISTOPHER S. KOPER (17-cv-1017-BEN-JLB)

# EXHIBIT 24

000029
ER_899



XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
NELSON R. RICHARDS
ANTHONY P. O'BRIEN
Deputy Attorneys General
ALEXANDRA ROBERT GORDON
Deputy Attorney General
State Bar No. 207650
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
   Telephone: (415) 703-5509
   Fax: (415) 703-5480
   E-mail:
   Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, et al.,** | 17-cv-1017-BEN-JLB |
| Plaintiffs, | |
| v. | **EXPERT REBUTTAL REPORT OF JOHN J. DONOHUE** |
| **XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,** | Judge: Hon. Roger T. Benitez<br>Action Filed: May 17, 2017 |
| Defendants. | |

EXPERT REBUTTAL REPORT OF JOHN J. DONOHUE  (17-cv-1017-BEN-JLB)

### Expert Rebuttal Report of John J. Donohue

*Duncan v. Becerra*, United States District Court (S.D. Cal.),
Case No.: 17CV1017 BEN JLB
November 2, 2017

### BACKGROUND AND QUALIFICATIONS

1. I, John J. Donohue, am the C. Wendell and Edith M. Carlsmith Professor of Law at Stanford Law School. After earning a law degree from Harvard and a Ph.D. in economics from Yale, I have been a member of the legal academy since 1986. I have previously held tenured positions as a chaired professor at both Yale Law School and Northwestern Law School. I have also been a visiting professor at a number of prominent law schools, including Harvard, Yale, the University of Chicago, Cornell, the University of Virginia, Oxford, Toin University (Tokyo), St. Gallen (Switzerland), and Renmin University (Beijing).

2. For a number of years, I have been teaching a course at Stanford on empirical law and economics issues involving crime and criminal justice, and I have previously taught similar courses at Yale Law School, Tel Aviv University Law School, the Gerzensee Study Center in Switzerland, and St. Gallen University School of Law in Switzerland. I have consistently taught courses on law and statistics for two decades.

3. I am a Research Associate of the National Bureau of Economic Research and a member of the American Academy of Arts and Sciences. I was a Fellow at the Center for Advanced Studies in Behavioral Sciences in 2000-01, and served as the co-editor (handling empirical articles) of the *American Law and Economics Review* for six years. I have also served as the President of the American Law and Economics Association and as Co-President of the Society of Empirical Legal Studies.

4. I am also a member of the Committee on Law and Justice of the National Research Council ("NRC"), which "reviews, synthesizes, and proposes research related to crime,

1

law enforcement, and the administration of justice, and provides an intellectual resource for federal agencies and private groups."[1]

5. My research and writing uses empirical analysis to determine the impact of law and public policy in a wide range of areas, and I have written extensively about the relationship between rates of violent crime and firearms regulation. My complete credentials and list of publications are stated in my curriculum vitae, a true and correct copy of which is attached as Exhibit A.

6. The following lists all of the cases in which I have testified as an expert in the past 4 years. I filed an expert declaration in each of two cases involving a National Rifle Association ("NRA") challenge to city restrictions on the possession of large-capacity magazines:

> *Fyock v. City of Sunnyvale*, United States District Court (N.D. Cal.), Case No. 4:13-cv-05807-PJH, January 2014.
>
> *San Francisco Veteran Police Officers Association v. City and County of San Francisco*, United States District Court (N.D. Cal.), Case No. C 13-05351 WHA, January 2014.

7. I also filed an expert declaration in a case involving a challenge by the NRA to Maryland's restrictions on assault weapons and large-capacity magazines:

> *Tardy v. O'Malley* (currently listed as *Kolbe v. Hogan*), United States District Court (District of Maryland), Case 1:13-cv-02841-CCB, February 2014.

In all these cases, the relevant gun regulations have (ultimately) been sustained in the relevant federal appellate courts.

8. In addition to filing an earlier expert declaration in this case, I also filed (on June 1, 2017) an expert declaration in a case involving a challenge by the NRA to California's restrictions on carrying of weapons in public:

> *Flanagan v. Becerra*, United States District Court (C.D. Cal.), Case No. 2:16-cv-06164-JAK-AS.

9. I am being compensated at my government rate of $425 per hour.

---

[1] See http://www7.national-academies.org/claj/ online for more information about the NRC.

2

## SUBSTANTIVE CONCLUSIONS

10. The events in Las Vegas on October 1, 2017, have underscored—yet again—the wisdom of the efforts of the California legislature, with the overwhelming support of the voters of the state, "to aid in the shaping and application of those wise restraints that make men free" by banning from our state the large-capacity magazines (LCMs)[2] that were a key element enabling the extent of the carnage in that horrific mass shooting.[3]  It is my opinion that if, rather than allowing the federal ban on these devices to lapse in 2004, the country had moved to the more complete ban that California has finally adopted, tragedies like the one in Las Vegas would have been far less deadly and damaging to countless individuals who have been maimed and injured throughout the United States and perhaps the world.[4]  It is also my opinion that Section 32310's ban on possession of LCMs would decrease the mayhem from at least some mass killings in California, by making it incrementally harder for those bent on mass destruction to implement their criminal designs.

### Response to Curcuruto Report

11. In opposition to the ban on LCMs, plaintiffs offer two additional expert reports.  The first report is from James Curcuruto of the National Shooting Sports Foundation.

12. Mr. Curcuruto provides irrelevant information, opining as his main conclusion that "There are at least one hundred million magazines of a capacity of more than ten rounds in possession of American citizens" (Curcuruto Report at 3), only to concede later that he really does not know but "it is safe to say whatever the actual number of such magazines

---

[2] LCMs are defined as ammunition-feeding devices with the capacity to hold more than 10 rounds of ammunition.

[3] The quote is from John MacArthur Maguire and is enshrined at the Harvard Law School library.  See https://asklib.law.harvard.edu/friendly.php?slug=faq/115309 (last visited Nov. 1, 2017).

[4] The horrendous mass killing in Norway by Anders Breivik, endangered by the restrictive gun laws of Europe, was salvaged by his ability to procure ten 30-round high-capacity magazines from the United States. Stephanie Condon, "Norway Massacre Spurs Call for New U.S. Gun Laws," CBS News, July 28, 2011, *available at* https://www.cbsnews.com/news/norway-massacre-spurs-calls-for-new-us-gun-laws/ (last visited Nov. 1, 2017).

3

in United States consumers' hands is, it is in the tens-of-millions." (Curcuruto Report at 4.)

13. While Mr. Curcuruto offers his wildly varying estimates of the number of high-capacity magazines in the United States, his undifferentiated national speculations offer no insight into how many of these magazines are possessed in rural areas throughout the United States. As a result, his figures would have little relevance to the appropriate regulatory regime for a state with large urban population centers like California. Mr. Curcuruto does not discuss the stock of high-capacity magazines in California, which of course will be far lower on a per capita basis because it has been unlawful to add to this stock for decades.

14. National surveys such as the General Social Survey (GSS) and research by the Pew Research Center and the National Behavioral Risk Factor Surveillance System consistently find a persistent decline in household gun ownership over the past several decades. A March 2013 report from the Pew Research Center states:

> The Pew Research Center has tracked gun ownership since 1993, and our surveys largely confirm the General Social Survey trend. In our December 1993 survey, 45% reported having a gun in their household; in early 1994, the GSS found 44% saying they had a gun in their home. A January 2013 Pew Research Center survey found 33% saying they had a gun, rifle or pistol in their home, as did 34% in the 2012 wave of the General Social Survey.[5]

15. Because this reliable social science data shows that the number of households that own guns has likely dropped in recent decades, and certainly has not grown, the robust gun sales in recent years cannot be attributed to increasingly broad gun ownership. Instead, these sales predominantly represent purchases of guns by members of households that previously owned guns, as well as purchases in anticipation that certain gun bans will be enacted with grandfather clauses that will generate profits from the higher prices that follow when the supply of certain weapons or LCMs is restricted.

---

[5] Pew Research Center, *Why Own a Gun?  Protection is Now Top Reason*, Section 3:  Gun Ownership Trends and Demographics, March 12, 2013, *available at* http://www.people-press.org/2013/03/12/section-3-gun-ownership-trends-and-demographics (last visited on November 2, 2017).

4

16. I am not aware of any current social science research providing an estimate for the number of American households that own LCMs or for the number of LCMs in private hands in America. It is reasonable to assume, however, that consumer demand for LCMs is similar to demand for firearms generally.

17. If that is the case, then LCM ownership by household is also likely to be concentrated, with increased numbers of LCMs held by a declining share of households. This would be consistent with a January 2013 New York Times/CBS News nationwide poll of 1,110 adults showing that nearly two-thirds of Americans favored a ban on LCMs.[6] This is roughly the percentage of California voters who cast their ballots to rid the state of these devices.

18. Thus, Mr. Curcuruto's unsubstantiated claims about the number of LCMs in private hands should not be confused with broad possession across America, but merely proliferation in the hands of a stable or dwindling number of households. Indeed, plaintiff's other expert, Stephen Helsley, makes this point when he states: "My associates who have such pistols [that accept LCMs] also have a considerable number of spare magazines for them. In my case, I have one 19-round and eight 17-round magazines for my Glock." (Helsley Report at 5.)

19. Moreover, it is unclear what relevance the stock of high-capacity magazines could make to determinations about what can be lawfully banned. Had the federal ban on these magazines not been lifted in 2004, the stock would have been dramatically lower than it is today, and since the 1994 federal ban was lawful, efforts by the gun industry to flood the market with these magazines in its wake can hardly be thought to deprive state governments of the ability to regulate in ways that were available to them prior to 1994.

**Response to Helsley Report**

---

[6] Jennifer Steinhauer, *Pro-Gun Lawmakers Are Open to Limits on Size of Magazines*, N.Y. Times, Feb. 18, 2013, *available at* http://www.nytimes.com/2013/02/19/us/politics/lawmakers-look-at-ban-on-high-capacity-gun-magazines.html?_r=1& (last visited November 2, 2017).

5

20. The second expert report submitted for the plaintiffs is from Stephen Helsley. Noting that for the past 24 years, he was a state liaison for and then consultant to the National Rifle Association, Helsley states that soldiers during war and "on duty, uniformed police officers" often use guns equipped with high-capacity magazines. Without acknowledging that the risks faced by soldiers and police are vastly different from those faced by civilians, Helsley then states the following:

> The home-owner and the concealed weapon permit holder want a pistol that can hold significantly more cartridges than a revolver for the same reason a law enforcement office or soldier wants one—to increase his or her chances of staying alive. For virtuous citizens buy their guns to protect themselves from the same criminals that police carry guns to protect the citizens, the public, and themselves. (Helsley Report at 5).

21. But private individuals have completely different needs than police officers. The former only need to scare off criminals (or hold them off until the police arrive). The police need to effectuate arrests. Thus, while having the criminal run away is a desired outcome for the average citizen, this is a bad outcome for a police officer, which is why an extended gun battle is extremely rare for law-abiding citizens and far more common for the police. Accordingly, Helsley's effort to look to officer-involved shootings to make judgments about the needs of average citizens widely misses the mark. (Helsley Report at 7).

22. In opposing the ban on high-capacity magazines, Helsley's claims that "Gunfights frequently involve a lot of 'missing.'" (Helsley Report at 7.) He then combines that with the fact that the average citizen is not well-trained and is under stress when threatened to argue that more bullets should be sprayed by law-abiding citizens because some of their bullets will likely hit "barriers such as vehicles or walls." (Helsley Report at 7.) But all of these factors actually provide strong support for a ban on LCMs rather than an argument against such a ban. Helsley doesn't consider that bullets fired by a modern weapon with an LCM will easily penetrate walls, threatening family members or occupants in attached dwellings. This point was dramatically underscored when a hapless concealed carry permit holder attending a gun safety class inadvertently fired his weapon, which discharged a bullet that easily penetrated the classroom wall, striking and

6

killing the owner of the gun store who was working in the next room.[7]  Encouraging
untrained, stressed individuals to spray bullets from a high-capacity magazine is a recipe
for generating similar unwelcome outcomes that will put family members and neighbors
at considerable risk.

23. If high-capacity magazines had been completely barred from the civilian market, many
lives would have been saved as the destructive capacity of mass shooters would have
been appropriately restricted.  The *New York Times* video of the recent Las Vegas
shooting shows how the Las Vegas concert attendees would use the pauses in firing when
the shooter's high-capacity magazines were spent to flee the deadly venue before more
shots were fired.[8]  If Stephen Paddock had been limited to using only 10-round
magazines during his deadly rampage, potentially hundreds of victims at the concert
could have been spared.

24. A prescient December 2016 editorial in the *Las Vegas Sun* noted the danger presented—
and the lack of practical use for—LCMs:

> By overwhelmingly supporting universal background checks for firearms
> purchases, Clark County voters made it abundantly clear last month that they
> were concerned about gun violence.
>
> Now, it's time for Las Vegas-area lawmakers to go a step further to protect
> Nevadans and push to ban the sale of high-capacity magazines in the state.

---

[7] Peter Holley, *Ohio gun store owner accidentally killed by student during firearm-safety class*, *Washington Post*, June 19, 2016, *available at* https://www.washingtonpost.com/news/morning-mix/wp/2016/06/19/ohio-gun-store-owner-accidentally-killed-by-student-during-firearm-safety-class/?utm_term=.ed4c232d20ad (last visited Nov. 1, 2017).

Another example of how doors and walls do not stop bullets from modern handguns occurred on September 13, 2015, when "39-year-old Mike Lee Dickey was babysitting an 8-year-old Casa Grande, Arizona boy.  According to police, at about 2 a.m., Dickey was in the bathroom removing his .45-caliber handgun from the waistband of his pants when he unintentionally discharged the gun. The bullet passed through two doors and struck the 8-year-old in his arm while he lay sleeping in a nearby bedroom. The boy was flown to a hospital in Phoenix for treatment." *8-year-old boy unintentionally shot by babysitter*, Ohh Shoot, Sept. 13, 2016, *available at* http://ohhshoot.blogspot.com/2015/09/8-year-old-boy-unintentionally-shot-by.html (last visited Nov. 1, 2017).

[8] Malachy Browne, et al., *10 Minutes. 12 Gunfire Bursts. 30 Videos. Mapping the Las Vegas Massacre*, N.Y. TimesVideo, Oct. 21, 2017, *available at* https://www.nytimes.com/video/us/100000005473328/las-vegas-shooting-timeline-12-bursts.html (last visited Nov. 1, 2017).

7

Eight states and the District of Columbia already have imposed such prohibitions, and with good reason. There's simply no legitimate civilian use for magazines that hold dozens upon dozens of rounds of ammunition.

Don't believe us? Fine, then listen to Clark County Sheriff Joe Lombardo.

"I'm a very avid hunter, I was in the military myself, and there's no need to have a high-capacity magazine for any practical reason," Lombardo said during a recent interview with the Sun.

To the contrary, the dangers posed by such magazines are obvious. Lombardo says the time it takes for suspects to change magazines gives potential victims an opportunity to escape and law enforcement officials an opportunity to safely fire back. That being the case, the fewer times a shooter has to switch out magazines, the fewer the chances for people to get away and authorities to get a protected shot.[9]

25. Sheriff Lombardo's views were similarly endorsed in the testimony of United States Attorney (District of Colorado) John Walsh before the Senate Judiciary Committee on February 27, 2013, in which he noted:

From the point of view of most law enforcement professionals, a perspective I share as a long-time federal prosecutor and sitting United States Attorney, shutting off the flow of military-style assault weapons and high-capacity magazines is a top public safety priority. [...]

One of the most disturbing aspects of the recent mass shootings our Nation has endured is the ability of a shooter to inflict massive numbers of fatalities in a matter of minutes due to the use of high-capacity magazines. High-capacity magazines were defined in the 1994 ban as magazines capable of holding more than 10 rounds, and this is a definition the Department endorses. The devastating impact of such magazines is not limited to their use in military-style assault rifles; they have also been used with horrific results in recent mass shootings involving handguns. The 2007 mass shooting at Virginia Tech involved a shooter using handguns with high-capacity magazines. Similarly, recent mass shootings in Tucson, Arizona; Oak Creek, Wisconsin; and Fort Hood, Texas all involved handguns with magazines holding more than 10 rounds. As evidenced by these events, a high capacity magazine can turn any weapon into a tool of mass violence. Forcing an individual bent on inflicting large numbers of casualties to stop and reload creates the opportunity to reduce the possible death toll in two ways: first, by affording a chance for law enforcement or bystanders to intervene during a pause to reload; and second, by giving bystanders and potential victims an opportunity to seek cover or escape when there is an interruption in the firing.

---

[9] *High-capacity magazine ban a must for Nevadans' safety*, Las Vegas Sun, Dec. 11, 2016, *available at* https://lasvegassun.com/news/2016/dec/11/high-capacity-magazine-ban-a-must-for-nevadans-saf/(last visited Nov. 1, 2017).

8

This is not just theoretical: In the mass shooting in Tucson, for example, 9-year old Christina-Taylor Green was killed by the 13th shot from a 30-round high-capacity magazine. The shooter was later subdued as he was trying to reload his handgun after those 30 shots. The outcome might have been different if the perpetrator had been forced to reload after firing only 10 times.

Furthermore, high-capacity magazines are not required for defending one's home or deterring further action by a criminal. The majority of shootings in self-defense occur at close range, within a distance of three yards. In such a scenario, and at such close ranges, a 10-round magazine is sufficient to subdue a criminal or potential assailant. Nor are high-capacity magazines required for hunting or sport shooting. Like military-style assault weapons, high-capacity magazines should be reserved for war, and for law enforcement officers protecting the public. The continued commercial sale of high-capacity magazines serves only to provide those determined to produce a high body count with the opportunity and the means to inflict maximum damage. Indeed, there is evidence suggesting that when the previous ban was in effect, it reduced the number of high-capacity magazines seized by the police, as well as the lethality of incidents.[10][The citation is from Walsh's statement.][11]

Respectfully submitted,

John J. Donohue III

---

[10] See, David S. Fallis and James V. Grimaldi, *In Virginia, high-yield clip seizures rise*, Washington Post, Jan. 23, 2011, *available at* http://www.washingtonpost.com/wp-dyn/content/article/2011/01/22/AR2011012204046.html (last visited Nov. 1, 2017).
[11] Statement of John F. Walsh before the United States Senate Committee on the Judiciary, https://www.judiciary.senate.gov/imo/media/doc/2-27-13WalshTestimony.pdf (last visited Nov. 1, 2017).

9

# Exhibit A

# JOHN J. DONOHUE III

Stanford Law School
Stanford, CA 94305
Phone: 650 721 6339
E-mail: donohue@law.stanford.edu
Web pages:
http://works.bepress.com/john_donohue/
https://law.stanford.edu/directory/john-j-donohue-iii/

## EMPLOYMENT

### Full-time Positions

- Stanford Law School, C. Wendell and Edith M. Carlsmith Professor of Law, September 2010 to the present.
- Yale Law School, Leighton Homer Surbeck Professor of Law, July 2004 to August 2010.
- Stanford Law School, Professor of Law, September 1995 to June 2004.
    - William H. Neukom Professor of Law, February 2002 – June 2004.
    - John A. Wilson Distinguished Faculty Scholar, March 1997 – January 2002.
    - Academic Associate Dean for Research, since July 2001 – July 2003.
    - Stanford University Fellow, September 2001 – May 2003.
- Northwestern University School of Law:
    - Class of 1967 James B. Haddad Professor of Law, September 1994-August 1995
    - Harry B. Reese Teaching Professor, 1994-1995
    - Professor of Law, May 1991-September 1994
    - Associate Professor, May 1989-May 1991
    - Assistant Professor, September 1986-May 1989.
- Research Fellow, American Bar Foundation, September 1986-August 1995.
- Associate Attorney, Covington & Burling, Washington, D.C., October 1978-July 1981 (including last six months as Attorney, Neighborhood Legal Services)
- Law Clerk to Chief Justice T. Emmet Clarie, U.S. District Court, Hartford, Connecticut, September 1977-August 1978.

### Temporary Appointments

- Visiting Professor, Bocconi University, Milan, Italy, October- November 2012, April 2014, and June 2015.
- 2011 Faculty Scholar in Residence, University of Denver Sturm College of Law, April 21-22, 2011.
- Visiting Fellow, The Milton Friedman Institute for Research in Economics, University of Chicago, October 2009
- Schmidheiny Visiting Professor of Law and Economics, St. Gallen University, November – December, 2007.
- Visiting Lecturer in Law and Economics, Gerzensee Study Center, Switzerland, June 2007.
- Visiting Professor, Tel Aviv University School of Law, May 2007.
- Herbert Smith Visitor to the Law Faculty, University of Cambridge, England, February 2006.
- Visiting Professor, Harvard Law School, January 2003.

1

- Fellow, Center for Advanced Studies in the Behavioral Sciences, Stanford, California, Academic year 2000-01.
- Visiting Professor, Yale Law School, Fall, 1999.
- Professor, Center for the Study of American Law in China, Renmin University Law School, Beijing, July 1998.
- Visiting Professor of Law and Economics, University of Virginia, January 1997.
- Lecturer, Toin University School of Law, Yokohama, Japan, May-June 1996.
- Cornell Law School, Distinguished Visiting Fellow in Law and Economics, April 8-12, 1996 and September 25-29, 2000
- Visiting Professor, University of Chicago Law School, January 1992-June 1992.
- Visiting Professor of Law and Economics, University of Virginia Law School, January 1990-May 1990.
- Fellow, Yale Law School Program in Civil Liability, July 1985-August 1986.
- Private Practice (part-time), New Haven, Connecticut, September 1981-August 1986.
- Instructor in Economics, Yale College, September 1983-August 1985.
- Summer Associate, Donovan Leisure Newton & Irvine, New York, Summer 1982.
- Summer Associate, Perkins, Coie, Stone, Olsen & Williams, Seattle, Washington, Summer 1976.
- Research Assistant, Prof. Laurence Lynn, Kennedy School of Government, Harvard University, Summer 1975.
- LSAT Tutor, Stanley Kaplan Education Center, Boston, Massachusetts; Research Assistant, Prof. Philip Heymann, Harvard Law School; Research Assistant, Prof. Gordon Chase, Harvard School of Public Health. (During Law School).

## EDUCATION
### Yale University, 1981-1986

- University Fellow in Economics; M.A. 1982, M. Phil. 1984, Ph.D. 1986.
  - Dissertation: "A Continuous-Time Stochastic Model of Job Mobility: A Comparison of Male-Female Hazard Rates of Young Workers." Awarded with Distinction by Yale.
  - Winner of the Michael E. Borus Award for best social science dissertation in the last three years making substantial use of the National Longitudinal Surveys--awarded by the Center for Human Research at Ohio State University on October 24, 1988.
- National Research Service Award, National Institute of Health.
- Member, Graduate Executive Committee; Graduate Affiliate, Jonathan Edwards College.

### Harvard Law School, 1974-1977 (J.D.)

- Graduated Cum Laude.
- Activities: Law Clerk (Volunteer) for Judge John Forte, Appellate Division of the District Court of Central Middlesex; Civil Rights, Civil Liberties Law Review; Intra-mural Athletics; Clinical Placement (Third Year): (a) First Semester: Massachusetts Advocacy Center; (b) Second Semester: Massachusetts Attorney General's Office--Civil Rights and Consumer Protection Divisions. Drafted comments for the Massachusetts Attorney General on the proposed U.S. Department of Justice settlement of its case against Bechtel Corporation's adherence to the Arab Boycott of Israeli companies.

2

**Hamilton College, 1970-1974 (B.A.)**
- Departmental Honors in both Economics and Mathematics
  - Phi Beta Kappa (Junior Year)
- Graduated fourth in class with the following academic awards:

  - Brockway Prize
  - Edwin Huntington Memorial Mathematical Scholarship
  - Fayerweather Prize Scholarship
  - Oren Root Prize Scholarship in Mathematics

- President, Root-Jessup Public Affairs Council.


## PUBLICATIONS
**Books and Edited Volumes:**
- Law and Economics of Discrimination, Edward Elgar Publishing, 2013.
- Employment Discrimination: Law and Theory, Foundation Press, 2005, 2009 (2d edition) (with George Rutherglen).
- Economics of Labor and Employment Law: Volumes I and II, Edward Elgar Publishing, 2007. http://www.e-elgar.co.uk/bookentry_main.lasso?id=4070
- Foundations of Employment Discrimination Law, Foundation Press, 2003 (2d edition).
- Foundations of Employment Discrimination Law, Oxford University Press, 1997 (Initial edition).

**Book Chapters:**
- "Drug Prohibitions and Its Alternatives." Chapter 2 in Cook, Philip J., Stephen Machin, Olivier Marie, and Giovanni Mastrobuoni, eds, *Lessons from the Economics of Crime: What Reduces Offending?* MIT Press. 45-66 (2013).

- "The Death Penalty," Chapter in Encyclopedia of Law and Economics, Spring (2013).

- "Rethinking America's Illegal Drug Policy," in Philip J. Cook, Jens Ludwig, and Justin McCrary, eds, Controlling Crime: Strategies and Tradeoffs (2011), pp.215-289 (with Benjamin Ewing and David Peloquin).

- "Assessing the Relative Benefits of Incarceration: The Overall Change Over the Previous Decades and the Benefits on the Margin," in Steven Raphael and Michael Stoll, eds., "Do Prisons Make Us Safer? The Benefits and Costs of the Prison Boom," pp. 269-341 (2009).

- "Does Greater Managerial Freedom to Sacrifice Profits Lead to Higher Social Welfare?" In Bruce Hay, Robert Stavins, and Richard Vietor, eds., Environmental Protection and the Social Responsibility of Firms: Perspectives from Law, Economics, and Business (2005).

- "The Evolution of Employment Discrimination Law in the 1990s: A Preliminary Empirical Evaluation" (with Peter Siegelman), in Laura Beth Nielsen and Robert L. Nelson, eds., Handbook of Employment Discrimination Research (2005).

3

- "Divining the Impact of Concealed Carry Laws," in Jens Ludwig and Philip Cook, Evaluating Gun Policy: Effects on Crime and Violence (Washington D.C.: Brookings, 2003).

Articles:

- "Right-to-Carry Laws and Violent Crime: A Comprehensive Assessment Using Panel Data and a State-Level Synthetic Controls Analysis" NBER Working Paper w23510, www.nber.org/papers/w23510, June 2017 (with Abhay Aneja, and Kyle Weber).

- "Comey, Trump, and the Puzzling Pattern of Crime in 2015 and Beyond," 117 Columbia Law Review 1297 (2017). http://columbialawreview.org/content/comey-trump-and-the-puzzling-pattern-of-crime-in-2015-and-beyond/.

- "Did Jeff Sessions forget wanting to execute pot dealers?" The Conversation, January 23, 2017 (with Max Schoening), https://theconversation.com/did-jeff-sessions-forget-wanting-to-execute-pot-dealers-71694
  - Reprinted in Huffington Post, http://www.huffingtonpost.com/the-conversation-us/did-jeff-sessions-forget_b_14344218.html
  - Reprinted in Salon, http://www.salon.com/2017/01/30/jeff-sessions-forgetting-he-once-wanted-to-execute-pot-dealers/#comments

- "Jeff Sessions, The Grim Reaper of Alabama," The New York Times, January 9, 2017 (with Max Schoening), http://www.nytimes.com/2017/01/08/opinion/jeff-sessions-the-grim-reaper-of-alabama.html

- "Testing the Immunity of the Firearm Industry to Tort Litigation," JAMA Intern Med. Published online November 14, 2016. http://jamanetwork.com/journals/jamainternalmedicine/fullarticle/2582991 (with David Studdert and Michelle Mello).

- "Empirical Analysis and the Fate of Capital Punishment," 11 Duke Journal of Constitutional Law and Public Policy 51-106 (2016). Available at: http://scholarship.law.duke.edu/djclpp/vol11/iss1/3

- "Firearms on College Campuses: Research Evidence and Policy Implications," Johns Hopkins Bloomberg School of Public Health, (October 15, 2016)(with Daniel Webster et al). http://www.jhsph.edu/research/centers-and-institutes/johns-hopkins-center-for-gun-policy-and-research/_pdfs/GunsOnCampus.pdf

- "Be skeptical about claims of benefits of concealed carry permits." Sacramento Bee, (October 6, 2016), http://www.sacbee.com/opinion/op-ed/soapbox/article106329677.html

- "The Death Penalty Does Not Add Up to Smart Justice," California State Treasurer Intersections (September 2016),http://treasurer.ca.gov/newsletter/2016/201609/conversation.asp

4

- "Reducing civilian firepower would boost police and community safety, Stanford expert says," Stanford News (July 2016), http://news.stanford.edu/2016/07/15/reducing-civilian-firepower-boost-police-community-safety/review/

- "Domestic Violence and Effectively Terminating the Gun Rights of the Dangerous," Legal Aggregate – Stanford Law School (June 2016), https://law.stanford.edu/2016/06/28/domestic-violence-and-effectively-terminating-the-gun-rights-of-the-dangerous/

- "4 Gun Control Steps U.S. Needs Now," CNN.com (June 2016), http://www.cnn.com/2016/06/23/opinions/gun-control-donohue/index.html

- "The Demise of the Death Penalty in Connecticut, " Legal Aggregate - Stanford Law School (June 2016), https://law.stanford.edu/2016/06/07/the-demise-of-the-death-penalty-in-connecticut/

- "Empirical Evaluation of Law:  The Dream and the Nightmare," 17 American Law and Economics Review 313 2015.

- "Capital Punishment Does not Deter Homicides," Casetext, August 30, 2015, https://casetext.com/posts/capital-punishment-does-not-deter-homicides

- "There's no evidence that death penalty is a deterrent against crime," The Conversation, August 8, 2015. http://theconversation.com/theres-no-evidence-that-death-penalty-is-a-deterrent-against-crime-43227

- "Glossip v. Gross: Examining Death Penalty Data for Clarity," Stanford Lawyer, June 29, 2015. http://stanfordlawyer.law.stanford.edu/2015/06/glossip-v-gross-examining-death-penalty-data-for-clarity/

- "How US Gun Control Compares to the Rest of the World," The Conversation, June 24, 2015. http://theconversation.com/how-us-gun-control-compares-to-the-rest-of-the-world-43590
    - Reprinted in slightly modified form under the title "Ban guns, end shootings? How evidence stacks up around the world," in CNN.com on August 27, 2015 http://www.cnn.com/2015/08/27/opinions/us-guns-evidence/

- "The 10 day period is reasonable," San Francisco Daily Journal, September 3, 2014.

- "An Empirical Evaluation of the Connecticut Death Penalty System Since 1973:  Are There Unlawful Racial, Gender, and Geographic Disparities?" 11 Journal of Empirical Legal Studies 637 (2014).

- "The Impact of Right to Carry Laws and the NRC Report: The Latest Lessons for the Empirical Evaluation of Law and Policy," NBER Working Paper 18294. Revised November 2014 (with Abhay Aneja and Alexandria Zhang), http://www.nber.org/papers/w18294

- "Do Police Reduce Crime? A Reexamination of a Natural Experiment," in Yun-Chien Chang, ed., Empirical Legal Analysis: Assessing the Performance of Legal Institutions, London: Routledge, Chapt. 5, pp. 125-143, 2014 (with Daniel E. Ho & Patrick Leahy)

5

- "Reflections on the Newtown Shooting One Year Later," Stanford Lawyer, December 5, 2013. http://stanfordlawyer.law.stanford.edu/2013/12/reflections-on-the-newtown-shooting-one-year-later/

- Outlier Nation:  Homicides, Incarceration, Guns and Gun Culture, TAR 9 (Verona, Italy: 2013).

- "Gun lunacy rides high in America," Special to CNN, September 13, 2013. http://www.cnn.com/2013/09/13/opinion/donohue-gun-control/index.html?iref=allsearch

- "Why the NRA fights background checks," Special to CNN, Wed April 10, 2013. http://www.cnn.com/2013/04/10/opinion/donohue-background-checks/index.html

- "Substance vs. Sideshows in the More Guns, Less Crime Debate: A Comment on Moody, Lott, and Marvell" (with Abhay Aneja, and Alexandria Zhang) ECON JOURNAL WATCH 10(1) January 2013: 32-39

- "More Guns, Less Crime Thesis," Guns in American Society: An Encyclopedia of History, Politics, Culture, and the Law (volume 2:G-Q, at page 585) (2012).

- "Jury Nullification in Modified Comparative Negligence Regimes," 79 The University of Chicago Law Review 945 (2012)(with Eli K. Best).

- "What Can Be Done to Stem Gun Violence?" San Francisco Chronicle, December 21, 2012.  http://www.sfgate.com/opinion/article/What-can-be-done-to-stem-gun-violence-4139575.php#ixzz2G4qIkJJ2

- "When Will America Wake Up to Gun Violence?" CNN opinion, July 21, 2012. Posted to: http://www.cnn.com/2012/07/20/opinion/donohue-gun-control/.

- "Time To Kill The Death Penalty?" The California Progress Report, June 28, 2012.

- "Assessing Post-ADA Employment: Some Econometric Evidence and Policy Considerations." Journal of Empirical Legal Studies Vol. 8: No. 3, September 2011, pp. 477-503 (with Michael Ashley Stein, Christopher L. Griffin, Jr. and Sascha Becker).

- "The Impact of Right-to-Carry Laws and the NRC Report: Lessons for the Empirical Evaluation of Law and Policy," Am Law Econ Rev (Fall 2011) 13 (2): 565-631 (with Abhay Aneja and Alex Zhang).  See January 2014 Revision released as an NBER working paper above.

- "Punishment is a Cost, Not a Benefit," Review of Mark A. R. Kleiman's "When Brute Force Fails: How to Have Less Crime and Less Punishment," XLVII Journal of Economic Literature (March 2010), 168-172.

- "The Politics of Judicial Opposition: Comment," Journal of Institutional and Theoretical Economics, 166(1), 108—114 (2010).

- "Introduction to the Death Penalty Symposium," 11 American Law and Economics Review. v (Fall 2009) (with Steve Shavell).

- "Estimating the Impact of the Death Penalty on Murder," 11 American Law and Economics Review 249 (Fall 2009) (with Justin Wolfers).

6

- "The Impact of the Death Penalty on Murder," Criminology & Public Policy (November 2009, Volume 8, Issue 4) at pp. 795-801.

- "The Impact of Legalized Abortion on Teen Childbearing," 11 American Law and Economics Review 24 (2009) (with Jeff Grogger and Steven Levitt).

- "More Guns, Less Crime Fails Again: The Latest Evidence from 1977-2006," 6 Econ Journal Watch 218-233 (May 2009)(with Ian Ayres).

- "Yet Another Refutation of the More Guns, Less Crime Hypothesis – With Some Help From Moody and Marvell," 6 Econ Journal Watch 35-59 (January 2009)(with Ian Ayres).

- "Measurement Error, Legalized Abortion, and the Decline in Crime: A Response to Foote and Goetz," The Quarterly Journal of Economics (2008) 123 (1): 425-440 (with Steven Levitt). http://qje.oxfordjournals.org/content/123/1/425.abstract

- "AntiDiscrimination Law," in Steven Durlauf and Lawrence Bloom, eds., The New Palgrave Dictionary of Economics, 2d Edition, 2008.

- "Murder in Decline in the 1990s: Why the U.S. and N.Y.C. Were Not That Special," Punishment and Society 10: 333 (2008) at http://pun.sagepub.com

- "Understanding the 1990s Crime Drops in the U.S. and Canada," Canadian Journal of Criminology and Criminal Justice, Vol 49, No. 4, p. 552 (October 2007).

- "The Law and Economics of Antidiscrimination Law," A. M. Polinsky and Steven Shavell, eds., Handbook of Law and Economics, Volume 2 (2007), Pages 1387-1472.

- "Economic Models of Crime and Punishment," Social Research, Vol. 74: No. 2, Summer 2007, pp. 379-412.

- "Rethink the War on Drugs," Yale Law Reports, Summer 2007, pp. 46-47.

- "More Cops," Brookings Policy Brief #158, March 2007 (with Jens Ludwig), http://www.brookings.edu/papers/2007/03crime_john-j--donohue-iii.aspx.

- "Studying Labor Market Institutions in the Lab: Minimum Wages, Employment Protection, and Workfare: Comment," Journal of Theoretical and Institutional Economics, 163(1), 46—51 (March 2007).

- "The Impact of Damage Caps on Malpractice Claims: Randomization Inference with Difference-in-Differences," (with Daniel Ho), 4 Journal of Empirical Legal Studies 69 (2007).

- "The Discretion of Judges and Corporate Executives: An Insider's View of the Disney Case," The Economists' Voice: Vol. 3: No. 8, Article 4. Available at: http://www.bepress.com/ev/vol3/iss8/art4

- "The Knicks Boldly Go Where Companies Have Not," The New York Times, July 2, 2006 Sunday (with Ian Ayres).

- "The Death Penalty: No Evidence of Deterrence," The Economists' Voice, (with Justin Wolfers) (April 2006), http://bpp.wharton.upenn.edu/jwolfers/Press/DeathPenalty(BEPress).pdf.
  - Reprinted in Stiglitz, Edlin, and DeLong (eds), The Economists' Voice: Top Economists Take on Today's Problems (2008).

- "The Costs of Wrongful-Discharge Laws," 88 Review of Economics and Statistics (with David Autor and Stewart Schwab)(2006), pp. 211-31.

7

- "Security, Democracy, and Restraint," 1 Opening Argument 4 (February 2006).
  - Reprinted in Loch Johnson and James Wirtz, Intelligence and National Security: An Anthology 406-407 (2d ed. 2008).

- "Uses and Abuses of Empirical Evidence in the Death Penalty Debate," 58 Stanford Law Review 791 (2005) (with Justin Wolfers).

  - Reprinted in Steven Levitt and Thomas Miles, eds., The Economics of Criminal Law, Edward Elgar Publishing (2008).
  - Reprinted in Robert Cooter and Francesco Parisi, eds., Foundations of Law and Economics, Edward Elgar Publishing (2010)

- "Does Terrorism Increase Crime? A Cautionary Tale," (with Daniel Ho), 2005.

- "Fighting Crime: An Economist's View," 7 The Milken Institute Review 46 (2005).
  - Reprinted in Kurt Finsterbusch, ed., Social Problems (McGraw-Hill, 2006).

- "Guns, Crime, and the Impact of State Right-to-Carry Laws," 73 Fordham Law Review 623 (2004).

- "Clinton and Bush's Report Cards on Crime Reduction: The Data Show Bush Policies Are Undermining Clinton Gains", The Economists' Voice: Vol. 1: No. 1, Article 4. 2004, http://www.bepress.com/ev/vol1/iss1/art4

- "The Employment Consequences of Wrongful-Discharge Laws: Large, Small, or None at All?" American Economic Review: Papers and Proceedings May, 2004 (with David Autor and Stewart Schwab).

- "Further Evidence that Legalized Abortion Lowered Crime: A Reply To Joyce," 39 Journal of Human Resources 29 (Winter 2004)(with Steven Levitt).

- "The Final Bullet in the Body of the More Guns, Less Crime Hypothesis," Criminology & Public Policy (July 2003, Volume 2, Issue 3) at pp. 397-410.

- "Shooting Down the 'More Guns, Less Crime' Hypothesis," 55 Stanford Law Review 1193 (2003)(with Ian Ayres).

- "The Latest Misfires in Support of the 'More Guns, Less Crime' Hypothesis," 55 Stanford Law Review 1371 (2003)(with Ian Ayres).

- "Can Guns, Or Gun Violence, Be Controlled?" (Reviewing James Jacobs, Can Gun Control Work?), The American Prospect (December 16, 2002), p. 35.

- "The Search for Truth: In Appreciation of James J. Heckman," 27 Law and Social Inquiry 23 (2002).

- "The Schooling of Southern Blacks: The Roles of Social Activism and Private Philanthropy, 1910-1960," Quarterly Journal of Economics (Feb. 2002), (with James Heckman and Petra Todd), pp. 225 – 268.
  - Reprinted in Legal Decisionmaking section of the American Bar Foundation Anthology, ABF Press (2007).
  - Reprinted in American Bar Foundation, Anaylyzing Law's Reach: Empirical Research on Law and Society (2008)

- "The Impact of Race on Policing and Arrests," Journal of Law and Economics, vol. XLIV October 2001)(with Steven Levitt), pp. 367 – 394.

- "The Impact of Legalized Abortion on Crime," Quarterly Journal of Economics (Vol. CXVI, Issue 2, May 2001)(with Steven Levitt) pp. 379-420.

8

- Reprinted in Steven Levitt and Thomas Miles, eds., The Economics of Criminal Law, Edward Elgar Publishing (2008).
- Reprinted in Robert Cooter and Francesco Parisi, eds., Recent Developments In Law And Economics, Edward Elgar Publishing (2010).

- "Understanding the Reasons for and Impact of Legislatively Mandated Benefits for Selected Workers," 53 Stanford Law Review 897 (2001).
  - Reprinted in Michael Zimmer, Charles Sullivan et al, Cases and Materials on Employment Discrimination (6th edition)(2003).

- "Nondiscretionary Concealed Weapons Law:  A Case Study of Statistics, Standards of Proof, and Public Policy," American Law and Economics Review 436 (1999)(with Ian Ayres).
  - Reprinted in Steven Levitt and Thomas Miles, eds., The Economics of Criminal Law, Edward Elgar Publishing (2008).

- "Why We Should Discount the Views of Those Who Discount Discounting," 108 Yale Law Journal 1901 (1999).

- "Understanding  The Time Path of Crime," 88 Journal of Criminal Law and Criminology 1423 (1998).

- "Discrimination in Employment," The New Palgrave Dictionary of Law and Economics (1998).
  - Excerpted in Lynne Dallas, Law and Public Policy:  A Socio-Economic Approach (2003).

- "The Legal Response to Discrimination: Does Law Matter?" in Bryant Garth, Austin Sarat, eds., How Does Law Matter? Pp. 45 – 75 (Northwestern University Press, 1998).

- "Some Thoughts on Law and Economics and the Theory of the Second Best," 73 Chicago-Kent Law Review 257 (1998).

- "Allocating Resources Among Prisons and Social Programs In the Battle Against Crime," 27 Journal of Legal Studies 1 (1998) (with Peter Siegelman).
  - Excerpted in Sanford Kadish & Stephen Schulhofer, Criminal Law and Its Processes (8th ed. 2007),

- "Guns, Violence, and the Efficiency of Illegal Markets," 88 American Economic Review 463 (May 1998)(with Steve Levitt).

- "Did Miranda Diminish Police Effectiveness?" 50 Stanford Law Review 1147 (1998).

- "Some Thoughts on Affirmative Action," 75 Washington University Law Quarterly 1590 (1997).

- "Executive Compensation," 3 Stanford Journal of Law, Business & Finance 1 (1997).

- "Some Perspective on Crime and Criminal Justice Policy," Lawrence Friedman and George Fisher, eds., The Crime Conundrum:  Essays on Criminal Justice  45 (1997).

- "The Selection of Employment Discrimination Disputes for Litigation:  Using Business Cycle Effects to Test the Priest/Klein Hypothesis," 24 Journal of Legal Studies 427 (1995) (with Peter Siegelman).

- "Employment Discrimination Law in Perspective: Three Concepts of Equality," 92 Michigan Law Review 2583 (1994).

- Reprinted in Frank Ravitch, Janis McDonald, and Pamela Sumners, Employment Discrimination Law (2004).
  - Translated into Chinese and published in Peking University Law Review (2007).

9

- "The Effects of Joint and Several Liability on Settlement Rates: Mathematical Symmetries and Meta-Issues in the Analysis of Rational Litigant Behavior," 23 Journal of Legal Studies 543 (1994).

- "Liberal Law and Economics," (reviewing Rethinking the Progressive Agenda by Susan Rose-Ackerman), 13 Journal of Policy Analysis and Management 192 (1994).

- Review of Richard Epstein's Forbidden Grounds: The Case Against Employment Discrimination Laws, 31 Journal of Economic Literature 1477 (1994).

- "Law and Macroeconomics: Employment Discrimination Over the Business Cycle," 66 University of S. Calif. L. Rev. 709 (1993) (with Peter Siegelman).

- "Advocacy Versus Analysis In Assessing Employment Discrimination Law," 44 Stanford Law Review 1583 (1992).
  - Reprinted in Christopher McCrudden, Anti-Discrimination Law (2003).

- Excerpted in Professors Michael J. Zimmer, Charles A. Sullivan, & Rebecca Hanner White, Cases and Materials on Employment Discrimination (Seventh Edition 2008).

- "The Changing Nature of Employment Discrimination Litigation," 43 Stanford Law Review 983 (1991) (with Peter Siegelman).

- "The Effects of Fee Shifting on the Settlement Rate: Theoretical Observations on Costs, Conflicts, and Contingency Fees," 54 Law and Contemporary Problems 195 (1991).

- "Re-Evaluating Federal Civil Rights Policy," 79 Georgetown Law Journal 1713 (1991) (with James Heckman).

- "Opting for the British Rule; Or, If Posner and Shavell Can't Remember the Coase Theorem, Who Will?" 104 Harvard Law Review 1093 (1991).
  - Reprinted in Saul Levmore, Foundations of Tort Law 160 (1994).

- "Continuous versus Episodic Change: The Impact of Civil Rights Policy on the Economic Status of Blacks," 29 Journal of Economic Literature 1603 (December 1991) (with James Heckman).
  - Reprinted in Paul Burstein, ed., Equal Employment Opportunity, Aldine De Gruyter, New York (1994).

- "The Impact of Federal Civil Rights Policy on the Economic Status of Blacks," 14 Harvard Journal of Law and Public Policy 41 (1991).

- "Studying the Iceberg From Its Tip: A Comparison of Published and Unpublished Employment Discrimination Cases," 24 Law and Society Review 1133 (1990) (with Peter Siegelman).

- "Prohibiting Sex Discrimination in the Workplace: An Economic Perspective," 56 University of Chicago Law Review 1337 (1989).

- "The Law & Economics of Tort Law: The Profound Revolution," 102 Harvard Law Review 1047 (1989).

- "Using Market Incentives to Promote Auto Occupant Safety," 7 Yale Law and Policy Review 449 (1989).

- "Diverting the Coasean River: Incentive Schemes to Reduce Unemployment Spells," 99 Yale Law Journal 549 (1989).
  - Winner of the 1989 Scholarly Paper Competition, Association of American Law Schools.

- "Reply to Professors Ellickson and Stigler," 99 Yale Law Journal 635 (1989).

10

- "Law and Economics: The Road Not Taken," 22 Law and Society Review 903 (1988).

- "Further Thoughts on Employment Discrimination Legislation: A Reply to Judge Posner," 136 U. Pa. L. Rev. 523 (1987).

- "Judge Bork, Anti-Trust Law, and the Bending of 'Original Intent'," Chicago Tribune, sec.1, pg. 15, July 22, 1987.

- "Posner's Third Symphony: Thinking about the Unthinkable," 39 Stanford Law Review 791 (1987)(with Ian Ayres).

- "Determinants of Job Turnover of Young Men and Women in the U.S.--A Hazard Rate Analysis," in Schultz, T.P., ed., Research in Population Economics, vol.6, Greenwich, Conn.: JAI Press (1987).

- "A Comparison of Male-Female Hazard Rates of Young Workers, 1968-1971," Working Paper #48, Center for Studies in Law, Economics and Public Policy; Yale Law School (1986).

- "Hazard Rates of Young Male and Female Workers--Recent Developments," Working Paper #51, Center for Studies in Law, Economics and Public Policy; Yale Law School (1986).

- "Is Title VII Efficient?" 134 U. Pa. L. Rev. 1411 (1986).
  - Reprinted in Paul Burstein, ed., Equal Employment Opportunity, Aldine De Gruyter, New York (1994).

- "Section I Cases," Sherman's Summations, Vol.3, No.2, Sherman Act Committee of the A.B.A. Antitrust Section, Fall, 1982, at 49.

- "An Evaluation of the Constitutionality of S. 114, The Proposed Federal Death Penalty Statute," Hearings before the U.S. Senate Judiciary Committee, April 27, 1981, at 151.

- "Godfrey v. Georgia: Creative Federalism, the Eighth Amendment, and the Evolving Law of Death," 30 Catholic University Law Review 13 (1980).

- "Criminal Code Revision--Contempt of Court and Related Offenses," Hearings before the Subcommittee on Criminal Justice of the House Judiciary Committee, July 18, 1979, at 1087.

**Blog Posts:**

- "Orlando to Las Vegas: Guns, Law, and Mass Shootings in the U.S.," Stanford Law School Legal Aggregate Blog, October 3, 2017, https://law.stanford.edu/2017/10/03/orlando-to-las-vegas-guns-and-law/.

- "Moore v. Texas and the Pathologies that Still Mar Capital Punishment in the U.S.," March 29, 2017, https://law.stanford.edu/2017/03/29/moore-v-texas-and-the-pathologies-that-mar-capital-punishment-in-the-u-s/

- "Trump and Gun Policy," Stanford Law School Legal Aggregate Blog, November 12, 2016, http://stanford.io/2eoWnna

- "Facts Do Not Support Claim That Guns Make Us Safer" Stanford Law School Legal Aggregate Blog, October 12, 2015, https://law.stanford.edu/2015/10/12/professor-john-donohue-facts-do-not-support-claim-that-guns-make-us-safer/

- "When will America wake up to gun violence?" CNN.com, July 20, 2012, http://www.cnn.com/2012/07/20/opinion/donohue-gun-control/index.html

11

- "It Takes Laws to Control the Bad Guys," The New York Times -- Room For Debate: http://www.nytimes.com/roomfordebate/2011/01/11/more-guns-less-crime (January 11, 2011).

- "Have "Woman-Protective" Studies Resolved the Abortion Debate?  Don't Bet on It," http://balkin.blogspot.com/2008/09/have-woman-protective-studies-resolved.html (September 2008).

- "Dodging the Death Penalty Bullet On Child Rape," http://balkin.blogspot.com/2008/07/dodging-death-penalty-bullet-on-child.html (July 2008).

- "Why I'd Stick With Yale Clerks-- Some Econometric Ruminations," http://balkin.blogspot.com/2008/04/why-id-stick-with-yale-clerks-some.html (April 2008).

**WORKSHOPS AND ADDRESSES**

- Panelist, "Public Carry: Defending Against Efforts to Expand Carry Laws," **National Gun Violence Prevention Meeting,** Washington, D.C., October 18, 2017

- "Keynote Presentation: Right-to-Carry Laws and Violent Crime," Second Amendment Litigation & Jurisprudence Conference, **The Law Center to Prevent Gun Violence,** October 16, 2017.

- "The Latest Evidence on Abortion Legalization and Crime," Conference on Empirical Legal Studies, Cornell University, October 13, 2017.

- "Comey, Trump, and the Puzzling Pattern of Crime in 2015 and Beyond," **University of Texas School of Law and Economics Seminar,** April 24, 2017, Faculty Workshop, **UC Davis School of Law,** April 10, 2017; Law and Social Science Seminar, **Texas A&M University School of Law,** March 6, 2017; Quantlaw, **University of Arizona Law School,** February 17, 2017.

- Debate with Kent Scheidegger on Capital Punishment, Philosophy of Punishment Seminar, **JFK University School of Law,** March 18, 2017.

- "The Evidence on Guns and Gun Laws," **Federal Bar Council Program on Guns and Gun Laws** -- Rancho Mirage, California, February 23, 2017.

- "Guns, Crime and Race in America," Stanford's Center for Population Health Sciences, **Stanford Medical School,** October 17, 2016.

- "Evaluating the Death Penalty," Forum on California Propositions 62 and 66, **Stanford Law School,** September 14, 2016.

- "Empirical Analysis and the Fate of Capital Punishment," Colloquium, Presley Center for Crime and Justice Studies; **University of California, Riverside,** October 24, 2016.

- "Gun Violence and Mental Illness," Department of Psychiatry, **Stanford University,** August 25, 2016.

- "The Battle Over Gun Policy In America," Physicians and Social Responsibility" seminar; **Stanford Medical School,** October 3, 2016; **Bioethics Committee of the San Mateo County Medical Association,** April 27, 2016; **The League of Women Voters of Palo Alto,** April 19, 2016; Human Rights and Health Seminar, **Stanford**

12

University, April 12, 2016; Bechtel International Center, **Stanford University**, February 23, 2016; Stanford in Government Seminar, Haas Center, **Stanford University**, February 2, 2016.

- American Economic Association Continuing Education Course "The Economics of Crime" (with Jens Ludwig), **AEA Annual Meeting**, San Francisco, January 5-7, 2016.

- "Race and Arbitrariness in the Connecticut Death Penalty," **University of Connecticut** School of Law, Nov. 20, 2015.

- *"Connecticut v. Santiago* and the Demise of the Connecticut Death Penalty," Faculty Workshop, **Stanford Law School**, August 19, 2015.

- "Do Handguns Make Us Safer? A State-Level Synthetic Controls Analysis of Right-to-Carry Laws," Second Amendment Conference, **Covington and Burling, New York**, May 14, 2015; **NBER Summer Institute**, Cambridge, MA, July 23, 2015; Faculty Workshop, **Stanford Law School**, November 11, 2015.

- "U.S. Criminal Justice Under Siege : Will Becker or Beccaria Prevail?" Faculty Seminar, **Bocconi University School of Law, Milan, Italy**, June 18, 2015.

- "Can You Believe Econometric Evaluations of Law, Policy, and Medicine?" **Stanford Law School**, Legal Theory Workshop, March 1, 2007; Faculty Workshop, **Tel Aviv University School of Law**, May 14, 2007; Faculty Workshop, **University of Haifa Law School**, May 16, 2007; Law and Economics Workshop, **Georgetown Law School**, September 19, 2007; Law and Economics Workshop, **St. Gallen Law School**, Switzerland, November 29, 2007; and Yale Law School, February 25, 2008; Law and Economics Workshop, **Swiss Institute of Technology**, Zurich, Switzerland, May 21, 2008; Faculty Workshop, **University of Virginia Law School**, October 24, 2008; Plenary Session, Latin American and Caribbean Law and Economics Association, **Universitat Pompeu Fabra (Barcelona)**, June 15, 2009; **Google, Milan**, Italy, June 8, 2015.

- Commentator: ""Throw Away the Jail or Throw Away the Key? The Effect of Punishment on Recidivism and Social Cost,"" by Miguel F. P. de Figueiredo, American Law and Economics Association Meetings, **Columbia Law School**, May 15, 2015.

- "Broken Windows, Stop and Frisk, and Ferguson," 2015 Justice Collaboratory Conference: Policing Post-Ferguson, **Yale Law School**, April 17, 2015.

- "Assessing the Development and Future of Empirical Legal Studies," **Stanford Law School** course on Modern American Legal Thought, February 25, 2015.

- Commentator: "Payday Lending Restrictions and Crimes in the Neighborhood," by Yilan Xu, 9th Annual Conference on Empirical Legal Studies, **Boalt Hall**, Berkeley, CA, November 7, 2014.

- "An Empirical Evaluation of the Connecticut Death Penalty Since 1973: Are There Unconstitutional Race, Gender and Geographic Disparities?" Faculty Workshop, **Economics Department, Rice University**, Houston, TX, Feb. 18, 2014; Law and Economics Workshop, **University of Virginia Law School**, September 11, 2014; Faculty Colloquium, **University of San Diego School of Law**, October 3, 2014.

- "What's Happening to the Death Penalty? A Look at the Battle in Connecticut," **Hamilton College**, Clinton, New York, June 6, 2014.

13

- Panel Member, Research Methods Workshop, Conference for Junior Researchers on Law and Society, **Stanford Law School**, May 15, 2014.

- "Logit v. OLS: A Matter of Life and Death," Annual Meeting of the American Law and Economics Association, **University of Chicago**, May 9, 2014.

- "Guns: Law, Policy, Econometrics," Second Amendment Litigation and Jurisprudence Conference, **Jenner & Block**, Chicago, May 8, 2014.

- "The Impact of Antidiscrimination Law: The View 50 Years after the Civil Rights Act of 1964," **Renaissance Weekend**, Liguna Niguel, CA, Feb. 15, 2014.

- "Concealed Carry and Stand Your Ground Law," **Renaissance Weekend**, Liguna Niguel, CA, Feb. 15, 2014.

- "Reducing Gun Violence," Forum on Gun Violence Reduction, Mountainview City Hall, Mountainview, CA, Feb. 8, 2014.

- "Gun Policy Debate," C-SPAN. National Cable Satellite Corporation, Jan. 16, 2014. <http://www.c-span.org/video/?317256-1/GunPoli>.

- "Trial and Decision in the Connecticut Death Penalty Litigation," Faculty Workshop, **Stanford Law School**, November 20, 2013.

- "Rethinking America's Illegal Drug Policy," Law and Economics Workshop, **Harvard Law School**, April 20, 2010; NBER Conference, "Economical Crime Control," **Boalt Hall**, Berkeley, CA, January 16, 2010; **NBER Summer Institute** Pre-Conference "Economical Crime Control," July 23, 2009; **Whitney Center** Lecture Series, Hamden, CT, October 5, 2009; Law and Economics Workshop, **University of Chicago Law School**, October 13, 2009; Seminar for Spanish Law Professors, **Harvard Law School**, October 23, 2009; The Criminal Law Society, **Stanford Law School**, March 31, 2011, **University of Denver Sturm College of Law**, April 21, 2011; Law and Economics Workshop, **Boalt Hall**, Berkeley, CA, October 17, 2011; Shaking the Foundations Conference, **Stanford Law School**, November 2, 2013.

- "The Challenge to the Connecticut Death Penalty," **Yale Law School**, Death Penalty Clinic, November 5, 2007; Graduate Student Seminar, November 11, 2009; Stanford Program in International Legal Studies Seminar, **Stanford Law School**, Nov. 11, 2010; Faculty Workshop, **Stanford Law School**, June 8, 2011; Faculty workshop, **Duke Law School**, April 13, 2012; Program on Public Policy, **Stanford University**, May 2, 2012; Annual Meeting of the American Law and Economics Association, **Vanderbilt Law School**, Nashville, TN, May 18, 2013; Faculty Workshop, **University of Arizona Law School**, October 17, 2013; 8th Annual Conference on Empirical Legal Studies, **University of Pennsylvania Law School**, October 26, 2013.

- Commentator: "How to Lie with Rape Statistics" by Corey Rayburn Yung, 8th Annual Conference on Empirical Legal Studies, **University of Pennsylvania Law School**, October 2013.

- "An Empirical Look at Gun Violence in the U.S." **University of Arizona Law School**, October 17, 2013

- Discussant, "Sex Offender Registration and Plea Bargaining," **NBER Labor Summer Institute**, Cambridge, MA, July 25, 2013.

- "What Works in the War Against Crime?" **Renaissance Weekend**, Jackson Hole, Wyoming, July 5, 2013.

14

- Seminar Presentation, "Statistics and the Streets – Curbing Crime, Realities of the Death Penalty, and Successes in Public Safety," **Renaissance Weekend,** Jackson Hole, Wyoming, July 5, 2013.

- Flashes of Genius (Glimpses of Extra-ordinarily Novel Thinking) – "Stemming Gun Violence," **Renaissance Weekend,** Jackson Hole, Wyoming, July 5, 2013.

- "Can Laws Reduce Crime?" Safe Oakland Speakers Series, **Holy Names University,** Oakland, CA, May 1, 2013, http://www.ustream.tv/channel/safe-oakland-speaker-series

- Presentation on "The Death Penalty in America" on a panel on "human rights and criminal justice systems in the world," Science for Peace conference at Bocconi University in Milan, Italy, November 15, 2012. http://www.fondazioneveronesi.it/scienceforpeace2012/

- Seminar Presentation, "America's Criminal Justice System," **Renaissance Weekend,** Santa Monica, CA., Feb. 19, 2012.

- "Statistical Inference, Regression Analysis and Common Mistakes in Empirical Research," SPILLS Fellow's Workshop, **Stanford Law School,** February 2, 2012.

- "New Evidence in the 'More Guns, Less Crime' Debate:  A Synthetic Controls Approach," Conference on Empirical Legal Studies, **Northwestern Law School,** November 4, 2011.

- "Drug Legalization and its Alternatives," *Lessons from the Economics of Crime: What Works in Reducing Offending?* **CESifo Venice Summer Institute Workshop,** July 22 , 2011.

- "Incapacitating Addictions: Drug Policy and American Criminal Justice," in Rethinking the War on Drugs through the US-Mexico Prism," **Yale Center for the Study of Globalization,** May 12, 2011.

- Plenary Session:  Flashes of Genius (Glimpses of Extra-ordinarily Novel Thinking) -- "Has Legalized Abortion Reduced Crime?" **Renaissance Weekend,** Liguna Niguel, CA., Feb. 18, 2011.

- "An Evidence-Based Look at the More Guns, Less Crime Theory (after Tucson)" The American Constitution Society for Law and Policy (ACS), **Stanford Law School,** January 25, 2011; **Renaissance Weekend,** Liguna Niguel, CA., Feb. 19, 2011; "Faculty Forum" at the External Relations Office, **Stanford Law School,** April 5, 2011.

- "Empirical Evaluation of Law:  The Dream and the Nightmare," SPILS Fellows Lecture, **Stanford Law School,** January 15, 2015; Legal Studies Workshop, **Stanford Law School,** Feb. 7, 2011; **Renaissance Weekend**, Liguna Niguel, CA., Feb. 20, 2011; **University of Denver Sturm College of Law,** April 22, 2011; Presidential Address, Annual Meeting of the American Law and Economics Association, **Columbia University,** May 20, 2011.

- Death Sentencing in Connecticut," **American Society of Criminology Annual Meeting,** San Francisco, Nov. 17, 2010.

- "The Impact of Right to Carry Laws and the NRC Report:  Lessons for the Empirical Evaluation of Law and Policy," Conference on Empirical Legal Studies, **Yale Law School,** Nov. 6, 2010.

- Comment on Bushway and Gelbach, "Testing for Racial Discrimination in Bail Setting Using Nonparametric Estimation of a Parametric Model," Conference on Empirical Legal Studies, **Yale Law School,** Nov. 6, 2010.

15

- Commentator, "A Test of Racial Bias in Capital Sentencing," **NBER Political Economy Program Meeting**, April 23, 2010.

- "The (Lack of a) Deterrent Effect of Capital Punishment," Faculty Workshop, **University of Chicago Economics Department**, October 21, 2009.

- Keynote Address, "The Evolution of Econometric Evaluation of Crime and Deterrence,"1st Paris& Bonn Workshop on Law and Economics: The Empirics of Crime and Deterrence, **University of Paris Ouest Nanterre**, September 24, 2009.

- Comment on Cook, Ludwig, and Samaha, "Gun Control after *Heller*: Litigating Against Regulation," NBER Regulation and Litigation Conference, **The Boulders**, Carefree, Arizona, September 11, 2009.

- "Impact of the Death Penalty on Murder in the US," Faculty Workshop, Law School, **Universitat Pompeu Fabra (Barcelona)**, June 18, 2009.

- Comment on Joanna Shepherd's "The Politics of Judicial Opposition," Journal of Institutional and Theoretical Economics Conference, **Kloster Eberbach, Germany**, June 12, 2009.

- "The Great American Crime Drop of the '90s: Some Thoughts on Abortion Legalization, Guns, Prisons, and the Death Penalty," **Hamilton College**, Clinton, NY, June 5, 2009.

- "The Impact of the ADA on the Employment and Earnings of the Disabled," **American Law and Economics Association Meetings**, University of San Diego, May 15, 2009.

- "Crime and Punishment in the United States," **Eastern State Penitentiary, Yale Alumni Event**, Philadelphia, PA, April 26, 2009.

- "Measuring Culpability in Death Penalty Cases," Conference on Applications of Economic Analysis in Law, **Fuqua School of Business, Duke University**, April 18, 2009.

- "Autopsy of a Financial Crisis," Workshop on New International Rules and Bodies for Regulating Financial Markets, **State University of Milan**, March 23, 2009.

- "Yet Another Refutation of the More Guns, Less Crime Hypothesis – With Some Help From Moody and Marvell, Law and Economics Workshop, **NYU Law School**, March 10, 2009.

- Intelligence-Squared Debate: "Guns Reduce Crime," **Rockefeller University**, New York, October 28, 2008.

- "The D.C. Handgun Controls: Did the Supreme Court's Decision Make the City Safer?" Debate, **The Contemporary Club of Albemarle**, Charlottesville, VA, October 23, 2008.

- "Evaluating the Empirical Claims of the Woman-Protective Anti-Abortion Movement," Panel on The Facts of the Matter: Science, Public Health, and Counseling, Yale Conference on the Future of Sexual and Reproductive Rights, **Yale Law School**, October 11, 2008.

- "Empirical Evaluation of Gun Policy," **Harvard Law School**, October 9, 2008.

- "Assessing the Relative Benefits of Incarceration: The Overall Change Over the Previous Decades and the Benefits on the Margin," **Russell Sage Foundation**, New York, May 3,  2007; Law and Economics Workshop, **Tel Aviv University School of Law**, May 28, 2008.

- Death Penalty Debate with Orin Kerr, Bloggingheads, April 11, 2008.

16

- "Evaluating Connecticut's Death Penalty Regime," Faculty Public Interest Conversation, **Yale Law School**, April 9, 2008.

- "The Death Penalty in Connecticut and the United States," **The Whitney Center**, Hamden, CT, November 5, 2007; Seminar on Advanced Criminal Law:  Criminal Sentencing and the Death Penalty, **Fordham Law School**, April 8, 2008; Law and Economics Workshop, **Swiss Institute of Technology**, Zurich, Switzerland, May 20, 2008.

- Radio Interview, "The Death of Capital Punishment?" Morning Edition: Where We Live. WNPR. Connecticut, March 10, 2008.

- Comment on Thomas Dee's "Born to Be Mild: Motorcycle Helmets and Traffic Safety," **American Economics Association Meetings**, New Orleans, Louisiana, January 4, 2008.

- "The Empirical Revolution in Law and Policy:  Jubilation and Tribulation," **Keynote Address, Conference on Empirical Legal Studies, NYU Law School,** Novermber 9, 2007.

- "The Optimal Rate of Incarceration," **Harvard Law School**, October 26, 2007.

- "Empirical Evaluation of Law:  The Impact on U.S Crime Rates of Incarceration, the Death Penalty, Guns, and Abortion," Law and Economics Workshop, **St. Gallen Law School, Switzerland**, June 25, 2007.

- Comment on Eric Baumer's "A Comprehensive Assessment of the Contemporary Crime Trends Puzzle," Committee on Law and Justice Workshop on Understanding Crime Trends, **National Academy of Sciences**, Washington, D.C., April 25, 2007.

- Comment on Bernard Harcourt, Third Annual Criminal Justice Roundtable Conferemce, **Yale Law School**, "Rethinking the Incarceration Revolution Part II:  State Level Analysis," April 14, 2006.

- "Corporate Governance in America:  The Disney Case," **Catholic University Law School**, Milan, Italy, March 19, 2007.

- "The U.S Tort System," (Latin American) Linkages Program, **Yale Law School**, February 13, 2007.

- Panel Member, "Guns and Violence in the U.S.," **Yale University, International Center,** January 24, 2007.

- "Economic Models of Crime and Punishment," Punishment: The U.S. Record:  A Social    Research Conference at **The New School,** New York City, Nov. 30, 2006

- Comment on Baldus et al, "Equal Justice and the Death Penalty: The Experience fo the United States Armed Forces, Conference on Empirical Legal Studies, **University of   Texas Law, School**, Austin, Texas, October 27, 2006.

- "Empirical Evaluation of Law:  The Promise and the Peril," **Harvard Law School**, October  26, 2006.

- "Estimating the Impact of the Death Penalty on Murder," Law and Economics Workshop, **Harvard Law School**, September 12, 2006; Conference on Empirical Legal Studies, **University of Texas Law School**, October 28, 2006; Joint Workshop, Maryland Population Research Center and School of Public Policy, **University of Maryland,** March 9, 2007.

- "Why Are Auto Fatalities Dropping so Sharply?" **Faculty Workshop, Wharton**, Philadelphia, PA, April 19, 2006.

- "The Law of Racial Profiling," Law and Economic Perspectives on Profiling Workshop, **Northwestern University Department of Economics,** April 7, 2006.

17

- "Landmines and Goldmines:  Why It's Hard to Find Truth and Easy To Peddle Falsehood in Empirical Evaluation of Law and Policy," **Rosenthal Lectures, Northwestern University School of Law**, April 4-6, 2006.

- "The Impact of Legalized Abortion on Crime," **American Enterprise Institute**, March 28, 2006.

- "The Impact of Damage Caps on Malpractice Claims:  Randomization Inference with Difference-in-Differences,"**Conference on Medical Malpractice, The Rand Corporation**, March 11, 2006.

- "Powerful Evidence the Death Penalty Deters?" **Leighton Homer Surbeck Chair Lecture, Yale Law School**, March 7, 2006.

- "Uses and Abuses of Empirical Evidence in the Death Penalty Debate," Faculty Workshop, **University of Connecticut Law School**, October 18, 2005; Faculty Workshop, **UCLA Law School**, February 3, 2006; Law and Economics Workshop, **Stanford Law School**, February 16, 2006; ; Law Faculty, **University of Cambridge, Cambridge, England**, February 28, 2006; **University of Illinois College of Law**, Law and Economics Workshop, March 2, 2006; Faculty Workshop, **Florida State University Law School**, March 30, 2006; **ALEA**, Berkeley, CA May 6, 2006; **University of Chicago Law School**, Law and Economics Workshop, May 9, 2006.

- "Is Gun Control Illiberal?" Federalist Society Debate with Dan Kahan at Yale Law School,  January 31, 2006.

- "Witness to Deception:  An Insider's Look at the Disney Trial," **2005-2006 Distinguished Lecture, Boston University School of Law**, November 10, 2005; Center for the Study of Corporate Law, **Yale Law School**, November 3, 2005; **Law Offices of Herbert Smith, London, England**, February 23, 2006; Law Faculty, **University of Cambridge, Cambridge, England**, February 27, 2006.

- "Understanding the Surprising Fall in Crime in the 1990s," **Rotary Club**, Orange, CT, August 5, 2005; Faculty Workshop, **Yale School of Management**, September 21, 2005.

- Panel Member, "The Board's Role in Corporate Strategy," The Yale Global Governance Forum, **Yale School of Management**, September 8, 2005.

- "Crime and Abortion," **Museo de la Cuidad de Mexico**, Mexico City, October 20, 2003.

- "Allocating Resources towards Social Problems and Away From Incarceration as a Means of Reducing Crime," **MacArthur Foundation Research Network on Adolescent Development and Juvenile Justice**, San Francisco, CA, February 28, 2003.

- "Shooting Down the More Guns, Less Crime Hypothesis," **Stanford Law School**, Law and Economics Seminar, January 28, 2003; Faculty Workshop, Center for the Study of Law and Society, **Boalt Hall**, University of California, Berkeley, Feb. 24, 2003; Development Workshop, **Stanford Law School**, April 25, 2003; Faculty Workshop, **Stanford Law School**, July 2, 2003; Law and Public Affairs Program Workshop, **Princeton University**, September 29, 2003; Stanford Alumni Weekend, **Stanford University**, October 17, 2003; Faculty Workshop, CIDE, Mexico City, October 20, 2003.

- "The Impact of Legalized Abortion on Teen Childbearing," **NBER Labor Summer Institute**, Cambridge, MA, July 30, 2002.

- "Do Concealed Handgun Laws Reduce Crime?" Faculty Workshop, **Stanford Law School**, October 4, 2000; First-Year Orientation, **Stanford Law School**, September 5, 2001; Faculty Workshop, **Harvard Law School**, April 26, 2002; Faculty Workshop, **Columbia Law School**, April 29, 2002.

- "The Evolution of Employment Discrimination Law in the 1990s: An Empirical Investigation," Fellows Workshop, American Bar Foundation, February 11, 2002.

18

- "The Role of Discounting in Evaluating Social Programs Impacting on Future Generations: Comment on Arrow and Revesz," Colloquium on Distributive Justice, **Stanford Law School**, Oct. 18, 2001.

- "The Impact of Wrongful Discharge Laws," NBER **Labor Summer Institute**, Cambridge, MA, July 30, 2001; Labor and Employment Seminar, **NYU Law School**, October 16, 2001; Faculty Workshop, **Stanford Law School**, September 18, 2002; **Yale Law School**, January, 2004.

- "Racial Profiling: Defining the Problem, Understanding the Cause, Finding the Solution," **American Society of Criminology Conference**, San Francisco, CA, November 15, 2000.

- "Institutional Architecture for Building Private Markets," Conference on "Latin America and The New Economy" at **Diego Portales University** in Santiago, Chile, October 26, 2000.

- "The History and Current Status of Employment Discrimination Law in the United States," Unicapital School of Law, (Centro Universitario Capital), Sao Paulo, Brazil, March 10, 2000.

- "Corporate Governance in Developing Countries: Opportunities and Dangers," Conference on Neoliberal Policies for Development: Analysis and Criticism," University of Sao Paulo Law School, March 13, 2000

- "Legalized Abortion and Crime," Law and Economics Workshop, **University of Pennsylvania Law School**, September 21, 1999; Faculty Workshop, **Yale Law School**, September 27, 1999; **John Jay College of Criminal Justice**, October 7, 1999; Faculty Workshop, **Quinnipiac Law School**, October 13, 1999; Faculty Workshop, **University of Connecticut Law School**, October 19, 1999; **University of Virginia Law School**, October 25, 1999; Faculty Workshop, **Baruch College**, November 9, 1999; MacArthur Foundation Social Interactions and Economic Inequality Network Meeting, **Brookings Institution**, December 4, 1999; Faculty Workshop, **NYU Law School**, January 21, 2000; Faculty Workshop, **University of San Diego Law School**, February 18, 2000; Public Economics Workshop, Department of Economics, **Stanford University**, April 28, 2000; Law and Economics Workshop, **University of California at Berkeley Law School**, September 18, 2000; Faculty Workshop, **Cornell Law School**, September 26, 2000; OB-GYN Grand Rounds, **Stanford Medical School**, October 2, 2000; **Center for Advanced Studies in the Behavioral Sciences**, October 11, 2000; Faculty Workshop, **Graduate School of Business**, February 5, 2002.

- Panel member, Session on Executive Compensation, Director's College, **Stanford Law School**, March 23, 1999.

- "Exploring the Link Between Legalization of Abortion in the 1970s and Falling Crime in the 1990s," Law and Economics Workshop, **Harvard Law School**, March 16, 1999; Law and Economics Workshop, **University of Chicago Law School**, April 27, 1999; Faculty Workshop, **Stanford Law School**, June 30, 1999.

- "Is the Increasing Reliance on Incarceration a Cost-Effective Strategy of Fighting Crime?" Faculty Workshop, **University of Wisconsin School of Social Science**, February 19, 1999.

- "What Do We Know About Options Compensation?" Institutional Investors Forum, **Stanford Law School**, May 29, 1998.

- Commentator on Orlando Patterson's presentation on "The Ordeal of Integration," **Stanford Economics Department**, May 20, 1998.

- "Understanding The Time Path of Crime," Presentation at Conference on Why is Crime Decreasing? **Northwestern University School of Law**, March 28, 1998; Faculty Workshop, **Stanford Law School**, September 16, 1998; Faculty Workshop, **University of Michigan Law School**, February 18, 1999.

- Commentator, Conference on Public and Private Penalties, the **University of Chicago** Law School, Dec. 13-14, 1997.

19

- "Some Thoughts on Affirmative Action," Presentation at a conference on Rethinking Equality in the Global Society, **Washington University School of Law,** November 10, 1997.

- Commentator on Chris Jencks' Presentation on Welfare Policy, **Stanford Economics Department,** October 8, 1997.

- "The Impact of Race on Policing, Arrest Patterns, and Crime," Faculty Workshop, **Stanford Law School,** September 10, 1997; Law and Economics Workshop, **University of Southern California Law School,** October 23, 1997; Law and Economics Workshop, **Columbia University Law School,** November 24, 1997; Law and Economics Workshop, Haas School of Business, **University of California at Berkeley,** February 19, 1998; Annual Meeting of the American Law and Economics Association, **University of California at Berkeley,** May 8, 1998; Conference on the Economics of Law Enforcement, **Harvard Law School,** October 17, 1998.

- "Crime in America:  Understanding Trends, Evaluating Policy," **Stanford Sierra Camp,** August 1997.

- "Executive Compensation: What Do We Know?"  TIAA-CREF Committees on Corporate Governance and Social Responsibility, Center for Economic Policy Research, **Stanford University,** June 27, 1997; NASDAQ Director's Day, **Stanford University,** June 30, 1997.

- Panel Chair, Criminal Law (Theory), Criminal Law (Empirical), and Labor/Discrimination/Family Law, American Law and Economics Association, **University of Toronto Law School,** May 9-10, 1997.

- Commentator, "Diversity in Law School Hiring," **Stanford Law School,** February 25, 1997.

- Keynote Speaker, "The Optimal Rate of Crime," 11th Annual Conference, **The Oklahoma Academy for State Goals,** Tulsa, Oklahoma, May 7, 1996.

- Panel member, Session on Executive Compensation, Director's College, **Stanford Law School,** March 28-29, 1996.

- "The Power of Law:  Can Law Make a Difference in Improving the Position of Women and Minorities in the Labor Market?"  The Fellows of the **American Bar Foundation,** Baltimore, Maryland, February 3, 1996.

- "Public Action, Private Choice and Philanthropy:  Understanding the Sources of Improvement in Black Schooling Quality in Georgia, 1911-1960," **Stanford Faculty Workshop,** January 24, 1996; Faculty Workshop, **University of Virginia Law School,** January 22, 1997; **National Bureau of Economic Research,** Cambridge, Massachusetts, Labor Studies Conference, April 3, 1998.

- Commentator, "The Effect of Increased Incarceration on Crime," Meetings of the **American Economics Association,** San Francisco, January 6, 1996.

- Commentator, Symposium on Labor Law, **University of Texas Law School,** November 10-11, 1995.

- Panel Member, Symposium on Criminal Justice, **Stanford Law School,** October 6-7, 1995.

- Commentator, "The Litigious Plaintiff Hypothesis," Industrial and Labor Relations Conference, **Cornell University,** May 19, 1995.

- Commentator on Keith Hylton's, "Fee Shifting and Predictability of Law," Faculty Workshop, **Northwestern University School of Law,** February 27, 1995.

- "The Selection of Employment Discrimination Disputes for Litigation:  Using Business Cycle Effects to Test the Priest/Klein Hypothesis," **Stanford University,** Law and Economics Seminars, October 31, 1994.

20

- "Is the United States at the Optimal Rate of Crime?"  Faculty Workshop, **Indiana University School of** Law, Indianapolis, November 18, 1993; Faculty Workshop, **Northwestern University School of Law**, April 18, 1994; Law and Economics Workshop, **Stanford Law School**, April 28, 1994; Meetings of the American Law and Economics Association, **Stanford Law School**, May 13, 1994; **American Bar Foundation**, September 7, 1994; Faculty Workshop, **DePaul Law School**, September 21, 1994; Law and Economics Workshop, **University of Chicago Law School**, October 11, 1994; Faculty Seminar, **Stanford Law School**, October 31, 1994; Law and Economics Luncheon, **Stanford Law School**, November 1, 1994; Faculty Seminar Workshop, **University of Illinois College of Law**, Champaign, November 22, 1994; Law and Economics Workshop, **Harvard Law School**, November 29, 1994; School Alumni Luncheon, Chicago Club, December 13, 1994; **Northwestern Law School**; Law and Economics Workshop, **Yale Law School**, February 1, 1996; Faculty Workshop, **Cornell Law School**, April 10, 1996; Faculty Workshop, **Tokyo University Law School**, June 4, 1996; Panel on "The Economics of Crime," **Western Economics Association** Meeting, San Francisco, July 1, 1996.

- "The Broad Path of Law and Economics," Chair Ceremony, **Northwestern University School of Law**, September 30, 1994.

- Commentator on Paul Robinson's "A Failure of Moral Conviction," **Northwestern University School of Law**, September 20, 1994.

- "The Do's of Diversity, The Don'ts of Discrimination," Kellogg School of Business, **Northwestern University**, May 17, 1994.

- "Does Law Matter in the Realm of Discrimination?"  **Law and Society Summer Institute**, Pala Mesa Lodge, Fallbrook, California, June 25, 1993.

- Commentator, "The Double Minority: Race and Sex Interactions in the Job Market," Society for the Advancement of Socio-Economics, **New School for Social Research**, March 28, 1993.

- "The Effects of Joint and Several Liability on Settlement Rates:  Mathematical Symmetries and Meta-Issues in the Analysis of Rational Litigant Behavior," Economic Analysis of Civil Procedure, **University of Virginia School of Law**, March 26, 1993.

- Debate with Richard Epstein on Employment Discrimination Law, **Chicago Federalist Society**, February 23, 1993.

- Panel Chair, "Optimal Sanctions and Legal Rules in Tort and Criminal Law," Meetings of Annual Association of Law and Economics, **Yale Law School**, May 15, 1992.

- Panel Member, "The Law and Economics of Employment at Will," **The Institute For Humane Studies**, Fairfax, Virginia, March 27, 1992.

- "The Efficacy of Title VII," Debate with Professor Richard Epstein, **University of Chicago Law School**, February 26, 1992.

- Moderator, "Using Testers to Demonstrate Racial Discrimination," **University of Chicago Law School**, February 13, 1992.

- "Law & Macroeconomics:  The Effect of the Business Cycle on Employment Discrimination Litigation," Law and Society Workshop, **Indiana University**, November 6, 1991; Faculty Workshop, **University of North Carolina Law School**, Chapel Hill, November 8, 1991; Faculty Workshop, **Northwestern University School of Law**, December 11, 1991; Law and

21

000061
ER_931

- Economics Conference, **Duquesne Law School**, March 14, 1992; **University of Chicago** Law School, April 2, 1992.

- Panel Chair and Commentator, "New Perspectives on Law and Economics," **Society for the Advancement of Socioeconomics**, Stockholm, June 17, 1991; **Law and Society Meetings**, Amsterdam, June 29, 1991.

- Panel Chair, "Regulation of International Capital Markets," **Law and Society Meetings**, Amsterdam, June 27, 1991.

- Panel Chair, "The Law and Economics of Discrimination," American Association of Law and Economics, **University of Illinois Law School**, May 24, 1991.

- "The Economics of Employment Discrimination Law," **Industrial Relations Research Association**, Chicago, Illinois, March 4, 1991.

- "Does Current Employment Discrimination Law Help or Hinder Minority Economic Empowerment?" Debate with Professor Richard Epstein, The Federalist Society, **Northwestern Law School**, February 26, 1991.

- Panel Member, "The Law and Economics of Employment Discrimination," **AALS Annual Meeting**, Washington, D.C., January 6, 1991.

- "Re-Evaluating Federal Civil Rights Policy," Conference on the Law and Economics of Racial Discrimination in Employment, **Georgetown University Law Center**, November 30, 1990.

- "Opting for the British Rule," Faculty Seminar, **Northwestern Law School**, September 11, 1990; Faculty Seminar, **University of Virginia Law School**, September 14, 1990; Law and Economics Seminar, **University of Michigan Law School**, October 18, 1990; Faculty Workshop, **NYU Law School**, November 14, 1990; Faculty Workshop, **University of Florida Law School**, March 18, 1991.

- "The Effects of Fee Shifting on the Settlement Rate: Theoretical Observations on Costs, Conflicts, and Contingency Fees," at the **Yale Law School Conference** "Modern Civil Procedure: Issues in Controversy," June 16, 1990.

- "Studying the Iceberg From Its Tip?: An Analysis of the Differences Between Published and Unpublished Employment Discrimination Cases," **Law and Society Meetings**, Berkeley, California, May 31, 1990.

- Panel Discussion on Tort Reform, **University of Pennsylvania Law School**, April 27, 1990.

- Panel Discussion of "The Role of Government in Closing the Socio-Economic Gap for Minorities," at the Federalist Society National Symposium on "The Future of Civil Rights Law," **Stanford Law School**, March 16, 1990.

- "Continuous versus Episodic Change: The Impact of Affirmative Action and Civil Rights Policy on the Economic Status of Blacks," **University of Virginia Economics Department**, February 15, 1990; **Princeton University Department of Economics**, February 21, 1990 (with James Heckman); Law & Economics Workshop, **University of Toronto Law School**, October 8, 1991.

- "Sex Discrimination in the Workplace: An Economic Perspective," Fellows Seminar, **American Bar Foundation**, October 16, 1989.

- "The Changing Nature of Employment Discrimination Litigation," Law and Economics Workshop, **Columbia Law School**, March 23, 1989; Faculty Seminar, **University of Virginia Law School**, March 24, 1989; Law and Economics Workshop, **University of Chicago**, April 25, 1989; **Law & Society Meeting**; Madison, Wisconsin,

22

**000062**
**ER_932**

June 8, 1989; Labor Economics Workshop, **University of Illinois**, Chicago, November 1, 1989; Law & Economics Workshop, **University of Pennsylvania Law School**, November 9, 1989; Law and Economics Seminar, **University of California at Berkeley**, October 4, 1990; Law and Social Science Workshop, **Northwestern University**, February 3, 1991; Law and Economics Seminar, **Stanford Law School**, March 21, 1991; Faculty Workshop, **Cornell Law School**, April 3, 1991; Visiting Committee, **Northwestern Law School**, April 5, 1991.

- "Law & Economics: The Third Phase," The Association of General Counsel, **Northwestern University School of Law**, October 14, 1988.

- "Employment Discrimination Litigation," **Northwestern Law School** Alumni Monthly Loop Luncheon. **Chicago Bar Association,** May 31, 1988.

- "The Morality of the Death Penalty." A debate with Ernest Van Den Haag. **Northwestern University School of Law**, April 19, 1988.

- "Models of Deregulation of International Capital Markets." A presentation with David Van Zandt, Faculty Seminar, **Northwestern University School of Law,** April 1, 1988; Visiting Committee, May 5, 1988.

- "Is Title VII Efficient?" A debate with Judge Richard Posner, Faculty Seminar, **Northwestern University School of Law**, November 20, 1987.

- "The Senate's Role in Confirming Supreme Court Nominees: The Historical Record," Northwestern University School of Law, September 22, 1987.

- "Diverting the Coasean River: Incentive Schemes to Reduce Unemployment Spells," **Yale Law School** Civil Liability Workshop, March 30, 1987; Faculty Seminar, **Northwestern University School of Law,** March 18, 1987; **University of Southern California Law Center,** May 1, 1987; and Seminar in Law and Politics, Department of Political Science, **Northwestern University,** May 8, 1987; Labor Workshop, Department of Economics, **Northwestern University,** October 27, 1987; **AALS Annual Meeting**, New Orleans, January 7, 1989.

- "Women in the Labor Market--Are Things Getting Better or Worse?" **Hamilton College,** February 23, 1987.

- "The Changing Relative Quit Rates of Young Male and Female Workers," **Hamilton-Colgate Joint Faculty Economics Seminar,** February 23, 1987.

- "Living on Borrowed Money and Time--U.S. Fiscal Policy and the Prospect of Explosive Public Debt," **Orange Rotary Club,** February 22, 1985.

- "Capital Punishment in the Eighties," **Hamilton College**, April 6, 1981.

- "Terms and Conditions of Sale Under the Uniform Commercial Code," Executive Sales Conference, **National Machine Tool Builders' Association,** May 12, 1980.

PROFESSIONAL ACTIVITIES
- Member, Committee on Law and Justice, National Research Council, October 2011 – present.

- Fellow of the Society for Empirical Legal Studies, 2015 - present.

- Co-Editor (with Steven Shavell), American Law and Economics Review, May 2006 – August 2012.

- President, American Law and Economics Association, May 2011 – May 2012.

23

- Co-President, Society for Empirical Legal Studies, November 2011 - August 2012.  Member, Board of Directors from November 2011 - November 2014.

- Testified before the Connecticut Legislature in Support of Senate Bill 1035 and House Bill 6425 (A Bill to Eliminate the Death Penalty), March 7, 2011;  Testified again before the Connecticut Judiciary Committee on March 14, 2012.

- Member of the Special Committee on ALI Young Scholars Medal, October 2009 – February 2011.

- Vice-President/President Elect, American Law and Economics Association, June 2010 – May 2011.

- Secretary-Treasurer, American Law and Economics Association, June 2009 – May 2010.

- Board of Advisors, Yale Law School Center for the Study of Corporate Law, July 2004 – August 2010.

- Evaluated the Connecticut death penalty system:  "Capital Punishment in Connecticut, 1973-2007: A Comprehensive Evaluation from 4600 murders to One Execution," http://works.bepress.com/john_donohue/137/

- Member, Panel on Methods for Assessing Discrimination, National Academy of Sciences, September 2001 – June 2004.  Resulting Publication:  National Research Council, Measuring Racial Discrimination (2004), http://www.nap.edu/catalog/10887.html

- Member, National Science Foundation Review Panel, Law and Social Sciences, September, 1999 – April 2001.

- Editorial Board, Journal of Empirical Legal Studies, July 2003 – present.

- Editorial Board, International Review of Law and Economics, October 1999 – present.

- Editorial Board, Law and Social Inquiry, February 2000 – present.

- Board of Editors, American Law and Economics Review, August 1998 – April 2013.

- Consultant, Planning Meeting on Measuring the Crime Control Effectiveness of Criminal Justice Sanctions, National Academy of Sciences, Washington, D.C., June 11,1998

- Member, Board of Directors, American Law and Economics Association, June 1994-May 1997. Member, ALEA Nominating Committee, July 1995-May 1996.  Member, Program Committee, July 1996-May 1998 and July 2000 – May 2002.

- Statistical Consultant, 7th Circuit Court of Appeals Settlement Conference Project (December, 1994).

- Testified before U.S. Senate Labor Committee on evaluating the Job Corps, October 4, 1994.

- Assisted the American Bar Association Standing Committee on the Federal Judiciary in evaluating the qualifications of Ruth Bader Ginsburg (June 1993) and David Souter (June, 1990).

- Chair, AALS Section on Law and Economics, January 1990-January 1991.

- Economic Consultant to Federal Courts Study Committee.  Analyzing the role of the federal courts and projected caseload for Judge Richard Posner's subcommittee.  February 1989-March 1990.

- Member, 1990 AALS Scholarly Papers Committee.

24

- Member, Advisory Board, Corporate Counsel Center, Northwestern University School of Law. Since December 1987.

- Associate Editor, Law and Social Inquiry. Summer 1987-December 1989.

- Interviewed Administrative Law Judge candidates for U.S. Office of Personnel Management. Chicago, Illinois. May 23, 1988.

- Member, Congressman Bruce Morrison's Military Academy Selection Committee. Fall 1983.

- 1982 Candidate for Democratic Nomination, Connecticut State Senate, 14th District (Milford, Orange, West Haven).

PRO BONO LEGAL WORK
- Death Penalty case: Heath v. Alabama. Fall 1986-Fall 1989.

- Wrote brief opposing death sentence in Navy spy case. Court ruled in favor of defendant on September 13, 1985.

- Staff Attorney, Neighborhood Legal Services, January-July 1981.

- Appealed sentence of death for Georgia defendant to the United States Supreme Court. Sentence vacated on May 27, 1980. Baker v. Georgia.

- Court-appointed representation of indigent criminal defendant in District of Columbia Superior Court, February-July 1980.

RESEARCH GRANTS
- Stanford University Research Fund, January 1997 and January 1998.

- The National Science Foundation (project with James Heckman), December 1992; (project with Steve Levitt), July 1997.

- Fund for Labor Relations Studies, University of Michigan Law School, March 1988.

BAR ADMISSIONS
- Connecticut - October 1977; District of Columbia - March 1978 (Currently Inactive Status); United States Supreme Court - November 1980; U.S. District Court for the District of Connecticut – February 14, 1978.

PROFESSIONAL and HONORARY ASSOCIATIONS
- American Academy of Arts and Sciences (since April 2009).

- Research Associate, National Bureau of Economic Research (since October 1996) – in Law and Economics and Labor Studies.

- American Law Institute (since September 29, 2010).

- Member, Fellows of the Society for Empirical Legal Studies (since October 2015).

- American Bar Association

- American Economic Association

25

Case: 23-55805, 11/21/2023, ID: 12827648, DktEntry: 15-6, Page 74 of 209

Case 3:17-cv-01017-BEN-JLB   Document 132-5   Filed 12/01/22   PageID.17253   Page 73 of 208

- American Law and Economics Association

PERSONAL
- Born: January 30, 1953.

000066
ER_936

## DECLARATION OF SERVICE BY E-MAIL and U.S. Mail

Case Name:   **Duncan, Virginia et al v. Xavier Becerra**

No.:   **17-cv-1017-BEN-JLB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>November 3, 2017</u>, I served the attached **EXPERT REBUTTAL REPORT OF JOHN J. DONOHUE** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

C. D. Michel
Michel & Associates, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA  90802
**E-mail Address:**
CMichel@michellawyers.com

Anna Barvir
Michel & Associates, P.C.
180 East Ocean Blvd., Suite 200
Long Beach CA  90802-4079
**E-mail Address:**
abarvir@michellawyers.com

Erin E. Murphy
Kirkland & Ellis LLP
655 15th Street N.W.
Washington D.C. 20005
**E-mail Address:**
erin.murphy@kirkland.com

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 3, 2017, at Sacramento, California.

| | |
|---|---|
| N. Newlin | |
| Declarant | Signature |

SA2017107272
POS.docx

# EXHIBIT 25

# WIKIPEDIA

# Magazine (firearms)

A **magazine** is an ammunition storage and feeding device for a repeating firearm, either integral within the gun (internal/fixed magazine) or externally attached (detachable magazine). The magazine functions by holding several cartridges within itself and sequentially pushing each one into a position where it may be readily loaded into the barrel chamber by the firearm's moving action. The detachable magazine is sometimes colloquially referred to as a "clip", although this is technically inaccurate since a clip is actually an accessory device used to help load ammunition into a magazine.[1][2][3]

Magazines come in many shapes and sizes, from tubular magazines on lever-action and pump-action firearms that may tandemly hold several rounds, to detachable box and drum magazines for automatic rifles and light machine guns that may pack more than one hundred rounds. Various jurisdictions ban what they define as "high-capacity magazines".





A staggered-column 9×19mm Browning Hi-Power pistol box magazine. The top image shows the magazine loaded and ready for use, while the lower image shows it unloaded and disassembled

## Contents

**Nomenclature**

**History**
    First tubular
    Integral box
        Clip-fed revolution
        Magazine cut-off
        Final fixed-magazine developments
    Detachable box magazines

**Function and types**
    Tubular
    Box
        Horizontal
        Casket
    Rotary
    Drum
        Saddle-drum
    Pan
    Helical

**STANAG magazine**

**High-capacity magazines**

**See also**

**References**

**Further reading**

**External links**

# Nomenclature

With the increased use of semi-automatic and automatic firearms, the detachable magazine became increasingly common. Soon after the adoption of the M1911 pistol, the term "magazine" was settled on by the military and firearms experts, though the term "clip" is often used in its place (though only for detachable magazines, never fixed).[4][5][6] The defining difference between clips and magazines is the presence of a feed mechanism in a magazine, typically a spring-loaded follower, which a clip lacks. A magazine has four parts as follows: a spring, a spring follower, a body and a base. A clip may be made of one continuous piece of stamped metal and have no moving parts. Examples of clips are moon clips for revolvers; "stripper" clips such as what is used for military 5.56 ammo, in association with a speedloader; or the *en bloc* clip for M1 Garand rifles, among others. Use of the term "clip" to refer to detachable magazines is a point of strong disagreement.[2][7][8][9]

# History

The earliest firearms were loaded with loose powder and a lead ball, and to fire more than a single shot without reloading required multiple barrels, such as in pepper-box guns, double-barreled rifles, double-barreled shotguns, or multiple chambers, such as in revolvers. Both of these add bulk and weight over a single barrel and a single chamber, however, and many attempts were made to get multiple shots from a single loading of a single barrel through the use of superposed loads.[10] While some early repeaters such as the Kalthoff repeater managed to operate using complex systems with multiple feed sources for ball, powder and primer, easily mass-produced repeating mechanisms did not appear until self-contained cartridges were developed.

### First tubular

The first successful mass-produced repeating weapon to use a "tubular magazine" permanently mounted to the weapon was the Austrian Army's Girandoni air rifle, first produced in 1779.

The first mass-produced repeating firearm was the Volcanic Rifle which used a hollow bullet with the base filled with powder and primer fed into the chamber from a tube called a "magazine" with an integral spring to push the cartridges in to the action, thence to be loaded into the chamber and fired. It was named after a building or room used to store ammunition. The anemic power of the Rocket Ball ammunition used in the Volcanic doomed it to limited popularity..



Loading sleeve open, three Henry Flat cartridges, compare with .44 WCF round

The Henry repeating rifle is a lever-action, breech-loading, tubular magazine fed rifle, and was an improved version of the earlier Volcanic rifle. Designed by Benjamin Tyler Henry in 1860, it was one of the first firearms to use self-contained metallic cartridges. The

Henry was introduced in 1860 and produced through 1866 in the United States by the New Haven Arms Company. It was adopted in small quantities by the Union in the Civil War and favored for its greater firepower than the standard issue carbine. Many later found their way West and was famed both for its use at the Battle of the Little Bighorn, and being the basis for the iconic Winchester rifle which is still made to this day.[11] The Henry and Winchester rifles would go on to see service with a number of militaries including Turkey. Switzerland and Italy adopted similar designs.[11]



Diagram of the Spencer rifle showing the tubular magazine in the butt

The second magazine-fed firearm to achieve widespread success was the Spencer repeating rifle, which saw service in the American Civil War. The Spencer used a tubular magazine located in the butt of the gun instead of under the barrel and it used new rimfire metallic cartridges. The Spencer was successful, but the rimfire ammunition did occasionally ignite in the magazine tube and destroy the magazine. It could also injure the user.

The new bolt-action rifles began to gain favor with militaries in the 1880s and were often equipped with tubular magazines. The Mauser Model 1871 was originally a single-shot action that added a tubular magazine in its 1884 update. The Norwegian Jarmann M1884 was adopted in 1884 and also used a tubular magazine. The French Lebel Model 1886 rifle also used 8-round tubular magazine.[12]

## Integral box

The military cartridge was evolving as the magazine rifle evolved. Cartridges evolved from large-bore cartridges (.40 caliber/10 mm and larger) to smaller bores that fired lighter, higher-velocity bullets and incorporated new smokeless propellants. The Lebel Model 1886 rifle was the first rifle and cartridge to be designed for use with smokeless powder and used an 8 mm wadcutter-shaped bullet that was drawn from a tubular magazine. This would later become a problem when the Lebel's ammunition was updated to use a more aerodynamic pointed bullet. Modifications had to be made to the centerfire case to prevent the spitzer point from igniting the primer of the next cartridge inline in the magazine through recoil or simply rough handling.[13] This remains a concern with lever-action firearms today.



1905 Military Rifles magazines.
**1 & 2**: Mosin–Nagant M1891
**3 & 4**: Lebel M1886
**5 & 6**: Gewehr M1888
**7 & 8**: Mannlicher M1888
**9 & 10**: Lee–Metford M1888
**11 & 12**: Dutch-Mannlicher M1895
**13 & 14**: Mauser M1893
**15**: Krag–Jørgensen M1886
**16**: Schmidt–Rubin M1889

Two early box magazine patents were the ones by Rollin White in 1855 and William Harding in 1859.[14] A detachable box magazine was patented in 1864 by the American Robert Wilson. Unlike later box magazines this magazine fed into a tube magazine and was located in the stock of the gun.[15][16] Another box magazine, closer to the modern type, was patented in Britain (No. 483) by Mowbray Walker, George Henry Money and Francis Little in 1867.[17] James Paris Lee patented a box magazine which held rounds stacked vertically in 1879 and 1882 and it was first adopted by Austria in the form of an 11mm straight-pull bolt-action rifle, the Mannlicher M1886. It also used a cartridge clip which held 5 rounds ready to load into the magazine.[13][18]

The bolt-action Krag–Jørgensen rifle, designed in Norway in 1886, used a unique rotary magazine that was built into the receiver. Like Lee's box magazine, the rotary magazine held the rounds side-by-side, rather than end-to-end. Like most rotary magazines, it was loaded through a loading gate one round at a time, this one located on the side of the receiver. While reliable, the Krag–Jørgensen's magazine was expensive to produce and slow to reload. It was adopted by only three countries, Denmark in 1889, the United States in 1892,[19] and Norway in 1894.



*En bloc* clip and 8mm ammo for the Gewehr 88

## Clip-fed revolution

A clip (called *chargers* in the United Kingdom) is a device that is used to store multiple rounds of ammunition together as a unit, ready for insertion into the magazine or cylinder of a firearm. This speeds up the process of loading and reloading the firearm as several rounds can be loaded at once, rather than one round being loaded at a time. Several different types of clips exist, most of which are made of inexpensive metal stampings that are designed to be disposable, though they are often re-used.



Swedish Mauser stripper clip loaded with Swedish 6.5×55mm

The first clips used were of the *en bloc* variety, developed by Ferdinand Mannlicher and first adopted by the Austro-Hungarian Army, which would be used Austro-Hungarians during the first world war in the form of the Mannlicher M1895, derivatives of which would be adopted by many national militaries. The Germans used this system for their Model 1888 Commission Rifle, featuring a 5-round *en bloc* clip-fed internal box magazine.[20] One problem with the *en bloc* system is that the firearm cannot be practically used without a ready supply of (mosty disposable) clips. Paul Mauser would solve this problem by introducing a stripper clip that functioned only to assist the user in loading the magazine quickly: it was not required to load the magazine to full capacity. He would continue to make improved models of rifles that took advantage of this new clip design from 1889 through 1898 in various calibers that proved enormously successful, and were adopted by a wide range of national militaries.[13] In 1890 the French adopted the 8mm Lebel Berthier rifles with 3-round internal magazines, fed from *en bloc* clips; the empty clips were pushed from the bottom of the action by the insertion of a loaded clip from the top.[21][22]

In the late 1800s there were many short-lived designs, such as the M1895 Lee Navy and Gewehr 1888, eventually replaced by the M1903 Springfield rifle and Gewehr 98 respectively. The Russian Mosin–Nagant, adopted in 1891, was an exception. It was not revolutionary; it was a bolt-action rifle, used a small-bore smokeless powder cartridge, and a fixed box magazine loaded from the top with stripper clips, all of which were features that were used in earlier military rifles. What made the Nagant stand out was that it combined all the earlier features in a form that was to last virtually unchanged from its issue by Russia in 1894 through World War II and with its sniper rifle variants still in use today.

## Magazine cut-off

An interesting feature of many late 19th- and early 20th-century bolt-action rifles was the magazine cut-off, sometimes called a feed interrupter. This was a mechanical device that prevented the rifle from loading a round from the magazine, requiring the shooter to manually load each individual round as he fired, saving the rounds in the magazine for short periods of rapid fire when ordered to

**000072**
**ER_942**

use them. Most military authorities that specified them assumed that their riflemen would waste ammunition indiscriminately if allowed to load from the magazine all the time.[23] By the mid-20th century, most manufacturers deleted this feature to save costs and manufacturing time; it is also likely that battlefield experience had proven the futility of this philosophy.

### Final fixed-magazine developments

One of the last new clip-fed, fixed-magazine rifles widely adopted that was not a modification of an earlier rifle was the M1 Garand. The first semi-automatic rifle that was issued in large numbers to the infantry, the Garand was fed by a special eight-round *en bloc* clip. The clip itself was inserted into the rifle's magazine during loading, where it was locked in place. The rounds were fed directly from the clip, with a spring-loaded follower in the rifle pushing the rounds up into feeding position. When empty, the bolt would lock open, and a spring would automatically eject the empty clip with a distinctive pinging sound, leaving the rifle ready to be reloaded. The M14 rifle, which was based on incremental changes to the Garand action, switched to a detachable box magazine.[24] However, the M14 with magazine attached could also be loaded via 5-round stripper-clips.[25]



Comparison of M1 Garand *en bloc* clip (left), and SKS stripper clip (right)

The Soviet SKS carbine, which entered service in 1945, was something of a stopgap between the semi-automatic service rifles being developed in the period leading up to World War II, and the new assault rifle developed by the Germans. The SKS used a fixed magazine, holding ten rounds and fed by a conventional stripper clip. It was a modification of the earlier AVS-36 rifle, shortened and chambered for the new reduced power 7.62×39mm cartridge. It was rendered obsolete for military use almost immediately by the 1947 introduction of the magazine-fed AK-47 assault rifle, though it remained in service for many years in Soviet Bloc nations alongside the AK-47. The detachable magazine quickly came to dominate post-war military rifle designs.[26]

## Detachable box magazines

Firearms using detachable magazines are made with an opening known as a *magazine well* into which the detachable magazine is inserted. The magazine well locks the magazine in position for feeding cartridges into the chamber of the firearm, and requires a device known as a ***magazine release*** to allow the magazine to be separated from the firearm.[27]



(left to right)
M1 Garand 8-round *en bloc* clip,
M14 20-round magazine,
M16 STANAG 20- and 30-round magazines

The Lee–Metford rifle, developed in 1888, was one of the first rifles to use a detachable box magazine, and the spare one was could be optionally worn on soldier equipment,[28][29][30][31][32] although with the adoption of the Short Magazine Lee–Enfield Mk I this was became only detachable for cleaning and not swapped to reload the weapon.[33] However, the first completely modern removable box magazine was patented in 1908 by Arthur Savage for the Savage Model 99 (1899),[34] although it was not implemented on the 99 until 1965.[35] Other guns did not adopt all of its features

until his patent expired in 1942: It has shoulders to retain cartridges when it is removed from the rifle. It operates reliably with cartridges of different lengths. It is insertable and removable at any time with any number of cartridges. These features allow the operator to reload the gun infrequently, carry magazines rather than loose cartridges, and to easily change the types of cartridges in the field. The magazine is assembled from inexpensive stamped sheet metal. It also includes a crucial safety feature for hunting dangerous game: when empty the follower[36] stops the bolt from engaging the chamber, informing the operator that the gun is empty before any attempt to fire.

The first successful semi-automatic pistol was the Borchardt C-93 (1893) and incorporated detachable box magazines. Nearly all subsequent semiautomatic pistol designs adopted detachable box magazines.[27]

The Swiss Army evaluated the Luger pistol using a detachable box magazine in 7.65×21mm Parabellum and adopted it in 1900 as its standard sidearm. The Luger pistol was accepted by the Imperial German Navy in 1904. This version is known as Pistole 04 (or P.04). In 1908 the German Army adopted the Luger to replace the Reichsrevolver in front-line service. The Pistole 08 (or P.08) was chambered in 9×19mm Parabellum. The P.08 was the usual side arm for German Army personnel in both World Wars.

The M1911 semi-automatic pistol set the standard for most modern handguns and likewise the mechanics of the handgun magazine. In most handguns the magazine follower engages a slide-stop to hold the slide back and keep the firearm out of battery when the magazine is empty and all rounds fired. Upon inserting a loaded magazine, the user depresses the slide stop, throwing the slide forward, stripping a round from the top of the magazine stack and chambering it. In single-action pistols this action keeps the hammer cocked back as the new round is chambered, keeping the gun ready to begin firing again.

During World War One, detachable box magazines found favor, being used in all manner of firearms, such as pistols, light-machine guns, submachine guns, semi-automatic and automatic rifles. However, after the War to End All Wars, military planners failed to recognize the importance of automatic rifles and detachable box magazine concept, and instead maintained their traditional views and preference for clip-fed bolt-action rifles. As a result, many promising new automatic rifle designs that used detachable box magazines were abandoned.

As World War II loomed, most of the world's major powers began to develop submachine guns fed by 20- to 40-round detachable box magazines. However, of the major powers, only the United States would adopt a general-issue semi-automatic rifle that used detachable box magazines: the M1 carbine with its 15-round magazines. As the war progressed the Germans developed the Sturmgewehr 44 assault rifle concept with its 30-round detachable magazine. After WWII, automatic weapons using detachable box magazines were developed and used by all of the world's armies. Today, detachable box magazines are the norm and they are so widely used that they are simply referred to as magazines or "mags" for short.

# Function and types

All cartridge-based single-barrel firearms designed to fire more than a single shot without reloading require some form of magazine designed to store and feed cartridges to the firearm's action. Magazines come in many shapes and sizes, with the most common type in modern firearms being the detachable box type. Most magazines designed for use with a reciprocating bolt firearm (tube fed firearms being the exception) make use of a set of feed lips which stop the vertical motion of the cartridges out of the magazine but allow one cartridge at a time to be pushed forward (stripped) out of



Detachable box magazine for a SIG SG 550 with studs for stacking multiple magazines together.

the feed lips by the firearm's bolt into the chamber. Some form of spring and follower combination is almost always used to feed cartridges to the lips which can be located either in the magazine (most removable box magazines) or built into the firearm (fixed box magazines). There are also two distinct styles to feed lips. In a single-feed design the top cartridge touches both lips and is commonly used in single-column box magazines, while a staggered feed magazine (sometimes called double-feed magazine, not to be confused with the firearm malfunction) consists of a wider set of lips so that the second cartridge in



SKS internal box magazine.

line forces the top cartridge against one lip. This design has proven more resistant to jamming in use with double-column magazines.[37] Some magazine types are strongly associated with certain firearm types, such as the fixed "tubular" magazine found on most lever-action rifles and pump-action shotguns. A firearm using detachable magazines may accept a variety of types of magazine, such as the Thompson submachine gun, most variations of which would accept box or drum magazines. Some types of firearm, such as the M249 and other squad automatic weapons, can feed from both magazines and belts.

## Tubular

Many of the first repeating rifles, particularly lever-action rifles, used magazines that stored cartridges nose-to-end inside of a spring-loaded tube typically running parallel under the barrel, or in the buttstock. Tubular magazines are also commonly used in pump-action shotguns and .22 caliber bolt-action rimfire rifles such as the Marlin Model XT. Tubular magazines and centerfire cartridges with pointed (spitzer) bullets present a safety issue: a pointed bullet may (through the forces of recoil or simply rough handling) strike the next round's primer and ignite that round, or even cause a chain ignition of other rounds, within the magazine. The Winchester '73 used blunt-nosed centerfire cartridges as the .44-40 Winchester. Certain modern rifle cartridges using soft pointed plastic tips have been designed to avoid this problem while improving the aerodynamic qualities of the bullet to match those available in bolt-action designs, thus extending the effective range of lever-actions.

## Box

The most popular type of magazine in modern rifles and handguns, a box magazine stores cartridges in a column, either one above the other or in staggered zigzag fashion. This zigzag stack is often identified as a *double-column* or *double-stack* (The double-stack is much more common because of its ability to store more rounds), since a single staggered column is actually two side-by-side vertical columns offset by half of the diameter of a round. As the firearm cycles, cartridges are moved to the top of the magazine by a follower driven by spring compression to either a single-feed position or side-by-side feed positions. Box magazines may be integral to the firearm or removable.

- An *internal box*, *integral box* or *fixed* magazine (also known as a *blind* box magazine when lacking a floorplate) is built into the firearm and is not easily removable. This type of magazine is found most often on bolt-action rifles. An internal box magazine is usually charged through the action,

Case: 23-55805, 11/21/2023, ID: 12827648, DktEntry: 15-6, Page 84 of 209

11/30/22, 6:05 PM Case 3:17-cv-01017-BEN-JLB   Document 132-5   Filed 12/01/22   PageID.17263   Page 83 of 208
Magazine (firearms) - Wikipedia



Single column (aka *single-stack*) and staggered (aka *double-stack*) column detachable box magazines, both with single-feed lips.

one round at a time. Military rifles often use stripper clips, a.k.a. chargers, permitting multiple rounds, commonly 5 or 10 at a time, to be loaded in rapid sequence. Some internal box magazines use *en bloc* clips that are loaded into the magazine with the ammunition and that are ejected from the firearm when empty.

- A *detachable box* magazine is a self-contained mechanism capable of being loaded or unloaded while detached from the host firearm. They are attached via a slot in the firearm receiver, usually below the action (BAR, MP 40, AK 47, and M16), to the side of the action, (Sten, FG 42, Johnson LMG, Sterling, and M249) or on top of the action (Madsen machine gun, Bren gun, Owen gun, and P90). When necessary, the magazine can easily be detached from the firearm and replaced by another. This significantly speeds the process of reloading, allowing the operator quick access to ammunition. This type of magazine may be straight or curved, the curve being necessary if the rifle uses rimmed ammunition or ammunition with a tapered case. Detachable box magazines may be metal or plastic. The plastic magazines are sometimes partially transparent so the operator can easily check the remaining ammunition. Box magazines are often affixed to each other with clamps, clips, tape, straps, or built-in studs to facilitate faster reloading: see jungle style.

There are, however, exceptions to these rules. The Lee–Enfield rifle had a detachable box magazine only to facilitate cleaning. The Lee–Enfield magazine did open, permitting rapid unloading of the magazine without having to operate the bolt-action repeatedly to unload the magazine. Others, like the Breda Modello 30, had a fixed protruding magazine that resembled a conventional detachable box but was non-detachable.

## Horizontal

The FN P90 and Kel-Tec P50 personal defense weapons use horizontally mounted feeding systems. The magazine sits parallel to the barrel, fitting flush with the top of the receiver, and the ammunition is rotated 90 degrees by a spiral feed ramp before being chambered. The Heckler & Koch G11, an experimental assault rifle that implements caseless ammunition, also functions similarly with the magazine aligned horizontally over the barrel. Rather than being positioned laterally to the barrel like with the aforementioned examples, ammunition is positioned vertically with the bullet facing

000076
ER_946

Case: 23-55805, 11/21/2023, ID: 12827648, DktEntry: 15-6, Page 85 of 209

11/30/22 Case 3:17-cv-01017-BEN-JLB   Document 132-5   Magazine (firearms) - Wikipedia Filed 11/01/22   PageID.17264   Page 84 of 208

downward at a 90 degree angle relative to the barrel where it is fed into a rotary chamber before firing. The AR-57, also known as the AR Five-seven, is an upper receiver for the AR-15/M16 rifle lower receiver,




The P90's magazine has a capacity of 50 rounds, and it fits flush with the weapon's frame.[38]

firing FN 5.7×28mm rounds from standard FN P90 magazines.

### Casket



Diagram of the Spectre M4 casket magazine

Another form of box magazine, sometimes referred to as a "quad-column", can hold a large amount of ammunition. It is wider than a standard box magazine, but retains the same length. Casket magazines can be found on the Suomi KP/-31, Hafdasa C-4, Spectre M4, QCW-05 and on 5.45×39mm AK rifle derivatives. Magpul has been granted a patent[39] for a STANAG-compatible casket magazine,[40] and such a magazine was also debuted by SureFire in December 2010, and is now sold as the MAG5-60 and MAG5-100 high capacity magazine (HCM) in 60 and 100 round capacities, respectively, in 5.56mm for AR-15 compatible with M4/M16/AR-15 variants and other firearms that accept STANAG 4179 magazines.[41] Izhmash has also developed a casket magazine for the AK-12.[40]

### Rotary

The rotary (or spool) magazine consists of a cylindrical sprocket actuated by a torsion spring, with cartridges fitting between the tooth bar of the sprocket, which is mounted on a spindle parallel to the bore axis and rotates each round sequentially into the feeding position. Rotary magazines may be fixed or detachable, and are usually of low capacity under ten rounds, depending on the caliber used. John Smith patented a rotary magazine in 1856.[42][43] Another rotary magazine was produced by Sylvester Roper in 1866 and was also used in the weapons by Anton Spitalsky and the Savage Model 1892.[44][45] Otto Schönauer first patented a spool magazine in 1886[46] and his later design, patented in 1900,[47] was used on bolt-action rifles produced at least until 1979,[48] among them Mannlicher–Schönauer adopted by the Greek Army in 1903. The



Ruger 10/22's BX-1CLR rotary magazine

M1941 Johnson rifle also uses a rotary magazine. The design is still used in some modern firearms, most notably the Ruger American series, the semi-automatic Ruger 10/22, the bolt-action Ruger 77/22 and the Steyr SSG 69.

## Drum



50- and 100-round drum magazines plus 20- and 30-round box magazines for Thompson SMG

Drum magazines are used primarily for light machine guns. In one type, a moving partition within a cylindrical chamber forces loose rounds into an exit slot, with the cartridges being stored parallel to the axis of rotation. After loading of the magazine, a wound spring or other mechanism forces the partition against the rounds. In all models a single staggered column is pushed by a follower through a curved path. From there the rounds enter the vertical riser either from a single or dual drums. Cylindrical designs such as rotary and drum magazines allow for larger capacity than box magazines, without growing to excessive length. The downside of a drum magazine's extra capacity is its added weight that, combined with the gun, can affect handling and prolonged use. Drum magazines can be more difficult to incorporate into combat gear compared to more regular, rectangular box magazines.

Many drum-fed firearms can also load from conventional box magazines, such as the Soviet PPSh-41 submachine gun, RPK light machine gun and the American Thompson submachine gun.

The term "drum" is sometimes applied to a belt box for a belt-fed machine gun, though this is just a case that houses a length of ammunition belt, not a drum magazine.

🔷 Media related to Drum magazines at Wikimedia Commons

### Saddle-drum

Before WWII the Germans developed 75-round saddle-drum magazines for use in their MG 13 and MG 15 machine guns. The MG 34 machine guns could also use saddle-drum magazine when fitted with a special feed cover. The 75 rounds of ammunition were evenly distributed in each side of the magazine with a central feed "tower" where the ammunition is fed to the bolt. The ammunition was fed by a spring force, with rounds alternating from each side of the double drum so that the gun would not become unbalanced.



Beta C-Mag double-drum magazine.

## Pan

The pan magazine differs from other circular magazines in that the cartridges are stored perpendicular to the axis of rotation, rather than parallel, and are usually mounted on top of the firearm. This type is used on the Lewis Gun, Vickers K, Bren Gun (only used in anti-aircraft mountings),[49] Degtyaryov light machine gun, and American-180 submachine gun. A highly unusual example was found on the Type 89 machine gun fed from two 45-round quadrant-shaped pan magazines (each magazine had a place for nine 5-round stripper clips).

⊙ Media related to Pan magazines at Wikimedia Commons



Pan magazine as used on a 7.92mm Lewis Gun.

### Helical

Helical magazines extend the drum magazine design so that rounds follow a spiral path around an auger-shaped rotating follower or *drive member*, allowing for large ammunition capacity in a relatively compact package (compared to a regular box magazine of similar capacity). Early helical magazine designs include that patented by an unidentified inventor through the patent agent



Calico pioneered the helical magazine design. Pictured is the company's M960 carbine.

William Edward Newton in 1857 and the internal magazine of the Evans Repeating Rifle, patented in the late 1860s.[50][51] This type of magazine is used by the Calico M960, PP-19 Bizon, CS/LS06 and KBP PP90M1. The North Korean military uses a 100- to 150- round helical magazine in the Type 88 assault rifle.[52] Helical magazines offer substantially more ammunition carriage, however they are inherently complex designs. As such, they can be difficult to load and may decrease the reliability of feeding the weapon.[50]

## STANAG magazine

A *STANAG magazine*[53][54] or *NATO magazine* is a type of detachable magazine proposed by NATO in October 1980.[55] Shortly after NATO's acceptance of the 5.56×45mm NATO rifle cartridge, Draft Standardization Agreement (STANAG) 4179 was proposed in order to allow NATO members to easily share rifle ammunition and magazines down to the individual soldier level. The U.S. M16 rifle magazine was proposed for standardization. Many NATO members subsequently developed or purchased rifles with the ability to accept this type of magazine. However, the standard was never ratified and remains a "Draft STANAG".[56]



Two STANAG-compliant magazines: A 20-round Colt-manufactured magazine, and a 30-round Heckler & Koch "high reliability" magazine.

The STANAG magazine concept is only an interface, dimensional, and control (magazine latch, bolt stop, etc.) requirement.[57][58] Therefore, it not only allows one type of magazine to interface with various weapon systems,[57][58] but also allows STANAG magazines to be made in various configurations and capacities.[57][58] The standard STANAG magazines are 20, 30, and 40 round box magazines,[58] but there are many other designs available with capacities ranging from 1 round[59] to 60 and 100 round casket magazines,[60][61] 90 round snail-drum magazines,[62] and 100 round[63] and 150 round double-drum magazines.[64]

## High-capacity magazines

Case: 23-55805, 11/21/2023, ID: 12827648, DktEntry: 15-6, Page 88 of 209

11/30/22 Case 3:17-cv-01017-BEN-JLB   Document 132-5   Magazine (firearms) - Wikipedia   Filed 11/01/22   PageID.17267   Page 87 of 208

In the United States, a number of states have passed laws that ban magazines which are defined as "high-capacity" by statute.[65] High-capacity or large-capacity magazines are generally those defined by statute to be capable of holding more than 10 to 15 rounds, although the definitions vary.[65][66][67] Other nations impose restrictions on magazine capacity as well. In Canada, magazines are generally limited to 5 rounds for rifles and 10 for handguns (with some exceptions), depending on the firearm.[68]

# See also

- Belt (firearms)
- Bottom metal
- Jungle style (firearm magazines)
- List of 3D printed weapons and parts

# References

1. "NRA Firearms Glossary" (https://web.archive.org/web/20110718225409/http://www.nraila.org/issues/FirearmsGlossary/). National Rifle Association of America. Archived from the original (http://www.nraila.org/Issues/FirearmsGlossary/) on 2011-07-18. Retrieved 2008-06-26.

2. "Gun Zone clips vs. magazines" (https://web.archive.org/web/20080720154512/http://www.thegunzone.com/clips-mags.html). The Gun Zone. Archived from the original (http://www.thegunzone.com/clips-mags.html) on 2008-07-20. Retrieved 2008-06-26.

3. "Handgunner's Glossary" (http://www.mcsm.org/gloss.html). Handguns Annual Magazine, 1994. Retrieved 2013-03-21.

4. United States Army, American Expeditionary Force (1917). Provisional Instruction on the Automatic Rifle, Model 1915 (Chauchat) (https://archive.org/details/provisionalinst00deptgoog). Reprinted by the ArmyWar College., translated from the French edition, 1916

5. United States Ordnance Dept. (1917). Description of the Automatic Pistol, Caliber .45, Model of 1911 (https://archive.org/details/descriptionauto00statgoog). Govt. print. off.

6. United States War Dept (1907). Annual Reports of the Secretary of War.

7. "Magazine" (https://web.archive.org/web/20080409022919/http://www.saami.org/Glossary/display.cfm?letter=M). SAAMI. Archived from the original (http://saami.org/Glossary/display.cfm?letter=M) on 2008-04-09. Retrieved 2008-06-26.

8. "Cartridge Clip" (https://web.archive.org/web/20080409022859/http://www.saami.org/Glossary/display.cfm?letter=C). SAAMI. Archived from the original (http://saami.org/Glossary/display.cfm?letter=C) on 2008-04-09. Retrieved 2008-06-26.

9. "Firearms Glossary" (https://web.archive.org/web/20110718225409/http://www.nraila.org/issues/FirearmsGlossary/). National Rifle Association of America. Archived from the original (http://www.nraila.org/Issues/FirearmsGlossary/) on 2011-07-18.

10. Charles Winthrop Sawyer (1920). Firearms in American History, volume III. Cornhill Company, Boston.

11. A Naval Encyclopædia (https://archive.org/details/cu31924030750768). L. R. Hamersly & Co. 1880.

12. Military Small Arms Of The 20th Century, 7th Edition, 2000 by Ian V. Hogg & John S. Weeks, p.179-180

13. Seton-Karr, Henry (1911). "Rifle" (https://en.wikisource.org/wiki/1911_Encyclop%C3%A6dia_Britannica/Rifle). In Chisholm, Hugh (ed.). Encyclopædia Britannica. Vol. 23 (11th ed.). Cambridge University Press. pp. 325–336.

000080
ER_950

14. "Abridgments of the Specifications Relating to Fire-arms and Other Weapons, Ammunition, and Accoutrements: Printed by Order of the Commissioners of Patents" (https://books.google.com/books?id=c1wWAAAAYAAJ&pg=PA72). George E. Eyre and William Spottiswoode, pub. at the Great seal patent office. 27 October 1870. p. 72.

15. Jaroslav Lugs. A complete review of firearm systems and their histories.

16. "Improvement in self-loading fire-arms" (http://www.google.com/patents/US45105). *Google.com*. Retrieved 5 June 2017.

17. Westwood, David (2005). *Rifles: An Illustrated History Of Their Impact* (http://docslide.us/documents/03-rifles-an-illustrated-history-of-their-impact.html). US: ABC-CLIO. p. 94. ISBN 978-1851094011.

18. *Chamber's Encyclopaedia: A Dictionary of Universal Knowledge* (https://archive.org/details/chambersencyclo05unkngoog). W. & R. Chambers. 1891. pp. 720 (https://archive.org/details/chambersencyclo05unkngoog/page/n744)–721.

19. United States Army Ordnance Department (1898). *Description and Rules for the Management of the U.S. Magazine Rifle and Carbine*. p. 36.

20. Military Small Arms Of The 20th Century, 7th Edition, 2000 by Ian V. Hogg & John S. Weeks, p.184

21. Military Small Arms Of The 20th Century, 7th Edition, 2000 by Ian V. Hogg & John S. Weeks, p.180

22. Chuck Hawks. "The 8x50R Lebel (8mm Lebel)" (http://www.chuckhawks.com/8mm_lebel.htm). *Chuckhawks.com*. Retrieved 2017-06-05.

23. "Firearms Technical Trivia: Magazine cut-offs" (http://www.cruffler.com/trivia-February00.html). *Cruffler.com*. February 2000.

24. "Modern Firearms - M14" (https://web.archive.org/web/20100815051526/http://world.guns.ru/assault/as15-e.htm). *World.guns.ru*. Archived from the original (http://world.guns.ru/assault/as15-e.htm) on 15 August 2010. Retrieved 5 June 2017.

25. Rottman, Gordon L (2013). *The Book of Gun Trivia: Essential Firepower Facts* (https://books.google.com/books?id=-ZqtAAAAQBAJ). Bloomsbury Publishing. ISBN 978-1-78200-620-6.

26. "Modern Firearms - SKS Simonov" (https://web.archive.org/web/20100902011015/http://world.guns.ru/rifle/rfl01-e.htm). *world.guns.ru*. Archived from the original (http://world.guns.ru/rifle/rfl01-e.htm) on 2 September 2010. Retrieved 5 June 2017.

27. Brown, Edmund G. (2009). *Handgun Safety Certificate*. West Sacramento, California: California Department of Justice. p. 52.

28. War Office, Horse Guards (1888). *Instructions For Fitting The Slade-Wallace Equipment*. p. 5.

29. Shaw, Wilkinson J. (1890). *The Elements of Modern Tactics*. London: K. Paul, Trench, Trübner. p. 75.

30. *The Canadian Magazine, Vol. V*. Ontario Publishing Company, Limited. 1895. p. 112.

31. *Navy And Army Illustrated, Vol. VI*. London: Hudson and Kerns, George Newnes, Limited. 1898. p. 617.

32. *Journal of the Royal United Service Institution, Whitehall Yard, Vol. 47, Issue 1, by Royal United Service Institution*. Great Britain: W. Mitchell. 1903. p. 51.

33. *Military Small Arms of the 20th Century*, 7th Edition, 2000, by Ian V. Hogg & John S. Weeks, p. 187

34. U.S. Patent 885,868 (https://patents.google.com/patent/US885868), April 28, 1908, Improved Magazine, Inventor: Arthur W. Savage.

35. "The Life and Times of the Savage Model 99, One of America's Greatest Lever-Action Rifles" (http s://www.outdoorlife.com/story/guns/life-and-times-of-the-savage-model-99/). Retrieved 21 October 2022.

36. The "follower" is the sheet metal part between the last cartridge and the spring. It might be made of or coated with other materials such as nylon or Teflon.

37. Weeks, John, *World War II Small Arms*, London: Orbis Publishing Ltd. (1979), p. 33.

38. Kevin, Dockery (2007). *Future Weapons*. New York: Berkley Trade. ISBN 978-0-425-21750-4.

39. U.S. Patent 8,061,071 (https://patents.google.com/patent/US8061071)

40. "Magpul Invents New Quad-Stack Magazine for ARs « Daily Bulletin" (http://bulletin.accurateshoot er.com/2010/06/magpul-invents-new-quad-stack-magazine-for-ars/). *bulletin.accurateshooter.com*. Retrieved 5 June 2017.

41. Crane, David (December 3, 2010). "DR Exclusive!: SureFire MAG5-60 and MAG5-100 High Capacity Magazine (HCM) "Quad-Stack" AR Rifle Magazines: 60-Round/Shot and 100-Round/Shot AR (AR-15/M16) 5.56mm NATO Box Magazines for Significantly-Increased Firepower during Infantry Combat and Tactical Engagements of All Sorts" (http://www.defensereview.com/dr-exclusive-surefire-60-shot-and-100-shot-ar-ar-15m16-5-56mm-nato-box-magazines-for-infantry-c ombat-and-tactical-engagements-meet-the-surefire-mag5-60-and-mag5-100-high-capacity-magaz ines-hcms/). *DefenseReview.com*. Archived (https://web.archive.org/web/20110104003941/http:// www.defensereview.com/dr-exclusive-surefire-60-shot-and-100-shot-ar-ar-15m16-5-56mm-nato-b ox-magazines-for-infantry-combat-and-tactical-engagements-meet-the-surefire-mag5-60-and-mag 5-100-high-capacity-magazines-hcms/) from the original on January 4, 2011.

42. "Bibliographic data" (https://depatisnet.dpma.de/DepatisNet/depatisnet?window=1&space=menu& content=treffer&action=bibdat&docid=US000000014034A&switchToLang=en). *Depatisnet.dpma.de*. Retrieved 5 June 2017.

43. "Improvement in repeating magazine fire-arms" (https://patents.google.com/patent/US14034A/en).

44. Lee, Jerry (15 July 2013). *Gun Digest 2014* (https://books.google.com/books?id=xaQtAAAAQBAJ &pg=PA61). Gun Digest Books. p. 61. ISBN 978-1-4402-3550-4.

45. U.S. Patent 502,018 (https://patents.google.com/patent/US502018), Magazine Gun, Application date: April 10, 1889, Issue date: July 25, 1893, Inventor: Arthur W. Savage

46. U.S. Patent 336443A (https://patents.google.com/patent/US336443A)

47. GB 190001567A (https://worldwide.espacenet.com/textdoc?DB=EPODOC&IDX=GB190001567A)

48. "The Mannlicher Schönauer M72" (https://revivaler.com/the-mannlicher-schonauer-m72). 5 March 2015.

49. "Photographic image" (http://www.cairdpublications.com/scrap/armbitguns/images/Bren%20Guns. jpg) (JPG). *Cairdpublications.com*. Retrieved 2017-06-05.

50. Jenzen-Jones, N.R. (28 August 2019). "Chinese CS/LS06 'Chang Feng' sub-machine gun – Armament Research Services" (http://armamentresearch.com/chinese-csls06-chang-feng-sub-ma chine-gun/). *Armament Research Services*. Retrieved 2019-09-18.

51. "English Patents of Inventions, Specifications: 1857, 309 - 385" (https://books.google.com/books?i d=jc4dCe0_7g0C&q=Edward+Newton+1857+335&pg=RA11-PA1). 1857.

52. "North Korean Helical AK Magazines – Armament Research Services" (https://armamentresearch. com/north-korean-helical-ak-magazines/). 4 February 2014. Retrieved 2019-09-18.

53. The M16, Gordon L. Rottman, © Osprey Publishing, 2011, Page 35-36

54. Future Weapons, Kevin Dockery, © Penguin, 2007, Page 125-126

55. Watters, Daniel: "The 5.56 X 45mm Timeline: A Chronology of Development (http://www.thegunzo ne.com/556dw-8.html) Archived (https://web.archive.org/web/20150316235202/http://thegunzone. com/556dw-8.html) 2015-03-16 at the Wayback Machine", The Gun Zone, 2000–2007.

56. "NATO Infantry Weapons Standardization (http://www.dtic.mil/ndia/2008Intl/Arvidsson.pdf) Archived (https://web.archive.org/web/20121201183951/http://www.dtic.mil/ndia/2008Intl/Arvidsson.pdf) 2012-12-01 at the Wayback Machine", NDIA Conference 2008

57. Dockery, Kevin (5 June 2017). *Future Weapons* (https://books.google.com/books?id=8RxJxY7wQn0C&pg=PA125). Penguin. p. 125. ISBN 978-0-425-21750-4.

58. Rottman, Gordon L. (20 October 2013). *The Book of Gun Trivia: Essential Firepower Facts* (https://books.google.com/books?id=-ZqtAAAAQBAJ&pg=PT147). Bloomsbury Publishing. p. 147. ISBN 978-1-78200-620-6.

59. "Sinclair International AR-15/M16 Single Shot Magazine Follower" (http://www.sinclairintl.com/gun-parts-tools-accessories/rifle-magazines/magazine-parts/magazine-followers/ar-15-m16-single-shot-magazine-follower-prod34112.aspx). *www.sinclairintl.com*. Sinclair Intl. Retrieved April 27, 2019.

60. "Magpul Invents New Quad-Stack Magazine for ARs « Daily Bulletin" (http://bulletin.accurateshooter.com/2010/06/magpul-invents-new-quad-stack-magazine-for-ars/). *Bulletin.accurateshooter.com*. Retrieved 15 November 2014.

61. David Crane (3 December 2010). "DR Exclusive!: SureFire MAG5-60 and MAG5-100 High Capacity Magazine (HCM) "Quad-Stack" AR Rifle Magazines: 60-Round/Shot and 100-Round/Shot AR (AR-15/M16) 5.56mm NATO Box Magazines for Significantly-Increased Firepower during Infantry Combat and Tactical Engagements of All Sorts" (http://www.defensereview.com/dr-exclusive-surefire-60-shot-and-100-shot-ar-ar-15m16-5-56mm-nato-box-magazines-for-infantry-combat-and-tactical-engagements-meet-the-surefire-mag5-60-and-mag5-100-high-capacity-magazines-hcms/). *DefenseReview.com (DR): An online tactical technology and military defense technology magazine with particular focus on the latest and greatest tactical firearms news (tactical gun news), tactical gear news and tactical shooting news*. Retrieved 15 November 2014.

62. "MWG 90-Rounder Snail Drum Magazine: 90 Rounds of Immediate 5.56mm Firepower for Your M4/M4A1 Carbine (or AR-15 Carbine)" (http://www.defensereview.com/mwg-90-rounder-snail-drum-mag-90-rounds-of-immediate-556mm-firepower-for-your-m4m4a1-carbine-or-ar-15-carbine/). *Defensereview.com*. Retrieved 5 June 2017.

63. *The Gun Digest Book of the AR-15*. Patrick Sweeney. Gun Digest Books, September 9, 2005. page 106

64. "SAW-MAG – Armatac Industries" (https://www.armatac.com/product/products-saw-mag/). *armatac.com*.

65. "Large Capacity Ammunition Magazines Policy Summary" (http://smartgunlaws.org/large-capacity-ammunition-magazines-policy-summary/). *smartgunlaws.org*. Law Center to Prevent Gun Violence. May 31, 2013. Retrieved May 25, 2014.

66. Rose, Veronica (January 24, 2013). "Laws on High Capacity Magazines" (http://www.cga.ct.gov/2013/rpt/2013-R-0039.htm). *cga.ct.gov*. Connecticut General Assembly. Retrieved April 9, 2014.

67. "SAFE Act court ruling dumps 7-bullet limit - Outdoor News - January 2014" (https://web.archive.org/web/20141224091422/http://www.outdoornews.com/January-2014/SAFEAct-court-ruling-dumps-7-bullet-limit/). Archived from the original (http://www.outdoornews.com/January-2014/SAFEAct-court-ruling-dumps-7-bullet-limit/) on 2014-12-24. Retrieved 2014-07-12.

68. "Maximum Permitted Magazine Capacity" (http://www.rcmp-grc.gc.ca/cfp-pcaf/bulletins/bus-ent/20110323-72-eng.htm). *Special Bulletin for Businesses No. 72*. Royal Canadian Mounted Police. 2014-12-08. Retrieved 28 January 2015.

# Further reading

- The Franklin Institute (February 1970). "Component Design" (http://apps.dtic.mil/dtic/tr/fulltext/u2/868578.pdf) (PDF). *Automatic Weapons*. Engineering Design Handbook: Guns. U.S. Army Materiel

Case: 23-55805, 11/21/2023, ID: 12827648, DktEntry: 15-6, Page 92 of 209

11/30/22, 6:06 PM   Case 3:17-cv-01017-BEN-JLB   Document 132-5   Magazine (firearms) - Wikipedia Filed 12/01/22   PageID.17271   Page 91 of 208

Command. pp. 7-2 through 7-9. AMCP 706-260.

# External links

- Difference Between a Magazine and a Clip video (https://www.youtube.com/watch?v=AF21sihEgOU)
- Difference Between a Magazine and a Clip – Picture (https://web.archive.org/web/20151023050209/http://www.minutemanreview.com/2008/09/clip-vs-magazine-lesson-in-firearm.html)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Magazine_(firearms)&oldid=1117828719"

**This page was last edited on 23 October 2022, at 20:14 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# EXHIBIT 26



# NRA GUIDE TO THE BASICS OF PISTOL SHOOTING

Produced by the Education & Training Division
A Publication of the National Rifle Association of America



**NRA**™

Seventh Printing

Second Edition—November 2009
©2009 The National Rifle Association of America

International Standard Book Number (ISBN): 978-0-935998-05-4

All rights reserved. Printed in the United States of America. This book
may not be reproduced in whole or in part by mechanical means, photo-
copying, electronic reproduction, scanning, or any other means without
written permission. For information, write: Training Department,
Education & Training Division, National Rifle Association of America,
11250 Waples Mill Road, Fairfax, VA 22030.

NR40830ES30600  04/13

*ii*



*Single-action semi-automatics* require the hammer to be cocked manually for the first shot; the reciprocating slide cocks the hammer for all subsequent shots. Single-action semi-automatics offer the same short, crisp and relatively light trigger pull for the first shot and for all subsequent shots.

An alternative to the single-action semi-automatic is the *traditional double-action* pistol, which may also be described as a *double/single action*. In this type of mechanism, the first shot is fired with the hammer down, in the double-action mode—i.e., a long, relatively heavy trigger pull both cocks and releases the hammer—and subsequent shots are fired in the single-action mode. This allows the gun to be carried safely with a cartridge in the chamber and the hammer lowered, giving a rapid first shot.

Some pistol users—particularly among law enforcement—wanted the rapid reloading and increased firepower of the semi-automatic, combined with the long, heavy pull of the double-action revolver. This pull was considered to be less conducive to an unintentional discharge than the short, light pull of the single-action or traditional double-action pistol. This led to the development of *double-action only (DAO)* semi-automatics, which, as their name implies, require a long double-action pull for every shot.

In addition to the broad categories above, a number of other pistol types incorporate novel designs, many of which seek to combine the fast and accurate first shot capability afforded by a single-action trigger pull with the safety of hammer-down carry. Some of these pre-cock a hammer or internal striker, giving a "semi-double-action" pull for the first shot. A few designs can be fired in the both the single-action and traditional double-action modes, affording the gun owner a choice of trigger types.

## SEMI-AUTOMATIC SAFETY MECHANISMS

Semi-automatic pistol safety systems can assume a dizzying variety of forms. Probably the most familiar are the pivoting thumb levers located on the frame or slide. These are sometimes located on the left side only; however, on many recent designs, they are located bilaterally for ambidextrous use. While many thumb safeties are pivoted downward to disengage, some work in the opposite direction. Such safeties mounted on the frame typically block the sear, while those mounted on the slide usually prevent the hammer from contacting the firing pin.

A different type of safety system found on some traditional double-action pistols is the *hammer drop safety*, also known as a *decocker*. When this is engaged, the hammer falls harmlessly to its lowered position. With any

*Chapter 5: Semi-Automatic Pistol Parts and Operation*                    33











35

*Semi-automatic cycle of operation, shown here with double-action-only pistol with a cartridge in the chamber and the hammer down in its ready position.(A). The barrel and slide are locked together by way of shoulder on chamber end of barrel (arrow). Pulling the trigger (B) causes the trigger bar (white outline, right arrow) to cock the hammer (left arrow). When the trigger rotates the hammer through its full arc, it falls, hitting the firing pin (arrow), firing the gun (C). As the slide recoils to the rear (D), the rear of the barrel drops down and unlocks from the slide, and the empty case is extracted and ejected. The slide quickly returns forward, and the breechface engages the top cartridge in the magazine, feeding it into the chamber (arrow). Finally, the slide returns fully forward, the fresh cartridge feeds fully into the chamber; the barrel and slide lock together; and the trigger bar resets (E).*

Chapter 5: Semi-Automatic Pistol Parts and Operation

---

*Semi-automatic pistols feature a variety of different safety mechanisms, including (l. to r.) slide-mounted decockers, frame-mounted safeties, and trigger safeties.*







pistol of this type, firing a shot, or simply working the slide to feed a round into the chamber, leaves the hammer in the cocked position. Since such pistols are not designed to be safely carried with a round in the chamber and the hammer back, the hammer must be lowered before the pistol is holstered, placed in a pistol box, etc. The decocking mechanism safely accomplishes this. Double-action-only (DAO) semiautomatic pistols may have a thumb safety or, alternately, no active safety mechanism at all. All semi-automatic pistols normally exhibit one or more *passive safety systems*, such as an inertia firing pin, a magazine disconnect (which prevents firing the round in the chamber if the magazine is removed), grip safety, or passive firing pin block that prevents forward firing pin travel unless the trigger is depressed.

# SEMI-AUTOMATIC CYCLE OF OPERATION

All semi-automatic pistols have essentially the same cycle of operation. However, some steps in the cycle may not apply to all action types. For example, double-action-only (DAO) semi-automatic pistols do not have a "cocking" step.

**Firing.** Pulling the trigger releases an internal or external hammer that strikes the firing pin and fires the cartridge, or it may release a cocked, spring-powered striker or firing pin in the slide.

**Unlocking.** The pattern of locking is determined by the nature of the semi-automatic mechanism.  With recoil-operated actions, mechanical camming

34

NRA Guide to the Basics of Pistol Shooting

surfaces serve to unlock the barrel from the slide after the two components have traveled rearward together a short distance. Gas-operated actions utilize gas pressure tapped from the bore to impel the slide rearward and unlock the action. Blowback-operated systems are by definition unlocked, so no unlocking is necessary. In such systems, the action opens simply when the gas pressure in the chamber and bore overcomes the forward force of the recoil spring and the inertia of the slide or bolt.

**Extraction.** A claw extractor mounted on the slide face engages the rim of the cartridge case and pulls it from the chamber after the action unlocks.

**Ejection.** As the slide moves smartly to the rear carrying a spent cartridge case, an ejector—usually a standing blade mounted in the frame—contacts the case head, throwing the case out of the action through the ejection port.

**Cocking.** At or near the extreme rearward limit of its travel, the reciprocating slide cocks the hammer or striker, which is held rearward against spring tension by the trigger mechanism.

**Feeding.** The compressed recoil spring pushes the slide rapidly forward, stripping a cartridge from the magazine and feeding it into the chamber.

**Locking.** With locked-breech semi-automatic designs, locking of the action occurs during the last fraction of an inch of forward motion of the slide. In the vast majority of designs, the rear of the barrel is cammed upward as it moves forward so that its locking surfaces engage the slide or frame, locking the action. With blowback-operated designs, no locking occurs; the momentum of the forward-moving bolt or slide is sufficient to fully chamber a cartridge and close the action (at which point the action is said to be *in battery*). Only the force of the compressed recoil spring, combined with the inertia of the bolt or slide, keeps the action closed.

36                                    *NRA Guide to the Basics of Pistol Shooting*

# EXHIBIT 27

000091
ER_961

# COMPLETE GUIDE TO
# GUNS & SHOOTING

### by
## John Malloy

## DBI BOOKS, INC.

# STAFF

**Senior Staff Editors**
**Harold A. Murtz**
**Ray Ordorica**

**Production Manager**
**John L. Duoba**

**Editorial/Production Associate**
**Jamie L. Puffpaff**

**Editorial/Production Assistant**
**Holly J. Porter**

**Electronic Publishing Manager**
**Nancy J. Mellem**

**Electronic Publishing Associate**
**Robert M. Fuentes**

**Managing Editor**
**Pamela J. Johnson**

**Publisher**
**Sheldon Factor**

## About Our Covers

The exciting world of guns and shooting is filled with a variety of firearms for different purposes and games. Our covers show just a few of the types of guns you'll likely encounter as you journey into this wonderful field.

At the top is Ruger's Red Label 12-gauge over/under chambered for 2³/₄-inch shells. It sports a rare blued receiver and fixed Modified and Improved Cylinder chokes. This shotgun is a very popular choice for hunters and competitive shooters alike.

The revolver is Colt's premier model, the Python. Chambered for 357 Magnum, this wheelgun has been a favorite of sport shooters, law enforcement personnel and hunters for many years, and is well known for its silky-smooth action. Shown here is the 6-inch barrel model with target stocks.

At left center is the famous Browning Hi-Power autoloading pistol in 9mm Parabellum. With the grip, feel and reliability by which others are judged, the Hi-Power is one of the most popular pistols in the world. This example is shown with target sights.

At bottom is the Ruger M77R Mark II bolt-action rifle in caliber 30-06. Since its introduction in the late 1960s, the M77 rifle has appeared in many forms, in myriad chamberings, and is the rifle of choice for many hunters because it represents excellent value. It's shown here with a Redfield 2¹/₂-7x Tracker scope in Ruger mounts.

Photo by John Hanusin.



Copyright © MCMXCV by DBI Books, Inc., 4092 Commercial Ave., Northbrook, IL 60062. Printed in the United States of America. All rights reserved.

No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without prior written permission of the publisher.

The views and opinions of the author expressed herein are not necessarily those of the publisher, and no responsibility for such views will be assumed.

Arms and Armour Press, London, G.B., exclusive licensees and distributor in Britain and Europe, India and Pakistan. Media House Publications, Sandton, Transvaal, exclusive distributor in South Africa and Zimbabwe. Forrester Books N.Z. Limited, Auckland, exclusive distributor in New Zealand.

ISBN 0-87349-166-1

Library of Congress Catalog Card 95-67032



# CHAPTER THREE

# UNDERSTANDING THE MODERN RIFLE

RIFLES HAVE A special place in American history. First used in Europe, probably before 1500, they were by 1700 fairly common in Germany and Switzerland, soon making their way to America with German gunsmiths settling in Pennsylvania. By 1735, rifles designed for American use—balanced for carrying, with small bores and long barrels—were becoming part of the American scene. With the expansion of the American frontier during Colonial days, the usefulness of the rifle became evident. A firearm that could deliver a small projectile with great accuracy was well suited for the wilderness. And, small bores required smaller amounts of lead and powder, hard items to acquire in the wilderness. This distinctly American style of rifle came to be called the "Kentucky" or "Pennsylvania" rifle.

Rifles played decisive roles in American history. They were instrumental during the American Revolution, accompanied Lewis and Clark on their expedition, and influenced both the War of 1812 and the Mexican War. The use of the rifle in the Civil War changed military tactics forever and helped expand the Western frontier. Rifles designed and used by Americans also influenced the outcomes of the two World Wars.

As special as rifles have been to our country on a historical level, they are special to many people on a personal level as well. For generations, a boy's first 22 was a rite of passage, a sign he was considered a responsible person by adults. That tradition has dwindled in our large metropolitan areas, but is still an American tradition nonetheless.

My first rifle was a Winchester Model 67, a manually cocked bolt-action single shot. I bought it with my lawn mowing money at age eleven, which was some time ago. To me, that little 22 seemed like an artillery piece. It seemed as if I were in control of more power than I had ever before imagined.

From that simple rifle, I learned a lot. Its few parts made me curious as to how a rifle worked, and knowing something about rifle parts is basic to understanding rifles. Since rifles are usually classified by action type, we must know something about the parts of a rifle in order to group them into categories of action types.

Rifles may also be classed according to the ammunition used—either rimfire or centerfire. Today's rimfires are all 22 caliber. The other classification, centerfire, consists of rifles that have greater power and range.

However, as we have already said, the usual way of classify-



# ANATOMY OF A RIFLE

ing rifles is by action type. Although they may differ in scale and details, rimfire and centerfire rifles use the same types of actions. Let us therefore define **action:** The breech mechanism that allows the shooter to load, shoot, and unload the rifle.

## Parts of a Rifle

Since the parts of an action are critical to our classification, let's first go over all the parts of a rifle. The stock is the simplest part, so let's take that first.

**The Stock**

For this discussion, we will assume the stock is made of wood. More and more stocks are being made of synthetic materials now, but most of the terminology still applies.

Beginning at the rear, the **butt** is the portion, generally flat or slightly curved, that fits against the shoulder. The top of the butt is the **heel** and the bottom is the **toe**. Going forward, the shooter's cheek rests on the **comb** of the stock. Continuing forward, the stock becomes small. This is the **small** of the stock, or more commonly, the **grip**. If the top and bottom lines are straight, it is called a **straight grip**. If the bottom line curves like the grip of a pistol, it is called a **pistol grip**.

Continuing forward, we come to the **forend** or **forearm**. In some cases, it is a continuation of the same piece of wood. In others, it is a separate piece of wood.

Now we need to address a question that is not easy to answer. When is it correct to use "forend" and when is it correct to use "forearm?" The NRA basic handbooks use the term "forend"



This close-up shows the bolt and receiver of a German 1888 Commission bolt-action rifle.

23



# ANATOMY OF A SINGLE SHOT ACTION

Breechblock

Firing Pin

Cartridge in Chamber

Hammer

Tangs

Trigger/Sear

Drawing by Ray Ordorica

when it is a continuous piece of wood; "forearm" is used to define the separate front piece of a two-piece stock. If you are taking an NRA course, by all means keep your instructor happy by using the terms in this fashion. Be aware, though, that some authorities use the two terms in exactly the opposite manner. Many use them interchangeably.

Until I began writing this, I really was not sure how I used these two terms. I found that, when speaking, I tended to use the terms interchangeably. When writing, I generally used "forearm" for all cases.

Some rifles based on modern military patterns may have features other than those we've discussed. They may have a completely separate pistol grip, or a buttstock that folds for compactness. Some hunters, including Florida Governor Lawton Chiles, use such rifles for hunting because of ease of transport. However, it is the traditional stock we will deal with in this book.

Attached to the stock may be a number of items. A *buttplate* generally covers the butt to protect the wood from cracking or splitting. Some centerfire rifles have substantial recoil and may have a rubber *recoil pad* attached. A *grip cap* may be at the end

of a gracefully curved pistol grip---perhaps for protection, perhaps for aesthetics. A *forend cap* may cover the front end of the stock. In most cases, I think a forend cap is primarily used for looks, but many feel that covering the grain of the wood here deters moisture from entering and thus prevents the wood from warping.

*Sling swivels* may be installed to allow the use of a sling or carrying strap. On target rifles, an *accessory rail* or *adapter* i the forend allows the use of a hand stop or palm rest.

**The Barrel**

The barrel is the hollow steel tube into which the cartridge inserted and through which the bullet passes on its way to t outside world.

The hole through the center of the barrel is called the b Spiral grooves are cut into the bore to impart a rotation or "sp to the bullet as it travels through the bore. The grooves are cal logically enough, *grooves*. The highs between the groove leys are called *lands*. This combination of lands and groov called "rifling," which of course gives a rifle its name.

The rifling curves either to the left or right going throug



## CROSS-SECTION OF CHAMBER/RIFLE BARREL

Breech    Cartridge    Bore    Rifling    Barrel



Become familiar with your rifle's safety and how it works. This bolt-action 308-caliber Mossberg rifle has a sliding safety on the rear of the bolt.

bore. In almost all cases, this curve is constant. At some pre-determined point in the bore, the rifling will make one full rotation. The distance at which this occurs is usually determined by the manufacturer, suited for the cartridge used, and is generally an even number of inches. Thus, we talk of the *twist* of the rifling. For example, a rifle may have a twist rate of one turn in 10 inches, or 1:10.

The rear of the barrel is the *breech*. At the breech, the rifle's bore is enlarged to form a *chamber* which allows insertion of the cartridge for which the rifle is designed or chambered.

If a rifle barrel has the same outside diameter for its entire length (some target rifles do), it is said to be a straight, unta-pered barrel. Most barrels are smaller at the muzzle end than at the breech. This reduction is accomplished usually by tapering the barrel, sometimes by stepping it, and sometimes by a combination of steps and taper.

The front of the barrel is the *muzzle*. The metal of the muzzle end of the barrel may be crowned, curved both toward the bore and the outside, or countersunk. This crowning protects the rifling and also has a positive effect on accuracy. Items such as sights or bands also may be installed on the barrel.

**The Action**

The action of a modern rifle is the combination of moving parts that allows a shooter to load, fire and unload the rifle. All rifles have a *receiver*, a metal frame onto which all the other parts are attached. All rifles have this in common: A way to open the action, place a cartridge into the chamber and close the bolt or breechblock. When the rifle is thus loaded, a trigger mechanism can release the hammer or striker mechanism, causing the firing pin to strike the primer of the cartridge.

In addition, most rifles have a *magazine*. This is a device that stores ammunition and allows individual cartridges to be fed automatically into the chamber. In addition, every rifle has some sort of mechanical safety device, which may be of a number of different types. If the design permits, the safety should be engaged whenever a rifle is loaded or unloaded.

Rifles are primarily classified by action type. The actions of modern rifles fall into six main categories: bolt action, slide (pump) action, lever action, semi-automatic, hinge (breakopen) action, falling block action.

25



Bolt-action rifles are still seen in High Power Rifle matches. Here, the writer squeezes off a shot from a 1903A3 Springfield during the standing stage.

## Bolt Action

The bolt-action rifle is probably the most common type of rifle used in America. It is so named because the bolt resembles the common turning door bolt which was in use for some time before the concept was applied to firearms.

During the 1840s, bolt-action rifles were in common use in Europe in the form of the Prussian Needle Gun. This early form of bolt action used a paper cartridge and did not seal well at the breech. Thus, soldiers got a puff of powder gas coming back at them with each shot. Still, this inefficient breechloader was very successfully used against military muzzleloaders of the day.

The prize for the first bolt action to use metallic cartridges



Bolt-action tubular-magazine 22 rifles have fallen from popularity, but there are still a lot of them around. This is a Remington Model 34.

Bolt-action 22-caliber rifles with removable box magazines have been around for a long time. This Winchester Model 69 was the first rifle owned by Robert Mallby, the brother of the writer.

The bolt action is considered to be the most accurate type of action for target shooting. This is a heavy-barrel Winchester Model 52B target rifle.

The Mauser '98 was probably the most important bolt-action rifle design ever produced. Many other designs are modifications of the Mauser '98. The basic design has a non-detachable magazine and can be loaded with single cartridges or from a stripper clip.

26

# BOLT-ACTION SINGLE SHOT



A bolt-action rifle, action open.



A bolt-action rifle, action closed.

Bolt-action single shot rifles include two types: the least expensive beginner's rifles, usually 22s, and the most expensive expert's target rifles. The least expensive, because machining is simpler without a magazine cut in the receiver; target rifles, because the receiver is stiffer and flexes less without a magazine cut.

**To load:**
1. Open the bolt.
2. Insert a cartridge into the chamber.
3. Close the bolt.

Some very inexpensive rifles require manually pulling back the cocking piece at the end of the bolt, an additional step before shooting. If the rifle has an automatic safety, the safety will be on when the bolt is closed and must be taken off to fire. Recall, however, that in Chapter 2 we agreed the safety is only a mechanical device that supplements safe gun handling.

**To unload:**
1. Open the bolt. The cartridge or empty case will be ejected.
2. Visually inspect the chamber to make sure it is empty.

# BOLT-ACTION REPEATER WITH NON-REMOVABLE MAGAZINE

Examples of this type include most centerfire hunting and military surplus rifles.

**To load:**
1. Open the bolt.
2. Place a cartridge into the open action and press downward into the magazine. Repeat to load additional cartridges.
3. Close the bolt.

**To unload:**
1. Open the bolt. The cartridge or empty case in the chamber will be ejected.
2. If the floorplate can be removed, release it and empty the remaining cartridges from the magazine. If the floorplate cannot be removed, open and close the bolt repeatedly until the magazine is empty.
3. Visually check the chamber and magazine.



Most bolt-action centerfire rifles, here a 308-caliber Mossberg, load by pushing cartridges down into the magazine.

27

ER_969

# BOLT-ACTION REPEATER WITH REMOVEABLE MAGAZINE

Examples of this type are most box-magazine 22 rifles and some centerfire rifles such as the Savage 340 and Remington 788.

**To load:**
1. Open the bolt.
2. Remove the magazine.
3. Load the magazine.
4. Insert the loaded magazine back into the rifle.
5. Close the bolt.



Some bolt-action rifles, such as this 30-30 Stevens Model 325, have a removable box magazine.

**To unload:**
1. Open the bolt. The chambered cartridge or empty case will be ejected.
2. Remove the magazine.
3. Remove the cartridges from the magazine.
4. Visually check the chamber and magazine.

# BOLT-ACTION REPEATER WITH TUBE MAGAZINE

These rifles are almost exclusively 22-caliber, and for many decades, they were very popular plinking and small game rifles. Recently, their popularity has waned compared to bolt-action box-magazine repeaters. Lots of them were made, however, and many models made by Winchester, Remington, Mossberg, Marlin, Savage and Stevens are still in use.

**To load:**
1. Open the bolt.
2. Release the inner magazine tube and pull it out until the cartridge loading port in the outer tube is open.
3. Load cartridges into the magazine through the opening.
4. Push the tube into its original position and secure it.
5. Close the bolt to position the first cartridge, then open and close it to chamber the first cartridge.

**To unload:**
1. Open and close the action until all cartridges have been ejected from the rifle.
2. With the action open, visually check the chamber and magazine.

With all tubular magazine 22-caliber rifles, it is possible to unload most of the cartridges by withdrawing the inner magazine tube completely and pouring out the cartridges. There is a reason this method is *not recommended*. It is possible for a cartridge to hang up in the magazine or feed mechanism when the plunger force is removed. Working the cartridges through the action reduces this possibility.

goes to a little-known American rifle, the Palmer carbine, patented in 1863. About a thousand of these 44 rimfire carbines were used by Union troops during the Civil War. By 1867, the Swiss were starting production of the Vetterli rifle, a somewhat more powerful 10.4mm (41-caliber) rimfire rifle. The Vetterli was the first bolt-action repeater.

In 1871, the single shot German Mauser, a powerful 11mm rifle using a centerfire blackpowder cartridge, became the first really successful bolt-action military rifle. In 1886, France adopted the Lebel, the first smokeless-powder bolt-action rifle.

The race was on. By 1891, every major world power had adopted a bolt-action repeating military rifle using smokeless powder cartridges except the United States. We corrected this

deficiency in 1892 with the adoption of the 30-40 Krag; then, a decade later, the 1903 Springfield.

Yet, the lever-action rifle was still the rifle of the American hunter. That situation did not change until after World War I. American "doughboys" had used bolt actions during that conflict and wanted similar rifles for hunting afterwards. Before too long, the bolt action became America's number one hunting rifle.

Bolt-action rifles are favored for their strength and their accuracy. All bolt-action rifles share the common "up-and-back, forward-and-down" operation of the bolt, but they come in many styles and types: bolt-action single shot; bolt-action repeater with removable or non-removable magazines; bolt-action with tube magazine.

28

## Slide or Pump Action

The slide-action, or pump, rifle is operated by sliding (or pumping) the forearm of the stock back and forth. When doing so, rods connected to the forearm open and close the action. At the rear of the stroke, a cartridge case is ejected. At the forward stroke, a new round is chambered.

The slide-action rifle never attained the popularity of the bolt-action or lever-action types, but a lot of them have been made, most in 22-caliber. Because the hand that controls the trigger stays in place, leaving the other hand to operate the slide, the slide action is the fastest of all manually operated rifles. The forward movement of the forearm in closing the action also tends to help point the rifle toward the target. Thus, this type is favored by some for woods hunting, where a follow-up shot may be desired.

The slide action is moderately popular in America, but hardly anywhere else. Here, the Colt slide-action Lightning rifle was introduced about 1885. There were three frames: small, medium and Express. Calibers ranged from 22 to the big 50-95.

In 1890, Winchester brought out its handy little 22 pump rifle. The rifle went through several modifications, ending as the Model 62. In 1959, Winchester discontinued the rifle and subsequently sold the machinery to Rossi of Brazil; the basic design is still in production as the Rossi Gallery model. Other slide-action 22s have been made by Winchester, Remington, Marlin, Savage, Stevens, Noble, H&R, and High Standard. Centerfire pump hunting rifles have been made by Remington, Savage, Marlin and Action Arms.

As with bolt actions, it is important to understand how to load and unload slide-action rifles. There are three basic types: rimfire with tube magazine; centerfire with tube magazine; centerfire with removable box magazine.

# RIMFIRE SLIDE-ACTION REPEATER WITH TUBE MAGAZINE



A slide-action rifle, action open.



A slide-action rifle, action closed.

Most 22-caliber slide-action rifles have tubular magazines under the barrel. These magazines have a removable inner tube that contains a spring and plunger.

**To load:**
1. Open by pressing the action release and pulling the forearm to the rear.
2. Release the magazine and pull the plunger past the cartridge opening in the outer magazine tube.
3. Place cartridges in magazine opening.
4. Push inner magazine tube to original position and latch, then push the forearm forward to close it. A cartridge is now in the carrier mechanism.
5. Open and close the action to feed a cartridge into the chamber.

**To unload:**
1. Press the action release.
2. Open and close the action until all cartridges have been ejected from the rifle. (Some old-timers slap the stock



The slide-action rifle is almost always a hunting rifle. Here the writer sights in a Savage Model 170.

to jar the rifle, then work the action again at this point, to make sure a cartridge has not hung up in the magazine.)
3. With the action open, visually check the chamber and magazine to be sure the rifle is completely unloaded.

29

ER_971



This slide-action 30-30, a Savage Model 170, was manufactured for a number of years. Many felt it had an edge over the lever-action rifle for close-range deer hunting.

Remington 760 slide-action centerfire rifles have a removable box magazine. The scope on this one, a 35 Remington, is a Redfield 1-4x variable.

Slide-action 22-caliber rifles, such as this Winchester Model 61, have long been favorites with plinkers and small game hunters.

Slide-action centerfire rifles were made in years past for hunting small and medium game. This Remington Model 25 is in 25-20 caliber.

## CENTERFIRE SLIDE-ACTION REPEATER WITH REMOVABLE BOX MAGAZINE

The most common example in use today is the Remington Model 760.

**To load:**
1. Press the action release and open the action.
2. Remove the magazine and load cartridges into it.
3. Insert the magazine back into the rifle.
4. Move the forearm forward to close the action. This chambers the first cartridge.

**To unload:**
1. Press the action release and open the action.
2. Remove the magazine and take the cartridges out of it.
3. Visually inspect the chamber and magazine.

## CENTERFIRE SLIDE-ACTION REPEATER WITH NON-REMOVABLE TUBE MAGAZINE

Examples still in fairly common use are the Savage 170 and the Remington 141.

**To load:**
1. Push cartridges into the magazine through the bottom of the receiver (M170) or the magazine tube opening forward of the receiver (M141).
2. Press the action release.
3. Open and close the action to feed a cartridge into the chamber. The magazine will now accept an extra cartridge.

**To unload:**
1. Press the action release.
2. Open and close the action until all cartridges have been ejected.
3. Visually check the chamber and magazine.

30

## Lever Action

Although there are probably more bolt-action rifles in use in America than all other types combined, the lever action is still considered by many as the traditional American rifle.

The lever-action repeater was introduced to Americans during the Civil War in the form of the Henry and Spencer repeating rifles. After the Civil War, large numbers of these rifles went west and played a significant role in the westward expansion and settlement.

Oliver Winchester, a shirt manufacturer, headed up the company that manufactured the Henry. In 1866, he brought out an improved version under the name Winchester. When the Spencer company went bankrupt in 1868, Winchester bought the failed company in 1869 and discontinued the Spencer, leaving the Winchester without any serious competition for some years.

Before long, the Winchester design of an outside-hammer rifle with a tubular magazine under the barrel became the traditional lever-action rifle of America.

New Models 1873 and 1876 became popular, then were replaced by a later series of rifles designed by John M. Browning. These reached their peak of popularity in the Model 1894, which is still in production.

The Winchester lever action became the favored rifle of America not just because of availability, but because it worked well and suited the needs of the times. By the 1890s, other



One of the most famous lever-action rifles of all time is the Winchester '73. Here the writer shoots one in 32-20 caliber.

lever-action repeaters, such as the Marlin and the Savage, had entered the market.

Even so, military use of the lever-action rifle has been limited, though the Henry and Spencer rifles were decisive in the American Civil War. The history books show us that in every major engagement where Union troops were equipped with Spencer rifles, they were victorious. (Except, for some reason, in Florida.)

However, after the Civil War, the repeaters were sold as sur-

# RIMFIRE LEVER-ACTION REPEATER WITH REMOVABLE TUBE MAGAZINE

Common examples are the Marlin Model 39A and the Winchester 9422. Most lever-action 22-caliber rifles are of this type.

**To load:**
1. Open the action by pivoting the lever forward.
2. Remove the inner magazine tube enough so that the plunger clears the cartridge cutout in the outer tube.
3. Load cartridges into the cutout, then return the tube to its original position.
4. Close the action. A cartridge is now ready to be chambered.
5. Open and close the action. A cartridge is now in the chamber, and the rifle is ready to fire.

**To unload:**
1. Open and close the action until all cartridges have been ejected.
2. Visually inspect the chamber and magazine.



A lever-action rifle, action open.

A lever-action rifle, action closed.



000103

plus, and United States troops were armed with a single shot rifle, the "trapdoor" Springfield. European military minds were equally slow to see the advantages of the repeating rifle. By 1877, most European countries were armed with single shot bolt-action rifles.

Despite this fact, an energetic Winchester salesman had sold the Turkish government 30,000 Winchester Model 1866 rifles. At the 1877 battle of Plevna, Turkish defenders faced a massed Russian army that was twice as large. The Turks issued 100 rounds with each Winchester. Also, before the battle, an extra box of 500 rounds was placed beside each defender. When it was over, the hail of bullets from the Winchesters had cut the Russian army to pieces. Over 30,000

Russian soldiers were killed during two mass assaults, and the lesson was not lost. The battle marked the end of the single shot military rifle, but it was replaced by the bolt-action repeater, not the lever action.

In America, by the turn of the century, three basic centerfire lever-action types had appeared and were in common use— the Winchester 1894, Marlin 1893 and hammerless Savage 1899. Variants of these designs are still in production as the Winchester 94, Marlin 336 and Savage 99. For a time, Mossberg also made a lever-action centerfire rifle of traditional design.

The Savage 99 with its rotary magazine has an advantage over the Winchester and Marlin designs. Because the tubular

## CENTERFIRE LEVER-ACTION REPEATER WITH TUBE MAGAZINE

Most lever-action rifles such as the Winchester 94 and the Marlin 336, the common "30-30 deer rifles," are of this type, although they may be of calibers other than 30-30.

**To load:**
1. Load cartridges through the loading port.
2. Open the action.
3. Close the action.

**To unload:**
1. Open and close the action until all cartridges are out.
2. Visually inspect chamber and magazine.



Most centerfire lever-action rifles load through a loading port in the right side of the receiver. This is a 30-30 Winchester Model 94.

## LEVER-ACTION REPEATER WITH REMOVABLE BOX MAGAZINE

Centerfire rifles such as the Winchester 88, late-version Savage 99 with removable magazine, and Browning Lever Rifle generally represent this type. For a short time, Marlin also made rifles of this type, in 22 rimfire as well as 30 Carbine and 256 Winchester.

**To load:**
1. Open the action.
2. Remove the magazine and load cartridges into it.
3. Insert the magazine back into the rifle and close the action.

**To unload:**
1. Open the action.
2. Remove the magazine and unload the cartridges from it.



Only a few lever-action rifles load with a detachable box magazine. This is a 22-caliber Marlin Model 56.

32



A few centerfire lever-action rifles, such as this Winchester Model 88 in 358, have a removable box magazine. This rifle has a Redfield 3-9x scope mounted.

A hammerless type of lever-action rifle, the Savage 99 is very popular. Chambered for 358 Winchester, this rifle sports a receiver sight and has the original rotary magazine.

Most lever-action 22 rifles, such as this Marlin Model 39-A, have a tubular magazine under the barrel. This rifle has a Weaver V22 scope.

The first lever-action rifle with a non-detachable box magazine was the Winchester Model 95. This one is chambered for 30-40 Krag.

magazine of the Winchester and Marlin put the nose of the cartridge's bullet against the primer of the one ahead, these designs are limited to the use of blunt-bullet ammunition. The Savage 99 can use pointed bullets, and its action is strong enough for high-pressure loads that the Winchester and Marlin can't handle.

The Winchester 88, introduced in 1955, was a hammerless box-magazine lever-action rifle capable of handling high-pressure cartridges and pointed bullets. It was dropped after twenty years, whereas the "traditional" Model 94 continued in production. In 1971, Browning tried a compromise—a modern lever-action box-magazine rifle with the traditional outside hammer. It found favor with many.

Because of their common use in Western movies, lever-action rifles are probably familiar even to those who have never shot one. They operate by forward and rearward rotation of an operating lever pivoted under the receiver. The operating lever under the grip is hinged in front of the trigger, and it forms the trigger guard of the rifle. When the lever is pivoted forward, the breech bolt is moved to the rear, opening the action. This opening action extracts the empty cartridge case from the chamber and positions the next cartridge. The rearward movement of the lever moves the bolt forward, chambers the cartridge, and closes and locks the action.

# LEVER-ACTION REPEATER WITH NON-REMOVABLE BOX MAGAZINE

Rifles in this category are the Savage 99 with original rotary magazine and, to a lesser extent, the Winchester Model 95. Lots of 99s are still in the field, but most of the 95s rest in collections now. However, some of the Winchesters still see service, and Browning made a number in replica form not too long ago, so they are worth considering here also.

**To load:**
1. Open the action.
2. For the 99, lay a cartridge in the open action and push it into the magazine until it clicks into place. Continue until the magazine is loaded. For the 95, place the base of the cartridge under the lips at the rear of the magazine, then rock the cartridge forward into the magazine. Continue until the magazine is loaded.
3. Close the action.

**To unload:**
1. Open and close the action until all cartridges have been ejected.
2. Visually check the chamber and magazine.

33

ER_975

## Semi-Automatic Action

Semi-automatic rifles use the energy of one shot to operate the action, making the rifle ready for the next shot. Either through recoil or gas energy, the mechanism ejects the empty cartridge case, feeds the next one and closes the bolt. Because they eliminate the manual operations of the previous types, semi-automatics are often called self-loaders or autoloaders.

Semi-automatic rifles seem very modern, and many are. However, many designs are very old, and this method of operation is much older than many people believe.

In the early 1880s, an American, Hiram Maxim, developed the first practical self-loading mechanism for firearms. By the early 1890s, both Maxim and another American, John M. Browning, had patented designs for gas- and recoil-operation machineguns. Semi-automatic pistols were already in commercial production by 1892.

In 1903, Winchester introduced a 22-caliber semi-automatic rifle for small-game hunting. Then in 1905, they brought out a centerfire version that was suitable for deer at short ranges. The following year, 1906, Remington introduced a more powerful semi-automatic rifle, their Model 8. This spurred Winchester to bring out more powerful versions of its design in 1907 and 1910. These early designs found favor with police as well as with hunters and saw limited service in WWI.

The advantages of the semi-automatic system were obvious to many military planners, and developments continued. Mexico officially adopted a semi-auto rifle for their military in 1908, the Mondragon. They were also used by German aviators in WWI.

In 1936, the United States adopted a semi-automatic rifle, the M1 Rifle developed by John C. Garand. This was followed in 1941 by the M1 Carbine.

World War II and its aftermath saw tremendous development of semi-automatic military rifles. As had happened with the bolt



A semi-automatic rifle, action open.



A semi-automatic rifle, action closed.



The M1 Garand rifle, adopted by the United States in 1936, was the first general-issue military semi-automatic rifle. It proved its worth in WWII and Korea, and before long, most nations had adopted semi-automatics.

The first successful 22 semi-automatic rifle, the Winchester 03 (below) was later replaced by the Model 63 (above) which stayed in the Winchester line from 1933 to 1958. The tubular magazine is in the stock and loads through the port in the right side.

The most popular 22 semi-automatic rifle of all time, the Marlin Model 60, has a tubular magazine beneath the barrel.

34

*natic*
*out a*
*The*
*erful*
*ter to*
*' and*
*ell as*

*us to*
*exico*
*8, the*
*WWI.*
*le, the*
*ved in*

*pment*
*he bolt*

*s the first*
*WWII and*
*cs.*

*was later*
*m 1933 to*
*right side.*

*del 60, has*

# RIMFIRE SEMI-AUTOMATIC WITH TUBE MAGAZINE

These rifles have a removable magazine tube with a spring and plunger. Location of the magazine may be under the barrel or inside the buttstock.

**To load:**
1. Open the action. In some early designs, the action will not stay open; such rifles must be loaded with the action closed, so extra care must be taken to make this operation safe.
2. Remove the magazine inner tube until the plunger has passed the cartridge cutout or loading port.
3. Load the cartridges through the loading port.
4. Push the inner tube of the magazine back into its original position and secure it.
5. Open the action and let it fly forward, feeding a cartridge into the chamber.

**To unload:**
1. Open and close the action until all cartridges have been ejected from the rifle.
2. Visually examine the chamber and magazine.



Many 22-caliber rifles with tubular magazines under the barrel have a loading port through which cartridges may be loaded.

# SEMI-AUTOMATIC WITH REMOVABLE BOX MAGAZINE

Such rifles may be relatively simple 22-caliber arms, such as several Marlin models, Ruger's 10/22 or Survival Arms' AR-7. A number of centerfire arms have removable box magazines. Among those designed as sporting rifles, perhaps the most common now are the Browning BAR and Remington 7400. A number of rifles originally designed for military service are now used for hunting and target shooting, and are frequently encountered. Among them are the M1 Carbine, various semi-automatic offspring of the AK-47, Springfield M1A and Colt AR-15.

**To load:**
1. Open the action.
2. Remove the magazine and load it with cartridges.
3. Replace the magazine.
4. Close the action.

**To unload:**
1. Open the action.
2. Remove the magazine and unload the cartridges.
3. Visually inspect the chamber and magazine.



Early semi-automatic designs were very interesting and sometimes very strange. Military historian William Douglas explains the operation of a 30-06 Thompson Autorifle to the writer. This design was under development about the time of World War I.

3!



action after World War I, American servicemen liked the semi-automatic rifles they had used and wanted similar rifles for hunting. New 22-caliber semi-automatic rifles were already on the market. Soon, Remington, Winchester, Ruger, Harrington & Richardson and Browning were supplying modern semi-automatic centerfire hunting rifles. Target shooters began to use rifles similar to military semi-automatics and, later, semi-automatic versions of selective-fire (semi- or full-automatic) military rifles.

The importation of large quantities of military surplus semi-automatic rifles during the 1980s and 1990s has spurred the interest in, and the use of, semi-automatic rifles.

There are a number of different types of semi-automatic rifles in common use: rimfire with tube magazine and centerfire with removable or non-removable magazine.

**Clip vs. Detachable Magazine**

Our remaining two types of rifles do not use magazines, so perhaps this is a good time to make a short side trip. Often times, removable or detachable box magazines are mistakenly called "clips." I have mentioned this not because I think it is a particularly good idea, but because it is common usage. Because the use of "clip" for "removable magazine" is so widespread, all shooters should be aware of it.

Actually, there are parts that can be correctly called clips, and I have mentioned them relative to the M1 and SKS rifles. Technically, clips are devices used to hold (or clip) cartridges together for inserting into a magazine, and there are two types.

***Charger clip:*** The entire clip of cartridges goes into the magazine and actually becomes a part of the magazine as long as cartridges remain. The magazine will not function without the clip. Examples are the clips used to charge the magazine of the M1 Garand, a semi-automatic. Many early bolt-action military rifles—such as the German 1888 Commission rifle, Italian Carcano, Austrian 1895 straight-pull and French Berthier rifle—used charger clips. They are also called *en bloc* clips.

***Stripper clip:*** These clips of cartridges are placed above the magazine into a slot which correctly positions them. Then the cartridges are pushed, or stripped, out of the clip into the magazine. Some examples are the 1903 Springfield rifle, German Mauser rifles, British SMLE and Russian SKS. The SMLE uses stripper clips to load a detachable magazine; however, most stripper clips are used to load a fixed magazine; the M14/M1A can be loaded from stripper clips directly into its (detachable) magazine.

Now you know the difference between clips and magazines, so let's continue with our discussion of action types.

## SEMI-AUTOMATIC WITH NON-REMOVABLE MAGAZINE

Common rifles in this category are the M1 Garand and the SKS rifles made in Russia and China.

**To load:**
1. Open the action by drawing back the operating handle until the bolt locks open.
2. For the M1, place a loaded clip of cartridges on the follower; press down until it latches. Release thumb pressure. Bolt will run forward, chambering a cartridge. For the SKS, push cartridges, one at a time or from a clip, into the magazine. Slightly pull back on the operating handle and release; the bolt will run forward, chambering a cartridge.

**To unload:**
1. For the M1, open the bolt to eject the chambered cartridge and firmly hold it back. Press the clip latch on the left side of the receiver to eject the clip and remaining cartridges. For the SKS, open the magazine box latch and empty cartridges from the bottom. Open the bolt to eject the round from the chamber.
2. Visually inspect the chamber and magazine.



A number of semi-automatic rifles have non-removable magazines. This 7.62x39mm SKS rifle can be loaded with single rounds or, as shown, from a stripper clip.

36

# EXHIBIT 28

# COMPLETE GUIDE TO
# GUNS & SHOOTING

by
**John Malloy**

DBI BOOKS, INC.

# STAFF

**Senior Staff Editors**
**Harold A. Murtz**
**Ray Ordorica**

**Production Manager**
**John L. Duoba**

**Editorial/Production Associate**
**Jamie L. Puffpaff**

**Editorial/Production Assistant**
**Holly J. Porter**

**Electronic Publishing Manager**
**Nancy J. Mellem**

**Electronic Publishing Associate**
**Robert M. Fuentes**

**Managing Editor**
**Pamela J. Johnson**

**Publisher**
**Sheldon Factor**

### About Our Covers

The exciting world of guns and shooting is filled with a variety of firearms for different purposes and games. Our covers show just a few of the types of guns you'll likely encounter as you journey into this wonderful field.

At the top is Ruger's Red Label 12-gauge over/under chambered for 2$3/4$-inch shells. It sports a rare blued receiver and fixed Modified and Improved Cylinder chokes. This shotgun is a very popular choice for hunters and competitive shooters alike.

The revolver is Colt's premier model, the Python. Chambered for 357 Magnum, this wheelgun has been a favorite of sport shooters, law enforcement personnel and hunters for many years, and is well known for its silky-smooth action. Shown here is the 6-inch barrel model with target stocks.

At left center is the famous Browning Hi-Power autoloading pistol in 9mm Parabellum. With the grip, feel and reliability by which others are judged, the Hi-Power is one of the most popular pistols in the world. This example is shown with target sights.

At bottom is the Ruger M77R Mark II bolt-action rifle in caliber 30-06. Since its introduction in the late 1960s, the M77 rifle has appeared in many forms, in myriad chamberings, and is the rifle of choice for many hunters because it represents excellent value. It's shown here with a Redfield 2$1/2$-7x Tracker scope in Ruger mounts.

Photo by John Hanusin.



Copyright © MCMXCV by DBI Books, Inc., 4092 Commercial Ave., Northbrook, IL 60062. Printed in the United States of America. All rights reserved.

No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without prior written permission of the publisher.

ISBN 0-87349-166-1

The views and opinions of the author expressed herein are not necessarily those of the publisher, and no responsibility for such views will be assumed.

Arms and Armour Press, London, G.B., exclusive licensees and distributor in Britain and Europe, India and Pakistan. Media House Publications, Sandton, Transvaal, exclusive distributor in South Africa and Zimbabwe. Forrester Books N.Z. Limited, Auckland, exclusive distributor in New Zealand.

Library of Congress Catalog Card 95-67032

### Semi-Automatic Pistols

A semi-automatic pistol is a handgun that uses the energy of one shot to get itself ready for the next shot. This energy is generally from recoil, but may come from the gas generated by the previous shot.

Semi-automatic pistols are sometimes called self-loaders or autoloaders. More commonly, they are just called automatics, although they do not fit the definition of a true automatic firearm.

The semi-automatic pistol has the same three basic parts as the revolver: frame, barrel and action. However, the operation is very different.

In a revolver, the multiple cartridge chambers were in the cylinder. The barrel of a semi-automatic has a single chamber in the rear of the bore.

The frame of a semi-automatic generally has a hollow grip which contains the *magazine*, a storage device to hold cartridges to be fed into the chamber. The frame may also contain a *magazine release, slide stop* (also called a slide lock or slide release) to hold the action open, and *safety*, a mechanical device to reduce the chance of accidental firing.

The details of semi-automatic pistol actions vary greatly. Some have a hammer (similar to that of revolvers) that strikes a firing pin. Some are striker-fired, that is, the firing pin is spring-loaded and released to strike the primer, firing the cartridge. Such pistols are often called hammerless. However, some "hammerless" guns have hammers that are not visible, but which are concealed in the mechanism of the pistol.

The earliest semi-automatics, such as the Borchardt, Mauser and Luger, had exposed barrels with a breechblock behind the chamber. In the late 1890s, John M. Browning came up with a marvelous invention, the *slide*. It rode atop the frame and covered the barrel, recoil spring and other mechanisms, allowing a very compact pistol. You may hear the term "slide" used generically for any kind of semi-automatic pistol mechanism. When you hear the command "Slides Back" on a pistol range, you open the action of your semi-automatic pistol, no matter what the design.



## ANATOMY OF A SEMI-AUTOMATIC

Front Sight · Slide · Rear Sight · Recoil Spring · Frame · Barrel · Takedown Latch · Trigger · Grip · Magazine · Magazine Release

95



(Left) The 1911 Colt, a single-action pistol, is considered by many to be the best semi-automatic pistol ever designed. It was adopted by the U.S. Army in 1911 and is still in limited military service.

(Above) During WWII, Model 1911A1 pistols were made in large quantities by different manufacturers. This one was made by Ithaca. This specimen has the distinction of being the first semi-automatic pistol ever owned by the writer.

(Left) The Colt 1911 design is still one of the world's most popular pistols. It has remained in commercial production as the Colt Government Model.

(Right) The Walther P-38 introduced many Americans to the double-action semi-automatic pistol during WWII. This one is a wartime model, made by Walther in 1941.

The Ruger 22 semi-automatic pistol, introduced in America in 1949, became one of the most popular 22-caliber pistols of all time.

A DAO 9mm pistol, the Sardius was introduced in the late 1980s and imported from Israel.

96



During the 1970s, conversions of the Colt 1911 to a Seecamp double-action trigger mechanism were made. In 1982, the ODI company produced such a conversion as a new pistol, the Viking, but went out of business after a few years.

# SEMI-AUTOMATIC PISTOL

Most of the semi-automatic pistols you will encounter will be be either single action (the most numerous type), conventional double action (next most), or double-action-only. You still need to know how the one in your hand works, but the basic procedures are the same.

These steps are generally correct for all semi-automatic pistols. Keep in mind, though, that there are many different mechanical designs.

**To load:**
1. Remove the magazine.
2. Pull the slide to the rear and lock it open with the slide stop (if the pistol has one).
3. Visually inspect the chamber to make sure it is empty.
4. Lay the pistol down (pointing in a safe direction, of course).
5. Load the magazine. Push cartridges into it, down and to the rear.
6. Pick up the pistol and insert the loaded magazine.
7. Release the slide stop. The slide will move forward, stripping the top cartridge from the magazine and loading it into the chamber. For pistols that do not have a slide stop, pull the slide all the way back and release it so that it can move forward and chamber a cartridge.

**To unload:**
1. Remove the magazine.
2. Pull the slide all the way to the rear. This will eject the cartridge from the chamber.
3. Visually check the chamber to make sure it is empty.



When operating the slide on a semi-automatic pistol, keep your finger off the trigger. This Colt Government Model is a 45 ACP.



Open the Ruger pistol by pulling the internal "slide," or bolt, rearward.

97

Here is how a semi-automatic pistol works: When a shot is fired, the energy of that shot pushes the slide to the rear. The empty cartridge case is extracted from the chamber and ejected from the pistol at the end of the rearward movement of the slide. As the slide moves backward, it compresses a recoil spring. When the rearward travel is completed, the spring pushes the slide forward again. As the slide moves forward, it strips a cartridge from the magazine and pushes it into the chamber. The hammer or striker was recocked during the rearward movement, and the pistol is ready to fire another shot.

Early semi-automatic pistols were single action. From our discussion of revolvers, remember that the trigger thus performs the single action of releasing the hammer or striker.

Double-action semi-automatics were being tested as early as 1907, when the Knoble pistol was given a trial by the U.S. Army. The German Walther PP pistol was a commercially successful double-action design in the early 1930s. Then, during World War II, the double-action Walther P-38 became familiar to American GIs.

These pistols were double action for the first shot, then the recoiling slide cocked the hammer, and succeeding shots were single action.

Some of the early double-action designs had a decocking lever. If the pistol were cocked for single-action shooting, depressing the lever would safely lower the hammer without firing the cartridge. A decocking lever is featured on most traditional double-action semi-automatics made today.

Other early designs were double-action-only. That is, every shot was fired by a long pull on the trigger which first cocks the hammer and then releases it. The slide chambers a new round for each shot, but does not cock the hammer or striker. Primarily, these early pistols were small pocket pistols carried for personal protection. Examples are the Little Tom and Le Francais pistols.

In recent times, as liability lawsuits became common, some law enforcement units required officers to carry pistols that could not be cocked. The thinking was that they could not be sued for a nervous officer's twitching off a shot from a cocked pistol if it couldn't be cocked.

Double-action-only (DAO) pistols have become more common because of this. Also, the popular Glock pistol, a modified form of DAO, is widely used. Glock, however, calls their design "Safe Action."

Because it might provide an advantage to be able to fire precise single-action shots, Browning introduced the BDM (Browning Double Mode) pistol. An external adjustment with a screwdriver can make the pistol operate in either of the two different manners.



This Semmerling LM4 is one of the few manually operated repeating pistols produced in recent times. It is in 45 ACP and must be cycled by hand for each shot.



The Thompson/Center Contender, introduced in 1967, made the modern single shot pistol a popular item for silhouette shooting and hunting.

For some purposes, such as silhouette shooting, single shot pistols such as this Thompson/Center Contender have become very popular.

Case 3:17-cv-01017-BEN-JLB    Document 132-5    Filed 12/01/22    PageID.17303    Page 123 of 208



Made during WWII, the single shot 45-caliber Liberator pistol was made very cheaply. It was designed to be dropped to resistance forces in Europe.

This Remington Double Derringer design is still in production. This 45 ACP version is made by American Derringer Company.

If you are planning to try out a pistol, better be sure you have the instruction manual or knowledgeable advice handy. Instruction manuals may usually be obtained from the manufacturer for free.

### Single Shot Handguns

At one time, long ago, all handguns were single shots. The revolver replaced the single shot as a military sidearm rather quickly, and eventually the single shot faded from the hunting and target shooting scenes, too.

Almost.

Only the 22-caliber single shot pistol continued in service in the highest echelons of target shooting, and a few diehards hunted with single shots of various kinds. There had been single shot derringers, cartridge equivalents of Henry Deringer's original muzzle-loading pocket pistol. During World War II, a single shot 45-caliber pistol, nicknamed the Liberator, was dropped to the French Underground behind enemy lines. A brief flurry of single shot pistols was seen after World War II, as Savage, Sheridan and Mendoza introduced inexpensive 22-caliber pistols suitable for the trail or tackle box.

However, if anything can claim to have reintroduced the single shot pistol to America, it is probably the silhouette shooting sport. Long-range pistol shooting at steel silhouettes favors accuracy and power, not cartridge capacity or rapidity of fire. Single shot handguns increased in popularity. Shooters soon learned that anything suitable for silhouettes also served as a pretty good hunting pistol, too.

Although the Thompson/Center Contender is likely to be the single shot pistol most commonly encountered today, others have been made in some quantities. In production at the time of this writing are pistols by Remington, Anschutz, Ithaca, Maximum, Merrill (now RPM), Wichita and others.

### Other Handgun Types

There are also double-barrel derringers in production today. Most are copies or modifications of the old Remington Double Derringer. Their popularity today is really no surprise, as the original reportedly remained in production from 1866 to 1935. One manual repeating pistol, the compact 45-caliber Semmerling, remains in very limited production. Four-barrel pistols have been made, and sometimes copies or new designs have been put into production for a while.

Such handguns are generally small, usually bought for protection and fired only a few times for familiarity. We will not spend further time on them, but they are interesting arms, as are all handguns, in my opinion.

99

# EXHIBIT 29

JOIN | RENEW | DONATE



MENU

Q

# Magazine Disconnect

*by Rick Hacker - Friday, September 11, 2015*



**Q:** *I have just started reading* American Rifleman, *and I love the technical information in the magazine. But it seems like you guys sometimes assume every reader knows what every gun term you use means. What is a magazine disconnect? Is it the same thing as a safety?*

**A:** The answer is "yes" and "no." A common misconception—usually made by those not familiar with semi-automatic pistols—is to assume that when the magazine is withdrawn from the firearm, the gun is empty. There may still be, however, a live round in the chamber. If the slide is in battery with a cartridge chambered, the gun—whether a single-action like the M1911 or a double-action (first shot only) like the Beretta Model 92FS—can be fired, even with the magazine removed. A magazine disconnector, sometimes called a magazine disconnect safety, is designed to prevent this.

Thus, a handgun such as the Browning High Power, which has a magazine disconnect, cannot be fired if the magazine is even partially withdrawn, as the firing pin is mechanically blocked from striking the primer. With the magazine fully reinserted, the handgun becomes operational again.

For some, the presence of a magazine disconnect is a welcome feature and another layer of mechanical safety—of course, no mechanical device should take the place of common safety practices, including always keeping the muzzle pointed in a safe direction and assuming every gun is loaded.

Nonetheless, the inclusion of a magazine disconnect has some potentially serious drawbacks in a handgun intended for defensive use. For example, if the magazine has not been completely seated in the gun, which can happen, especially under stress, the pistol will not fire. Too, inadvertently depressing the magazine release while drawing the pistol has the same unwanted effect.

Also, while performing a tactical reload, in which a partially empty magazine is replaced with a fully loaded magazine in a situation where increased capacity might be needed, a magazine disconnect renders the gun useless during the reloading process. This puts the handgunner momentarily in a vulnerable situation with a partially loaded gun that will not operate.

I experienced all of these situations while undergoing the strenuous but comprehensive 250 Pistol Class at Gunsite in Paulden, Ariz. Whether or not you opt for a pistol with a magazine disconnect, it is critical that you understand how your pistol operates (or when it doesn't) and train to become proficient with whatever handgun you choose.

**IN THIS ARTICLE**

AMERICAN RIFLEMAN MAGAZINE          MAGAZINE DISCONNECT          Q&A          RICK HACKER

Privacy Policy  •  Contact Us  •  Warnings  •  FAQs  •  © 2018 National Rifle Association of America

# EXHIBIT 30



THE WORLD'S GREATEST GUN BOOK!

# Gun Digest 2017

## 71st EDITION

- FEATURE ARTICLES
- NEW PRODUCT REPORTS
- ILLUSTRATED FIREARMS CATALOG

Edited by
**JERRY LEE**

000122

Copyright ©2016 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by

 

Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications · 700 East State Street · Iola, WI 54990-0001
715-445-2214 · 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at **www.gundigeststore.com**

CAUTION: Technical data presented here, particularly technical data on handloading and on firearms adjustment and alteration, inevitably reflects individual experience with particular equipment and components under specific circumstances the reader cannot duplicate exactly. Such data presentations therefore should be used for guidance only and with caution. Gun Digest Books accepts no responsibility for results obtained using these data.

ISSN 0072-9043

ISBN 13: 978-1-4402-4658-6
ISBN 10: 1-4402-4658-0

Cover & Design by Tom Nelsen & Dane Royer

Edited by Jerry Lee & Chris Berens

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

# HANDGUNS Autoloaders, Service & Sport



## ACCU-TEK AT-380 II ACP
**Caliber:** 380 ACP, 6-shot magazine. **Barrel:** 2.8" **Weight:** 23.5 oz. **Length:** 6.125" overall. **Grips:** Textured black composition. **Sights:** Blade front, rear adjustable for windage. **Features:** Made from 17-4 stainless steel, has an exposed hammer, manual firing-pin safety block and trigger disconnect. Magazine release located on the bottom of the grip. American made, lifetime warranty. Comes with two 6-round stainless steel magazines and a California-approved cable lock. Introduced 2006. Made in U.S.A. by Excel Industries.
**Price:** Satin stainless .............................................. $289.00

## ACCU-TEK HC-380
Similar to AT-380 II except has a 13-round magazine.
**Price:** ............................................................................ $330.00

## ACCU-TEK LT-380
Similar to AT-380 II except has a lightweight aluminum frame.
Weight: 15 ounces.
**Price:** ............................................................................ $324.00

## AMERICAN CLASSIC 1911-A1
**Caliber:** .45 ACP. 7+1 magazine capacity. **Barrel:** 5" **Grips:** Checkered walnut. **Sights:** Fixed. **Finish:** Blue or hard chromed. A .22 LR version is also available. Other variations include Trophy model with adjustable sights, two-tone finish.
**Price:** ........................................................ $579.00 to $811.00

## AMERICAN CLASSIC COMMANDER
**Caliber:** .45 ACP. Same features as 1911-A1 model except is Commander size with 4.25" barrel.
**Price:** ............................................................................ $616.00



## AMERICAN TACTICAL IMPORTS MILITARY 1911
**Caliber:** .45 ACP. 7+1 magazine capacity. **Barrel:** 5" **Grips:** Textured mahogany. **Sights:** Fixed military style. **Finish:** Blue. Also offered in Commander and Officer's sizes and Enhanced model with additional features.
**Price:** ................................................... $500.00 to $585.00



## AMERICAN TACTICAL IMPORTS GSG 1911
**Caliber:** .22 LR. 10+1 magazine capacity. **Weight:** 34 oz. Other features and dimensions similar to centerfire 1911.
**Price:** ............................................................................ $299.95



## ARMALITE AR-24
**Caliber:** 9mm Para., 10- or 15-shot magazine. **Barrel:** 4.671" 6-groove, right-hand cut rifling. **Weight:** 34.9 oz. **Length:** 8.27" overall. **Grips:** Black polymer. **Sights:** Dovetail front, fixed rear, 3-dot luminous design. **Features:** Machined slide, frame and barrel. Serrations on forestrap and backstrap, external thumb safety and internal firing pin box, half cock. Two 15-round magazines, pistol case, pistol lock, manual and cleaning brushes. Manganese phosphate finish. Compact comes with two 13-round magazines, 3.89 barrel, weighs 33.4 oz. Made in U.S.A. by ArmaLite.
**Price:** AR-24 Full Size ............................................... $550.00
**Price:** AR-24K Compact ............................................. $550.00

Prices given are believed to be accurate at time of publication however, many factors affect retail ... es are not possible.

# HANDGUNS Autoloaders, Service & Sport



### AUTO-ORDNANCE 1911A1
**Caliber:** 45 ACP, 7-shot magazine. **Barrel:** 5" **Weight:** 39 oz. **Length:** 8.5" overall. **Grips:** Brown checkered plastic with medallion. **Sights:** Blade front, rear drift-adjustable for windage. **Features:** Same specs as 1911A1 military guns-parts interchangeable. Frame and slide blued; each radius has non-glare finish. Introduced 2002. Made in U.S.A. by Kahr Arms.
**Price:** 1911PKZSE Parkerized, plastic grips ..........................$688.00
**Price:** 1911PKZSEW Parkerized, wood grips........................$705.00

### BAER H.C. 40
**Caliber:** 40 S&W, 18-shot magazine. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Wood. **Sights:** Low-mount adjustable rear sight with hidden rear leaf, dovetail front sight. **Features:** Double-stack Caspian frame, beavertail grip safety, ambidextrous thumb safety, 40 S&W match barrel with supported chamber, match stainless steel barrel bushing, lowered and flared ejection port, extended ejector, match trigger fitted, integral mag well, bead blast blue finish on lower, polished sides on slide. Introduced 2008. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** ...........................................................................$2,960.00



### BAER 1911 BOSS .45
**Caliber:** .45 ACP, 8+1 capacity. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Premium Checkered Cocobolo Grips. **Sights:** Low-Mount LBC Adj Sight, Red Fiber Optic Front. **Features:** Speed Trgr, Beveled Mag Well, Rounded for Tactical. Rear cocking serrations on the slide, Baer fiber optic front sight (red), flat mainspring housing, checkered at 20 lpi, extended combat safety, Special tactical package, chromed complete lower, blued slide, (2) 8-round premium magazines.
**Price:** ...........................................................................$2,560.00

### BAER 1911 CUSTOM CARRY
**Caliber:** .45 ACP, 7- or 10-shot magazine. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered walnut. **Sights:** Baer improved ramp-style dovetailed front, Novak low-mount rear. **Features:** Baer forged NM frame, slide and barrel with stainless bushing. Baer speed trigger with 4-lb. pull. Partial listing shown. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Custom Carry 5, blued ..........................................$2,190.00
**Price:** Custom Carry 5, stainless ......................................$2,290.00
**Price:** Custom Carry 4 Commanche length, blued ..............$2,190.00

**Price:** Custom Carry 4 Commanche length, .38 Super .......$2,550.00

### BAER 1911 ULTIMATE RECON
**Caliber:** .45 ACP, 7- or 10-shot magazine. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer improved ramp-style dovetailed front, Novak low-mount rear. **Features:** NM Caspian frame, slide and barrel with stainless bushing. Baer speed trigger with 4-lb. pull. Includes integral Picatinny rail and Sure-Fire X-200 light. Made in U.S.A. by Les Baer Custom, Inc. Introduced 2006.
**Price:** Bead blast blued ...................................................$2,650.00
**Price:** Bead blast chrome ................................................$2,910.00



### BAER 1911 PREMIER II
**Caliber:** .38 Super, 400 Cor-Bon, .45 ACP, 7- or 10-shot magazine. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered rosewood, double diamond pattern. **Sights:** Baer dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:** Baer NM forged steel frame and barrel with stainless bushing, deluxe Commander hammer and sear, beavertail grip safety with pad, extended ambidextrous safety; flat mainspring housing; 30 lpi checkered front strap. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** 5" .45 ACP .............................................................$2,180.00
**Price:** 5" 400 Cor-Bon .......................................................$2,380.00
**Price:** 5" .38 Super ...........................................................$2,620.00
**Price:** 6" .45 ACP, 400 Cor-Bon, .38 Super, from ...............$2,390.00
**Price:** Super-Tac, .45 ACP, 400 Cor-Bon, .38 Super, from ...$2,650.00

### BAER 1911 S.R.P.
**Caliber:** .45 ACP. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered walnut. **Sights:** Trijicon night sights. **Features:** Similar to the F.B.I. contract gun except uses Baer forged steel frame. Has Baer match barrel with supported chamber, complete tactical action. Has Baer Ultra Coat finish. Introduced 1996. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Government or Commanche length ..........................$2,840.00

### BAER 1911 STINGER
**Caliber:** .45 ACP or .38 Super, 7-round magazine. **Barrel:** 5" **Weight:** 34 oz. **Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:** Baer NM frame. Baer Commanche slide, Officer's style grip frame, beveled mag well. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** .45 ACP .........................................$2,240.00 to $2,310.00
**Price:** .38 Super ...........................................................$2,840.00

### BAER 1911 PROWLER III
**Caliber:** .45 ACP, 8-round magazine. **Barrel:** 5" **Weight:** 34 oz. **Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:** Similar to Premier II with tapered cone stub weight, rounded corners. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Blued .................................................................$2,910.00

### BAER HEMI 572
**Caliber:** .45 ACP. Based on Les Baer's 1911 Premier I pistol and inspired by Chrysler 1970 Hemi Cuda muscle car. **Features:** Double serrated slide, Baer fiber optic front sight with green insert, VZ black recon grips with hexhead screws, hard chrome finish on all major components, Dupont S coating on barrel, trigger, hammer, ambi

Price ... to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

# HANDGUNS Autoloaders, Service & Sport

safety and other controls.
Price: ....................................................................................$2,690.00

## BAER ULTIMATE MASTER COMBAT
Caliber: .45 ACP or .38 Super. A full house competition 1911 offered in 6 variations including 5 or 6-inch barrel, PPC Distinguished or Open class, Bullseye Wadcutter class and others. Features include double serrated slide, fitted slide to frame, checkered front strap and trigger guard, serrated rear of slide, extended ejector, tuned extractor, premium checkered grips, blued finish and two 8-round magazines.
Price: Compensated .45....................................................$3,240.00
Price: Compensated .38 Super............................................$3,390.00



## BERETTA M92/96 A1 SERIES
Caliber: 9mm, 15-round magazine; .40 S&W, 12 rounds (M96 A1). Barrel: 4.9 inches. Weight: 33-34 oz. Length: 8.5 inches. Sights: Fiber optic front, adjustable rear. Features: Same as other models in 92/96 family except for addition of accessory rail.
Price: ....................................................................................$775.00



## BERETTA MODEL 92FS
Caliber: 9mm Para., 10-shot magazine. Barrel: 4.9", 4.25" (Compact). Weight: 34 oz. Length: 8.5" overall. Grips: Checkered black plastic. Sights: Blade front, rear adjustable for windage. Tritium night sights available. Features: Double action. Extractor acts as chamber loaded indicator, squared trigger guard, grooved front and backstraps, inertia firing pin. Matte or blued finish. Introduced 1977. Made in U.S.A.
Price: ....................................................................................$699.00
Price: Inox .............................................................................$850.00

## BERETTA M9 .22 LR
Caliber: .22 LR. 10 or 15-shot magazine. Black Brunitron finish, interchangeable grip panels. Similar to centerfire 92/M9 with same operating controls, lighter weight (26 oz.).
Price: ....................................................................................$430.00

## BERETTA MODEL 21 BOBCAT
Caliber: .22 LR or .25 ACP. Both double action. Barrel: 2.4" Weight: 11.5 oz.; 11.8 oz. Length: 4.9" overall. Grips: Plastic. Features: Available in matte black or stainless. Introduced in 1985.
Price: Black matte .............................................................$410.00
Price: Stainless ..................................................................$450.00

## BERETTA MODEL 3032 TOMCAT
Caliber: .32 ACP, 7-shot magazine. Barrel: 2.45"
Weight: 14.5 oz. Length: 5" overall. Grips: Checkered black plastic. Sights: Blade front, drift-adjustable rear. Features: Double action with exposed hammer; tip-up barrel for direct loading/unloading; thumb safety; Inox stainless or matte blue finish. Made in U.S.A. Introduced 1996.
Price: Matte .........................................................................$390.00
Price: Inox ............................................................................$485.00



## BERETTA MODEL U22 NEOS
Caliber: .22 LR, 10-shot magazine. Barrel: 4.5" and 6" Weight: 32 oz.; 36 oz. Length: 8.8"/ 10.3" Sights: Target.
Features: Integral rail for standard scope mounts, light, perfectly weighted, 100 percent American made by Beretta.
Price: Blue ...........................................................................$325.00
Price: Inox ............................................................................$350.00

## BERETTA MODEL PX4 STORM
Caliber: 9mm Para., 40 S&W. Capacity: 17 (9mm Para.); 14 (40 S&W). Barrel: 4" Weight: 27.5 oz. Grips: Black checkered w/3 interchangeable backstraps. Sights: 3-dot system coated in Superluminova; removable front and rear sights. Features: DA/SA, manual safety/hammer decocking lever (ambi) and automatic firing pin block safety. Picatinny rail. Comes with two magazines (17/10 in 9mm Para. and 14/10 in 40 S&W). Removable hammer unit. American made by Beretta. Introduced 2005.
Price: 9mm or .40 .............................................................$575.00
Price: .45 ACP .................................................................$650.00
Price: .45 ACP SD (Special Duty) .................................$1,150.00



## BERETTA MODEL PX4 STORM SUB-COMPACT
Caliber: 9mm, 40 S&W. Capacity: 13 (9mm); 10 (40 S&W). Barrel: 3" Weight: 26.1 oz. Length: 6.2" overall. Grips: NA. Sights: NA. Features: Ambidextrous manual safety lever, interchangeable

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing ... not possible.

71ST EDITION, 2017 ◈ 371

000126

ER_996

# HANDGUNS Autoloaders, Service & Sport

backstraps included, lock breech and tilt barrel system, stainless
steel barrel, Picatinny rail.
Price: ...................................................................................... $600.00



**BERETTA MODEL M9**
**Caliber:** 9mm Para. **Capacity:** 15. **Barrel:** 4.9" **Weight:** 32.2-35.3 oz.
**Grips:** Plastic. **Sights:** Dot and post, low profile, windage adjustable
rear. **Features:** DA/SA, forged aluminum alloy frame, delayed locking-
bolt system, manual safety doubles as decocking lever, combat-style
trigger guard, loaded chamber indicator. Comes with two magazines
(15/10). American made by Beretta. Introduced 2005.
Price: ...................................................................................... $675.00



**BERETTA MODEL M9A1**
**Caliber:** 9mm Para. **Capacity:** 15. **Barrel:** 4.9" **Weight:** 32.2-35.3 oz.
**Grips:** Plastic. **Sights:** Dot and post, low profile, windage adjustable
rear. **Features:** Same as M9, but also includes integral Mil-Std-1913
Picatinny rail, has checkered frontstrap and backstrap. Comes with
two magazines (15/10). American made by Beretta. Introduced 2005.
Price: ...................................................................................... $775.00



**BERETTA NANO**
**Caliber:** 9mm Para. Six-shot magazine. **Barrel:** 3.07". **Weight:** 17.7
oz. **Length:** 5.7" overall. **Grips:** Polymer. **Sights:** 3-dot low profile.
**Features:** Double-action only, striker fired. Replaceable grip frames.

Price: ...................................................................................... $475.00





**BERETTA PICO**
**Caliber:** .380 ACP, 6 rounds. **Barrel:** 2.7" **Weight:** 11.5 oz. **Length:**
5.1" overall. **Grips:** Integral with polymer frame. Interchangeable
backstrap. **Sights:** White outline only operation. Features: Adjustable, quick-
change. Striker-fired, double-action operation. Ambidextrous
magazine release and slide release. Ships with two magazines, one
flush, one with grip extension. Made in the USA.
Price: ...................................................................................... $399.00

**BERSA THUNDER 45 ULTRA COMPACT**
**Caliber:** .45 ACP. **Barrel:** 3.6" **Weight:** 27 oz. **Length:** 6.7" overall.
**Grips:** Anatomically designed polymer. **Sights:** White outline rear.
**Features:** Double action; firing pin safeties, integral locking system.
Available in matte, satin nickel, gold, or duo-tone. Introduced 2003.
Imported from Argentina by Eagle Imports, Inc.
Price: Thunder 45, matte blue ................................................. $500.00
Price: Thunder 45, duo-tone ................................................... $550.00



**BERSA THUNDER 380 SERIES**
**Caliber:** .380 ACP, 7 rounds. **Barrel:** 3.5" **Weight:** 23 oz. **Length:** 6.6"
overall. **Features:** Otherwise similar to Thunder 45 Ultra Compact.
380 DLX has 9-round capacity. 380 Concealed Carry has 8-round
capacity. Imported from Argentina by Eagle Imports, Inc.
Price: Thunder Matte ............................................................. $335.00

**372** ✦ GunDigest®

Prices given are accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

**Price:** Thunder Satin Nickel ...................................................**$355.00**
**Price:** Thunder Duo-Tone ......................................................**$355.00**
**Price:** Thunder Duo-Tone with Crimson Trace Laser Grips ....**$555.00**



**BERSA THUNDER 9 ULTRA COMPACT/40 SERIES**
**Caliber:** 9mm Para., 40 S&W. **Barrel:** 3.5" **Weight:** 24.5 oz. **Length:** 6.6" overall. **Features:** Otherwise similar to Thunder 45 Ultra Compact. 9mm Para. High Capacity model has 17-round capacity. 40 High Capacity model has 13-round capacity. Imported from Argentina by Eagle Imports, Inc.
**Price:** ....................................................................................**$500.00**

**BERSA THUNDER 22**
**Caliber:** .22 LR, 10-round magazine. **Weight:** 19 oz. **Features:** Similar to Thunder .380 Series except for caliber. Alloy frame and slide. Finish: Matte black, satin nickel or duo-tone.
**Price:** ....................................................................................**$320.00**



**BROWNING 1911-22 COMPACT**
**Caliber:** .22 L.R., 10-round magazine. **Barrel:** 3.625" **Weight:** 15 oz. **Length:** 6.5" overall. **Grips:** Brown composite. **Sights:** Fixed. **Features:** Slide is machined aluminum with alloy frame and matte blue finish. Blowback action and single action trigger with manual thumb and grip safetys. Works, feels and functions just like a full size 1911. It is simply scaled down and chambered in the best of all practice rounds: .22 LR for focus on the fundamentals.
**Price:** ....................................................................................**$600.00**

**BROWNING 1911-22 A1**
**Caliber:** .22 L.R., 10-round magazine. **Barrel:** 4.25" **Weight:** 16 oz. **Length:** 7.0625" overall. **Grips:** Brown composite. **Sights:** Fixed. **Features:** Slide is machined aluminum with alloy frame and matte blue finish. Blowback action and single action trigger with manual thumb and grip safetys. Works, feels and functions just like a full size 1911. It is simply scaled down and chambered in the best of all practice rounds: .22 LR for focus on the fundamentals.
**Price:** ....................................................................................**$600.00**



**BROWNING 1911-22 BLACK LABEL**
**Caliber:** .22 L.R., 10-round magazine. **Barrel:** 4.25" or 3.625" (Compact model). **Weight:** 14 oz. overall. **Features:** Other features are similar to standard 1911-22 except for this model's composite/polymer frame, extended grip safety, stipled black laminated grip, skeleton trigger and hammer. Available with accessory rail (shown). Suppressor Ready model has threaded muzzle protector, 4 7/8-inch barrel.
**Price:** ....................................................................................**$640.00**
**Price:** With Rail ........................................................................**$670.00**
**Price:** Suppressor Ready model ...............................................**$740.00**



**BROWNING 1911-22 POLYMER DESERT TAN**
**Caliber:** .22 L.R., 10-round magazine. **Barrel:** 4.25" or 3.625" **Weight:** 13-14 oz. overall. **Features:** Other features are similar to standard 1911-22 except for this model's composite/polymer frame. Also available with pink composite grips.
**Price:** ....................................................................................**$580.00**



**BROWNING 1911-380**
**Caliber:** ..380 ACP. 8-round magazine. **Barrel:** 4.25" **Weight:** 18 oz.

# HANDGUNS Autoloaders, Service & Sport

**Features:** Aluminum slide, polymer frame. Features are virtually identical to those on the 1911-22.
**Price:** ..................................................................... $670.00



## BROWNING HI-POWER
**Caliber:** 9mm, 13-round magazine. **Barrel:** 4.625 inches. **Weight:** 32 oz. **Length:** 7.75 inches. **Grips:** Checkered walnut (standard model), textured and grooved polymer (Mark III). **Sights:** Fixed low-profile 3-dot (Mark III), fixed or adjustable low profile (standard model). **Features:** Single-action operation with ambidextrous thumb safety, forged steel frame and slide. Made in Belgium.
**Price:** Mark III ........................................................ $1,070.00
**Price:** Fixed Sights ................................................. $1,080.00

**Price:** Standard, Adjustable sights ....................... $1,160.00



## BROWNING BUCK MARK CAMPER UFX
**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 5.5" tapered bull. **Weight:** 34 oz. **Length:** 9.5" overall. **Grips:** Overmolded Ultragrip Ambidextrous. **Sights:** Pro-Target adjustable rear, ramp front. **Features:** Matte blue receiver, matte blue or stainless barrel.
**Price:** Camper UFX ..................................................... $390.00
**Price:** Camper UFX stainless ..................................... $430.00



## BROWNING BUCK MARK HUNTER
**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 7.25" heavy tapered

bull. **Weight:** 38 oz. **Length:** 11.3" overall. **Grips:** Cocobolo target. **Sights:** Pro-Target adjustable rear, Tru-Glo/Marble's fiber-optic front. Integral scope base on top rail. Scope in photo is not included.
**Features:** Matte blue.
**Price:** ......................................................................... $500.00



## BROWNING BUCK PRACTICAL URX
**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 5.5" tapered bull. **Weight:** 34 oz. **Length:** 9.5" overall. **Grips:** Ultragrip RX Ambidextrous. **Sights:** Pro-Target adjustable rear, Tru-Glo/Marble's fiber-optic front. **Features:** Matte gray receiver, matte blue barrel.
**Price:** ......................................................................... $440.00



## BROWNING BUCK MARK PLUS UDX
**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 5.5" slab sided. **Weight:** 34 oz. **Length:** 9.5" overall. **Grips:** Walnut Ultragrip DX Ambidextrous or rosewood. **Sights:** Pro-Target adjustable rear, Tru-Glo/Marble's fiber-optic front. **Features:** Matte blue or stainless.
**Price:** .......................................................................... $540.00
**Price:** Stainless ......................................................... $580.00



## BUSHMASTER XM-15 PATROLMAN'S AR PISTOL
**Caliber:** 5.56/223, 30-round. **Barrel:** 7" or 10.5" stainless steel with A2-type flash hider, knurled free-float handguard. **Weight:** 5.2 to 5.7 lbs. (4.9 to 5.5 lbs., Enhanced model). **Length:** 23" to 26.5". **Grips:** A2 pistol grip with standard triggerguard. **Features:** AR-style semi-auto pistol. Enhanced model has Barnes Precision free-float lightweight quad rail, Magpul MOE pistol grip and triggerguard.
**Price:** ........................................................................... $973.00
**Price:** Enhanced ..................................................... $1,229.00

Prices given ... curate at time of publication however, many factors affect retail pricing so exact prices are not possible

# HANDGUNS Autoloaders, Service & Sport

Tan Cerakoted stainless steel finish, lanyard loop.
Price: .................................................................... **$2,095.00**



**COLT GOVERNMENT MODEL 1911A1 .22**
**Caliber:** .22 LR. 12-round magazine. **Barrel:** 5" **Weight:** 36 oz. **Features:** Made in Germany by Walther under exclusive arrangement with Colt Manufacturing Company. Blowback operation. All other features identical to original including manual and grip safeties, drift-adjustable sights.
Price: .................................................................... **$399.00**

**COLT COMPETITION PISTOL**
**Caliber:** .45 ACP or 9mm Para. Full-size Government Model with 5-inch National Match barrel, dual spring recoil operating system, adjustable rear and fiber optic front sights, custom G10 Colt logo grips.
Price: .................................................................... **$899.00**



**CZ 75 B**
**Caliber:** 9mm Para., .40 S&W, 10-shot magazine. **Barrel:** 4.7" **Weight:** 34.3 oz. **Length:** 8.1" overall. **Grips:** High impact checkered plastic. **Sights:** Square post front, rear adjustable for windage; 3-dot system. **Features:** Single action/double action design; firing pin block safety; choice of black polymer, matte or high-polish blue finishes. All-steel frame. B-SA is a single action with a drop-free magazine. Imported from the Czech Republic by CZ-USA.
Price: 75 B ................................................................ **$625.00**
Price: 75 B, stainless ................................................. **$783.00**
Price: 75 B-SA ........................................................... **$661.00**



**CZ 75 BD DECOCKER**
Similar to the CZ 75B except has a decocking lever in place of the safety lever. All other specifications are the same. Introduced 1999. Imported from the Czech Republic by CZ-USA.
Price: 9mm Para., black polymer ............................................. **$612.00**

**CZ 75 B COMPACT**
Similar to the CZ 75 B except has 14-shot magazine in 9mm Para., 3.9 barrel and weighs 32 oz. Has removable front sight, non-glare ribbed slide top. Trigger guard is squared and serrated; combat hammer. Introduced 1993. Imported from the Czech Republic by CZ-USA.
Price: 9mm Para., black polymer ............................................. **$631.00**
Price: 9mm Para., dual tone or satin nickel ............................ **$651.00**
Price: 9mm Para. D PCR Compact, alloy frame .................... **$651.00**



**CZ P-07 DUTY**
**Caliber:** .40 S&W, 9mm Luger (16+1). **Barrel:** 3.8" **Weight:** 27.2 oz. **Length:** 7.3" overall. **Grips:** Polymer black polycoat. **Sights:** Blade front, fixed groove rear. **Features:** The ergonomics and accuracy of the CZ 75 with a totally new trigger system. The new Omega trigger system simplifies the CZ 75 trigger system, uses fewer parts and improves the trigger pull. In addition, it allows users to choose between using the handgun with a decocking lever (installed) or a manual safety (included) by a simple parts change. The polymer frame design of the Duty and a new sleek slide profile (fully machined from bar stock) reduce weight, making the P-07 Duty a great choice for concealed carry.
Price: .................................................................... **$524.00**



**CZ P-09 DUTY**
High-capacity version of P-07. **Caliber:** 9mm, .40 S&W. **Magazine capacity:** 19 rounds (9mm), 15 (.40). **Features:** Accessory rail, interchangeable grip backstraps, ambidextrous decocker can be converted to manual safety.
Price: .................................................................... **$544.00**

**CZ 75 TACTICAL SPORT**
Similar to the CZ 75 B except the CZ 75 TS is a competition ready pistol designed for IPSC standard division (USPSA limited division). Fixed target sights, tuned single-action operation, lightweight polymer match trigger with adjustments for take-up and overtravel, competition hammer; extended magazine catch, ambidextrous manual safety, checkered walnut grips, polymer magazine well, two tone finish. Introduced 2005. Imported from the Czech Republic by CZ-USA.

# HANDGUNS Autoloaders, Service & Sport



Price: 9mm Para., 20-shot mag. .................................$1,310.00
Price: .40 S&W, 16-shot mag. ...................................$1,310.00

## CZ 75 SP-01

Similar to NATO-approved CZ 75 Compact P-01 model. Features an integral 1913 accessory rail on the dust cover, rubber grip panels, black polycoat finish, extended beavertail, new grip geometry with checkering on front and back straps, and double or single action operation. Introduced 2005. The Shadow variant designed as an IPSC "production" division competition firearm. Includes competition hammer, competition rear sight and fiber-optic front sight, modified slide release, lighter recoil and main spring for use with "minor power factor" competition ammunition. Includes polycoat finish and slim walnut grips. Finished by CZ Custom Shop. Imported from the Czech Republic by CZ-USA.
Price: SP-01 Standard...............................................$680.00
Price: SP-01 Shadow Target II................................$1,638.00



## CZ 85 B/85 COMBAT

Same gun as the CZ 75 except has ambidextrous slide release and safety levers; non-glare, ribbed slide top; squared, serrated trigger guard; trigger stop to prevent overtravel. Introduced 1986. The CZ 85 Combat features a fully adjustable rear sight, extended magazine release, ambidextrous slide stop and safety catch, drop free magazine and overtravel adjustment. Imported from the Czech Republic by CZ-USA.
Price: 9mm Para., black polymer ..............................$628.00
Price: Combat, black polymer ...................................$664.00



## CZ 97 B
Caliber: .45 ACP, 10-shot magazine. Barrel: 4.85" Weight: 40 oz. Length: 8.34" overall. Grips: Checkered walnut. Sights: Fixed.

Features: Single action/double action; full-length slide rails; screw-in barrel bushing; linkless barrel; all-steel construction; chamber loaded indicator; dual transfer bars. Introduced 1999. Imported from the Czech Republic by CZ-USA.
Price: Black polymer .................................................$707.00
Price: Glossy blue ....................................................$727.00

## CZ 97 BD DECOCKER
Similar to the CZ 97 B except has a decocking lever in place of the safety lever. Tritium night sights. Rubber grips. All other specifications are the same. Introduced 1999. Imported from the Czech Republic by CZ-USA.
Price: 9mm Para., black polymer ..............................$818.00

## CZ 2075 RAMI/RAMI P
Caliber: 9mm Para., .40 S&W. Barrel: 3". Weight: 25 oz. Length: 6.5" overall. Grips: Rubber. Sights: Blade front with dot, white outline rear drift adjustable for windage. Features: Single-action/double-action; alloy or polymer frame, steel slide; has laser sight mount. Imported from the Czech Republic by CZ-USA.
Price: 9mm Para., alloy frame, 10 and 14-shot magazines ....$671.00
Price: 40 S&W, alloy frame, 8-shot magazine ........................$671.00
Price: RAMI P, polymer frame, 9mm Para., 40 S&W ...............$612.00

## CZ P-01
Caliber: 9mm Para., 14-shot magazine. Barrel: 3.85". Weight: 27 oz. Length: 7.2" overall. Grips: Checkered rubber. Sights: Blade front with dot, white outline rear drift adjustable for windage. Features: Based on the CZ 75, except with forged aircraft-grade aluminum alloy frame. Hammer forged barrel, decocker, firing-pin block, M3 rail, dual slide serrations, squared triggerguard, recontoured trigger, lanyard loop on butt. Serrated front and back strap. Introduced 2006. Imported from the Czech Republic by CZ-USA.
Price: CZ P-01 ........................................................$627.00



## CZ 1911 A1
Caliber: .45 ACP, 7+1 capacity. Barrel: 5 inches. Grips: Checkered walnut. Sights: High profile fixed. Features: Made in the USA, this model pays homage to the classic 1911 A1. Other features and dimensions identical to the original Colt Government Model.
Price: ...........................................................................$849.00



## CZ SCORPION EVO
Caliber: : 9mm Para. 20-round magazine. Semi-automatic version

Price 

To be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

# HANDGUNS Autoloaders, Service & Sport

**Price:** ......................................................\$904.00
**Price:** Undercover ......................................\$1,019.00

**DESERT EAGLE MARK XIX**
**Caliber:** .357 Mag., 9-shot; .44 Mag., 8-shot; .50 AE, 7-shot. **Barrel:** 6", 10", interchangeable. **Weight:** .357 Mag.-62 oz.; .44 Mag.-69 oz.; .50 AE-72 oz. **Length:** 10.25" overall (6" bbl.). **Grips:** Polymer; rubber available. **Sights:** Blade on ramp front, combat-style rear. Adjustable available. **Features:** Interchangeable barrels; rotating three-lug bolt; ambidextrous safety; adjustable trigger. Military epoxy finish. Satin, bright nickel, chrome, brushed, matte or black-oxide finishes available. 10 barrel extra. Imported from Israel by Magnum Research, Inc.
**Price:** Black-6, 6" barrel...................................**\$1,742.00**
**Price:** Black-10, 10" barrel .............................**\$1,793.00**

**BABY DESERT EAGLE III**
**Caliber:** 9mm Para., .40 S&W, .45 ACP; 10-, 12- or 15-round magazines. **Barrel:** 3.85" or 4.43". **Weight:** 26 to 37.9 oz. **Length:** 7.25 to 8.25 overall. **Grips:** Ergonomic polymer. **Sights:** White 3-dot system. **Features:** Choice of steel or polymer frame with integral rail; slide-mounted decocking safety. Upgraded design of Baby Eagle II series.
**Price:** ...................................................... \$646.00 to \$691.00



**DESERT EAGLE L5**
**Caliber:** .357 Magnum, 9+1-shot capacity. **Barrel:** 5". **Weight:** 50 oz. **Length:** 9.7". **Features:** Steel barrel, frame and slide with full Weaver-style accessory rail and integral muzzlebrake. Gas-operated rotating bolt, single-action trigger, fixed sights.
**Price:** From ....................................................**\$1,790.00**



**DESERT EAGLE MR9, MR40**
**Caliber:** 9mm Para., (15-round magazine) or .40 S&W (11 rounds). **Barrel:** 4.5". **Weight:** 25 oz. **Length:** 7.6" overall. **Sights:** Three-dot rear sight adjustable for windage, interchangeable front sight blades of different heights. **Features:** Polymer frame, locked breech, striker-fired design with decocker/safety button on top of slide, three replaceable grip palm swells, Picatinny rail. Made in Germany by Walther and imported by Magnum Research. Introduced in 2014.
**Price:** ....................................................................\$559.00



**DIAMONDBACK DB380**
**Caliber:** .380, 6+1-shot capacity. **Barrel:** 2.8". **Weight:** 8.8 oz. **Features:** A "ZERO-Energy" striker firing system with a mechanical firing pin block, steel magazine catch, windage-adjustable sights.
**Price:** ....................................................................\$328.00



**DIAMONDBACK DB9**
**Caliber:** 9mm, 6+1-shot capacity. **Barrel:** 3". **Weight:** 11 oz. **Length:** 5.60". **Features:** Other features similar to DB380 model.
**Price:** ....................................................................\$359.00

**DIAMONDBACK DB FS NINE**
**Caliber:** 9mm, 15+1-shot capacity. **Barrel:** 4.75". **Weight:** 21.5 oz. **Length:** 7.8". Double-action, striker-fired model with polymer frame and stainless steel slide. **Features:** Flared magwell, extended magazine base pad, ergonomically contoured grip, fixed 3-dot sights, front and rear slide serrations, integral MIL-STD 1913 Picatinny rail.
**Price:** ....................................................................\$483.00



**DOUBLESTAR 1911**
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 5". **Weight:** 40 oz. **Grips:**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

Case 3:17-cv-01017-BEN-JLB   Document 132-5   Filed 12/01/22   PageID.17320   Page 140 of
209

# HANDGUNS Autoloaders, Service & Sport

Cocobolo wood. **Sights:** Novak LoMount 2 white-dot rear, Novak white-dot front. **Features:** Single-action, M1911-style with forged frame and slide of 4140 steel, stainless steel barrel machined from bar stock by Storm Lake, funneled mag well, accessory rail, black Nitride or nickel plated finish.
**Price:** Black.........................................................................$2,000.00
**Price:** Nickel plated.............................................................$2,150.00



### EAA WITNESS FULL SIZE
**Caliber:** 9mm Para., .38 Super, 18-shot magazine; .40 S&W, 10mm, 15-shot magazine; .45 ACP, 10-shot magazine. **Barrel:** 4.5". **Weight:** 35.33 oz. **Length:** 8.1" overall. **Grips:** Checkered rubber. **Sights:** Undercut blade front, open rear adjustable for windage. **Features:** Double-action/single-action trigger system; round triggerguard; frame-mounted safety. Available with steel or polymer frame. Also available with interchangeable .45 ACP and .22 LR slides. Steel frame introduced 1991. Polymer frame introduced 2005. Imported from Italy by European American Armory.
**Price:** Steel frame ...............................................................$607.00
**Price:** Polymer frame ...........................................................$571.00
**Price:** 45/22 .22 LR, full-size steel frame, blued ....................$752.00



### EAA WITNESS COMPACT
**Caliber:** 9mm Para., 14-shot magazine; .40 S&W, 10mm, 12-shot magazine; .45 ACP, 8-shot magazine. **Barrel:** 3.6". **Weight:** 30 oz. **Length:** 7.3" overall. **Features:** Available with steel or polymer frame (shown). All polymer frame Witness pistols are capable of being converted to other calibers. Otherwise similar to Full Size Witness. Imported from Italy by European American Armory.
**Price:** Polymer frame ...........................................................$571.00
**Price:** Steel frame ...............................................................$607.00

### EAA WITNESS-P CARRY
**Caliber:** 9mm, 17-shot magazine; 10mm, 15-shot magazine; .45 ACP, 10-shot magazine. **Barrel:** 3.6". **Weight:** 27 oz. **Length:** 7.5" overall. **Features:** Otherwise similar to Full Size Witness. Polymer frame introduced 2005. Imported from Italy by European American Armory.
**Price:** ...................................................................................$691.00



### EAA WITNESS PAVONA COMPACT POLYMER
**Caliber:** .380 ACP (13-round magazine), 9mm (13) or .40 S&W (9). **Barrel:** 3.6". **Weight:** 30 oz. **Length:** 7" overall. **Features:** Designed primarily for women with fine-tuned recoil and hammer springs for easier operation, a polymer frame with integral checkering, contoured lines and in black, charcoal, blue, purple, or magenta with silver or gold sparkle.
**Price:** ....................................................... $476.00 to $528.00



### EAA WITNESS ELITE 1911
**Caliber:** .45 ACP (8-round magazine). **Barrel:** 5". **Weight:** 32 oz. **Length:** 8.58" overall. **Features:** Full-size 1911-style pistol with either steel or polymer frame.
**Price:** ...................................................................................$580.00



### ED BROWN CLASSIC CUSTOM
**Caliber:** .45 ACP, 7 shot. **Barrel:** 5". **Weight:** 40 oz. **Grips:** Cocobolo wood. **Sights:** Bo-Mar adjustable rear, dovetail front. **Features:** Single-action, M1911 style, custom made to order, stainless frame and slide available. Special mirror-finished slide.
**Price:** ...............................................................................$3,695.00

### ED BROWN KOBRA AND KOBRA CARRY
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 5" (Kobra); 4.25" (Kobra Carry). **Weight:** 39 oz. (Kobra); 34 oz. (Kobra Carry). **Grips:** Hogue exotic wood. **Sights:** Ramp, front; fixed Novak low-mount night sights, rear. **Features:** Has snakeskin pattern serrations on forestrap and mainspring housing, dehorned edges, beavertail grip safety.
**Price:** Kobra K-SS .....................................................$2,695.00
**Price:** Kobra Carry ....................................................$2,945.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

71ST EDITION, 2017 ✦ **381**

000133

ER_1003

# HANDGUNS Autoloaders, Service & Sport



### ED BROWN KOBRA CARRY LIGHTWEIGHT
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 4.25" (Commander model slide). **Weight:** 27 oz. **Grips:** Hogue exotic wood. **Sights:** 10-8 Performance U-notch plain black rear sight with .156 notch, for fast aquisition of close targets. Fixed dovetail front night sight with high visibility white outlines. **Features:** Aluminum frame and Bobtail™ housing. Matte finished Gen III coated slide for low glare, with snakeskin on rear of slide only. Snakeskin pattern serrations on forestrap and mainspring housing, dehorned edges, beavertail grip safety. "LW" insignia on slide, which stands for "Lightweight".
**Price:** Kobra Carry Lightweight ............................................$3,320.00



### ED BROWN EXECUTIVE
Similar to other Ed Brown products, but with 25-lpi checkered frame and mainspring housing.
**Price:** ............................................................ $2,895.00 - $3,145.00

### ED BROWN SPECIAL FORCES
Similar to other Ed Brown products, but with ChainLink treatment on forestrap and mainspring housing. Entire gun coated with Gen III finish. "Square cut" serrations on rear of slide only. Dehorned. Introduced 2006.
**Price:** From ........................................................................$2,695.00

### ED BROWN SPECIAL FORCES CARRY
Similar to the Special Forces basic models. Features a 4.25" Commander model slide, single stack commander Bobtail frame. Weighs approx. 35 oz. Fixed dovetail 3-dot night sights with high visibility white outlines.
**Price:** From ........................................................................$2,945.00



### EXCEL ARMS MP-22
**Caliber:** .22 WMR, 9-shot magazine. **Barrel:** 8.5" bull barrel. **Weight:** 54 oz. **Length:** 12.875" overall. **Grips:** Textured black composition. **Sights:** Fully adjustable target sights. **Features:** Made from 17-4 stainless steel, comes with aluminum rib, integral Weaver base, internal hammer, firing-pin block. American made, lifetime warranty. Comes with two 9-round stainless steel magazines and a California-approved cable lock. .22 WMR Introduced 2006. Made in U.S.A. by Excel Arms.
**Price:** .................................................................................$477.00

### EXCEL ARMS MP-5.7
**Caliber:** 5.7x28mm, 9-shot magazine. Blow-back action. Other features similar to MP-22. Red-dot optic sights, scope and rings are optional.
**Price:** .................................................................................$615.00
**Price:** With optic sights..............................................................$685.00
**Price:** With scope and rings.........................................................$711.00

### FMK 9C1 G2
**Caliber:** 9mm. Magazine capacity 10+1 or 14+1. Available in either single action or double-action only. **Barrel:** 4". **Overall length:** 6.85". **Weight:** 23.45 oz. **Finish:** Black, Dark Earth or pink. **Sights:** Interchangeable Glock compatible. **Features:** Polymer frame, high-carbon steel slide, stainless steel barrel. Very low bore axis and shock absorbing backstrap are said to result in low felt recoil. DAO model has Fast Action Trigger (FAT) with shorter pull and reset. Made in the U.S.A.
**Price:** .................................................................................$409.95



### FN FNS SERIES
**Caliber:** 9mm, 17-shot magazine, .40 S&W (14-shot magazine). **Barrel:** 4" or 3.6" (Compact). **Weight:** 25 oz. (9mm), 27.5 oz. (.40). **Length:** 7.25". **Grips:** Integral polymer with two interchangeable backstrap inserts. **Features:** Striker-fired, double action with manual safety, accessory rail, ambidextrous controls, 3-dot Night Sights.
**Price:** .................................................................................$599.00

Prices given are accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

# HANDGUNS Autoloaders, Service & Sport



**FN FNX SERIES**
**Caliber:** 9mm, 17-shot magazine, .40 S&W (14-shot), .45 ACP (10 or 14-shot). **Barrel:** 4" (9mm and .40), 4.5" .45. **Weight:** 22 to 32 oz (.45). **Length:** 7.4, 7.9" (.45). **Features:** Double-action/single-action operation with decocking/manual safety lever. Has external extractor with loaded-chamber indicator, front and rear cocking serrations, fixed 3-dot combat sights.
**Price:** ...................................................................$699.00

**FN FNX .45 TACTICAL**
Similar to standard FNX .45 except with 5.3" barrel with threaded muzzle, polished chamber and feed ramp, enhanced high-profile night sights, slide cut and threaded for red-dot sight (not included), MIL-STD 1913 accessory rail, ring-style hammer.
**Price:** ...........................................................................$1,400.00



**FN FIVE-SEVEN**
**Caliber:** 5.7x28mm, 10- or 20-round magazine capacity. **Barrel:** 4.8". **Weight:** 23 oz. **Length:** 8.2" **Features:** Adjustable three-dot system. Single-action polymer frame model chambered for low-recoil 5.7x28mm cartridge.
**Price:** ...........................................................................$1,349.00



**GLOCK 17/17C**
**Caliber:** 9mm Para., 17/19/33-shot magazines. **Barrel:** 4.49". **Weight:**

22.04 oz. (without magazine). **Length:** 7.32" overall. **Grips:** Black polymer. **Sights:** Dot on front blade, white outline rear adjustable for windage. **Features:** Polymer frame, steel slide; double-action trigger with "Safe Action" system; mechanical firing pin safety, drop safety; simple takedown without tools; locked breech, recoil operated action. ILS designation refers to Internal Locking System. Adopted by Austrian armed forces 1983. NATO approved 1984. Model 17L has 6-inch barrel, ported or non ported, slotted and relieved slide, checkered grip with finger grooves, no accessory rail. Imported from Austria by Glock, Inc. USA.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $599.00
**Price:** 17L . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $750.00
**Price:** 17 Gen 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $649.00

**GLOCK GEN4 SERIES**
In 2010 a new series of Generation Four pistols was introduced with several improved features. These included a multiple backstrap system offering three different size options, short, medium or large frame; reversible and enlarged magazine release; dual recoil springs; and RTF (Rough Textured Finish) surface. Some recent models are only available in Gen 4 configuration.

**GLOCK 19/19C**
**Caliber:** 9mm Para., 15/17/19/33-shot magazines. **Barrel:** 4.02". **Weight:** 20.99 oz. (without magazine). **Length:** 6.85" overall. Compact version of Glock 17. Imported from Austria by Glock, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $599.00
**Price:** 19 Gen 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $649.00

**GLOCK 20/20C 10MM**
**Caliber:** 10mm, 15-shot magazines. **Barrel:** 4.6". **Weight:** 27.68 oz. (without magazine). **Length:** 7.59" overall. Features similar to Model 17. Imported from Austria by Glock, Inc. Introduced 1990.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $637.00
**Price:** 20 Gen 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $687.00

**GLOCK MODEL 20 SF SHORT FRAME**
**Caliber:** 10mm. **Barrel:** 4.61" with hexagonal rifling. **Weight:** 27.51 oz. **Length:** 8.07" overall. **Sights:** Fixed. **Features:** Otherwise similar to Model 20 but with short-frame design, extended sight radius.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $637.00

**GLOCK 21/21C**
**Caliber:** .45 ACP, 13-shot magazines. **Barrel:** 4.6". **Weight:** 26.28 oz. (without magazine). **Length:** 7.59" overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 1991. SF version has tactical rail, smaller diameter grip, 10-round magazine capacity. Introduced 2007.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $637.00
**Price:** 21 Gen 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $687.00



**GLOCK 22/22C**
**Caliber:** .40 S&W, 15/17-shot magazines. **Barrel:** 4.49". **Weight:** 22.92 oz. (without magazine). **Length:** 7.32" overall. **Features:** Otherwise similar to Model 17, including pricing. Imported from Austria by Glock, Inc. Introduced 1990.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $599.00
**Price:** 22C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $649.00
**Price:** 22 Gen 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $649.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

**71ST EDITION, 2017 ✦ 383**

# HANDGUNS Autoloaders, Service & Sport



### GLOCK 23/23C
**Caliber:** .40 S&W, 13/15/17-shot magazines. **Barrel:** 4.02". **Weight:** 21.16 oz. (without magazine). **Length:** 6.85" overall. **Features:** Otherwise similar to Model 22, including pricing. Compact version of Glock 22. Imported from Austria by Glock, Inc. Introduced 1990.
**Price:** ...................................................................$599.00
**Price:** 23C Compensated ..................................$621.00
**Price:** 23 Gen 4 .................................................$649.00

### GLOCK 24/24C
**Caliber:** .40 S&W, 10/15/17 or 22-shot magazine. Similar to Model 22 except with 6.02-inch barrel, ported or non-ported, trigger pull recalibrated to 4.5 lbs.
**Price:** From ........................................................$750.00

### GLOCK 26
**Caliber:** 9mm Para. 10/12/15/17/19/33-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. **Length:** 6.29" overall. Subcompact version of Glock 17. Imported from Austria by Glock, Inc.
**Price:** ...................................................................$599.00
**Price:** 26 Gen 4 .................................................$649.00



### GLOCK 27
**Caliber:** .40 S&W, 9/11/13/15/17-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. (without magazine). **Length:** 6.29 overall. **Features:** Otherwise similar to Model 22, including pricing. Subcompact version of Glock 22. Imported from Austria by Glock, Inc. Introduced 1996.
**Price:** From ........................................................$599.00
**Price:** 27 Gen 4 .................................................$649.00

### GLOCK 29 GEN 4
**Caliber:** 10mm, 10/15-shot magazines. **Barrel:** 3.78". **Weight:** 24.69 oz. (without magazine). **Length:** 6.77" overall. **Features:** Otherwise similar to Model 20, including pricing. Subcompact version of Glock 20. Imported from Austria by Glock, Inc. Introduced 1997.
**Price:** Fixed sight ..............................................$637.00

### GLOCK MODEL 29 SF SHORT FRAME
**Caliber:** 10mm. **Barrel:** 3.78" with hexagonal rifling. **Weight:** 24.52 oz. **Length:** 6.97" overall. **Sights:** Fixed. **Features:** Otherwise similar to Model 29 but with short-frame design, extended sight radius.
**Price:** ...................................................................$637.00

### GLOCK 30
**Caliber:** .45 ACP, 9/10/13-shot magazines. **Barrel:** 3.78". **Weight:** 23.99 oz. (without magazine). **Length:** 6.77" overall. **Features:** Otherwise similar to Model 21, including pricing. Subcompact version of Glock 21. Imported from Austria by Glock, Inc. Introduced

1997. SF version has tactical rail, octagonal rifled barrel with a 1:15.75 rate of twist, smaller diameter grip, 10-round magazine capacity. Introduced 2008.
**Price:** ...................................................................$637.00
**Price:** 30 SF (short frame) ...............................$637.00

### GLOCK 30S
Variation of Glock 30 with a Model 36 slide on a Model 30SF frame (short frame). **Caliber:** .45 ACP, 10-round magazine. **Barrel:** 3.78 inches. **Weight:** 20 oz. **Length:** 7 inches.
**Price:** ...................................................................$637.00

### GLOCK 31/31C
**Caliber:** .357 Auto, 15/17-shot magazines. **Barrel:** 4.49". **Weight:** 23.28 oz. (without magazine). **Length:** 7.32" overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc.
**Price:** From ........................................................$599.00
**Price:** 31 Gen 4 .................................................$649.00

### GLOCK 32/32C
**Caliber:** .357 Auto, 13/15/17-shot magazines. **Barrel:** 4.02". **Weight:** 21.52 oz. (without magazine). **Length:** 6.85" overall. **Features:** Otherwise similar to Model 31. Compact. Imported from Austria by Glock, Inc.
**Price:** ...................................................................$599.00
**Price:** 32 Gen 4 .................................................$649.00

### GLOCK 33
**Caliber:** .357 Auto, 9/11/13/15/17-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. (without magazine). **Length:** 6.29" overall. **Features:** Otherwise similar to Model 31. Subcompact. Imported from Austria by Glock, Inc.
**Price:** From ........................................................$599.00
**Price:** 33 Gen 4 .................................................$614.00

### GLOCK 34
**Caliber:** 9mm Para. 17/19/33-shot magazines. **Barrel:** 5.32". **Weight:** 22.9 oz. **Length:** 8.15" overall. **Features:** Competition version of Glock 17 with extended barrel, slide, and sight radius dimensions. Available with MOS (Modular Optic System).
**Price:** From ........................................................$679.00
**Price:** MOS .........................................................$840.00
**Price:** 34 Gen 4 .................................................$729.00



### GLOCK 35
**Caliber:** .40 S&W, 15/17-shot magazines. **Barrel:** 5.32. **Weight:** 24.52 oz. (without magazine). **Length:** 8.15 overall. **Sights:** Adjustable. **Features:** Otherwise similar to Model 22. Competition version of Glock 22 with extended barrel, slide, and sight radius dimensions. Available with MOS (Modular Optic System). Introduced 1996.
**Price:** From ........................................................$679.00
**Price:** MOS .........................................................$840.00
**Price:** 35 Gen 4 .................................................$729.00

### GLOCK 36
**Caliber:** .45 ACP, 6-shot magazines. **Barrel:** 3.78. **Weight:** 20.11 oz. (without magazine). **Length:** 6.77 overall. **Features:** Single-stack magazine, slimmer grip than Glock 21/30. Subcompact. Imported from Austria by Glock, Inc. Introduced 1997.
**Price:** ...................................................................$637.00

### GLOCK 37
**Caliber:** .45 GAP, 10-shot magazines. **Barrel:** 4.49". **Weight:** 25.95 oz. (without magazine). **Length:** 7.32 overall. **Features:** Otherwise similar

Prices be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

000136
ER_1006

# HANDGUNS Autoloaders, Service & Sport

to Model 17. Imported from Austria by Glock, Inc. Introduced 2005.
**Price:** ....................................................................$614.00
**Price:** 37 Gen 4 ......................................................$664.00

### GLOCK 38
**Caliber:** .45 GAP, 8/10-shot magazines. **Barrel:** 4.02. **Weight:** 24.16 oz. (without magazine). **Length:** 6.85 overall. **Features:** Otherwise similar to Model 37. Compact. Imported from Austria by Glock, Inc.
**Price:** ....................................................................$614.00

### GLOCK 39
**Caliber:** .45 GAP, 6/8/10-shot magazines. **Barrel:** 3.46. **Weight:** 19.33 oz. (without magazine). **Length:** 6.3 overall. **Features:** Otherwise similar to Model 37. Subcompact. Imported from Austria by Glock, Inc.
**Price:** ....................................................................$614.00

### GLOCK 40 GEN 4
**Caliber:** 10mm. Similar features as Model 41 except for 6.01" barrel. Includes MOS optics.
**Price:** ....................................................................$840.00



### GLOCK 41 GEN 4
**Caliber:** .45 ACP, 13-round magazine capacity. **Barrel:** 5.31". **Weight:** 27 oz. **Length:** 8.9" overall. **Features:** This is a long-slide .45 ACP Gen4 model introduced in 2014. Operating features are the same as other Glock models. Available with MOS (Modular Optic System).
**Price:** ....................................................................$749.00
**Price:** MOS .............................................................$840.00



### GLOCK 42
**Caliber:** .380 ACP, 6-round magazine capacity. **Barrel:** 3.25" **Weight:** 13.8 oz. **Length:** 5.9" overall. **Features:** This single-stack, slimline sub-compact is the smallest pistol Glock has ever made. This is also the first Glock pistol made in the USA.
**Price:** ....................................................................$499.00



### GLOCK 43
**Caliber:** 9mm. 6+1 capacity. **Barrel:** 3.39" **Weight:** 17.95 oz. **Length:** 6.26". **Height:** 4.25". **Width:** 1.02". **Features:** Newest member of Glock's Slimline series with single-stack magazine.
**Price:** ....................................................................$599.00

### GRAND POWER P-1 MK7
**Caliber:** 9mm. 15+1 magazine. Compact DA/SA pistol featuring a 3.7-inch barrel, frame-mounted safety, steel slide and frame, polymer grips and weight of 26 ounces. Offered in several variations and sizes. Made in Slovakia and imported by Eagle Imports.
**Price:** ....................................................................$449.99



### GUNCRAFTER INDUSTRIES NO. 1
**Caliber:** .45 ACP or .50 GI. **Features:** 1911-style series of pistols best known for the proprietary .50 GI chambering. Offered in several common 1911 variations. No. 1 has 5-inch heavy match-grade barrel, 7-round magazine, Parkerized or hard chrome finish, checkered grips and front strap, Heinie slant tritum sights, 7-round magazine. Other models include Commander style, Officer's Model, Long Slide w/6-inch barrel and several 9mm versions.
**Price:** ....................................... $2,695.00 to $4,125.00



# HANDGUNS Autoloaders, Service & Sport

## HECKLER & KOCH USP

**Caliber:** 9mm Para., 15-shot magazine; .40 S&W, 13-shot magazine; 45 ACP, 12-shot magazine. **Barrel:** 4.25-4.41. **Weight:** 1.65 lbs. **Length:** 7.64-7.87 overall. **Grips:** Non-slip stippled black polymer. **Sights:** Blade front, rear adjustable for windage. **Features:** New HK design with polymer frame, modified Browning action with recoil reduction system, single control lever. Special "hostile environment" finish on all metal parts. Available in SA/DA, DAO, left- and right-hand versions. Introduced 1993. 45 ACP introduced 1995. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP .45 ........................................................... $1,033.00
**Price:** USP .40 and USP 9mm .............................................. $952.00



## HECKLER & KOCH USP COMPACT

**Caliber:** 9mm Para., 13-shot magazine; .40 S&W and .357 SIG, 12-shot magazine; .45 ACP, 8-shot magazine. Similar to the USP except the 9mm Para., .357 SIG, and 40 S&W have 3.58 barrels, measure 6.81 overall, and weigh 1.47 lbs. (9mm Para.). Introduced 1996. 45 ACP measures 7.09 overall. Introduced 1998. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Compact .45 ...................................................... $1,040.00
**Price:** USP Compact 9mm
Para., .40 S&W ............................................................ $992.00



## HECKLER & KOCH USP45 TACTICAL

**Caliber:** .40 S&W, 13-shot magazine; .45 ACP, 12-shot magazine. **Barrel:** 4.90-5.09. **Weight:** 1.9 lbs. **Length:** 8.64 overall. **Grips:** Non-slip stippled polymer. **Sights:** Blade front, fully adjustable target rear. **Features:** Has extended threaded barrel with rubber O-ring; adjustable trigger; extended trigger stop; polymer frame. Introduced 1998. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Tactical .45 .............................................. $1,352.00
**Price:** USP Tactical .40 .............................................. $1,333.00

## HECKLER & KOCH USP COMPACT TACTICAL

**Caliber:** .45 ACP, 8-shot magazine. Similar to the USP Tactical except measures 7.72 overall, weighs 1.72 lbs. Introduced 2006. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Compact Tactical ............................................ $1,352.00



## HECKLER & KOCH HK45

**Caliber:** .45 ACP, 10-shot magazine. **Barrel:** 4.53". **Weight:** 1.73 lbs. **Length:** 7.52" overall. **Grips:** Ergonomic with adjustable grip panels. **Sights:** Low profile, drift adjustable. **Features:** Polygonal rifling, ambidextrous controls, operates on improved Browning linkless recoil system. Available in Tactical and Compact variations.
**Price:** USP Tactical .45 ................................... $1,193.00 to $1,392.00



## HECKLER & KOCH MARK 23 SPECIAL OPERATIONS

**Caliber:** .45 ACP, 12-shot magazine. **Barrel:** 5.87. **Weight:** 2.42 lbs. **Length:** 9.65 overall. **Grips:** Integral with frame; black polymer. **Sights:** Blade front, rear drift adjustable for windage; 3-dot. **Features:** Civilian version of the SOCOM pistol. Polymer frame; double action; exposed hammer; short recoil, modified Browning action. Introduced 1996. Imported from Germany by Heckler & Koch, Inc.
**Price:** ........... $2,299.00



## HECKLER & KOCH P30 AND P30L

**Caliber:** 9mm and .40 S&W with 13 or 15-shot magazines. **Barrel:** 3.86" or 4.45" (P30L). **Weight:** 26 to 27.5 oz. **Length:** 6.95, 7.56" overall. **Grips:** Interchangeable panels. **Sights:** Open rectangular notch rear sight with contrast points (no radioactive). **Features:** Ergonomic features include a special grip frame with interchangeable backstraps inserts and lateral plates, allowing the pistol to be individually adapted to any user. Browning type action with modified short recoil operation. Ambidextrous controls include dual slide releases, magazine

Prices giv          .. accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

release levers, and a serrated decocking button located on the rear of the frame (for applicable variants). A Picatinny rail molded into the front of the frame. The extractor serves as a loaded-chamber indicator.

**Price:** P30 .........................................................$1,099.00
**Price:** P30L Variant 2 Law Enforcement Modification
 (LEM) enhanced DAO ...............................$1,149.00
**Price:** P30L Variant 3 Double Action/Single Action
 (DA/SA) with Decocker .............................$1,108.00

### HECKLER & KOCH P2000
**Caliber:** 9mm Para., 13-shot magazine; .40 S&W, 12-shot magazine. **Barrel:** 3.62. **Weight:** 1.5 lbs. **Length:** 7 overall. **Grips:** Interchangeable panels. **Sights:** Fixed Patridge style, drift adjustable for windage, standard 3-dot. **Features:** Incorporates features of HK USP Compact pistol, including Law Enforcement Modification (LEM) trigger, double-action hammer system, ambidextrous magazine release, dual slide-release levers, accessory mounting rails, recurved, hook trigger guard, fiber-reinforced polymer frame, modular grip with exchangeable back straps, nitro-carburized finish, lock-out safety device. Introduced 2003. Imported from Germany by Heckler & Koch, Inc.
**Price:** .................................................................$799.00

### HECKLER & KOCH P2000 SK
**Caliber:** 9mm Para., 10-shot magazine; .40 S&W and .357 SIG, 9-shot magazine. **Barrel:** 3.27. **Weight:** 1.3 lbs. **Length:** 6.42 overall. **Sights:** Fixed Patridge style, drift adjustable. **Features:** Standard accessory rails, ambidextrous slide release, polymer frame, polygonal bore profile. Smaller version of P2000. Introduced 2005. Imported from Germany by Heckler & Koch, Inc.
**Price:** .................................................................$799.00



### HECKLER & KOCH VP9/VP 40
**Caliber:** 9mm Para., 10 or 15-shot magazine. .40 S&W (10 or 13). **Barrel:** 4.09". **Weight:** 25.6 oz. **Length:** 7.34 overall. **Sights:** Fixed 3-dot, drift adjustable. **Features:** Striker-fired system with HK enhanced light pull trigger. Ergonomic grip design with interchangeable backstraps and side panels.
**Price:** .................................................................$719.00



### HI-POINT FIREARMS MODEL 9MM COMPACT
**Caliber:** 9mm Para., 8-shot magazine. **Barrel:** 3.5. **Weight:** 25 oz.

**Length:** 6.75 overall. **Grips:** Textured plastic. **Sights:** Combat-style adjustable 3-dot system; low profile. **Features:** Single-action design; frame-mounted magazine release; polymer frame. Scratch-resistant matte finish. Introduced 1993. Comps are similar except they have a 4 barrel with muzzle brake/compensator. Compensator is slotted for laser or flashlight mounting. Introduced 1998. Made in U.S.A. by MKS Supply, Inc.
**Price:** C-9 9mm .......................................................$189.00

### HI-POINT FIREARMS MODEL 380 POLYMER
Similar to the 9mm Compact model except chambered for .380 ACP, 8-shot magazine, adjustable 3-dot sights. Weighs 25 oz. Polymer frame. Action locks open after last shot. Includes 10-shot and 8-shot magazine; trigger lock.
**Price:** CF-380 .......................................................$151.00

### HI-POINT FIREARMS 40 AND 45 SW/POLY
**Caliber:** .40 S&W, 8-shot magazine; .45 ACP (9-shot). **Barrel:** 4.5. **Weight:** 32 oz. **Length:** 7.72 overall. **Sights:** Adjustable 3-dot. **Features:** Polymer frames, last round lock-open, grip mounted magazine release, magazine disconnect safety, integrated accessory rail, trigger lock. Introduced 2002. Made in U.S.A. by MKS Supply, Inc.
**Price:** .................................................................$199.00



### HIGH STANDARD VICTOR .22
**Caliber:** .22 Long Rifle (10 rounds) or .22 Short (5 rounds). **Barrel:** 4.5"-5.5". **Weight:** 45 oz.-46 oz. **Length:** 8.5"-9.5" overall. **Grips:** Freestyle wood. **Sights:** Frame mounted, adjustable. **Features:** Semi-auto with drilled and tapped barrel, tu-tone or blued finish.
**Price:** .................................................................$965.00

### HIGH STANDARD 10X CUSTOM .22
Similar to the Victor model but with precision fitting, black wood grips, 5.5 barrel only. High Standard Universal Mount, 10-shot magazine, barrel drilled and tapped, certificate of authenticity. Overall length is 9.5". Weighs 44 oz. to 46 oz. From High Standard Custom Shop.
**Price:** .................................................................$1,375.00

### HIGH STANDARD SUPERMATIC TROPHY .22
**Caliber:** .22 Long Rifle (10 rounds) or .22 Short (5 rounds/Citation version), not interchangable. **Barrel:** 5.5", 7.25". **Weight:** 44 oz., 46 oz. **Length:** 9.5", 11.25" overall. **Grips:** Wood. **Sights:** Adjustable. **Features:** Semi-auto with drilled and tapped barrel, tu-tone or blued finish with gold accents.
**Price:** 5.5 .................................................................$965.00

### HIGH STANDARD OLYMPIC MILITARY .22
Similar to the Supermatic Trophy model but in .22 Short only with 5.5" bull barrel, five-round magazine, aluminum alloy frame, adjustable sights. Overall length is 9.5", weighs 42 oz.
**Price:** .................................................................$1,050.00

### HIGH STANDARD SUPERMATIC CITATION SERIES .22
Similar to the Supermatic Trophy model but with heavier trigger pull, 10" barrel, and nickel accents. 22 Short conversion unit available. Overall length 14.5", weighs 52 oz.
**Price:** .................................................................$975.00

ices given are believed to be accurate at time of publication however, many factors affect retail prices and are not possible.

71ST EDITION, 2017 ✦ **387**

000139
ER_1009

# HANDGUNS Autoloaders, Service & Sport

barrel, bolt, sights, and mechanism, the PLR-16 pistol is made of high-impact glass fiber reinforced polymer. Gas-operated semi-auto. Conventional gas-piston operation with M-16 breech locking system. MIL-STD-1913 Picatinny rail. Made in U.S.A. by Kel-Tec CNC Industries, Inc.

Price: Blued ...........................................................................**$682.00**

**KEL-TEC PLR-22**
Semi-auto pistol chambered in .22 LR; based on centerfire PLR-16 by same maker. Blowback action, 26-round magazine. Open sights and picatinny rail for mounting accessories; threaded muzzle. Overall length is 18.5", weighs 40 oz.
Price: ...................................................................................**$400.00**



**KEL-TEC PMR-30**
Caliber: .22 Magnum (.22WMR) 30-rounds. Barrel: 4.3. Weight: 13.6 oz. Length: 7.9 overall. Grips: Glass reinforced Nylon (Zytal). Sights: Dovetailed aluminum with front & rear fiber optics. Features: Operates on a unique hybrid blowback/locked-breech system. It uses a double stack magazine of a new design that holds 30 rounds and fits completely in the grip of the pistol. Dual opposing extractors for reliability, heel magazine release to aid in magazine retention, Picatinny accessory rail under the barrel, Urethane recoil buffer, captive coaxial recoil springs. The barrel is fluted for light weight and effective heat dissipation. PMR30 disassembles for cleaning by removal of a single pin.
Price: ...................................................................................**$455.00**

**KIMBER MICRO CDP**
Caliber: .380 ACP, 6-shot magazine. Barrel: 2.75". Weight: 17 oz. Grips: Double diamond rosewood. Mini 1911-style single action with no grip safety.
Price: ...................................................................................**$951.00**



**KIMBER MICRO CARRY**
Caliber: .380 ACP, 6-round magazine. Barrel: 2.75 inches. Weight: 13.4 oz. Length: 5.6 inches Grips: Black synthetic, double diamond.

Sights: Fixed low profile. Finish: Blue or stainless. Features: Aluminum frame, steel slide, carry-melt treatment, full-length guide rod.
Price: ...................................................................................**$651.00**

**KIMBER MICRO RAPTOR**
Caliber: .380 ACP, 6-round magazine. Sights: Tritium night sights. Finish: Stainless. Features: Variation of Micro Carry with Raptor style scalloped "feathered" slide serrations and grip panels.
Price: ...................................................................................**$960.00**



**KIMBER AEGIS II**
Caliber: 9mm (9-shot magazine, 8-shot (Ultra model). Barrel: 3", 4" or 5". Weight: 25 to 38 oz. Grips: Scale-textured zebra wood. Sights: Tactical wedge 3-dot green night sights. Features: Made in the Kimber Custom Shop. Two-tone satin silver/matte black finish. Service Melt treatment that rounds and blends edges. Available in three frame sizes: Custom (shown), Pro and Ultra.
Price: ...............................................................................**$1,331.00**



**KIMBER COVERT II**
Caliber: .45 ACP (7-shot magazine). Barrel: 3", 4" or 5". Weight: 25 to 31 oz. Grips: Crimson Trace laser with camo finish. Sights: Tactical wedge 3-dot night sights. Features: Made in the Kimber Custom Shop. Desert tan frame and matte black slide finishes. Available in three frame sizes: Custom, Pro (shown) and Ultra.
Price: ...............................................................................**$1,657.00**

**KIMBER CUSTOM II**
Caliber: .45 ACP. Barrel: 5". Weight: 38 oz. Length: 8.7" overall. Grips: Checkered black rubber, walnut, rosewood. Sights: Dovetailed front and rear, Kimber low profile adj. or fixed sights. Features: Slide, frame and barrel machined from steel or stainless steel. Match grade barrel, chamber and trigger group. Extended

Prices given are believed to be accurate at time of publication however, many factors affect re     rices are not possible.     71ST EDITION, 2017 ✦ **391**

# HANDGUNS Autoloaders, Service & Sport

**Length:** 8.7" overall. **Grips:** Solid bone-smooth. **Sights:** Fixed low profile. **Features:** A classic full-size pistol wearing a charcoal blue finish complimented with solid bone grip panels. Front and rear serrations. Aluminum match-grade trigger with a factory setting of approximately 4-5 pounds.
Price: ............................................................................$2,020.00



### KIMBER MASTER CARRY PRO
**Caliber:** .45 ACP, 8-round magazine. **Barrel:** 4 inches. **Weight:** 28 oz. **Length:** 7.7 inches **Grips:** Crimson Trace Laser. **Sights:** Fixed low profile. **Features:** Matte black KimPro slide, aluminum round heel frame, full-length guide rod.
Price: .............................................................................$1,568.00

### KIMBER WARRIOR SOC
**Caliber:** .45 ACP, 7-round magazine. **Barrel:** 5 inches threaded for suppression. **Sights:** Fixed Tactical Wedge tritium. **Finish:** Dark Green frame, Flat Dark Earth slide. **Features:** Full-size 1911 based on special series of pistols made for USMC. Service melt, ambidextrous safety.
Price: .............................................................................$1,738.00



### LIONHEART LH9 MKII
**Caliber:** 9mm, 15-round magazine. LH9C Compact, 10 rounds. **Barrel:** 4.1 inches. **Weight:** 26.5 oz. **Length:** 7.5 inches **Grips:** One piece black polymer with textured design. **Sights:** Fixed low profile.

Novak LoMount sights available. **Finish:** Cerakote Graphite Black or Patriot Brown. **Features:** Hammer-forged heat-treated steel slide, hammer-forged aluminum frame. Double-action PLUS action.
Price: ..................................................................................$695.00
Price: Novak sights.............................................................$749.00



### NIGHTHAWK CUSTOM T4
Manufacturer of a wide range of 1911-style pistols in Government Model (full-size), Commander and Officer's frame sizes. **Caliber:** .45 ACP, 7 or 8-round magazine; 9mm, 9 or 10 rounds; 10mm, 9 or 10 rounds. **Barrel:** 3.8, 4.25 or 5 inches. **Weight:** 28 to 41 ounces, depending on model. Shown is T4 model, introduced in 2013 and available only in 9mm.
Price: From ....................................... $2,995.00 to $3,995.00

### NIGHTHAWK CUSTOM GRP
**Caliber:** 9mm, 10mm, .45 ACP. 8-shot magazine. Global Response Pistol (GRP). **Features:** Black, Sniper Gray, green, Coyote Tan or Titanium Blue finish. Match-grade barrel and trigger, choice of Heinie or Novak adjustable night sights.
Price: ..............................................................................$2,995.00

### NIGHTHAWK CUSTOM SHADOW HAWK
**Caliber:** 9mm only. 5 or 4.25-inch barrel. **Features:** Stainless steel frame with black Nitride finish, flat-faced trigger, high beavertail grip safety, checkered front strap, Heinie Straight Eight front and rear titanium night sights.
Price: ..............................................................................$3,795.00

### NIGHTHAWK CUSTOM WAR HAWK
**Caliber:** .45 ACP. 5 or 4.25-inch barrel. **Features:** One-piece mainspring housing and magwell, Everlast Recoil System, Hyena Brown G10 grips.
Price: ....................................................................................$3,895

### NIGHTHAWK CUSTOM BOB MARVEL 1911
**Caliber:** 9mm or .45 ACP. 4.25-inch bull barrel, Everlast Recoil System, adjustable sights, match trigger, black Melonite finish.
Price: .45 ACP .................................................................$3,995.00
Price: 9mm.......................................................................$4,195.00

### NIGHTHAWK CUSTOM DOMINATOR
**Caliber:** .45 ACP. 8-shot magazine. **Features:** Stainless frame, black Perma Kote slide, cocobolo double-diamond grips,, front and rear slide serrations, adjustable sights.
Price: ..............................................................................$3,450.00

### NIGHTHAWK CUSTOM SILENT HAWK
**Caliber:** .45 ACP. 8-shot magazine. **Features:** 4.25-inch barrel, Commander recon frame, G10 black and gray grips. Designed to match Silencerco silencer, not included with pistol.
Price: ..............................................................................$4,295.00

### NIGHTHAWK CUSTOM HEINIE LONG SLIDE
**Caliber:** 10mm or .45 ACP. Long slide 6-inch barrel. **Features:** Cocobolo wood grips, black Perma Kote finish, adjustable or fixed sights, front strap checkering.
Price: ..............................................................................$3,795.00

Prices given are believed to be accurate at time of publication however, many factors affect retail p          are not possible.          71ST EDITION, 2017  ✦  395

000141

ER_1011

# HANDGUNS Autoloaders, Service & Sport





foam cover, no bayonet lug. Made in U.S.A. by Olympic Arms, Inc. Introduced 2007.
Price: ...................................................................$1,118.20

## NORTH AMERICAN ARMS GUARDIAN DAO
**Caliber:** .25 NAA, .32 ACP, .380 ACP, .32 NAA, 6-shot magazine. **Barrel:** 2.49. **Weight:** 20.8 oz. **Length:** 4.75 overall. **Grips:** Black polymer. **Sights:** Low profile fixed. **Features:** Double-action only mechanism. All stainless steel construction. Introduced 1998. Made in U.S.A. by North American Arms. The .25 NAA is based on a bottle-necked .32 ACP case, and the .32 NAA is on a bottle-necked .380 ACP case.
Price: .25 NAA, 32 ACP ......................................$409.00
Price: .32 NAA, .380 ACP ....................................$486.00

## OLYMPIC ARMS WHITNEY WOLVERINE
**Caliber:** .22 LR, 10-shot magazine. **Barrel:** 4.625" stainless steel. **Weight:** 19.2 oz. **Length:** 9" overall. **Grips:** Black checkered with fire/safe markings. **Sights:** Ramped blade front, dovetail rear. **Features:** Polymer frame with natural ergonomics and ventilated rib. Barrel with 6-groove 1x16 twist rate. All metal magazine shell. Made in U.S.A. by Olympic Arms.
Price: ...................................................................$291.00





## PHOENIX ARMS HP22, HP25
**Caliber:** .22 LR, 10-shot (HP22), .25 ACP, 10-shot (HP25). **Barrel:** 3". **Weight:** 20 oz. **Length:** 5.5" overall. **Grips:** Checkered composition. **Sights:** Blade front, adjustable rear. **Features:** Single action, exposed hammer; manual hold-open; button magazine release. Available in satin nickel, matte blue finish. Introduced 1993. Made in U.S.A. by Phoenix Arms.
Price: With gun lock ............................................$150.00
Price: HP Range kit with 5" bbl., locking case
  and accessories (1 Mag) .................................$194.00
Price: HP Deluxe Range kit with 3" and 5" bbls.,
  2 mags, case .................................................$232.00

## OLYMPIC ARMS OA-93 AR
**Caliber:** 5.56 NATO. **Barrel:** 6.5" button-rifled stainless steel. **Weight:** 4.46 lbs. **Length:** 17" overall. **Sights:** None. **Features:** Olympic Arms integrated recoil system on the upper receiver eliminates the buttstock, flat top upper, free floating tubular match handguard, threaded muzzle with flash suppressor. Made in U.S.A. by Olympic Arms, Inc.
Price: ...............................................................$1,202.00

## OLYMPIC ARMS K23P AR
**Caliber:** 5.56 NATO. **Barrel:** 6.5" button-rifled chrome-moly steel. **Length:** 22.25" overall. **Weight:** 5.12 lbs. **Sights:** Adjustable A2 rear, elevation adjustable front post. **Features:** A2 upper with rear sight, free floating tubular match handguard, threaded muzzle with flash suppressor, receiver extension tube with foam cover, no bayonet lug. Made in U.S.A. by Olympic Arms, Inc. Introduced 2007.
Price: ...................................................................$973.70

## OLYMPIC ARMS K23P-A3-TC AR
**Caliber:** 5.56 NATO. **Barrel:** 6.5" button-rifled chrome-moly steel. **Length:** 22.25" overall. **Weight:** 5.12 lbs. **Sights:** Adjustable A2 rear, elevation adjustable front post. **Features:** Flat-top upper with detachable carry handle, free floating FIRSH rail handguard, threaded muzzle with flash suppressor, receiver extension tube with



## REMINGTON R1
**Caliber:** .45 (7-shot magazine). **Barrel:** 5". **Weight:** 38.5 oz. **Grips:**

396 ◆ GunDigest®

Prices given are an   rate at time of publication however, many factors affect retail pricing so exact prices are not possible.

000142

ER_1012

# HANDGUNS Autoloaders, Service & Sport

### ROCK RIVER ARMS LAR-15/LAR-9
**Caliber:** .223/5.56mm NATO or 9mm Para. **Barrel:** 7", 10.5". Wilson chrome moly, 1:9 twist, A2 flash hider, 1/2-28 thread. **Weight:** 5.1 lbs. (7" barrel), 5.5 lbs. (10.5" barrel). **Length:** 23" overall. **Stock:** Hogue rubber grip. **Sights:** A2 front. **Features:** Forged A2 or A4 upper, single stage trigger, aluminum free-float tube, one magazine. Similar 9mm Para. LAR-9 also available. From Rock River Arms, Inc.

**Price:** LAR-15 7" A2 AR2115.................................................$955.00
**Price:** LAR-15 10.5" A4 AR2120.............................................$945.00
**Price:** LAR-9 7" A2 9mm2115 ...........................................$1,125.00

### ROCK RIVER ARMS 1911 POLY
**Caliber:** .45 ACP, 7-round magazine. Full-size 1911-style model with polymer frame and steel slide. **Barrel:** 5". **Weight:** 33 oz. **Sights:** Fixed.

**Price:** ............................................................................$925.00



### RUGER AMERICAN PISTOL
**Caliber:** 9mm, .45 ACP. **Magazine capacity:** 10 or 17 (9), 10 (.45). **Barrel:** 4.2" (9), 4.5" (.45). **Length:** 7.5 or 8". **Weight:** 30 to 31.5 oz. **Sights:** Novak LoMount Carry 3-Dot. **Finish:** Stainless steel slide with black Nitride finish. **Grip:** One-piece ergonomic wrap-around module with adjustable palm swell and trigger reach. **Features:** Short take-up trigger with positive re-set, ambidextrous mag release and slide stop, integrated trigger safety, automatic sear block system, easy takedown. Introduced in 2016.

**Price:** .........................................................................$579.00



### RUGER SR9 /SR40
**Caliber:** 9mm Para. (17 round magazine), .40 S&W (15). **Barrel:** 4.14". **Weight:** 26.25, 26.5 oz. **Grips:** Glass-filled nylon in two color options—black or OD Green, w/flat or arched reversible backstrap. **Sights:** Adjustable 3-dot, built-in Picatinny-style rail. **Features:** Semi-auto in six configurations, striker-fired, through-hardened stainless steel slide, brushed or blackened stainless slide with black grip frame or blackened stainless slide with OD Green grip frame, ambidextrous manual 1911-style safety, ambi. mag release, mag disconnect, loaded chamber indicator, Ruger camblock design to absorb recoil, comes with two magazines. 10-shot mags available. Introduced 2008. Made in U.S.A. by Sturm, Ruger & Co.

**Price:** SR9 (17-Round), SR9-10 (SS)......................................$569.00



### RUGER SR9C /SR40C COMPACT
**Caliber:** 9mm or .40 S&W. **Barrel:** 3.4 " (SR9C), 3.5" (SR40C). **Features:** Features include 1911-style ambidextrous manual safety; internal trigger bar interlock and striker blocker; trigger safety; magazine disconnector; loaded chamber indicator; two magazines, one 10-round and the other 17-round; 3.5-inch barrel; 3-dot sights; accessory rail; brushed stainless or blackened alloy finish. Weight 23.40 oz.

**Price:** ..........................................................................$569.00

### RUGER 9E
**Caliber:** 9mm. A value-priced variation of the SR9 with black oxide finish, drift-adjustable sights. Other features similar to SR9.

**Price:** ..........................................................................$459.00



### RUGER SR45
**Caliber:** .45 ACP, 10-round magazine. **Barrel:** 4.5 inches. **Weight:** 30 oz. **Length:** 8 inches. **Grips:** Glass-filled nylon with reversible flat/arched backstrap. **Sights:** Adjustable 3-dot. **Features:** Same features as SR9.

**Price:** ..........................................................................$569.00



### RUGER LC9
**Caliber:** 9mm luger, 7+1 capacity. **Barrel:** 3.12 **Weight:** 17.10 oz. **Grips:** Glass-filled nylon. **Sights:** Adjustable 3-dot. **Features:**

Prices ... ... be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

# HANDGUNS Autoloaders, Service & Sport

Double-action-only, hammer-fired, locked-breech pistol with a smooth trigger pull. Control and confident handling of the Ruger LC9 are accomplished through reduced recoil and aggressive frame checkering for a positive grip in all conditions. The Ruger LC9 features smooth "melted" edges for ease of holstering, carrying and drawing. Made in U.S.A. by Sturm, Ruger & Co.
Price: ............................................................................$479.00

**RUGER LC9S**
Caliber: 9mm luger, 7+1 capacity. Barrel: 3.12 Grips: Glass-filled nylon. Sights: Adjustable 3-dot. Features: Identical to the LC9 but with a striker-fired design.
Price: ............................................................................$479.00



**RUGER LC380**
Caliber: .380 ACP. Other specifications and features identical to LC9.
Price: ............................................................................$479.00



Price: LaserMax laser grips ....................................$529.00
Price: Crimson Trace Laserguard ............................$629.00



**RUGER LCP**
Caliber: .380 (6-shot magazine). Barrel: 2.75". Weight: 9.4 oz. Length: 5.16". Grips: Glass-filled nylon. Sights: Fixed, drift adjustable or integral Crimson Trace Laserguard.
Price: Blued ..............................................................$259.00
Price: Stainless steel slide .......................................$289.00
Price: Crimson Trace Laserguard .............................$429.00
Price: Custom w/drift adjustable rear sight ...............$269.00



**RUGER CHARGER**
Caliber: .22 LR, 10-shot BX-15 magazine. Based on famous 10/22 rifle design with pistol grip stock and fore-end, scope rail, bipod. Brown laminate (standard model) or Green Mountain laminate stock (takedown model). Reintroduced with improvements and enhancements in 2015.
Price: Standard ........................................................$409.00
Price: Takedown .......................................................$509.00



**RUGER MARK III SERIES**
Caliber: .22 LR, 10-shot magazine. Barrel: 4.5, 4.75, 5.5, 6, or 6-7/8". Weight: 33 oz. (4.75" bbl.). Length: 9" (4.75" bbl.). Grips: Checkered composition grip panels. Sights: Fixed, fiber-optic front, fixed rear. Features: Updated design of original Standard Auto and Mark II series. Hunter models have lighter barrels. Target models have cocobolo grips; bull, target, competition, and hunter barrels; and adjustable sights. Introduced 2005. Modern successor of the first Ruger pistol of 1949.
Price: Standard ........................................................$429.00
Price: Target (blue) ..................................................$499.00
Price: Target (stainless) ...........................................$629.00
Price: Hunter ............................................................$729.00
Price: Competition ....................................................$729.00



**RUGER 22/45 MARK III PISTOL**
Similar to other .22 Mark III autos except has Zytel grip frame that matches angle and magazine latch of Model 1911 .45 ACP pistol.

# HANDGUNS Autoloaders, Service & Sport

rosewood grips, 8+1 capacity. Compact series has 6+1 capacity, 7.7 OAL, 4.25" barrel, slim-profile wood grips, weighs 30.3 oz. RCS line (Compact SAS) is Customs Shop version with anti-snag dehorning. Stainless or Nitron finish, Novak night sights, slim-profile gray diamondwood or rosewood grips. 6+1 capacity. 1911 C3 (2008) is a 6+1 compact .45 ACP, rosewood custom wood grips, two-tone and Nitron finishes. Weighs about 30 ounces unloaded, lightweight alloy frame. Length is 7.7. Now offered in more than 30 different models with numerous options for frame size, grips, finishes, sight arrangements and other features. From SIG SAUER, Inc.

| | |
|---|---|
| Price: Nitron | $1,174.00 |
| Price: Tacops | $1,174.00 |
| Price: XO Black | $1,010.00 |
| Price: STX | $1,174.00 |
| Price: Nightmare | $1,195.00 |
| Price: CarryNightmare | $1,195.00 |
| Price: Compact C3 | $1,010.00 |
| Price: Max | $1,663.00 |
| Price: Spartan | $1,304.00 |
| Price: Super Target | $1,609.00 |
| Price: Traditional Stainless Match Elite | $1,141.00 |
| Price: Traditional Engraved Texas | $1,522.00 |



### SIG SAUER P210
**Caliber:** 9mm, 8-shot magazine. **Barrel:** 4.7". **Weight:** 37.4 oz. **Length:** 8.5" overall. **Grips:** Custom wood. **Sights:** Post and notch and adjustable target sights. **Features:** The carbon steel slide, machined from solid billet steel, now features a durable Nitron® coating, and the improved beavertail adorns the Nitron coated, heavy-style, carbon steel frame. The P210 Legend also offers an improved manual safety, internal drop safety, side magazine release, and custom wood grips.

| | |
|---|---|
| Price: P210-9-LEGEND | $2,428.00 |
| Price: P210-9-LEGEND-TGT w/adjustable target sights | $2,642.00 |



### SIG SAUER P220
**Caliber:** .45 ACP, (7- or 8-shot magazine). **Barrel:** 4.4". **Weight:** 27.8 oz. **Length:** 7.8" overall. **Grips:** Checkered black plastic. **Sights:**

Blade front, drift adjustable rear for windage. Optional Siglite night sights. **Features:** Double action. Stainless-steel slide, Nitron finish, alloy frame, M1913 Picatinny rail; safety system of decocking lever, automatic firing pin safety block, safety intercept notch, and trigger bar disconnector. Squared combat-type trigger guard. Slide stays open after last shot. Introduced 1976. P220 SAS Anti-Snag has dehorned stainless steel slide, front Siglite Night Sight, rounded trigger guard, dust cover, Custom Shop wood grips. Equinox line is Custom Shop product with Nitron stainless-steel slide with a black hard-anodized alloy frame, brush-polished flats and nickel accents. Truglo tritium fiber-optic front sight, rear Siglite night sight, gray laminated wood grips with checkering and stippling. From SIG SAUER, Inc.

| | |
|---|---|
| Price: | $1,087.00 |
| Price: | $1,087.00 |
| Price: P220 Elite 10mm | $1,422.00 |
| Price: P220 Elite Stainless | $1,359.00 |
| Price: P220 Super Match | $1,467.00 |
| Price: P220 Combat Threaded Barrel | $1,282.00 |



### SIG SAUER P220 CARRY
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 3.9". **Weight:** NA. **Length:** 7.1" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, drift adjustable rear for windage. Optional Siglite night sights. **Features:** Similar to full-size P220, except is "Commander" size. Single stack, DA/SA operation, Nitron finish, Picatinny rail, and either post and dot contrast or 3-dot Siglite night sights. Introduced 2005. Many variations availble. From SIG SAUER, Inc.

| | |
|---|---|
| Price: P220 Carry, from | $1,087.00 |
| Price: P220 Carry Elite Stainless | $1,356.00 |



### SIG SAUER P225 A-1
**Caliber:** 9mm. 8-shot magazine. **Barrel:** 3.6 or 5". **Weight:** 30.5 oz. Shorter and slim-profile version of P226 with enhanced short reset trigger, single-stack magazine.

| | |
|---|---|
| Price: | $1,122.00 |
| Price: Night sights | $1,236.00 |

Prices given are believed to be accurate at time of publication however, many factors affect retail [      ]s are not possible.    71ST EDITION, 2017 ✦ 401

000145
ER_1015

# HANDGUNS Autoloaders, Service & Sport



### SIG SAUER P226

Similar to the P220 pistol except has 4.4 barrel, measures 7.7 overall, weighs 34 oz. Chambered in 9mm, .357 SIG, or .40 S&W. X–Five series has factory tuned single-action trigger, 5 slide and barrel, ergonomic wood grips with beavertail, ambidextrous thumb safety and stainless slide and frame with magwell, low-profile adjustable target sights, front cocking serrations and a 25-meter factory test target. Many variations available. Snap-on modular grips. Legion series has improved short reset trigger, contoured and shortened beavertail, relieved trigger guard, higher grip, other improvements. From SIG SAUER, Inc.

| | |
|---|---|
| **Price:** From | $1,108.00 |
| **Price:** Elite from | $1,243.00 |
| **Price:** Combat | $1,289.00 |
| **Price:** Tactical Operations (TACOPS) | $1,329.00 |
| **Price:** Engraved | $1,631.00 |
| **Price:** Legion | $1,428.00 |

### SIG SAUER P227

Same general specifications and features as P226 except chambered for .45 ACP and has double-stack magazine. **Magazine Capacity:** 10 rounds.

**Price:** .................................................... $1,087.00 to $1,350.00

### SIG SAUER P229 DA

Similar to the P220 except chambered for 9mm Para. (10- or 15-round magazines), .40 S&W, (10- or 12-round magazines). Has 3.86" barrel, 7.1" overall length and 3.35" height. Weight is 32.4 oz. Introduced 1991. Snap-on modular grips. Frame made in Germany, stainless steel slide assembly made in U.S.; pistol assembled in U.S. Many variations available. Legion series has improved short reset trigger, contoured and shortened beavertail, relieved trigger guard, higher grip, other improvements. From SIG SAUER, Inc.

| | |
|---|---|
| **Price:** P229, from | $1,085.00 |
| **Price:** P229 Stainless Elite | $1,396.00 |
| **Price:** P229 Scorpion Elite | $1,312.00 |
| **Price:** P229 Legion | $1,359.00 |

### SIG SAUER SP2022

**Caliber:** 9mm Para., .357 SIG, .40 S&W, 10-, 12-, or 15-shot magazines. **Barrel:** 3.9". **Weight:** 30.2 oz. **Length:** 7.4" overall. **Grips:** Composite and rubberized one-piece. **Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights. **Features:** Polymer frame, stainless steel slide; integral frame accessory rail; replaceable steel frame rails; left- or right-handed magazine release, two interchangeable grips. From SIG SAUER, Inc.

**Price:** ........................................................ $642.00



### SIG SAUER P238

**Caliber:** .380 ACP, 6-7-shot magazine. **Barrel:** 2.7". **Weight:** 15.4 oz. **Length:** 5.5" overall. **Grips:** Hogue® G-10 and Rosewood grips. **Sights:** Contrast / SIGLITE night sights. **Features:** All metal beavertail-style frame.

| | |
|---|---|
| **Price:** | $723.00 |
| **Price:** Gambler w/rosewood grip | $752.00 |
| **Price:** Extreme w/X-Grip extended magazine | $752.00 |
| **Price:** Equinox | $752.00 |



Prices given ... accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

## SIG SAUER P290 RS

**Caliber:** 9mm, or .380 ACP. 6/8-shot magazine. **Barrel:** 2.9". **Weight:** 20.5 oz. **Length:** 5.5" overall. **Grips:** Polymer. **Sights:** Contrast / SIGLITE night sights. **Features:** Unlike many small pistols, the P290 features drift adjustable sights in the standard SIG SAUER dovetails. This gives shooters the option of either standard contrast sights or SIGLITE® night sights. The slide is machined from a solid billet of stainless steel and is available in a natural stainless or a durable Nitron® coating. A reversible magazine catch is left-hand adjustable. Interchangeable grip panels allow for personalization as well as a custom fit. In addition to the standard polymer inserts, optional panels will be available in aluminum, G10 and wood.

| | | |
|---|---|---|
| Price: | Model 290 RS | $570.00 |
| Price: | Model 290 RS Enhanced | $613.00 |
| Price: | Model 290 RS Two-Tone with laser sight | $685.00 |
| Price: | Model 290 RS Rainbow or Pink with laser sights | $613.00 |



## SIG SAUER P239

**Caliber:** 9mm Para., 8-shot, .357 SIG, .40 S&W, 7-shot magazine. **Barrel:** 3.6". **Weight:** 25.2 oz. **Length:** 6.6" overall. **Grips:** Checkered black composite. **Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights. **Features:** SA/DA or DAO; blackened stainless steel slide, aluminum alloy frame. Compact model designed for concealed carry or backup. Introduced 1996. Made in U.S.A. by SIG SAUER, Inc.

| | |
|---|---|
| Price: | $993.00 |
| Price: Night sights | $1,108.00 |



## SIG SAUER 250 SERIES

**Caliber:** 9mm Para. (16-round magazine), 357 SIG, .40 S&W and .45 ACP. **Barrel:** 4.7, 3.9, 3.6. **Length: :** 24.9 to 29.4 oz. **Length:** 7.2" overall. **Grips:** Interchangeable polymer. **Sights:** Siglite night sights. **Features:** Modular polymer frame design allows for immediate change in caliber. Available in full, compact and subcompact sizes. Six different grip combinations for each size. Introduced 2008. A compact version is available in .22 LR. From SIG Sauer, Inc.

| | |
|---|---|
| Price: P250 | $480.00 |
| Price: P250 .22 LR | $434.00 |





## SIG SAUER P320

**Caliber:** 9mm, .357 SIG, .40 S&W, .45 ACP. Magazine capacity 15 or 16 rounds (9mm), 13 or 14 rounds (.357 or .40). **Barrel:** 3.9 (Carry model) or 4.7" (Full size). **Weight:** 26 to 30 oz. **Length:** 7.2 or 8.0 inches overall. **Grips:** Interchangeable black composite. **Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights. **Features:** Striker-fired double-action only, Nitron finish slide, black polymer frame. Frame size and calibers are interchangeable. Introduced 2014. Made in U.S.A. by SIG SAUER, Inc.

| | |
|---|---|
| Price: Full size | $713.00 |
| Price: Carry (shown) | $713.00 |

## SIG SAUER P556 SWAT

**Caliber:** 5.56 NATO. Pistol version of P556 rifle. **Barrel:** 10 inches. **Capacity:** 10 rounds. **Weight:** 7.2 lbs. **Length:** 27.25 inches.

| | |
|---|---|
| Price: From | $1,794.00 |

## SIG SAUER MPX

**Caliber:** 9mm, .357 SIG, .40 S&W. **Capacity:** 10, 20 or 30 rounds. **Barrel:** 8 inches. Semi-auto AR-style gun with closed, fully locked short-stroke pushrod gas sytem. **Weight:** 5 lbs.

| | |
|---|---|
| Price: | $1,500.00 |

## SIG SAUER P938

**Caliber:** 9mm (6-shot magazine), .22 LR (10). **Barrel:** 3.0". **Weight:** 16 oz. **Length:** 5.9". **Grips:** Rosewood, Blackwood, Hogue Extreme, Hogue Diamondwood. **Sights:** Siglite night sights or Siglite rear with Tru-Glo front. **Features:** Slightly larger version of P238.

| | |
|---|---|
| Price: | $809.00 to $823.00 |
| Price: .22 LR | $656.00 |



Prices given are believed to be accurate at time of publication however, many factors affect retail prices ........... is are not possible.

71ST EDITION, 2017 ✦ **403**

# HANDGUNS Autoloaders, Service & Sport

### SMITH & WESSON M&P SERIES
**Caliber:** .22 LR, 9mm, .357 Sig, .40 S&W. **Magazine capacity, full-size models:** 12 rounds (.22), 17 rounds (9mm), 15 rounds (.40). **Compact models:** 12 (9mm), 10 (.40). **Barrel:** 4.25, 3.5 inches. **Weight:** 24, 22 oz. **Length:** 7.6, 6.7 inches. **Grips:** Polymer with three interchangeable palmswell grip sizes. **Sights:** 3 white-dot system with low-profile rear. **Features:** Zytel polymer frame with stainless steel slide, barrel and structural components. VTAC (Viking Tactics) model has Flat Dark Earth finish, VTAC Warrior sights. Compact models available with Crimson Trace Lasergrips. Numerous options for finishes, sights, operating controls.
Price: ...............................................................................$569.00
Price: (VTAC).................................................................$799.00
Price: (Crimson Trace) ....................................... $699.00 to $829.00



Price: M&P 22.......................................... $389.00 to $419.00

### SMITH & WESSON M&P PRO SERIES C.O.R.E.
**Caliber:** 9mm, .40 S&W. Magazine capacity: 17 rounds (9mm), 15 rounds (.40). **Barrel:** 4.25" (M&P9, M&P40), or 5" (M&P9L, M&P40L.) **Features:** Based on the Pro series line of competition-ready firearms, the C.O.R.E. models (Competition Optics Ready Equipment) feature a slide engineered to accept six popular competition optics (Trijicon RMR, Leupold Delta Point, Jpoint, Doctor, C-More STS, Insight MRDS). Sight not included. Other features identical to standard M&P and M&P40 models.
Price: ...............................................................................$769.00



### SMITH & WESSON M&P 45
M&P model offered in three frame sizes and chambered in .45 ACP.
**Magazine capacity:** 8 or 10 rounds. **Barrel length:** 4 or 4.5 inches. **Weight:** 26, 28 or 30 oz. Available with or without thumb safety. **Finish:** Black or Dark Earth Brown.
Price: ................................................ $599.00 to $619.00
Price: Threaded barrel kit.........................................$719.00



### SMITH & WESSON M&P 9/40 SHIELD
Ultra-compact, single-stack variation of M&P series. **Caliber:** 9mm, .40 S&W. Comes with one 7 and one 8-round magazine (9mm), one 6-round and one 7-round magazine (.40). **Barrel:** 3.1 inches. **Length:** 6.1 inches. **Weight:** 19 oz. **Sights:** 3-white-dot system with low-profile rear. Available with or without thumb safety.
Price: ...............................................................................$449.00

### SMITH & WESSON MODEL SD9 VE/SD40 VE
**Caliber:** .40 S&W and 9mm, 10+1, 14+1 and 16+1 round capacities. **Barrel:** 4 inches. **Weight:** 39 oz. **Length:** 8.7". **Grips:** Wood or rubber. **Sights:** Front: Tritium Night Sight, Rear: Steel Fixed 2-Dot. **Features:** SDT™ - Self Defense Trigger for optimal, consistent pull first round to Last, standard picatinny-style rail, slim ergonomic textured grip, textured finger locator and aggressive front and back strap texturing with front and rear slide serrations.
Price: From ....................................................................$389.00



### SMITH & WESSON MODEL SW1911
**Caliber:** .45 ACP, 9mm. **Magazine capacity:** 8 rounds (.45), 7 rounds (sub compact .45), 10 rounds (9mm). **Barrel:** 3, 4.25, 5 inches. **Weight:** 26.5 to 41.7 oz. **Length:** 6.9 to 8.7 inches. **Grips:** Wood, wood laminate or synthetic. Crimson Trace Lasergrips available. **Sights:** Low profile white dot, tritium night sights or adjustable. **Finish:** Black matte, stainless or two-tone. **Features:** Offered in three different frame sizes. Skeletonized trigger. Accessory rail on some models. Compact models have round butt frame. Pro Series have 30 lpi checkered front strap, oversized external extractor, extended mag well, full-length guide rod, ambidextrous safety.
Price: Standard model E Series, from .....................................$979.00
Price: Compact SC series ...............................................$1,449.00
Price: Crimson Trace grips ..............................................$1,149.00
Price: Pro Series ................................ $1,459.00 to $1,609.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport



**SMITH & WESSON BODYGUARD® 380**
**Caliber:** .380 Auto, 6+1 round capacity. **Barrel:** 2.75". **Weight:**
11.85 oz. **Length:** 5.25". **Grips:** Polymer. **Sights:** Integrated laser
plus drift-adjustable front and rear. **Features:** The frame of the
Bodyguard is made of reinforced polymer, as is the magazine base
plate and follower, magazine catch, and the trigger. The slide, sights,
and guide rod are made of stainless steel, with the slide and sights
having a Melonite hard coating.
**Price:** .......................................................................................$449.00



**SPHINX SDP**
**Caliber:** 9mm (15-shot magazine). **Barrel:** 3.7". **Weight:** 27.5 oz.
**Length:** 7.4". **Sights:** Defiance Day & Night Green fiber/tritium
front, tritium 2-dot red rear. **Features:** Double/single action with
ambidextrous decocker, integrated slide postion safety, aluminum
MIL-STD 1913 Picatinny rail. Blued alloy/steel or stainless.
Aluminum and polymer frame, machined steel slide. Offered in
several variations. Made in Switzerland and imported by Kriss USA.
**Price:** From .............................................................................$949.00



**SPRINGFIELD ARMORY EMP ENHANCED MICRO**
**Caliber:** 9mm Para., 40 S&W; 9-round magazine. **Barrel:** 3-inch
stainless steel match grade, fully supported ramp, bull. **Weight:**
26 oz. **Length:** 6.5" overall. **Grips:** Thinline cocobolo hardwood.

**Sights:** Fixed low profile combat rear, dovetail front, 3-dot tritium.
**Features:** Two 9-round stainless steel magazines with slam pads,
long aluminum match-grade trigger adjusted to 5 to 6 lbs., forged
aluminum alloy frame, black hardcoat anodized; dual spring full-
length guide rod, forged satin-finish stainless steel slide. Introduced
2007.
**Price:** .......................................................................$1,320.00
**Price:** Champion...................................................................$1,179.00







**SPRINGFIELD ARMORY XD SERIES**
**Caliber:** 9mm Para., .40 S&W, .45 ACP. **Barrel:** 3, 4, 5 inches. **Weight:**
20.5-31 oz. **Length:** 6.26-8 overall. **Grips:** Textured polymer.
**Sights:** Varies by model; Fixed sights are dovetail front and rear
steel 3-dot units. **Features:** Three sizes in X-Treme Duty (XD) line:
Sub-Compact (3" barrel), Service (4" barrel), Tactical (5" barrel).
Three ported models available. Ergonomic polymer frame, hammer-
forged barrel, no-tool disassembly, ambidextrous magazine release,
visual/tactile loaded chamber indicator, visual/tactile striker status
indicator, grip safety, XD gear system included. Introduced 2004.
XD 45 introduced 2006. Compact line introduced 2007. Compact
is shipped with one extended magazine (13) and one compact
magazine (10). XD Mod.2 Sub-Compact has newly contoured slide
and redesigned serrations, stippled grip panels, fiber-optic front si
ght. From Springfield Armory.

es given are believed to be accurate at time of publication however, many factors affect retail pri... ... ... ...re not possible.

# HANDGUNS Autoloaders, Service & Sport





**Price:** Sub-Compact OD Green 9mm Para./40 S&W,
fixed sights ........................................................ **$508.00**
**Price:** Compact .45 ACP, 4 barrel, Bi-Tone finish (2008) ........ **$607.00**
**Price:** Service Black 9mm Para./40 S&W, fixed sights ............**$541.00**
**Price:** Service Black .45 ACP, external thumb safety
(2008)................................................................. **$638.00**
**Price:** V-10 Ported Black 9mm Para./40 S&W ........................**$608.00**
**Price:** XD Mod.2.................................................................**$565.00**



**SPRINGFIELD ARMORY XDM SERIES**
**Calibers:** 9mm, .40 S&W, .45 ACP. **Barrel:** 3.8 or 4.5". **Sights:**
Fiber optic front with interchangeable red and green filaments,
adjustable target rear. **Grips:** integral polymer with three optional
backstrap designs. **Features:** Variation of XD design with improved
ergonomics, deeper and longer slide serrations, slightly modified
grip contours and texturing. Black polymer frame, forged steel slide.
Black and two-tone finish options.
**Price:** .................................................................. **$697.00 to $732.00**



**SPRINGFIELD ARMORY XD-S**
**Caliber:** 9mm, .45 ACP. Same features as XDM except has single-
stack magazine for thinner profile. **Capacity:** 7 rounds (9mm), 5
rounds (.45). An extra extended-length magazine is included (10
rounds, 9mm; 7 rounds, .45). **Barrel:** 3.3 inches. **Weight:** 21.5 oz.
**Features:** Black or two-tone finish.
**Price:** (two-tone) ...................................................... **$599.00 to $669.00**



**SPRINGFIELD ARMORY MIL-SPEC 1911A1**
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 35.6- 39 oz.
**Length:** 8.5-8.625" overall. **Finish:** Stainless steel. **Features:** Similar
to Government Model military .45.
**Price:** Mil-Spec Parkerized, 7+1, 35.6 oz. ..............................**$785.00**
**Price:** Mil-Spec Stainless Steel, 7+1, 36 oz. ...........................**$889.00**



**SPRINGFIELD ARMORY TACTICAL RESPONSE**
Similar to 1911A1 except .45 ACP only, checkered front strap and
main-spring housing, Novak Night Sight combat rear sight and
matching dove-tailed front sight, tuned, polished extractor, oversize
barrel link; lightweight speed trigger and combat action job, match
barrel and bushing, extended ambidextrous thumb safety and fitted
beavertail grip safety. Checkered cocobolo wood grips, comes with
two Wilson 7-shot magazines. Frame is engraved "Tactical" both
sides of frame with "TRP." Introduced 1998. TRP-Pro Model meets
FBI specifications for SWAT Hostage Rescue Team.
**Price:** ...............................................................................**$1,646.00**
**Price:** Operator with adjustable Trijicon night sights ............**$1,730.00**

Prices g... ... ... ... ... 'e accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

# HANDGUNS Autoloaders, Service & Sport



**SPRINGFIELD ARMORY RANGE OFFICER**
Caliber: 9mm or .45 ACP. Barrel: 5" stainless match grade. Compact model has 4" barrel. Sights: Adjustable target rear, post front. Grips: Double diamond checkered walnut. Weight: 40 oz. 28 oz. (compact). Operator model has fiber optic sights.
Price: .................................................................$936.00
Price: Compact..................................................$899.00
Price: Stainless finish.....................................$1,045.00
Price: Operator ................................................$1,029.00

**SPRINGFIELD ARMORY CHAMPION OPERATOR LIGHTWEIGHT**
Caliber: .45 ACP. Barrel: 4" stainless match grade bull barrel. Sights: 3-dot Tritum combat profile. Grips: Double diamond checkered cocobolo with Cross Cannon logo. Features: Alloy frame with integral rail, extended ambi thumb safety and trigger, lightweight Delta hammer.
Price: ..............................................................$1,050.00



**STEYR M-A1 SERIES**
Caliber: 9mm (15 or 17-round capacity) or .40 S&W (10-12). Barrel: 3.5" (MA-1), 4.5" (L-A1), 3" (C-A1). Weight: 27 oz. Sights: Fixed with white outline triangle. Grips: Black synthetic. Ergonomic low-profile for reduced muzzle lift. DAO striker-fired operation.
Price: M-A1 ........................................................$560.00
Price: C-A1 compact model ................................$560.00
Price: L-A1 full-size model.................................$560.00



**STOEGER COMPACT COUGAR**
Caliber: 9mm, 13+1 round capacity. Barrel: 3.6". Weight: 32 oz.



Length: 7". Grips: Wood or rubber. Sights: Quick read 3-dot.
Features: Double/single action with a matte black finish. The ambidextrous safety and decocking lever is easily accessible to the thumb of a right-handed or left-handed shooter.
Price: .................................................................$469.00



**STI DUTY ONE**
This company manufactures a wide selection of 1911-style semiauto pistols chambered in .45 ACP, 9mm, .357 SIG, 10mm and .38 Super. Barrel lengths are offered from 3.0 to 6.0 inches. Listed here are several of the company's more than 20 current models. Numerous finish, grip and sight options are available. Duty One series features include government size frame with integral tactical rail and 30 lpi checkered front strap; milled tactical rail on the dust cover of the frame; ambidextrous thumb safeties; high rise beavertail grip safety; lowered and flared ejection port; fixed rear sight; front and rear cocking serrations; 5-inch fully supported STI International ramped bull barrel.
Price: ..............................................................$1,384.00



**STI EAGLE**
1911-style semiauto pistol chambered in .45 ACP, .38 Super, .357 SIG, 9mm, .40 S&W. Features include modular steel frame with polymer grip; high capacity double-stack magazines; scalloped slide with front and rear cocking serrations; dovetail front sight and STI adjustable rear sight; stainless steel STI hi-ride grip safety and stainless steel STI ambi-thumb safety; 5- or 6-inch STI stainless steel fully supported, ramped bull barrel or the traditional bushing barrel; blued or stainless finish.
Price: ..............................................................$2,123.00

is given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

71ST EDITION, 2017 ✦ **407**

# HANDGUNS Autoloaders, Service & Sport

chambering. 2.33" tip-up barrel, matte black finish, extended magazine with finger lip, manual safety. Overall length is 4.8". Weighs 10.8 oz.
Price: ................................................................................ **$276.00**

## TAURUS 24/7 G2 SERIES
Double/single action semiauto pistol chambered in 9mm Parabellum (15+1), .40 S&W (13+1), and .45 ACP (10+1). Features include blued or stainless finish; "Strike Two" capability; new trigger safety; low-profile adjustable rear sights for windage and elevation; ambidextrous magazine release; 4.2-inch barrel; Picatinny rail; polymer frame; polymer grip with metallic inserts and three interchangeable backstraps. Also offered in compact model with shorter grip frame and 3.5-inch barrel.
Price: ......................................................... **$523.00 to $543.00**



## TAURUS MODEL 92
**Caliber:** 9mm Para., 10- or 17-shot mags. **Barrel:** 5". **Weight:** 34 oz. **Length:** 8.5" overall. **Grips:** Checkered rubber, rosewood, mother-of-pearl. **Sights:** Fixed notch rear. 3-dot sight system. Also offered with micrometer-click adjustable night sights. **Features:** Double action, ambidextrous 3-way hammer drop safety, allows cocked & locked carry. Blue, stainless steel, blue with gold highlights, stainless steel with gold highlights, forged aluminum frame, integral key-lock. .22 LR conversion kit available. Imported from Brazil by Taurus International.
Price: 92B .......................................................................... **$638.00**
Price: 92SS ......................................................................... **$653.00**



## TAURUS MODEL 111 G2
**Caliber:** 9mm Para., 10- or 12-shot mags. **Barrel:** 3.25. **Weight:** 18.7 oz. **Length:** 6-1/8 overall. **Grips:** Checkered polymer. **Sights:** 3-dot fixed; night sights available. Low profile, 3-dot combat. **Features:** Double action only, polymer frame, matte stainless or blue steel slide, manual safety, integral key-lock. Deluxe models with wood grip inserts.
Price: Blued ....................................................................... **$436.00**
Price: Stainless ................................................................... **$450.00**

## TAURUS SLIM 700 SERIES
Compact double/single action semiauto pistol chambered in 9mm Parabellum (7+1), .40 S&W (6+1), and .380 ACP (7+1). Features include polymer frame; blue or stainless slide; single/double action trigger pull; low-profile fixed sights. Weight 19 oz., length 6.24 inches, width less than an inch.
Price: ................................................................................ **$404.00**
Price: Stainless ................................................................... **$504.00**



## TAURUS MODEL 709 G2 SLIM
**Caliber:** 9mm., 7+1-shot magazine. **Barrel:** 3". **Weight:** 19 oz. **Length:** 6" overall. **Grips:** Black. **Sights:** Low profile. **Features:** Single-action only operation.
Price: Matte black .............................................................. **$404.00**
Price: Stainless ................................................................... **$504.00**

## TAURUS SLIM 740
**Caliber:** .40 cal., 6+1-shot magazine. **Barrel:** 3.2". **Weight:** 19 oz. **Length:** 6.24" overall. **Grips:** Polymer Grips. **Features:** Double action with stainless steel finish.
Price: ................................................................................ **$504.00**



## THOMPSON CUSTOM 1911A1
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 4.3". **Weight:** 34 oz. **Length:** 8" overall. **Grips:** Checkered laminate grips with a Thompson bullet logo inlay. **Sights:** Front and rear sights are black with serrations and are dovetailed into the slide. **Features:** Machined from 420 stainless steel, matte finish. Thompson bullet logo on slide. Flared ejection port, angled front and rear serrations on slide, 20-lpi checkered mainspring housing and frontstrap. Adjustable trigger, combat hammer, stainless steel full-length recoil guide rod, extended beavertail grip safety; extended magazine release; checkered slide-stop lever. Made in U.S.A. by Kahr Arms.
Price: 1911TC .................................................................... **$866.00**

## THOMPSON TA5 1927A-1 LIGHTWEIGHT DELUXE
**Caliber:** .45 ACP, 50-round drum magazine. **Barrel:** 10.5", 1:16 right-

# HANDGUNS Autoloaders, Service & Sport

hand twist. **Weight:** 94.5 oz. **Length:** 23.3" overall. **Grips:** Walnut, horizontal foregrip. **Sights:** Blade front, open rear adjustable. **Features:** Based on Thompson machine gun design. Introduced 2008. Made in U.S.A. by Kahr Arms.
**Price:** TA5 (2008)......................................................................$1,323.00



**TRISTAR 100 /120 SERIES**
**Caliber:** 9mm, .40 S&W (C-100 only). **Magazine capacity:** 15 (9mm), 11 (.40). **Barrel:** 3.7 to 4.7 inches. **Weight:** 26 to 30 oz. **Grips:** Checkered polymer. **Sights:** Fixed. **Finish:** Blue or chrome. **Features:** Alloy or steel frame. Single/double action. A series of pistols based on the CZ-75 design. Imported from Turkey.
**Price:** ..........................................................................$459.00



**TURNBULL MODEL 1911**
**Caliber:** .45 ACP. An accurate reproduction of 1918-era Model 1911 pistol. **Features:** Forged slide with appropriate shape and style. Later style sight with semi-circle notch. Early style safety lock with knurled undercut thumb piece. Short, wide checkered spur hammer. Hand checkered double-diamond American Black Walnut grips. Hand polished with period correct Carbonia charcoal bluing. Custom made to order with many options. Made in the USA by Doug Turnbull Manufacturing Co.
**Price:** ..........................................................................$2,250.00



**WALTHER P99 AS**
**Caliber:** 9mm, .40 S&W. Offered in two frame sizes, standard and compact. **Magazine capacity:** 15 or 10 rounds (9mm), 10 or 8 rounds (.40). **Barrel:** 3.5 or 4 inches. **Weight:** 21 to 26 oz.

**Length:** 6.6 to 7.1 inches. **Grips:** Polymer with interchangeable backstrap inserts. **Sights:** Adjustable rear, blade front with three interchangeable inserts of different heights. **Features:** Double action with trigger safety, decocker, internal striker safety, loaded chamber indicator. Made in Germany.
**Price:** ..........................................................................$629.00

**WALTHER PK380**
**Caliber:** .380 ACP (8-shot magazine). **Barrel:** 3.66". **Weight:** 19.4 oz. **Length:** 6.5". **Sights:** Three-dot system, drift adjustable rear. **Features:** Double action with external hammer, ambidextrous mag release and manual safety. Picatinny rail. Black frame with black or nickel slide.
**Price:** ..........................................................................$399.00
**Price:** Nickel slide ..........................................................$449.00



**WALTHER PPK**
**Caliber:** .380 ACP. **Capacity:** 6+1. **Barrel:** 3.3 inches **Weight:** 22 oz. **Length:** 6.1 inches **Grips:** Checkered plastic. **Sights:** Fixed. **Features:** Available in blue or stainless finish. Made in the U.S.A.
**Price:** ..........................................................................$699.00



**WALTHER PPK/S**
**Caliber:** .22 LR or .380 ACP. **Capacity:** 10+1 (.22), 7+1 (.380). Made in Germany. **Features:** identical to PPK except for grip length and magazine capacity.
**Price:** (.380)..................................................................$699.00
**Price:** (.22 blue)............................................................$400.00
**Price:** (.22 stainless)......................................................$430.00

**WALTHER PPQ M2**
**Caliber:** 9mm, (15 round magazine), .40 S&W (11). .45 ACP, .22 LR (PPQ M2 .22). 12-shot magazine. **Barrel:** 4 or 5". **Weight:** 24 oz. **Length:** 7.1, 8.1". **Sights:** Drift adjustable. **Features:** Quick Defense trigger, firing pin block, ambidextrous slide lock and mag release, Picatinny rail. Comes with two extra magazines, two interchangeable frame backstraps and hard case. Navy SD model has threaded 4.6" barrel. M2 .22 has aluminum slide, blowback operation, weighs 19 ounces.
**Price:** 9mm, .40 ..........................................$649.00 to $749.00
**Price:** M2 .22...............................................................$429.00
**rice:** .45 ......................................................$699.00 to $799.00

000153

ER_1023

# HANDGUNS Autoloaders, Service & Sport



**WALTHER CCP**
Caliber: 9mm, 8-shot magazine. Barrel: 3.5 inches. Weight: 22 oz. Length: 6.4 inches. Features: Thumb operated safety, reversible mag release, loaded chamber indicator. Delayed blowback gas-operated action provides less recoil and muzzle jump, and easier slide operation. Available in all black or black/stainless two-tone finish.
Price: From ................................................ $469.00 to $499.00



**WALTHER PPS**
Caliber: 9mm Para., 40 S&W. 6-, 7-, 8-shot magazines for 9mm Para.; 5-, 6-, 7-shot magazines for 40 S&W. Barrel: 3.2". Weight: 21.4 oz. Length: 6.3" overall. Stocks: Stippled black polymer. Sights: Picatinny-style accessory rail, 3-dot low-profile contoured sight. Features: PPS-"Polizeipistole Schmal," or Police Pistol Slim. Measures 1.04 inches wide. Ships with 6- and 7-round magazines. Striker-fired action, flat slide stop lever, alternate backstrap sizes. QuickSafe feature decocks striker assembly when backstrap is removed. Loaded chamber indicator. Introduced 2008.
Price: ................................................................ $629.00



**WALTHER PPX**
Caliber: 9mm, .40 S&W. Capacity: 16 rounds (9mm), 14 rounds (.40). Barrel: 4 inches. Weight: 27.2 oz. Length: 7.3 inches. Grips:

Textured polymer integral with frame. Sights: Fixed. Finish: Black or black/stainless two-tone. Threaded barrel is optional. Made in Ulm, Germany.
Price: ................................................................ $449.00
Price: (threaded barrel) ..................................... $499.00



**WALTHER P22**
Caliber: .22 LR. Barrel: 3.4, 5". Weight: 19.6 oz. (3.4), 20.3 oz. (5). Length: 6.26, 7.83". Sights: Interchangeable white dot, front, 2-dot adjustable, rear. Features: A rimfire version of the Walther P99 pistol, available in nickel slide with black frame, or Desert Camo or Digital Pink Camo frame with black slide.
Price: From ........................................................ $379.00
Price: Nickel slide/black frame, or black slide/camo frame ..... $449.00



**WILSON COMBAT ELITE SERIES**
Caliber: 9mm Para., .38 Super, .40 S&W; .45 ACP. Barrel: Compensated 4.1" hand-fit, heavy flanged cone match grade. Weight: 36.2 oz. Length: 7.7" overall. Grips: Cocobolo. Sights: Combat Tactical yellow rear tritium inserts, brighter green tritium front insert. Features: High-cut front strap, 30-lpi checkering on front strap and flat mainspring housing, High-Ride Beavertail grip safety. Dehorned, ambidextrous thumb safety, extended ejector, skeletonized ultralight hammer, ultralight trigger, Armor-Tuff finish on frame and slide. Introduced 1997. Made in U.S.A. by Wilson Combat. This manufacturer offers more than 100 different 1911 models ranging in price from about $2,800 to $5,000. XTAC and Classic 6-inch models shown. Prices show a small sampling of available models.
Price: Classic from.................................................. $3,300.00
Price: CQB from....................................................... $2,865.00
Price: Hackathorn Special ........................................ $3,750.00
Price: Tactical Carry ................................................ $3,750.00
Price: Tactical Supergrade........................................ $5,045.00
Price: Bill Wilson Carry Pistol .................................. $3,205.00
Price: Ms. Sentinel .................................................. $3,875.00
Price: Hunter 10mm, .460 Rowland............................ $4,100.00
Price: Beretta Brigadier Series from ......................... $1,095.00

given are believed to be accurate at time of publication however, many factors affect retail p        are not possible.        71ST EDITION, 2017 ✦ **411**

**000154**

**ER_1024**

# HANDGUNS Competition



competitions. Characteristic features of all versions A universal handgun for both left-handers and right-handers,. The selective SA/DA firing mechanism, a large capacity double-column magazine, a comfortable grip and balance in either hand lead to good results at instinctive shooting (without aiming). Low trigger pull weight and high accuracy of fire. A long service life and outstanding reliability - even when using various types of cartridges. The slide stays open after the last cartridge has been fired, suitable for combat shooting. The sights are fitted with a three-dot illuminating system for better aiming in poor visibility conditions. The combat version features an adjustable rear sight by means of micrometer screws.



**Price:** ..................................................................... $664.00

**CZ 75 TS CZECHMATE**
**Caliber:** 9mm Luger, 20-shot magazine. **Barrel:** 130mm.
**Weight:** 1360 g **Length:** 266 mm overall. **Features:** The handgun is custom-built, therefore the quality of workmanship is fully comparable with race pistols built directly to IPSC shooters wishes. Individual parts and components are excellently match fitted, broke-in and tested. Every handgun is outfitted with a four-port compensator, nut for shooting without a compensator, the slide stop with an extended finger piece, the slide stop without a finger piece, ergonomic grip panels from aluminium with a new type pitting and side mounting provision with the C-More red dot sight. For the shooting without a red dot sight there is included a standard target rear sight of Tactical Sports type, package contains also the front sight.
**Price:** ................................................................. $3,317.00

**CZ 75 TACTICAL SPORTS**
**Caliber:** 9mm Luger and .40 S&W, 17-20-shot magazine capacity.
**Barrel:** 114mm. **Weight:** 1270 g **Length:** 225 mm overall.
**Features:** semi-automatic handgun with a locked breech. This pistol model is designed for competition shooting in accordance with world IPSC (International Practical Shooting Confederation) rules and regulations. The pistol allow rapid and accurate shooting within a very short time frame.The CZ 75 TS pistol model design stems from the standard CZ 75 model. However, this model feature number of special modifications, which are usually required for competitive handguns: - single-action trigger mechanism (SA) - match trigger made of plastic featuring option for trigger travel adjustments before discharge (using upper screw), and for overtravel (using bottom screw). The adjusting screws are set by the manufacturer - sporting hammer specially adapted for a reduced trigger pull weight - an extended magazine catch - grip panels made of walnut wood - guiding funnel made of plastic for quick inserting of the magazine into pistol's frame. Glossy blue slide, silver polycoat frame. Packaging includes 3 pcs of magazines.
**Price:** ................................................................. $1,310.00

**CZ 85 COMBAT**
**Caliber:** 9mm Luger, 16-shot magazine. **Barrel:** 114mm. **Weight:** 1000 g **Length:** 206 mm overall. **Features:** The CZ 85 Combat modification was created as an extension to the CZ 85 model in its standard configuration with some additional special elements. The rear sight is adjustable for elevation and windage, and the trigger for overtravel regulation. An extended magazine catch, elimination of the magazine brake and ambidextrous controlling elements directly predispose this model for sport shooting



**DAN WESSON CHAOS**
**Caliber:** 9mm Luger, 21-shot magazine capacity. **Barrel:** 5". **Weight:** 3.20 lbs. **Length:** 8.75" overall. **Features:** A double-stack 9mm designed for three-gun competition.
**Price:** ................................................................. $3,829.00

**DAN WESSON HAVOC**
**Caliber:** 9mm Luger & .38 Super, 21-shot magazine capacity. **Barrel:** 4.25". **Weight:** 2.20 lbs. **Length:** 8" overall. **Features:** The HAVOC is based on an "All Steel" Hi-capacity version of the 1911 frame. It comes ready to dominate Open IPSC/USPSA division. The C-more mounting system offers the lowest possible mounting configuration possible, enabling extremely fast target acquisition. The barrel and compensator arrangement pairs the highest level of accuracy with the most effective compensator available.
**Price:** ................................................................. $4,299.00

Prices given are believed to be accurate at time of publication however, many factors affect retail ... es are not possible.       71ST EDITION, 2017 ✛ **413**

# HANDGUNS Competition



**DAN WESSON MAYHEM**
Caliber: .40 S&W, 18-shot magazine capacity. Barrel: 6". Weight: 2.42 lbs. Length: 8.75" overall. Features: The MAYHEM is based on an "All Steel" Hi-capacity version of the 1911 frame. It comes ready to dominate Limited IPSC/USPSA division or fulfill the needs of anyone looking for a superbly accurate target grade 1911. Taking weight away from where you don't want it and adding it to where you do want it was the first priority in designing this handgun. The 6" bull barrel and the tactical rail add to the static weight "good weight". We wanted a 6" long slide for the added sight radius and the enhanced pointability, but that would add to the "bad weight" so the 6" slide has been lightened to equal the weight of a 5". The result is a 6" long slide that balances and feels like a 5" but shoots like a 6". The combination of the all steel frame with industry leading parts delivers the most well balanced, softest shooting 6" limited gun on the market.
Price: ........................................................................ $3,899.00

**DAN WESSON TITAN**
Caliber: 10mm, 21-shot magazine capacity. Barrel: 4.25". Weight: 1.62 lbs. Length: 8" overall. Features: The TITAN is based on an "All Steel" Hi-capacity version of the 1911 frame. Turning the most well known defensive pistol "1911" into a true combat handgun was no easy task. The rugged HD night sights are moved forward and recessed deep in the slide yielding target accuracy and extreme durability. The Snake Scale serrations' aggressive 25 tpi checkering, and the custom competition G-10 grips ensure controllability even in the harshest of conditions. The combination of the all steel frame, bull barrel, and tactical rail enhance the balance and durability of the most formidable target grade Combat handgun on the market.
Price: ........................................................................ $3,829.00



**EAA WITNESS ELITE GOLD TEAM**
Caliber: 9mm Para., 9x21, .38 Super, .40 S&W, .45 ACP. Barrel: 5.1". Weight: 44 oz. Length: 10.5" overall. Grips: Checkered

walnut, competition-style. Sights: Square post front, fully adjustable rear. Features: Triple-chamber cone compensator; competition SA trigger; extended safety and magazine release; competition hammer; beveled magazine well; beavertail grip. Hand-fitted major components. Hard chrome finish. Match-grade barrel. From E.A.A. Custom Shop. Introduced 1992. Limited designed for IPSC Limited Class competition. Features include full-length dust-cover frame, funneled magazine well, interchangeable front sights. Stock (2005) designed for IPSC Production Class competition. Match introduced 2006. Made in Italy, imported by European American Armory.
Price: Gold Team ................................................. $2,336.00
Price: Pro Limited, 4.75" barrel............................. $1,216.00
Price: Stock, 4.5" barrel, hard-chrome finish........... $1,102.00
Price: Match, 4.75" barrel, two-tone finish.............. $778.00
Price: Limited Custom Xtreme............................... $1,961.00
Price: Witness Match Xtreme................................ $1,879.00
Price: Witness Stock III Xtreme............................. $1,404.00



**FREEDOM ARMS MODEL 83 .22 FIELD GRADE SILHOUETTE CLASS**
Caliber: .22 LR, 5-shot cylinder. Barrel: 10". Weight: 63 oz. Length: 15.5" overall. Grips: Black micarta. Sights: Removable Patridge front blade; Iron Sight Gun Works silhouette rear, click adjustable for windage and elevation (optional adj. front sight and hood). Features: Stainless steel, matte finish, manual sliding-bar safety system; dual firing pins, lightened hammer for fast lock time, pre-set trigger stop. Introduced 1991. Made in U.S.A. by Freedom Arms.
Price: Silhouette Class ........................................ $2,603.00

**FREEDOM ARMS MODEL 83 CENTERFIRE SILHOUETTE MODELS**
Caliber: 357 Mag., .41 Mag., .44 Mag.; 5-shot cylinder. Barrel: 10", 9" (.357 Mag. only). Weight: 63 oz. (41 Mag.). Length: 15.5", 14.5" (.357 only). Grips: Pachmayr Presentation. Sights: Iron Sight Gun Works silhouette rear sight, replaceable adjustable front sight blade with hood. Features: Stainless steel, matte finish, manual sliding-bar safety system. Made in U.S.A. by Freedom Arms.
Price: Silhouette Models, from ............................. $2,318.00



**HIGH STANDARD SUPERMATIC TROPHY TARGET**
Caliber: .22 LR, 9-shot mag. Barrel: 5.5" bull or 7.25" fluted. Weight: 44-46 oz. Length: 9.5-11.25" overall. Stock: Checkered hardwood with thumbrest. Sights: Undercut ramp front, frame-mounted micro-click rear adjustable for windage and elevation; drilled and tapped for scope mounting. Features: Gold-plated trigger, slide lock, safety-lever and magazine release; stippled front grip and backstrap; adjustable trigger and sear. Barrel weights optional. From

# CENTERFIRE RIFLES Autoloaders

## ALEXANDER ARMS AR SERIES
**Caliber:** .17 HMR, 5.56 NATO, 6.5 Grendel, .300 AAC, .338 Lapua Mag., .50 Beowulf. This manufacturer produces a wide range of AR-15 type rifles and carbines. **Barrel:** 16, 18, 20 or 24 inches. Models are available for consumer, law enforcement and military markets. Depending on the specific model, features include forged flattop receiver with Picatinny rail, button-rifled stainless steel barrels, composite free-floating handguard, A2 flash hider, M4 collapsible stock, gas piston operating system.
Price: .17 HMR ..........................................................$1,210.00
Price: 5.56 NATO ......................................................$1,349.00
Price: 6.5 Grendel ...............................$1,540.00 to $1,750.00
Price: .300 AAC .......................................................$1,349.00
Price: .50 Beowulf ..............................$1,375.00 to $1,750.00



## ALEXANDER ARMS ULFBERHT
**Caliber:** .338 Lapua Mag. Custom-designed adjustable gas-piston operating system. **Barrel:** 27.5-inch chrome moly with three-prong flash hider. **Stock:** Magpul PRS. **Length:** 41.25 inches (folded), 50 inches (extended stock). **Weight:** 19.8 lbs.
Price: Ulfberht .338 Lapua Mag...........................................$6,850.00

## ARMALITE M15A4 CARBINE
**Caliber:** .223 Rem., 30-round magazine. **Barrel:** 16" heavy chrome lined; 1:7" twist, flash suppressor. **Weight:** 6.8 lbs. **Length:** 36" overall. **Stock:** Green or black composition. **Sights:** Standard A2. **Features:** Forged flattop receiver with Picatinny rail, 8-inch handguard, anodize aluminum supper/lower receiver, flip-up sights.
Price: ....................................................................$1,073.00



## ARMALITE AR-10A4 SPECIAL PURPOSE
**Caliber:** .243, .308 Win., 10- and 20-round magazine. **Barrel:** 20" chrome-lined, 1:11.25" twist. **Weight:** 9.6 lbs. **Length:** 41" overall. **Stock:** Green or black composition. **Sights:** Detachable handle, front sight, or scope mount available; comes with international style flattop receiver with Picatinny rail. **Features:** Forged upper receiver with case deflector. Receivers are hard-coat anodized. Introduced 1995. Made in U.S.A. by ArmaLite, Inc.
Price: ....................................................................$1,571.00

## ARMALITE AR-10A2
Utilizing the same 20" double-lapped, heavy barrel as the ArmaLite AR10A4 Special Purpose Rifle. Offered in .308 Win. only. Made in U.S.A. by ArmaLite, Inc.
Price: AR-10A2 rifle or carbine ..........................................$1,561.00

## ARMALITE AR-10 SUPER SASS
**Caliber:** 7.62 NATO/.308 Win. **Barrel:** 20-inch ceramic coated stainless steel threaded with flash suppressor. **Weight:** 9.4 to 11.8 lbs. **Features:** Upper receiver has Picatinny rail, forward assist, adjustable sniper stock, Super Sass quad rail, floating handguard. Many optional accessories and variants.
Price: From ...........................................................$3,100.00

## ARSENAL, INC. SLR-107F
**Caliber:** 7.62x39mm. **Barrel:** 16.25". **Weight:** 7.3 lbs. **Stock:** Left-side folding polymer stock. **Sights:** Adjustable rear. **Features:** Stamped receiver, 24mm flash hider, bayonet lug, accessory lug, stainless steel heat shield, two-stage trigger. Introduced 2008. Made in U.S.A. by Arsenal, Inc.
Price: SLR-107FR, includes scope rail .................................$1,099.00



## ARSENAL, INC. SLR-107CR
**Caliber:** 7.62x39mm. **Barrel:** 16.25". **Weight:** 6.9 lbs. **Stock:** Left-side folding polymer stock. **Sights:** Adjustable rear. **Features:** Stamped receiver, front sight block/gas block combination, 500-meter rear sight, cleaning rod, stainless steel heat shield, scope rail and removable muzzle attachment. Introduced 2007. Made in U.S.A. by Arsenal, Inc.
Price: SLR-107CR .....................................................$1,119.00

## ARSENAL, INC. SLR-106CR
**Caliber:** 5.56 NATO. **Barrel:** 16.25". Steyr chrome-lined barrel, 1:7 twist rate. **Weight:** 6.9 lbs. **Stock:** Black polymer folding stock with cutout for scope rail. **Sights:** 500-meter rear sight and rear sight block calibrated for 5.56 NATO. Warsaw Pact scope rail. **Features:** Uses Arsenal, Bulgaria, Mil-Spec receiver, two-stage trigger, hammer and disconnector. Polymer magazines in 5- and 10-round capacity in black and green, with Arsenal logo. Others are 30-round black waffles, 20- and 30-round versions in clear/smoke waffle, featuring the "10" in a double-circle logo of Arsenal, Bulgaria. Ships with 5-round magazine, sling, cleaning kit in a tube, 16" cleaning rod, oil bottle. Introduced 2007. Made in U.S.A. by Arsenal, Inc.
Price: SLR-106CR .....................................................$1,200.00



## AUTO-ORDNANCE 1927A-1 THOMPSON
**Caliber:** .45 ACP. **Barrel:** 16.5". **Weight:** 13 lbs. **Length:** About 41" overall (Deluxe). **Stock:** Walnut stock and vertical fore-end. **Sights:** Blade front, open rear adjustable for windage. **Features:** Recreation of Thompson Model 1927. Semiauto only. Deluxe model has finned barrel, adjustable rear sight and compensator; Standard model has plain barrel and military sight. Available with 100-round drum or 30-round stick magazine. From Auto-Ordnance Corp.
Price: Deluxe w/stick magazine...........................................$1,461.00
Price: Deluxe w/drum magazine...........................................$2,061.00
Price: Lightweight model w/stick mag....................................$1,325.00

## AUTO-ORDNANCE THOMPSON M1/M1-C
Similar to the 1927 A-1 except is in the M-1 configuration with side cocking knob, horizontal fore-end, smooth unfinned barrel, sling swivels on butt and fore-end. Matte-black finish. Introduced 1985.
Price: M1 semiauto carbine .............................................$1,375.00
Price: M1-C lightweight semiauto .......................................$1,241.00

## AUTO-ORDNANCE 1927 A-1 COMMANDO
Similar to the 1927 A-1 except has Parkerized finish, black-finish wood butt, pistol grip, horizontal fore-end. Comes with black nylon sling. Introduced 1998. Made in U.S.A. by Auto-Ordnance Corp.
Price: T1-C ............................................................$1,393.00

## AUTO ORDNANCE M1 CARBINE
**Caliber:** .30 Carbine (15-shot magazine). **Barrel:** 18". **Weight:** 5.4 to 5.8 lbs. **Length:** 36.5". **Stock:** Wood or polymer. **Sights:** Blade front, flip-style rear. A faithful recreation of the military carbine.
Price: ......................................................................$846.00

Prices given are... at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders



## BARRETT MODEL 82A-1 SEMI-AUTOMATIC
**Caliber:** .416 Barret, 50 BMG, 10-shot detachable box magazine. **Barrel:** 29". **Weight:** 28.5 lbs. **Length:** 57" overall. **Stock:** Composition with energy-absorbing recoil pad. **Sights:** Scope optional. **Features:** Semiautomatic, recoil operated with recoiling barrel. Three-lug locking bolt; muzzle brake. Adjustable bipod. Introduced 1985. Made in U.S.A. by Barrett Firearms.
**Price:** From ........................................................$9,119.00



## BARRETT M107A1
**Caliber:** 50 BMG. 10-round detachable magazine. **Barrel:** 20 or 29 inches. **Sights:** 27-inch optics rail with flip-up iron sights. **Weight:** 30.9 lbs. **Finish:** Flat Dark Earth. Features: Four-port cylindrical muzzle brake. Quick-detachable Barrett QDL Suppressor. Adjustable bipod and monopod.
**Price:** ...................................................................$12,281.00

## BARRETT MODEL REC7 GEN II
**Caliber:** 5.56 (.223), 6.8 Rem. SPC. 30-round magazine. **Barrel:** 16 inches. **Sights:** ARMS rear, folding front. **Weight:** 28.7 lbs. **Features:** AR-style configuration with standard 17-4 stainless piston system, two-position forward venting gas plug, chrome-lined gas block, A2 flash hider, 6-postion MOE stock.
**Price:** ...................................................................$2,759.00



## BENELLI R1
**Caliber:** .30-06 (4+1), .300 Win Mag (3+1), .338 Win Mag (3+1). **Weight:** 7.1 lbs. **Length:** 43.75" to 45.75". **Stock:** Select satin walnut or synthetic. **Sights:** None. **Features:** Auto-regulating gas-operated system, three-lug rotary bolt, interchangeable barrels, optional recoil pads. Introduced 2003. Imported from Italy by Benelli USA.
**Price:** ...................................................................$1,019.00



## BENELLI MR1
Gas-operated semiauto rifle chambered in 5.56 NATO. Features include 16-inch, 1:9 twist, hard chrome-lined barrel, synthetic stock with pistol grip, rotating bolt, military-style aperture sights with Picatinny rail. Comes equipped with 5-round detachable magazine but accepts M16 magazines.
**Price:** ...................................................................$1,339.00



## BROWNING BAR SAFARI AND SAFARI W/BOSS SEMI-AUTO
**Caliber:** Safari: .25-06 Rem., .270 Win., 7mm Rem. Mag., .30-06 Spfl., .308 Win., .300 Win. Mag., .338 Win. Mag. Safari w/BOSS: .270 Win., 7mm Rem. Mag., .30-06 Spfl., .300 Win. Mag., .338 Win. Mag. **Barrel:** 22-24" round tapered. **Weight:** 7.4-8.2 lbs. **Length:** 43-45" overall. **Stock:** French walnut pistol grip stock and fore-end, hand checkered. **Sights:** No sights. **Features:** Has new bolt release lever; removable trigger assembly with larger triggerguard; redesigned gas and buffer systems. Detachable 4-round box magazine. Scroll-engraved receiver is tapped for scope mounting. BOSS barrel vibration modulator and muzzle brake system available. Mark II Safari introduced 1993. Made in Belgium.
**Price:** BAR MK II Safari, from ...............................$1,230.00
**Price:** BAR Safari w/BOSS, from ..........................$1,400.00



## BROWNING BAR SHORTTRAC/LONGTRAC
**Caliber:**(ShortTrac models) .270 WSM, 7mm WSM, .300 WSM, .243 Win., .308 Win., .325 WSM; (LongTrac models) .270 Win., .30-06 Spfl., 7mm Rem. Mag., .300 Win. Mag. **Barrel:** 23". **Weight:** 6 lbs. 10 oz. to 7 lbs. 4 oz. **Length:** 41.5" to 44". **Stock:** Satin-finish walnut, pistol-grip, fluted fore-end. **Sights:** Adj. rear, bead front standard, no sights on BOSS models (optional). **Features:** Designed to handle new WSM chamberings. Gas-operated, blued finish, rotary bolt design (LongTrac models).
**Price:** BAR ShortTrac, .243 Win., .308 Win. from ...............$1,230.00
**Price:** BAR ShortTrac Left-Hand, intr. 2007, from .................$1,270.00
**Price:** BAR ShortTrac Mossy Oak New Break-up
................................................ $1,260.00 to $1,360.00
**Price:** BAR LongTrac Left Hand, .270 Win., .30-06 Spfl.,
from ........................................................$1,270.00
**Price:** BAR LongTrac, from ...................................$1,200.00
**Price:** BAR LongTrac Mossy Oak Break Up, from ..............$1,360.00



## BROWNING BAR STALKER
**Caliber:** .243 Win., 7mm-08, .308 Win., .270 Win., .30-06 Spfl., .270 WSM, 7mm WSM, .300 WSM, .300 Win. Mag., .338 Win. Mag. **Barrel:** 20-24". **Weight:** 7.1-7.75 LBS. **Length:** 41-45" overall. **Stock:** Black composite stock and forearm. **Sights:** Hooded front and adjustable rear. **Features:** Gas-operated action with seven-lug rotary bolt; dual action bars; 2-, 3- or 4-shot magazine (depending on cartridge). Introduced 2001. Imported by Browning.
**Price:** BAR ShortTrac or LongTrac Stalker, from...................$1,350.00
**Price:** BAR Lightweight Stalker, from...................................$1,260.00

## BUSHMASTER 308 HUNTER
**Caliber:** .308 Win / 7.62 NATO., 5-round magazine. **Barrel:** 20". **Weight:** 8-1/2 lbs. **Length:** 38-1/4" overall. **Stock:** Standard A2 stock with Hogue® rubberized pistol grip. **Sights:** Two ¾" mini-risers for optics mounting. **Features:** Bushmaster .308 Rifles

# CENTERFIRE RIFLES Autoloaders

were developed for the Hunter who intends to immediately add optics (scope, red dot or holographic sight) to the rifle. The premium 20" heavy fluted profile barrel is chrome lined in both bore and chamber to provide Bushmaster accuracy, durability and maintenance ease.

Price: .308 Hunter. .............................................................. $1,685.00



## BUSHMASTER ACR
**Caliber:** 5.56mm, 6.5mm, 6.8mm., 30-round polymer magazine. **Barrel:** All three calibers are available with 10-1/2", 14-1/2", 16-1/2" and 18" barrels. **Weight:** 14-1/2" bbl. 7 lbs., **Length:** 14-1/5" bbl. with stock folded: 25-3/4" with stock deployed (mid) 32-5/9", 10.5" bbl. with stock folded: 21-5/16", with stock deployed (mid): 27-7/8", with stock deployed and extended: 31-3/4" Folding Stock Length of Pull - 3" **Stock:** Fixed high-impact composite A-frame stock with rubber buttpad and sling mounts. **Features:** Cold hammer-forged barrels with melonite coating for extreme long life. A2 birdcage-type hider to control muzzle flash and adjustable, two-position, gas piston-driven system for firing suppressed or unsuppressed, supported by hardened internal bearing rails. The Adaptive Combat Rifle (ACR) features a tool-less, quick-change barrel system available in 10.5", 14.5" and 16.5" and in multiple calibers. Multi-caliber bolt carrier assembly quickly and easily changes from .223/5.56mm NATO to 6.8mm Rem SPC (spec II chamber). Free-floating MIL-STD 1913 monolithic top rail for optic mounting. Fully ambidextrous controls including magazine release, bolt catch and release, fire selector and nonreciprocating charging handle. High-impact composite handguard with heat shield – accepts rail inserts. High-impact composite lower receiver with textured magazine well and modular grip storage. Fire Control – Semi and Full Auto two-stage standard AR capable of accepting drop-in upgrade. Magazine – Optimized for MagPul PMAG. Accepts standard NATO/M-16 magazines.
Price: Basic Folder Configuration ......................................... $2,149.00
Price: ACR Enhanced ........................................................... $2,249.00

## BUSHMASTER HEAVY-BARRELED CARBINE
**Caliber:** 5.56/.223. **Barrel:** 16". **Weight:** 6.93 lbs. to 7.28 lbs. **Length:** 32.5" overall. **Features:** AR-style carbine with chrome-lined heavy profile vanadium steel barrel, fixed or removable carry handle, six-position telestock.
Price: ..................................................................................... $895.00
Price: A3 with removable handle ......................................... $1,420.00

## BUSHMASTER MODULAR CARBINE
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 16". **Weight:** 7.3 lbs. **Length:** 36.25" overall. **Features:** AR-style carbine with chrome-lined chrome-moly vanadium steel barrel, skeleton stock or six-position telestock, clamp-on front sight and detachable flip-up dual aperature rear.
Price: ................................................................................... $1,745.00

## BUSHMASTER 450 RIFLE AND CARBINE
**Caliber:** .450 Bushmaster. **Barrel:** 20" (rifle), 16" (carbine), five-round mag. **Weight:** 8.3 lbs. (rifle), 8.1 lbs. (carbine). **Length:** 39.5" overall (rifle), 35.25" overall (carbine). **Features:** AR-style rifle with chrome-lined chrome-moly barrel, synthetic stock, Izzy muzzlebrake.
Price: Carbine ..................................................................... $1,285.00
Price: Rifle .......................................................................... $1,300.00

## BUSHMASTER TARGET
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 20 or 24-inch heavy or standard. **Weight:** 8.43 lbs. to 9.29 lbs. **Length:** 39.5" or 43.5" overall. **Features:** Semiauto AR-style with chrome-lined or stainless steel 1:9" twist barrel, fixed or removable carry handle, manganese phosphate finish.
Price: ................................................................ $969.00 to $1,000.00

## BUSHMASTER M4A3 TYPE CARBINE
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 16". **Weight:** 6.22 to 6.7 lbs. **Length:** 31 to 32.5 inches overall. **Features:** AR-style carbine with

chrome-moly vanadium steel barrel, Izzy-type flash hider, six-position telestock, various sight options, standard or multi-rail handguard, fixed or removable carry handle.
Price: ................................................................................... $1,100.00

## BUSHMASTER QUICK RESPONSE CARBINE
**Caliber:** 5.56/.223, 10-shot mag. **Barrel:** 16" chromemoly superlight contour with Melonite finish. **Features:** Mini red dot detachable sight, 6-position collapsible stock, A2 type flash hider. Introduced in 2016.
Price: ....................................................................................... $769.00



## CENTURY INTERNATIONAL AES-10 HI-CAP
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 23.2". **Weight:** NA **Length:** 41.5" overall. **Stock:** Wood grip, fore-end. **Sights:** Fixed notch rear, windage-adjustable post front. **Features:** RPK-style, accepts standard double-stack AK-type mags. Side-mounted scope mount, integral carry handle, bipod. Imported by Century Arms Int'l.
Price: AES-10, from ............................................................. $450.00

## CENTURY INTERNATIONAL GP WASR-10 HI-CAP
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 16.25", 1:10 right-hand twist. **Weight:** 7.2 lbs. **Length:** 34.25" overall. **Stock:** Wood laminate or composite, grip, forend. **Sights:** Fixed notch rear, windage-adjustable post front. **Features:** Two 30-rd. detachable box magazines, cleaning kit, bayonet. Version of AKM rifle; U.S.-parts added for BATFE compliance. Threaded muzzle, folding stock, bayonet lug, compensator, Dragunov stock available. Made in Romania by Cugir Arsenal. Imported by Century Arms Int'l.
Price: GP WASR-10, from .................................................... $450.00



## CENTURY INTERNATIONAL M70AB2 SPORTER
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 16.25". **Weight:** 7.5 lbs. **Length:** 34.25" overall. **Stocks:** Metal grip, wood fore-ends. **Sights:** Fixed notch rear, windage-adjustable post front. **Features:** Two 30-rd. double-stack magazine, cleaning kit, compensator, bayonet lug and bayonet. Paratrooper-style Kalashnikov with under-folding stock. Imported by Century Arms Int'l.
Price: M70AB2, from ............................................................ $480.00

## COLT LE6920
**Caliber:** 5.56 NATO. **Barrel:** 16.1-inch chrome lined. **Sights:** Adjustable. Based on military M4. Features include Magpul MOE handguard, carbine stock, pistol grip, vertical grip. Direct gas/locking bolt operating system.
Price: From ......................................................................... $1,049.00

## COLT LE6940
**Caliber:** 5.56 NATO. Similar to LE1920 with Magpul MBUS backup sight, folding front, four accessory rails. One-piece monolithic upper receiver has continuous Mil Spec rail from rear of upper to the front sight. Direct gas (LE6940) or articulating link piston (LE6940P) system.
Price: LE6940 ..................................................................... $1,399.00

## COLT EXPANSE M4
**Caliber:** 5.56 NATO, capacity 30 rounds. **Barrel:** 16.1 inches. **Sights:** Adjustable front post. Comes optic ready. **Weight:** 6.4 lbs. Flattop Picatinny rail. **Stock:** Adjustable M4 with A2 style grip. Economy

Prices given ... to ... accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders

priced AR. Introduced in 2016.
Price: ..............................................................................$699.00

**COLT MARC 901 MONOLITHIC**
**Caliber:** .308. **Capacity:** 20 rounds. **Barrel:** 16.1 or 18" heavy fully floated with bayonet lug, flash hider. **Stock:** Adjustable VLTOR. **Sights:** Mil Spec Flip Up. **Weight:** 9.4 pounds. **Features:** One-piece flattop upper receiver with Picatinny rail, ambidextrous controls, matte black finish. Carbine model has muzzlebrake, retractable B% Bravo stock, full length Picatinny rail. Tubular handguard with 3 rails.
Price: ..........................................................................$1,999.00
Price: Carbine ............................................................$1,399.00



**DANIEL DEFENSE AR SERIES**
**Caliber:** 5.56 NATO/.223. 20-round Magpul PMAG magazine. **Barrel:** 16 or 18 inches. Flash suppressor. **Weight:** 7.4 lbs. **Length:** 34.75" to 37.85" overall. **Stock:** Glass-filled polymer with Soft Touch overmolding. Pistol grip. **Sights:** None. **Features:** Lower receiver is Mil Spec with enhanced and flared magazine well, QD swivel attachment point. Upper receiver has M4 feed ramps. Lower and upper CNC machined of 7075-T6 aluminum, hard coat anodized. Shown is MK12, one of many AR variants offered by Daniel Defense. Made in the U.S.A.
Price: From ................................................................$1,599.00
Price: DD5VI 7.62/.308 ...........................................$2,899.00



**?MS VARMINT SERIES**
liber: .204 Ruger, .223. **Barrel:** 16", 20" or 24" bull or fluted profile. Weight: 7.75 to 11.75 lbs. **Length:** 34.5" to 42.25" overall. **Stock:** lack Zytel composite. **Sights:** None. **Features:** Flattop receiver with icatinny top rail; hardcoat anodized receiver; aluminum free-float be handguard; many options. From DPMS Panther Arms.
ce: .......................................................... $939.00 to $1,229.00

**MS PRAIRIE PANTHER**
niauto AR-style rifle chambered in 5.56 NATO or 6.8 SPC. atures include 20-inch 416 stainless fluted heavy 1:8" barrel; osphated steel bolt; free-floated carbon fiber handguard; flattop per with Picatinny rail; aluminum lower; two 30-round magazines; eletonized Zytel stock; Choice of matte black or one of several mo finishes.
e: .......................................... $1,269.00 to $1,289.00



**DPMS REPR**
Semiauto AR-style rifle chambered in .308 Win./7.62 NATO. Features include 18-inch 416 stainless steel 1:10" twist barrel; phosphated steel bolt; 4-rail free-floated handguard; no sights; aluminum lower; bipod; two 19-round magazines; Coyote Brown camo finish overall. Scope not included.
Price: ..........................................................................$2,549.00



**DPMS MK12**
**Caliber:** .308 Win./7.62 NATO. **Barrel:** 18 inches. **Weight:** 8.5 lbs. **Sights:** Midwest Industry flip-up. **Features:** 4-rail free floating handguard, flash hider, extruded 7029 T6 A3 Flattop receiver.
Price: ..........................................................................$1,759.00



**DPMS 3G2**
**Caliber:** .223/5.56. **Barrel:** 16 inches. **Weight:** 7.1 lbs. **Stock:** Magpul STR with Hogue rubber pistol grip. **Sights:** Magpul Gen 2 BUS. **Features:** Miculek Compensator, two-stage fire control. M111 Modular handguard allows placement of sights on top rail or 45-degree angle.
Price: ..........................................................................$1,239.00

**DPMS LITE HUNTER**
**Caliber:** .243, .260 Rem., .308, .338 Federal. **Barrel:** 20 inches, stainless. **Weight:** 8 pounds. **Stock:** Standard A2. **Features:** Two-stage match trigger, Hogue pistol grip. Optics ready top rail.
Price: ..........................................................................$1,499.00



**DPMS .300 AAC BLACKOUT**
**Caliber:** .300 AAC Blackout. **Barrel:** 16-inch heavy 4150 chrome-lined. **Weight:** 7 pounds. **Stock:** Adjustable 6-position.
Price: ..........................................................................$1,199.00

**DPMS ORACLE**
**Caliber:** .223/5.56 or .308/7.62. **Barrel:** 16 inches. **Weight:** 6.2 (.223), 8.3 (308). Standard AR-15 fire control with A3 flattop receiver. **Finish:** Matte black or A-TACS camo.
Price: .223...........................................................$739, $849 (A-TACS)
Price: .308................................................. $1,099, $1,189 (A-TACS)

# CENTERFIRE RIFLES Autoloaders





### DPMS GII SERIES
**Caliber:** .308 Win./7.62 NATO. **Barrel:** 16, 18 inches. **Weight:** From 7.25 lbs., promoted as the lightest .308 AR available. Features include new extractor and ejector systems, and improved steel feed ramp. New bolt geometry provides better lock-up and strength. Offered in multiple configurations.

| | |
|---|---|
| **Price:** AP4 (shown) | **$1,499.00** |
| **Price:** Recon | **$1,759.00** |
| **Price:** SASS | **$2,379.00** |
| **Price:** Hunter | **$1,699.00** |
| **Price:** Bull | **$1,759.00** |
| **Price:** MOE | **$1,599.00** |

### DSA SA58 TACTICAL CARBINE
**Caliber:** .308 Win. **Barrel:** 16.25" fluted with A2 flash hider. **Weight:** 8.25 lbs. **Length:** 36.5". **Stock:** Synthetic, X-Series or optional folding para stock. **Sights:** Elevation-adjustable post front, windage-adjustable match rear peep. **Features:** Shortened fully adjustable short gas system, high grade steel or 416 stainless upper receiver. Made in U.S.A. by DSA, Inc.
**Price:** ........................................................ **$1,975.00**



### DSA SA58 MEDIUM CONTOUR
**Caliber:** .308 Win. **Barrel:** 21" w/threaded flash hider. **Weight:** 9.75 lbs. **Length:** 43". **Stock:** Synthetic military grade. **Sights:** Elevation-adjustable post front, windage-adjustable match rear peep. **Features:** Gas-operated semiauto with fully adjustable gas system, high grade steel receiver. Made in U.S.A. by DSA, Inc.
**Price:** ........................................................ **$1,700.00**

### DSA ZM4 AR SERIES
**Caliber:** .223/5.56 NATO. Standard Flattop rifle features include 20-inch, chrome moly heavy barrel with A2 flash hider. **Weight:** 9 pounds. **Features:** Mil-Spec forged lower receiver, forged flattop or A2 upper. Fixed A2 stock. Carbine variations are also available with 16-inch barrels and many options.

| | |
|---|---|
| **Price:** Standard Flat-Top | **$788.00** |
| **Price:** .300 Blackout | **$853.00** |
| **Price:** Enhanced Carbine | **$929.00** |
| **Price:** Flat-Top with rail | **$1,050.00** |

### DSA SA58 CONGO, PARA CONGO
**Caliber:** .308 Win. **Barrel:** 18" w/short Belgian short flash hider. **Weight:** 8.6 lbs. (Congo); 9.65 lbs. (Para Congo). **Length:** 39.75". **Stock:** Synthetic w/military grade furniture (Congo); Synthetic with nonfolding steel para stock (Para Congo). **Sights:** Elevation adjustable protected post front sight, windage adjustable rear peep (Congo); Belgian type Para Flip Rear (Para Congo). **Features:** FAL-style rifle with fully adjustable gas system, high-grade steel upper receiver with carry handle. Made in U.S.A. by DSA, Inc.

| | |
|---|---|
| **Price:** Congo | **$1,975.00** |
| **Price:** Para Congo | **$2,200.00** |





### EXCEL ARMS ACCELERATOR
**Caliber:** .17 HMR, .22 WMR, 5.7x28mm, 9-shot magazine. **Barrel:** 18" fluted stainless steel bull barrel. **Weight:** 8 lbs. **Length:** 32.5" overall. **Grips:** Textured black polymer. **Sights:** Fully adjustable target sights. **Features:** Made from 17-4 stainless steel, aluminum shroud w/ Weaver rail, manual safety, firing-pin block, last-round bolt-hold-open feature. Four packages with various equipment available. American made, lifetime warranty. Comes with one 9-round stainless steel magazine and a California-approved cable lock. Introduced 2006. Made in U.S.A. by Excel Arms.

| | |
|---|---|
| **Price:** MR-17 .17 HMR | **$672.00** |
| **Price:** MR-22 .22 WMR | **$538.00** |

### DSA SA58 STANDARD
**Caliber:** .308 Win. **Barrel:** 21" bipod cut w/threaded flash hider. **Weight:** 8.75 lbs. **Length:** 43". **Stock:** Synthetic, X-Series or optional folding para stock. **Sights:** Elevation-adjustable post front, windage-adjustable rear peep. **Features:** Fully adjustable short gas system, high-grade steel or 416 stainless upper receiver. Made in U.S.A. by DSA, Inc.
**Price:** From ................................................ **$1,700.00**

### EXCEL ARMS X-SERIES
**Caliber:** .22 LR, 5.7x28mm (10 or 25-round); .30 Carbine (10 or 20-round magazine). 9mm (10 or 17 rounds). **Barrel:** 18". **Weight:** 6.25 lbs. **Length:** 34 to 38". **Features:** Available with or without adjustable iron sights. Blow-back action (5.57x28) or delayed blow-back (.30 Carbine).

| | |
|---|---|
| **Price:** .22 LR | **$504.00** |
| **Price:** 5.7x28 or 9mm | **$795.00 to $918.00** |



### DSA SA58 CARBINE
**Caliber:** .308 Win. **Barrel:** 16.25" bipod cut w/threaded flash hider. **Features:** Carbine variation of FAL-style rifle. Other features identical to SA58 Standard model. Made in U.S.A. by DSA, Inc.
**Price:** ........................................................ **$1,700.00**

### FNH FNAR COMPETITION
**Caliber:** .308 Win., 10-shot magazine. **Barrel:** 20" fluted. **Weight:** 8.9 lbs. **Length:** 41.25" overall. **Sights:** None furnished. Optical rail atop

Prices given ... ... ... accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders



receiver, three accessory rails on fore-end. **Stock:** Adjustable for comb height, length of pull, cast-on and cast-off. Blue/gray laminate. Based on BAR design.
Price: .........................................................................$1,767.00



**H SCAR 16S**
**liber:** 5.56mm/.223. **Capacity:** 10 or 30 rounds. **Barrel:** 16.25". **Weight:** 7.25 lbs. **Length:** 27.5 to 37.5 " (extended stock). **Stock:** elescoping, side-folding polymer. Adjustable cheekpiece, A2 style istol grip. **Sights:** Adjustable folding front and rear. **Features:** Hard nodized aluminum receiver with four accessory rails. Ambidextrous afety and mag release. Charging handle can be mounted on right or ft side. Semiauto version of newest service rifle of U.S. Special Forces.
ce: ..........................................................................$2,995.00

**H SCAR 17S**
**liber:** 7.62x51mm/.308. **Capacity:** 10 or 30 rounds. **Barrel:** 16.25". **Weight:** 8 lbs. **Length:** 28.5 to 38.5 " (extended stock). **Features:** ther features the same as SCAR 16S.
ce: ..........................................................................$3,349.00



**ANKLIN ARMORY 3 GR-L**
**liber:** 5.56mm/.223. **Capacity:** 10 or 30 rounds. **Barrel:** 18" fluted ith threaded muzzle crown. **Weight:** 7.25 lbs. **Stock:** Magpul PRS. djustable comb and length of pull. **Features:** Hard anodized Desert moke upper receiver with full length Picatinny rail. One of many AR pe rifles and carbines offered by this manufacturer. Made in the U.S.A.
ce: ..........................................................................$2,310.00



**CKLER & HECH MODEL MR556A1**
**liber:** .223 Remington/5.56 NATO, 10+1 capacity. **Barrel:** 16.5". **eight:** 8.9 lbs. **Length:** 33.9"-37.68". **Stock:** Black Synthetic djustable. **Features:** Uses the gas piston system found on the HK 6 and G26, which does not introduce propellant gases and carbon uling into the rifle's interior.
e: ..........................................................................$3,295.00





**HECKLER & KOCH MODEL MR762A1**
**Caliber:** Similar to Model MR556A1 except chambered for 7.62x51mm/.308 Win. cartridge. **Weight:** 10 lbs. w/empty magazine. **Length:** 36 to 39.5". Variety of optional sights are available. Stock has five adjustable positions.
Price: .........................................................................$3,995.00

**HIGH STANDARD HSA-15**
**Caliber:** .223 Remington/5.56 NATO or 6x45mm. A2 style with 16 or 20" barrel, 30 capacity magazine, fixed or collapsible stock, adjustable sights. Made by High Standard Manufacturing Co.
Price: .........................................................................$965.00



**HI-POINT 9MM CARBINE**
**Caliber:** 9mm S&W, (10-shot magazine), .45 ACP (9-shot). **Barrel:** 16.5" (17.5" for .40 S&W and .45). **Weight:** 4.5 lbs. **Length:** 31.5" overall. **Stock:** Black polymer, camouflage. **Sights:** Grip-mounted post front, aperture rear. Integral scope mount. **Features:** Grip-mounted magazine release. Black or chrome finish. Sling swivels. Available with laser or red-dot sights, RGB 4X scope, forward grip. Introduced 1996. Made in U.S.A. by MKS Supply, Inc.
Price: 9mm (995TS) from .........................................................$286.00
Price: .40 S&W (4095TS) from ..................................................$315.00
Price: .45 ACP (4595TS) from ...................................................$319.00

**INLAND M1 1945 CARBINE**
**Caliber:** .30 Carbine. **Capacity:** 15 rounds. **Barrel:** 18". **Weight:** 5 lbs. 3 oz. A faithful reproduction of the last model that Inland manufactured in 1945, featuring a type 3 bayonet lug/barrel band, adjustable rear sight, push button safety, and walnut stock. Scout Model has 16.5" barrel, flash hider, synthetic stock with accessory rail. Made in the USA.
Price: ........................................................................$1,079.00
Price: Scout Model ...........................................................$1,199.00

**JP ENTERPRISES LRP-07**
**Caliber:** .308 Win., .260 Rem., 6.5 Creedmoor, .338 Federal. **Barrel:** 16 to 22 inches, polished stainless with compensator. **Buttstock:** A2, ACE ARFX, Tactical Tactical Intent Carbine, Magppul MOE. **Grip:** Hogue Pistol Grip. **Features:** Machined upper and lower receivers with left-side charging system. MKIII Hand Guard. Adjustable gas system.
Price: From .................................................................$3,299.00

**JP ENTERPRISES JP-15**
**Caliber:** .223, .204 Ruger, 6.5 Grendel, .300 Blackout, .22 LR. **Barrel:** 18 or 24-inches. **Buttstock:** Synthetic modified thumbhole or laminate thumb-hole. **Grip:** Hogue Pistol grip. Basic AR-type general-purpose rifle with numerous options.
Price: From .................................................................$1,999.00

**KALASHNIKOV USA**
**Caliber:** 7.62x39mm. 30-round magazine. AK-47 series made in the USA in several variants and styles. **Barrel:** 16.25". **Weight:** 7.52 lbs.
Price: US132S Synthetic stock..................................................$799.00
Price: US132W Wood carbine...................................................$836.00

**KEL-TEC RFB**
**Caliber:** 7.62 NATO/.308. 20-round FAL-type magazine. **Barrel:** 18" with threaded muzzle, A2-style flash hider. **Weight:** 8 lbs.

given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders

**Features:** A bullpup short-stroke gas piston operated carbine with ambidextrous controls, reversible operating handle, Mil-Spec Picatinny rail.
**Price:** ...................................................................... **$1,927.00**

## KEL-TEC SU-16 SERIES
**Caliber:** 5.56 NATO/.223. 10-round magazine capacity. **Barrel:** 16 or 18.5". **Weight:** 4.5 to 5 lbs. **Features:** Offering in several rifle and carbine variations.
**Price:** From ......................................................................... **$682.00**

## LARUE TACTICAL OBR
**Caliber:** 5.56 NATO/.223, 7.62 NATO/.308 Win. **Barrel:** 16.1, 18 or 20 inches. **Weight:** 7.5 to 9.25 lbs. **Features:** Manufacturer of several models of AR-style rifles and carbines. Optimized Battle Rifle (OBR) series is made in both NATO calibers. Many AR-type options available. Made in the U.S.A.
**Price:** OBR 5.56 ............................................................... **$2,245.00**
**Price:** OBR 7.62 ............................................................... **$3,370.00**

## LEWIS MACHINE & TOOL (LMT)
**Caliber:** 5.56 NATO/.223, 7.62 NATO/.308 Win. **Barrel:** 16.1, 18 or 20 inches. **Weight:** 7.5 to 9.25 lbs. **Features:** Manufacturer of a wide range of AR-style carbines with many options. SOPMOD stock, gas piston operating system, monolithic rail platform, tactical sights. Made in the U.S.A. by Lewis Machine & Tool.
**Price:** Standard 16 ............................................................ **$1,594.00**
**Price:** Comp 16, flattop receiver .................................... **$1,685.00**
**Price:** CQB Series from ................................................... **$2,100.00**
**Price:** Sharpshooter Weapons System ........................ **$5,198.00**





## LES BAER CUSTOM ULTIMATE AR 223
**Caliber:** .223. **Barrel:** 18", 20", 22", 24". **Weight:** 7.75 to 9.75 lb. **Length:** NA. **Stock:** Black synthetic. **Sights:** None furnished; Picatinny-style flattop rail for scope mounting. **Features:** Forged receiver; Ultra single-stage trigger (Jewell two-stage trigger optional); titanium firing pin; Versa-Pod bipod; chromed National Match carrier; stainless steel, hand-lapped and cryo-treated barrel; guaranteed to shoot 1/2 or 3/4 MOA, depending on model. Made in U.S.A. by Les Baer Custom Inc.
**Price:** Super Varmint Model ........................ **$2,640.00 to $2870.00**
**Price:** Super Match Model ............................ **$2,740.00 to $2960.00**
**Price:** M4 Flattop model .................................................. **$2,590.00**
**Price:** Police Special 16" (2008) ................................... **$1,790.00**
**Price:** IPSC Action Model ............................................... **$2,890.00**
**Price:** LBC-AR (.264 LBC-AR) ....................................... **$2,640.00**

## LES BAER UTIMATE MATCH/SNIPER
**Caliber:** .308 Win. **Barrel:** 18 or 20 in. Magpul stock, Enforcer

muzzlebrake.
**Price:** ...................................................................... **$3,940.00**

## LR 300S
**Caliber:** 5.56 NATO, 30-shot magazine. **Barrel:** 16.5"; 1:9" twist. **Weight:** 7.4-7.8 lbs. **Length:** NA. **Stock:** Folding. **Sights:** YHM flip front and rear. **Features:** Flattop receive, full length top picatinny rail. Phantom flash hider, multi sling mount points, field strips with no tools. Made in U.S.A. from Z-M Weapons.
**Price:** AXL, AXLT ........................................................... **$2,139.00**
**Price:** NXL ...................................................................... **$2,208.00**

## LWRC INTERNATIONAL M6 SERIES
**Caliber:** 5.56 NATO or 6.8 SPC, 30-shot magazine. REPR (Rapid Engagement Precision Rifle) chambered in 7.62 NATO/.308 Win. **Barrel:** 16.1 inches (16, 18, 20 inches, REPR). This company makes a complete line of AR-15 type rifles operated by a short-stroke, gas piston system. A wide variety of stock, sight and finishes are available. Colors include black, Flat Dark Earth, Olive Drab Green, Patriot Brown.
**Price:** M6A2 (shown) .................................................... **$2,217.00**
**Price:** M6-SPR (Special Purpose Rifle) ....................... **$2,479.00**
**Price:** REPR (7.62 NATO) .............................................. **$3,600.00**

## MERKEL MODEL SR1 SEMI-AUTOMATIC
**Caliber:** .223, .308 Win., .30-06, .300 Win Mag., 7x64, 8x57IS, 9.3x62. **Features:** Streamlined profile, checkered walnut stock and fore-end, 19.7" (308) or 20.8" (300 SM) barrel, two- or five-shot detachable box magazine. Adjustable front and rear iron sights with Weaver-style optics rail included. Imported from Germany by Merkel USA.
**Price:** ...................................................................... **$1,995.00**



## OLYMPIC ARMS K9, K10, K40, K45 PISTOL-CALIBER AR15 CARBINES
**Caliber:** 9mm Para., 10mm, .40 S&W, .45 ACP; 32/10-shot modified magazines. **Barrel:** 16" button rifled stainless steel, 1x16" twist rate. **Weight:** 6.73 lbs. **Length:** 31.625" overall. **Stock:** A2 grip, M4 6-point collapsible stock. **Features:** A2 upper with adjustable rear sight, elevation adjustable front post, bayonet lug, sling swivel, threaded muzzle, flash suppressor, carbine length handguards. Made in U.S.A. by Olympic Arms, Inc.
**Price:** K9GL, 9mm Para., Glock lower .......................... **$1,157.00**
**Price:** K10, 10mm, modified 10-round Uzi magazine .......... **$1,006.20**
**Price:** K40, .40 S&W, modified 10-round Uzi magazine ..... **$1,006.20**
**Price:** K45, .45 ACP, modified 10-round Uzi magazine ....... **$1,006.20**



## OLYMPIC ARMS K3B SERIES AR15 CARBINES
**Caliber:** 5.56 NATO, 30-shot magazine. **Barrel:** 16" button rifled chrome-moly steel, 1x9" twist rate. **Weight:** 5-7 lbs. **Length:** 31.75" overall. **Stock:** A2 grip, M4 6-point collapsible buttstock. **Features:** A2 upper with adjustable rear sight, elevation adjustable front post, bayonet lug, sling swivel, threaded muzzle, flash suppressor, carbine length handguards. Made in U.S.A. by Olympic Arms, Inc.
**Price:** K3B base model, A2 upper ...................................... **$815.00**
**Price:** K3B-M4 M4 contoured barrel & handguards ............. **$1,103.70**
**Price:** K3B-M4-A3-TC A3 upper, M4 barrel, FIRSH rail handguard .................................................................. **$1,246.70**
**Price:** K3B-CAR 11.5" barrel with 5.5" permanent flash

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so no exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders

suppressor....................................................$1,033.50
**Price:** K3B-FAR 16" featherweight contoured barrel............$1,071.20



## OLYMPIC ARMS PLINKER PLUS AR15 MODELS
**Caliber:** 5.56 NATO, 30-shot magazine. **Barrel:** 16" or 20" button-rifled chrome-moly steel, 1x9" twist. **Weight:** 7.5-8.5 lbs. **Length:** 35.5"-39.5" overall. **Stock:** A2 grip, A2 buttstock with trapdoor. **Sights:** A1 windage rear, elevation-adjustable front post. **Features:** A1 upper, fiberlite handguards, bayonet lug, threaded muzzle and flash suppressor. Made in U.S.A. by Olympic Arms, Inc.
Price: Plinker Plus.............................................................$727.00
Price: Plinker Plus 20.........................................................$908.00

## OLYMPIC ARMS GAMESTALKER
Sporting AR-style rifle chambered in 5.56 NATO, 6.8 SPC, .243 WSSM, .25 WSSM, .300 WSSM or 7.62x39. Features include forged aluminum upper and lower; flat top receiver with Picatinny rail; gas block front sight; 22-inch stainless steel fluted barrel; free-floating slotted tube handguard; camo finish overall; ACE FX skeleton stock.
Price: ..............................................................................$1,364.00

## OLYMPIC ARMS ULTIMATE MAGNUM AR
Sporting AR-style rifle chambered in .22-250, .223 WSSM, .243 WSSM, .25 WSSM and .300 WSSM. **Weight:** 9.4 lbs. Features include forged aluminum upper and lower; flat top gas block receiver with Picatinny rail; 24-inch heavy match-grade bull barrel; free-floating slotted-tube handguard; camo finish overall.
Price: ..............................................................................$1,359.00

## REMINGTON MODEL R-15 VTR PREDATOR
**Caliber:** .223, five-shot magazine. **Barrel:** 22" **Weight:** 7.75 lbs. **Length:** 36.25". **Stock:** Synthetic with full camo coverage. **Features:** AR-style with optics rail, aluminum alloy upper and lower.
Price: ..............................................................................$1,199.00



## REMINGTON MODEL R-25 G-II
**Caliber:** .243, 7mm-08, .308 Win., four-shot magazine. **Barrel:** 20" chrome-moly. **Weight:** 7.75 lbs. **Length:** 38.25" overall. **Features:** AR-style semiauto with single-stage trigger, aluminum alloy upper and lower, Mossy Oak Treestand camo finish overall.
Price: ..............................................................................$1,697.00

## REMINGTON MODEL 750 WOODSMASTER
**Caliber:** .243 Win., .270 Win., .308 Win., .30-06 Spfl., .35 Whelen, four-shot magazine. **Barrel:** 22" round tapered, 18.5" (carbine version). **Weight:** 7.2 to 7.5 lbs. **Length:** 42.6" overall. **Stock:** Styled American walnut fore-end and stock with machine-cut



checkering. Satin finish. **Sights:** Gold bead front sight on ramp; step rear sight with windage adjustable. **Features:** Gas-operated action, SuperCell recoil pad. Positive cross-bolt safety. Receiver tapped for scope mount. Introduced 2006. The latest variation of the classic semiauto Remington 740 of 1955. Made in U.S.A. by Remington Arms Co.
Price: 750 Woodsmaster ....................................................$1,024.00
Price: 750 Woodsmaster Carbine (18.5" bbl.) ........................$902.00

## ROCK RIVER ARMS LAR SERIES
**Caliber:** .223/5.56, .308/7.62, 6.8 SPC, .458 SOCOM, 9mm and .40 S&W. These AR-15 type rifles and carbines are available with a very wide range of options. Virtually any AR configuration is offered including tactical, hunting and competition models. Some models are available in left-hand versions.
Price: ...........................................................$1,035.00 to $1,845.00



## RUGER AR-556
**Caliber:** 5.56 NATO. Basic AR M4-style Modern Sporting Rifle with direct impingement operation, forged aluminum upper and lower receivers, and cold hammer-forged chrome-moly steel barrel with M4 feed ramp cuts. Other features include Ruger Rapid Deploy folding rear sight, milled F-height gas block with post front sight, telescoping 6-postion stock and one 30-round Magpul magazine. Introduced in 2015.
Price: ..............................................................................$799.00



## RUGER SR-556
AR-style semiauto rifle chambered in 5.56 NATO or 7.62 NATO/.308 (SR-762 model). Feature include two-stage piston; quad rail handguard; Troy Industries sights; black synthetic fixed or telescoping buttstock; 18.12-inch 1:9" twist steel barrel with birdcage; 10- or 30-round detachable box magazine; black matte finish overall.
Price: ............................................................................$2,049.00
Price: Takedown model ....................................................$2,199.00
Price: SR-762 ..................................................................$2,349.00



...en are believed to be accurate at time of publication however, many factors affect retail ...............................s are not possible.

# CENTERFIRE RIFLES Autoloaders

**RUGER MINI-14**
**Caliber:** .223 Rem., 5-shot or 20-shot detachable box magazine. Tactical Rifle is also available in .300 AAC Blackout. **Barrel:** 18.5". Rifling twist 1:9". **Weight:** 6.75 to 7 lbs. **Length:** 37.25" overall. **Stock:** American hardwood, steel reinforced, or synthetic. **Sights:** Protected blade front, fully adjustable Ghost Ring rear. **Features:** Fixed piston gas-operated, positive primary extraction. New buffer system, redesigned ejector system. Ruger S100RM scope rings included on Ranch Rifle. Heavier barrels added in 2008, 20-round magazine added in 2009.
**Price:** Mini-14/5, Ranch Rifle, blued, wood stock .................. **$999.00**
**Price:** K-Mini-14/5, Ranch Rifle, stainless, scope rings ...... **$1,069.00**
**Price:** Mini-14 Target Rifle: laminated thumbhole stock,
heavy crowned 22" stainless steel barrel, other
refinements ............................................................ **$1,259.00**
**Price:** Mini-14 ATI Stock: Tactical version of Mini-14 but with
six-position collapsible stock or folding stock, grooved
pistol grip. Multiple Picatinny optics/accessory rails **$1,089.00**
**Price:** Mini-14 Tactical Rifle: Similar to Mini-14 but with 16.12"
barrel with flash hider, black synthetic stock, adjustable
sights ...................................................................... **$1,019.00**

**RUGER MINI THIRTY**
Similar to the Mini-14 rifle except modified to chamber the 7.62x39 Russian service round. **Weight:** 6.75 lbs. Has 6-groove barrel with 1:10" twist, Ruger Integral Scope Mount bases and protected blade front, fully adjustable Ghost Ring rear. Detachable 5-shot staggered box magazine. 20-round magazines avaliable. Stainless or matte black alloy w/synthetic stock. Introduced 1987.
**Price:** Matte black finish ...............................................**$1,069.00**
**Price:** Stainless ...........................................................**$1,089.00**
**Price:** Stainless w/20-round mag ...................................**$1,139.00**



**SIG-SAUER MCX**
AR-style rifle chambered in 5.56 NATO, 7.62x39mm or .300 Blackout. Modular system allows switching between calibers with conversion kit. Features include a 16" barrel, aluminum KeyMod handguards, amdi controls and charging handle, choice of side-folding or telescoping stock, auto-regulating gas system to all transition between subsonic and supersonic loads.
**Price:** ..................................................................**$1,866.00**
**Price:** With conversion kit...........................................**$2,138.00**



**SIG-SAUER SIG516 GAS PISTON**
AR-style rifle chambered in 5.56 NATO. Features include 14.5-, 16-, 18- or 20-inch chrome-lined barrel; free-floating, aluminum quad rail fore-end with four M1913 Picatinny rails; threaded muzzle with a standard (0.5x28TPI) pattern; aluminum upper and lower receiver is machined; black anodized finish; 30-round magazine; flattop upper; various configurations available.
**Price:** .................................................................**$1,794.00**

**SIG SAUER M400 VARMINTER/PREDATOR SERIES**
**Caliber:** .223/5.56 NATO. AR Flattop design. **Barrel:** 18" (Predator) with Hogue free-floated fore-end. **Features:** Two-stage Geissele match trigger, Hogue grip, ambidextrous controls, Magpul MOE stock.
**Price:** Predator ........................................................**$1,446.00**

**SIG-SAUER SIG716 TACTICAL PATROL**
AR-10 type rifle chambered in 7.62 NATO/.308 Winchester. Features include gas-piston operation with 3-round-position (4-position optional) gas valve; 16-, 18- or 20-inch chrome-lined barrel with threaded muzzle and nitride finish; free-floating aluminum quad rail fore-end with four M1913 Picatinny rails; telescoping buttstock; lower receiver is machined from a 7075-T4 Aircraft grade aluminum forging; upper receiver, machined from 7075-T6 aircraft grade aluminum with integral M1913 Picatinny rail. DMR has free-floating barrel, two-stage match-grade trigger, short-stroke push rod operating system.
**Price:** ..................................................................**$2,283.00**
**Price:** Designated Marksman (DMR).................................**$2,963.00**

**SMITH & WESSON M&P15**
**Caliber:** 5.56mm NATO/.223, 30-shot steel magazine. **Barrel:** 16", 1:9" twist. **Weight:** 6.74 lbs., w/o magazine. **Length:** 32-35" overall. **Stock:** Black synthetic. **Sights:** Adjustable post front sight, adjustable dual aperture rear sight. **Features:** 6-position telescopic stock, thermo-set M4 handguard. 14.75" sight radius. 7-lbs. (approx.) trigger pull. 7075 T6 aluminum upper, 4140 steel barrel. Chromed barrel bore, gas key, bolt carrier. Hard-coat black-anodized receiver and barrel finish. OR (Optics Ready) model has no sights. TS model has Magpul stock and folding sights. Made in U.S.A. by Smith & Wesson.
**Price:** Sport Model ......................................................**$739.00**
**Price:** OR Model .......................................................**$1,069.00**
**Price:** TS model .......................................................**$1,569.00**

**SMITH & WESSON M&P15-300**
**Caliber:** .300 Whisper/.300 AAC Blackout. Other specifications the same of 5.56 models.
**Price:** ..................................................................**$1,119.00**



**SMITH & WESSON MODEL M&P15 VTAC**
**Caliber:** .223 Remington/5.56 NATO, 30-round magazine. **Barrel:** 16". Weight: 6.5 lbs. **Length:** 35" extended, 32" collapsed, overall. **Features:** Six-position CAR stock. Surefire flash-hider and G2 light with VTAC light mount; VTAC/JP handguard; JP single-stage match trigger and speed hammer; three adjustable picatinny rails; VTAC padded two-point adjustable sling.
**Price:** ..................................................................**$1,949.00**

**SMITH & WESSON M&P15PC CAMO**
**Caliber:** 223 Rem/5.56 NATO, A2 configuration, 10-round mag. **Barrel:** 20" stainless with 1:8" twist. **Weight:** 8.2 lbs. **Length:** 38.5" overall. **Features:** AR-style, no sights but integral front and rear optics rails. Two-stage trigger, aluminum lower. Finished in Realtree Advantage Max-1 camo.
**Price:** ..................................................................**$1,589.00**



**SMITH & WESSON M&P10**
**Caliber:** .308 Win. **Capacity:** 10 rounds. **Barrel:** 18 inches. **Weight:** 7.7 pounds. **Features:** 6-position CAR stock, black hard anodized finish. Camo finish hunting model available w/5-round magazine.
**Price:** ..................................................................**$1,619.00**
**Price:** (Camo) ..........................................................**$1,729.00**

Prices given .............curate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders

## SPRINGFIELD ARMORY M1A

**Caliber:** 7.62mm NATO (.308), 5- or 10-shot box magazine. **Barrel:** 25-1/16" with flash suppressor, 22" without suppressor. **Weight:** 9.75 lbs. **Length:** 44.25" overall. **Stock:** American walnut with walnut-colored heat-resistant fiberglass handguard. Matching walnut handguard available. Also available with fiberglass stock. **Sights:** Military, square blade front, full click-adjustable aperture rear. **Features:** Commercial equivalent of the U.S. M-14 service rifle with no provision for automatic firing. From Springfield Armory

| | |
|---|---|
| **Price:** SOCOM 16 | $1,965.00 |
| **Price:** Scout Squad, from | $1,830.00 |
| **Price:** Standard M1A, from | $1,669.00 |
| **Price:** Loaded Standard, from | $1,828.00 |
| **Price:** National Match, from | $2,359.00 |
| **Price:** Super Match (heavy premium barrel) about | $2,956.00 |
| **Price:** Tactical, from | $3,619.00 to $4,046.00 |

## STAG ARMS AR-STYLE SERIES

**Caliber:** 5.56 NATO/.223, 6.8 SPC, 9mm Parabellum. Ten, 20 or 30-shot magazine capacity. This manufacturer offers more than 25 AR-style rifles or carbines with many optional features including barrel length and configurations, stocks, sights, rail systems and both direct impingement and gas piston operating systems. Left-hand models are available on some products. Listed is a sampling of Stag Arms models.

| | |
|---|---|
| **Price:** Model 1 | $949.00 |
| **Price:** Model 2T Carbine (Tactical) | $1,130.00 |
| **Price:** Model 3 Carbine (shown) | $895.00 |
| **Price:** Model 3G Rifle | $1,459.00 |
| **Price:** Model 5 Carbine (6.8) | $1,045.00 |
| **Price:** Stag 7 Hunter (6.8) | $1,055.00 |
| **Price:** Model 9 (9mm) | $990.00 |

## STONER SR-15 MOD2

**Caliber:** .223. **Barrel:** 18". **Weight:** 7.6 lbs. **Length:** 38" overall. **Stock:** Mag-Pul MOE. **Sights:** Post front, fully adjustable rear (300-meter sight). **Features:** URX-4 upper receiver; two-stage trigger, 30-round magazine. Black finish. Made in U.S.A. by Knight's Mfg.

**Price:** ................................................................$2,400.00

## STONER SR-25 ACC

**Caliber:** 7.62 NATO, 10-or 20-shot steel magazine. **Barrel:** 16" with flash hider. **Weight:** 8.5 lbs. **Features:** Shortened, non-slip handguard; drop-in two-stage match trigger, removable carrying handle, ambidextrous controls, matte black finish. Made in U.S.A. by Knight's Mfg. Co.

**Price:** ................................................................$5,300.00



## STONER SR-30

**Caliber:** .300 Blackout. **Barrel:** 16" **Weight:** 7.75 lbs. **Features:** QDC flash suppressor, micro front and rear iron sights, ambidextrous controls, fully adjustable stock.

**Price:** ................................................................$2,500.00

## WILSON COMBAT TACTICAL

**Caliber:** 5.56mm NATO, accepts all M-16/AR-15 Style Magazines, includes one 20-round magazine. **Barrel:** 16.25"; 1:9" twist, match-grade fluted. **Weight:** 6.9 lbs. **Length:** 36.25" overall. **Stock:** Fixed or collapsible. **Features:** Free-float ventilated aluminum quad-rail handguard, Mil-Spec parkerized barrel and steel components, anodized receiver, precision CNC-machined upper and lower receivers, 7075 T6 aluminum forgings. Single stage JP Trigger/Hammer Group, Wilson Combat Tactical Muzzle Brake, nylon tactical rifle case. M-4T version has flat-top receiver for mounting optics, OD green furniture, 16.25" match-grade M-4 style barrel. SS-15 Super Sniper Tactical Rifle has 1-in-8 twist, heavy 20" match-grade fluted stainless steel barrel. Made in U.S.A by Wilson Combat.

**Price:** ...........................................$2,225.00 to $2,450.00



s given to be accurate at time of publication however, many factors affect retai... ... ... ... ...ces are not possible.

# CENTERFIRE RIFLES Bolt-Action

barrel with muzzlebrake, Magpul PRS adjustable stock.
**Price:** ...........................................................................$5,657.00

**CHEYTAC M-200**
**Caliber:** 408 CheyTac, 7-round magazine. **Barrel:** 30", **Length:** 55", stock extended. **Weight:** 27 lbs. (steel barrel); 24 lbs. (carbon-fiber barrel). **Stock:** Retractable. **Sights:** None, scope rail provided. **Features:** CNC-machined receiver, attachable Picatinny rail M-1913, detachable barrel, integral bipod, 3.5-lb. trigger pull, muzzlebrake. Made in U.S. by CheyTac, LLC.
**Price:** .........................................................................$13,795.00



**CMMG MK SERIES**
**Caliber:** 5.56 NATO, .308 Win., 7.62x39, .300 BLK. This company manufactures a wide range of AR and AK style rifles and carbines. Many AR/AK options offered. Listed are several variations of CMMG's many models. Made in the USA.
**Price:** MK4 LEM .223 ......................................................$995.00
**Price:** MK3 .308 .............................................................$1,595.00
**Price:** MK47 AKS8 7.62x39 (shown) ................................$1,650.00
**Price:** MK4 RCE .300 BLK ................................................$1,500.00

**COOPER FIREARMS OF MONTANA**
This company manufacturers bolt-action rifles in a variety of styles and in almost any factory or wildcat caliber. Features of the major model sub-category/styles are listed below. Several other styles and options are available.
**Classic:** Available in all models. AA Claro walnut stock with 4-panel hand checkering, hand-rubbed oil-finished wood, Pachmayr pad, steel grip cap and standard sling swivel studs. Barrel is chrome-moly premium match grade Wilson Arms. All metal work has matte finish.
**Custom Classic:** Available in all models. AAA Claro walnut stock with shadow-line beaded cheek-piece, African ebony tip, Western fleur wrap-around hand checkering, hand-rubbed oil-finished wood, Pachmayr pad, steel grip cap and standard sling swivel studs. Barrel is chrome-moly premium match grade Wilson Arms. All metal work has high gloss finish.
**Western Classic:** Available in all models. AAA+ Claro walnut stock. Selected metal work is highlighted with case coloring. Other features same as Custom Classic.
**Mannlicher:** Available in all models. Same features as Western Classic with full-length stock having multi-point wrap-around hand checkering.
**Varminter:** Available in Models 21, 22, 38, 52, 54 and 57-M. Same features as Classic except heavy barrel and stock with wide fore-end, hand-checkered grip.



**COOPER MODEL 21**
**Caliber:** Virtually any factory or wildcat chambering in the .223 Rem. family is available including: .17 Rem., .19-223, Tactical 20, .204 Ruger, .222 Rem, .222 Rem. Mag., .223 Rem, .223 Rem A.I., 6x45, 6x47. Single shot. **Barrel:** 22" or 24" in Classic configurations, 24"-26" in Varminter configurations. **Weight:** 6.5-8.0 lbs., depending on type. **Stock:** AA-AAA select claro walnut, 20 lpi checkering. **Sights:** None furnished. **Features:** Three front locking-lug, bolt-action, single-shot.

Action: 7.75" long, Sako extractor. Button ejector. Fully adjustable single-stage trigger. Options include wood upgrades, case-color metalwork, barrel fluting, custom LOP, and many others.
**Price:** Classic .............................................................$2,225.00
**Price:** Custom Classic. ...................................................$2,595.00
**Price:** Western Classic. ...................................................$3,455.00
**Price:** Varminter ...........................................................$2,295.00
**Price:** Mannlicher ...........................................................$4,395.00

**COOPER MODEL 22**
**Caliber:** Virtually any factory or wildcat chambering in the mid-size cartridge family including: .22-250 Rem., .22-250 Rem. AI, .22-06 Rem., .25-06 Rem. AI, .243 Win., .243 Win. AI, .220 Swift, .250/3000 AI, .257 Roberts, .257 Roberts AI, 7mm-08 Rem., 6mm Rem., .260 Rem., 6x284, 6.5x284, .22 BR, 6mm BR, .308 Win. Single shot. **Barrel:** 24" or 26" stainless match in Classic configurations. 24" or 26" in Varminter configurations. **Weight:** 7.5 to 8.0 lbs. depending on type. **Stock:** AA-AAA select claro walnut, 20 lpi checkering. **Sights:** None furnished. **Features:** Three front locking-lug bolt-action single shot. Action: 8.25" long, Sako-style extractor. Button ejector. Fully adjustable single-stage trigger. Options include wood upgrades, case-color metalwork, barrel fluting, custom LOP, and many others.
**Price:** Classic .............................................................$2,225.00
**Price:** Custom Classic. ...................................................$2,595.00
**Price:** Western Classic. ...................................................$3,455.00
**Price:** Varminter ...........................................................$2,225.00
**Price:** Mannlicher ...........................................................$4,495.00

**COOPER MODEL 38**
**Caliber:** .22 Hornet family of cartridges including the .17 Squirrel, 17 He Bee, 17 Ackley Hornet, 17 Mach IV, 19 Calhoon, 20 VarTarg, 221 Fireball, .22 Hornet, .22 K-Hornet, .22 Squirrel, 218 Bee, 218 Mashburn Bee. Single shot. **Barrel:** 22" or 24" in Classic configurations, 24" or 26" in Varminter configurations. **Weight:** 6.5-8.0 lbs. depending on type. **Stock:** AA-AAA select claro walnut, 20 lpi checkering. **Sights:** None furnished. **Features:** Three front locking-lug bolt-action single shot. Action: 7" long, Sako-style extractor. Button ejector. Fully adjustable single-stage trigger. Options include wood upgrades, case-color metalwork, barrel fluting, custom LOP, and many others.
**Price:** Classic .............................................................$2,195.00
**Price:** Custom Classic. ...................................................$2,595.00
**Price:** Western Classic. ...................................................$3,455.00
**Price:** Varminter ...........................................................$2,225.00
**Price:** Mannlicher ...........................................................$4,395.00

**COOPER MODEL 52**
**Caliber:** .30-06, .270 Win., .280 Rem, .25-06, .284 Win., .257 Remington Mag., .264 Win. Mag., .270 Weatherby Mag., 7mm Remington Mag., 7mm Weatherby Mag., 7mm Shooting Times Westerner, .300 Holland & Holland, .300 Winchester Mag., .300 Weatherby Mag., .308 Norma Mag., 8mm Rem. Mag., .338 Win. Mag., .340 Weatherby V. Three-shot magazine. **Barrel:** 22" or 24" in Classic configurations, 24" or 26" in Varminter configurations. **Weight:** 7.75 - 8 lbs. depending on type. **Stock:** AA-AAA select claro walnut, 20 lpi checkering. **Sights:** None furnished. **Features:** Three front locking-lug bolt-action single shot. Action: 7" long, Sako style extractor. Button ejector. Fully adjustable single-stage trigger. Options include wood upgrades, case-color metalwork, barrel fluting, custom LOP, and many others.
**Price:** Classic. .............................................................$2,275.00
**Price:** Custom Classic. ...................................................$3,195.00
**Price:** Western Classic. ...................................................$3,895.00
**Price:** Jackson Game. ...................................................$2,355.00
**Price:** Jackson Hunter ...................................................$2,225.00
**Price:** Excalibur. .............................................................$2,275.00
**Price:** Mannlicher ...........................................................$4,995.00

**COOPER MODEL 54**
**Caliber:** .22-250, .243 Win., .250 Savage, .260 Rem., 7mm-08, .308 Win. and similar length cartridges. Features are similar to those of the Model 52.
**Price:** Classic. .............................................................$2,275.00
**Price:** Custom Classic. ...................................................$3,195.00
**Price:** Western Classic. ...................................................$3,895.00
**Price:** Jackson Game. ...................................................$2,355.00
**Price:** Jackson Hunter ...................................................$2,225.00
**Price:** Excalibur. .............................................................$2,275.00

000167

ER_1037

# EXHIBIT 31



Member of COLT CZ Group (http://www.czg.cz/)

(/dealers/locate-a-dealer/)   Find a Dealer (/dealers/locate-a-dealer/)

☰          🔍                                    CONFIGURATOR
(https://czconfigurator.com/us/)

**IMPORTANT SAFETY RECALL NOTICE REGARDING CZ 600 BOLT-ACTION RIFLES**

CZ has recently learned of a potential safety issue with the CZ 600 bolt-action rifles that could potentially result in injury.  You should immediately stop using your CZ 600 rifle.

**Click here for next steps and more information. (https://cz600recall.com/)**

At CZ, we value our relationship with you and sincerely apologize for any inconvenience this may cause you.

Thank you for your patience, your cooperation, and for choosing CZ. Your safety comes first.



# *CZ P-10 F*





## Description

Giving the P-10 C a big brother, the F is a full-size model. With 19+1 capacity (21+1 with extended bases), the P-10 F is unsurpassed in the striker-fired world when it comes to flush-fitting mags. The longer slide and barrel bring a better sight radius, meaning it's even easier to be accurate with. The added weight means it shoots flatter and reduced felt recoil.

One change that happens on both the US-made and Czech-made P-10s is the switch to a swappable magazine release. With a change in geometry, the goal was to eliminate the stiffness some customers experienced as the magazine release broke in, even ꞵgh it became smooth after some use. This new reversible release just requires a few minutes to swap, allowing the P-10 to remain lefty-friendly.

Much more than just our take on the striker-fired pistol, the P-10 is decidedly CZ, from the way it feels to the way it shoots.

First order of business, ergonomics. Anyone who's picked up a CZ 75 for the first time gets it — it just has to feel right in the hand. With the CZ grip angle, the P-10 avoids that 'brick-in-the-hand' feeling that has plagued many in the striker-fired genre, allowing it to point naturally. A mild palm swell, deep beavertail and three interchangeable backstraps make the P-10 fit a wide variety of hands as if it were built for them. Because it was.

Next up, trigger. So many striker-fired pistols do many things right, falling short when it comes time to pull the trigger. The P-10's trigger is designed to minimize creep and stacking, and after initial break-in averages a clean 4.5-5 lb pull and rebounds with a short, positive reset — meaning single shots can be meticulously placed while follow-ups are effortless.

Built to withstand the rigors of military use, its fiber-reinforced polymer frame and hardy nitride finish are made for the daily grind. A generous trigger guard allows use with gloved hands while being undercut to allow as high a grip as possible, and a set of metal tactical 3-dot sights allow for one-handed manipulation of the slide on a belt.

Take-down of the P-10 will be familiar to most fans of striker-fired guns, and even more pleasing will be holster compatibility with some of the most common guns on the market.

It may have taken a while to come to market, but we feel the wait has been worth it. With CZ reliability, engineered ergonomics and a bevy of features both familiar and new, the P-10 is the complete package.

## Specifications

CZ P-10 F    CZ P-10 F (low capacity)

### CZ P-10 F (LOW CAPACITY)

| | | | |
|---|---|---|---|
| **Product Name** | CZ P-10 F (low capacity) | **Product Name** | |
| **SKU** | 01540 | **SKU** | |
| **MSRP** | $499.00 | **MSRP** | |
| **Chambering** | 9mm Luger | **Chambering** | |
| **Magazine Capacity** | 10+1 | **Magazine Capacity** | |
| **Frame** | Fiber-reinforced polymer | **Frame** | |
| **Trigger Mech** | Striker | **Trigger Mech** | |
| **Sights** | Fixed Three-Dot | **Sights** | |
| **Barrel** | Cold Hammer Forged | **Barrel** | |
| **Barrel Length** | 4.5" | **Barrel Length** | |
| **Width** | 1.26 in | **Width** | |
| **Weight** | 28.2oz | **Weight** | |
| **Overall Length** | 8 in | **Overall Length** | |
| **Safety** | Firing Pin Block Safety, Trigger Safety | **Safety** | |

**ER_1040**

## Testimonials

Load more (https://cz-usa.com/product/cz-p-10-f/?data-order=recent&data-page=1&data-id_product=66594&data-stars=0)

**Add a review**

Title

Your Rating
☆ ☆ ☆ ☆ ☆

Body

Likelihood to recommend CZ to a friend (0 = Not likely at all, 10 = Very likely)

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

Type of Use*

Hunting

What is the primary reason for your score?

Attachments

Choose file(s)

Use one of the allowed file type: jpg,png. The max size allowed is : 1 MB.

Name *

Email *

Submit

**Have any questions or comments?**

**CONTACT US
(/support/contact)**

**000171**

**ER_1041**

**NAVIGATION**

Products (/products/)
About CZ (/company/about-cz/)
About CZ-USA (/company/about-cz-usa/)
CZ USA 2022 Product Catalog (https://cz-usa.com/wp-content/uploads/2022/06/9996-CZ-2022-CatalogDIGITAL_6-15-22.pdf)
Webstore (https://shop.cz-usa.com/)

**DEALERS**

Locate a Dealer (/dealers/locate-a-dealer/)
CZ-USA Wholesale (/dealers/cz-usa-wholesale/)
LE Wholesale (/dealers/le-wholesale/)
LE Dealers (https://le.cz-usa.com/le-dealers/)
Rep Group Info (/dealers/rep-group-info/)

**TERMS**

Privacy Policy (/privacy-policy/)
Terms of Service (/terms-use/)
Copyright (/copyright/)
Trademark (/trademark/)

**GET IN TOUCH**

Contact Form (/support/contact/)
P.O. Box 171073
Kansas City, KS 66117
Monday-Friday 9am-4pm Central

(https://www.coltczgroup.com/)

© CZ-USA 2022. All Rights Reserved.

SECURITY-9°



## MODEL NUMBER: 3825  |  CALIBER: 9MM LUGER

| | | | | | | |
|---|---|---|---|---|---|---|
| **Capacity** | 15+1 | **Sights** | Steel Tritium Sights | **Slide Width** | 1.02" |
| **Style** | Pro | **Magazines Included** | 3 | **Height** | 5" |
| **Manual Safety** | No | **Weight** | 23.8 oz. | **Grooves** | 6 |
| **Barrel Material** | Alloy Steel | **Grip Frame** | High-Performance, Glass-Filled Nylon | **Twist** | 1:10" RH |
| **Barrel Finish** | Blued | | | **Available in CA** | No |
| **Barrel Length** | 4" | **Slide Material** | Through-Hardened Alloy Steel | **Available in MA** | No |
| **Overall Length** | 7.24" | | | **UPC** | 7-36676-03825-1 |
| | | **Slide Finish** | Black Oxide | **Suggested Retail** | $649.00 |

- Compact for easy concealment, the Security-9® is designed to fit a variety of available holsters.
- Rugged construction with black oxide, through-hardened alloy steel slide and barrel and high-performance, glass-filled nylon grip frame.
- Precision-machined, hard-coat anodized aluminum chassis with full-length guide rails.
- Utilizes Ruger's safe, reliable and proven Secure Action™ fire-control system that combines a protected internal hammer with a bladed-safety trigger. The trigger has a short, smooth pull, clean break and positive reset.
- Textured grip frame provides a secure and comfortable grip.

- Internal, secure Action™ hammer provides strong ignition force, yet allows for easier slide-racking when compared with many striker-fired pistols. Front cocking serrations enable positive slide manipulation.

- Safety features include integrated trigger safety; neutrally balanced sear with significant engagement and strong spring tension; and hammer catch to help prevent the hammer from contacting the firing pin unless the trigger is pulled.

- Safe, easy takedown with no special tools or trigger pull required.

- Also includes: three alloy steel magazines.



## POLYMER DA/SA



### CZ *P-07*
**CALIBER | 9MM**

Our compact polymer DA/SA pistol, the P-07 shares all of the features of the P-09, just in a much smaller package. The same Omega trigger system allows users to easily swap from a manual safety to a decocker depending on their preference. With 15+1 capacity, it makes for a concealed carry firearm without sacrificing round-count.

A Picatinny light rail on the dustcover enables it to pull duty at the bedside with a light/laser and the metal 3 dot sights are easy to acquire at the range. Three interchangeable backstraps allow shooters with small or large hands to tune it to fit their grip.

The P-07 is shipped with ambidextrous decockers installed but can easily be converted to an ambidextrous manual safety with the supplied parts and instructions.

**MODEL VARIANT:**
CZ P-07 OD Green — Black polymer frame



### CZ *P-09*
**CALIBER | 9MM**

For those who prefer the double-strike capability of the CZ 75 DA/SA hammer-fired system but want a polymer pistol, the P-09 is our full-size service pistol. Boasting an impressive 19+1 rounds in its flush-fitting magazine, its capacity is unsurpassed by any other service pistol.

With the versatile Omega trigger system, the P-09 is shipped with ambidextrous decockers installed but can easily be converted to ambi manual safety with the supplied parts and instructions.

Also included are small, medium and large backstraps that allow users to customize the pistol's grip to their hand while retaining the natural point of aim that CZ handguns are known for.

With an integrated 1913 Picatinny rail, the P-09 is readily adaptable to low-light situations. The Omega DA/SA trigger provides a crisp single-action trigger break while providing the safety of a DA first-pull option.

**MODEL VARIANT:**
CZ P-09 OD Green — OD green frame



### CZ *P-07 & P-09 SUPPRESSOR-READY*
**CALIBER | 9MM**

Loaded with exciting features, the standard black P-07 Suppressor-Ready comes with high night sights and extended magazine bases in addition to the obligatory extended, threaded barrel (1/2x28).

**MODEL VARIANT:**
CZ P-09 Suppressor-Ready — Full-size model, 21+1 capacity

CZ-USA

000175

ER_1045



STACCATO
(https://staccato
2011.com/))



# Staccato CS

PURE STACCATO, JUST SMALLER.

Buy Now (https://staccato2011.com/products/staccato-cs/)          TECH SPECS  >

We use cookies to ensure that we give you the best experience on our website.

Ok     No     Privacy policy (https://staccato2011.com/privacy-policy/)

000176

ER_1046



# Pure Staccato

## FUNDAMENTAL SHOOTABILITY

As the newest member of our pistol family, the Staccato CS delivers pure Staccato shootability, speed, and accuracy. With patent-pending technology packed inside, the Staccato CS helps you shoot better wherever your path takes you.



We use cookies to ensure that we give you the best experience on our website.

Ok      No      Privacy policy (https://staccato2011.com/privacy-policy/)

000177

ER_1047



(https://staccato
2011.com/)

# Just Smaller

## ALWAYS STACCATO

Weighing under 23 ounces, this "little sibling" is smaller than other members of the Staccato pistol family and made for concealed carry. The Staccato CS debuts a new grip that's narrower than other Staccatos, along with a new grip texture and a dedicated magazine. Now it's possible to have Staccato with you at all times.



We use cookies to ensure that we give you the best experience on our website.

Ok    No    Privacy policy (https://staccato2011.com/privacy-policy/)

000178

ER_1048





"It's easier to shoot than any other pistol of the same size. You get the accuracy of a full frame pistol."

Kyle Defoor

# STACCATO
(https://staccato
2011.com/))

# Smart Just Got Smarter

Exceptional accuracy, 100% of the time.



# American Ingenuity

Loaded with significant patent-pending technology, the Staccato CS embodies American ingenuity in a practical, small package that amplifies the shootability of the Staccato platform. It has to be experienced to believe.

Buy Now (https://staccato2011.com/products/staccato-cs/))

We use cookies to ensure that we give you the best experience on our website.

Ok    No    Privacy policy (https://staccato2011.com/privacy-policy/)

000180
ER_1050



# Easy Carry

## ALWAYS OPTIC−READY

We use cookies to ensure that we give you the best experience on our website.

Ok     No     Privacy policy (https://staccato2011.com/privacy-policy/)

000181

ER_1051

**STACCATO**

(https://staccato2011.com/)

Keys, phone, wallet, Staccato. Built optic-ready out of the box, the Staccato CS is more than a quick pocket pickup addition. It is also a quick and convenient everyday carry solution. Your EDC may be the most important gun you own.



# Confident Control

## NEW STACCATO GRIP

We use cookies to ensure that we give you the best experience on our website.

Ok     No     Privacy policy (https://staccato2011.com/privacy-policy/)

The Staccato CS debuts a dedicated magazine and a new narrower grip designed for a
range of hand sizes.

*STACCATO*
20 🟎 11

(https://staccato
2011.com/)

We use cookies to ensure that we give you the best experience on our website.

Ok     No      Privacy policy (https://staccato2011.com/privacy-policy/)

000183
ER_1053



We use cookies to ensure that we give you the best experience on our website.

Ok      No      Privacy policy (https://staccato2011.com/privacy-policy/)

000184

ER_1054



(https://staccato
2011.com/)



We use cookies to ensure that we give you the best experience on our website.

Ok    No    Privacy policy (https://staccato2011.com/privacy-policy/)

**000185**
**ER_1055**







We use cookies to ensure that we give you the best experience on our website.

prepared to shoot your very best. OK   No   Privacy policy (https://staccato2011.com/privacy-policy/)


(https://staccato
2011.com/))





**Concealed Carry**
**(https://staccato2011.com/stories/concealed-**

 Made in USA

# Tech Specs

Compare All Models ›

We use cookies to ensure that we give you the best experience on our website.

Ok      No      Privacy policy (https://staccato2011.com/privacy-policy/)

**000187**
**ER_1057**

Case: 23-55805, 11/21/2023, ID: 12827648, DktEntry: 15-6, Page 196 of 209

Case 3:17-cv-01017-BEN-JLB   Document 132-5   Filed 12/01/22   PageID.17375   Page 195 of 208
11/30/22, 8:47 AM                                    Staccato CS - Staccato 2011



# Staccato CS

---

### Caliber:

9mm

### Barrel:

3.5 Inch Bull Barrel
We use cookies to ensure that we give you the best experience on our website.

Ok      No      Privacy policy (https://staccato2011.com/privacy-policy/)

000188
ER_1058


[(https://staccato 2011.com/)](https://staccato2011.com/)

**Frame:**

7075 – Billet Precision Machined Aluminum

**Optic-Ready (Standard):**

Fiber Optic, Rear: Dawson Precision® Patented Optic System – Carry or Tactical

**Trigger:**

4 – 4.5 Ib, Aluminum, Long Curve, Anodized Black
Option: Aluminum, Flat Trigger

**Dimensions:**
**Length:** 7.1 **Grip Width:** 1.2
**Height:** 5.6 **Width At Safeties:** 1.45
**Weight:**
22.7oz w/o Optic, Empty – No Mag

**Magazines:**

3x 16 – Round

---

Buy Now
(https://staccato2011.com/products/staccato-cs/)

Accessories >

---

We use cookies to ensure that we give you the best experience on our website.

Ok     No     Privacy policy (https://staccato2011.com/privacy-policy/)

000189
ER_1059

**STACCATO**
20☆11°
(https://staccato 2011.com/)

Keep up on the latest news from the Staccato community.

f (https://www.facebook.com/Staccato2011/)

⊙ (https://www.instagram.com/official_staccato2011/)

▶ (https://www.youtube.com/user/STInternational)

We use cookies to ensure that we give you the best experience on our website.

Ok     No     Privacy policy (https://staccato2011.com/privacy-policy/)

000190

ER_1060



[(https://staccato](https://staccato2011.com/)
2011.com/))

**We Are
Staccato**

Our Story

Careers

Videos & Resources

**Shop
Online**

Handguns

Services

Accessories

**Help
Center**

We use cookies to ensure that we give you the best experience on our website.

Ok      No      Privacy policy (https://staccato2011.com/privacy-policy/)

**000191**

**ER_1061**

16/16



000192

ER_1062

# G19

Compact | 9 mm Luger

FIND YOUR DEALER

## The all-round talent

The GLOCK 19 in 9 mm Luger is ideal for a versatile role thanks to its reduced dimensions when compared to the standard sized option. In addition to its use as a conventional service pistol, it is ideal for use as a backup weapon or for concealed carry purpose.

COMPARE        WISHLIST

## Technology



SAFE ACTION® SYSTEM                                              ›



GLOCK PREVIOUS

X



**SAME SIZE - DIFFERENT CALIBER**
The G44 in caliber 22 l.r. features the same size and handling like the G19, making it the perfect pistol for beginners and new shooters.

# <u>TECHNICAL DATA</u>



**Caliber**
9 mm Luger



**System**
Safe Action®



**Mag. Capacity**
Standard: 15
Optional: 17 / 19 / 24 / 31 / 33



**Barrel Length**
102 mm | 4.02 inch



**Weight**
without magazine
600 g | 21.16 oz



**Weight**
with empty magazine
670 g | 23.63 oz



**Weight**
with loaded magazine**
855 g | 30.16 oz



**Trigger Pull\*\*\***
28 N

X



000194

ER_1064

\*\* depending on the ammunition used / \*\*\* depending on the configuration

# DIMENSION

| | | |
|---|---|---|
| **1** | LENGTH (OVERALL)\* | 187 mm \| 7.36 inch |
| **2** | SLIDE LENGTH | 174 mm \| 6.85 inch |
| **3** | WIDTH (OVERALL) | 32 mm \| 1.26 inch |
| **4** | SLIDE WIDTH | 25,5 mm \| 1.0 inch |
| **5** | HEIGHT INCL. MAG. | 128 mm \| 5.04 inch |
| **6** | Sight Radius POLYMER | 153 mm \| 6.02 inch |
| | Sight Radius STEEL | 152 mm \| 5.98 inch |
| | Sight Radius GNS | 151 mm \| 5.94 inch |
| **7** | TRIGGER DISTANCE\* | 71,2 mm \| 2.80 inch |

\* FOR GEN4/GEN5 MODELS and G44: Check out the Gen5, Gen4 and G44 technology pages for medium/large beavertail backstraps (G19X and G45 see below).
Technical Data are rounded and do not reflect tolerances – they may be altered without notice! Subject to technical changes.





COMPARE        WISHLIST

X

000196

ER_1066

# MAGAZINES


## 15 rds
Magazine G19


## 17 rds
Magazine G19+2


## 17 rds
Magazine G17


## 19 rds
Magazine G17+2


## 24 rds
Magazine 24rds


## 31 rds
Magazine 31rds


## 33 rds
Magazine 33rds

Some magazines might not be available in all countries due to legal regulations.

# OPTIONS


## Polymer sights
Fixed polymer sights


## Polymer sights
Adjustable polymer sights




**Steel sights**
Standard steel sights


**Steel sights**
Standard steel sights


**Steel night sights**
Self luminescent steel sights


**Magazine catch**
Flat size


**Magazine catch**
Extended size


**Slide stop lever**
Standard size


**Slide stop lever**
Extended size


**Trigger pull**
Variations of trigger pull


**Threaded barrels**
Increased barrel length


**OD green**
Colored frame


**GLOCK Safety lock**
Intelligent safety with cylinder lock

Some options might not be available in all countries due to legal regulations.

X

CK ACCESSORIES

ER_1068



VIEW ALL

CONTACT AND SUPPORT

Dealer locator

GLOCK Distributors

Download area

General contact request

Technical service and support

Terms and Conditions of Sale

LEGAL

Imprint

Legal information

Data privacy

Do not sell my personal information

NEWSLETTER

GLOCK Newsletter Sign-up

JOIN US

Apply now

X

000199

ER_1069

000200

ER_1070

**CERTIFICATE OF SERVICE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: *Duncan, et al. v. Becerra*
Case No.: 17-cv-1017-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**DECLARATION OF ANNA M. BARVIR IN SUPPORT**
**OF PLAINTIFFS' SUPPLEMENTAL BRIEF; EXHIBITS 23-31 OF 41**

on the following parties by electronically filing the foregoing on December 1, 2022, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Rob Bonta
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General
Kevin J. Kelly
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
kevin.kelly@doj.ca.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2022, at Long Beach, CA.

Laura Palmerin

CERTIFICATE OF SERVICE

17cv1017

**ER_1071**