# STATE OF UTAH
### OFFICE OF THE ATTORNEY GENERAL



# SEAN D. REYES
### ATTORNEY GENERAL

| Spencer E. Austin | Daniel Burton | Ric Cantrell | Melissa A. Holyoak | Brian L. Tarbet |
|---|---|---|---|---|
| Chief Criminal Deputy | General Counsel | Chief of Staff | Solicitor General | Chief Civil Deputy |

December 29, 2023

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:  Brief of Amici Curiae States of Montana, Idaho and 23 Other States
Supporting Plaintiffs-Appellees and Affirmance
*Duncan v. Bonta*, No. 23-55805

Ms. Dwyer,

The State of Utah submits this letter to associate itself with the arguments presented in the Brief of Amici Curiae States of Montana, Idaho and 23 Other States Supporting Plaintiffs-Appellees and Affirmance in *Duncan v. Bonta*, No. 23-55805. Utah was unable to join the brief because of filing deadlines, but agrees with the arguments in the brief and, like Montana, Idaho, and the other Amici States, urges affirmance.

Sincerely,

/s/ Christopher A. Bates

Christopher A. Bates
Deputy Solicitor General
Utah Attorney General's Office
160 East 300 South, 6th Floor
P.O. Box 140854
Salt Lake City, UT 84114

cc: Counsel of Record
    *via CM/ECF*