**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

FEB 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIRGINIA DUNCAN; PATRICK LOVETTE; DAVID MARGUGLIO; CHRISTOPHER WADDELL; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>        Defendant-Appellant. | No. 23-55805<br><br>D.C. No. 3:17-cv-01017-BEN-JLB<br>Southern District of California, San Diego<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

    Oral argument in this en banc case will be held at 9:30 a.m. on Tuesday, March 19, 2024, in Courtroom One of the James R. Browning Courthouse, located at 95 7th Street in San Francisco, California 94119.