**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013-1230

Public: (213) 269-6000
Telephone: (213) 269-6138
E-Mail: Mica.Moore@doj.ca.gov

July 16, 2024

**VIA CM/ECF**

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RE: *Duncan, et al. v. Bonta*, No. 23-55805
<u>Citation of Supplemental Authority</u>

Dear Ms. Dwyer:

    Appellant writes to notify the Court of a development in *Delaware State Sportsmen's Association v. Delaware Department of Safety & Homeland Security*, a case involving a Second Amendment challenge to Delaware's laws restricting assault weapons and magazines holding more than seventeen rounds. The district court denied a preliminary injunction, *see* ___ F. Supp. 3d ____, 2023 WL 2655150 (D. Del. Mar. 27, 2023), and Appellant cited that order in his merits briefs in this appeal, *see* OB 33, 40-42, 47-48, 51; Reply 24. This week, the Third Circuit affirmed the district court's order. *See* Nos. 23-1633, 23-1634 & 23-1641, ___ F.4th ____, 2024 WL 3406290 (3d Cir. July 15, 2024). The Third Circuit "express[ed] no view of the merits." *Id.* at *9; *but see id.* at *9-17 (Judge Roth's concurrence, explaining why plaintiffs are unlikely to succeed on the merits). With respect to the remaining considerations, the Third Circuit concluded that "the [district] court properly found no irreparable harm" and that "the final two factors support denying a preliminary injunction as well." *Id.* at *8.

Sincerely,

*/s/ Mica L. Moore*

MICA MOORE
Deputy Solicitor General

For    ROB BONTA
        Attorney General

cc: All Counsel of Record (via CM/ECF)