**Clement & Murphy**
PLLC

July 18, 2024

**VIA ECF**

Molly Dwyer
Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:    *Duncan v. Bonta*, No. 23-55805

Dear Ms. Dwyer:

      The AG's invocation of *Delaware State Sportsmen's Association v. Delaware Department of Safety & Homeland Security*, Nos. 23-1633, 23-1634 & 23-1641 (3d Cir. July 15, 2024), is puzzling. The Third Circuit said exactly nothing about the merits of the Second Amendment issue before it. *See* Op.27 ("We express no view of the merits."). The Third Circuit's musings about the mechanics of preliminary-injunction analysis in constitutional cases parts company with this Court's decision in *Baird v. Bonta*, 81 F.4th 1036 (9th Cir. 2023)—a fact the Third Circuit explicitly acknowledged, *see* Op.17, 20, but the AG ignores. Finally, the Third Circuit's discussion was confined to the (non-merits) equitable considerations at issue in preliminary-injunction appeals, but *this case* is not a preliminary-injunction appeal; the district court issued a final judgment in Appellees' favor. And for all its musings about preliminary injunctions, not even the Third Circuit suggested that there should be no relief at all against a law that violates the Second Amendment, which California's sweeping ban plainly does. This Court should affirm.

                                     Respectfully submitted,

                                       <u>s/Erin E. Murphy</u>
                                       Erin E. Murphy

                                       *Counsel for Appellees*

Cc: All Counsel of Record