| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | APR 10 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

VIRGINIA DUNCAN; et al.,

    Plaintiffs-Appellees,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

    Defendant-Appellant.

No. 23-55805

D.C. No. 3:17-cv-01017-BEN-JLB
Southern District of California, San Diego

ORDER

Before: MURGUIA, Chief Judge, and S.R. THOMAS, GRABER, WARDLAW, PAEZ, BERZON, IKUTA, HURWITZ, R. NELSON, BUMATAY and VANDYKE, Circuit Judges.

    Appellees' unopposed motion to partially stay issuance of the mandate, Docket No. 93, is GRANTED. The mandate is stayed for ninety (90) days from the date that this order is filed. If, within that period, the Clerk of the Supreme Court advises the Clerk of this Court that a petition for certiorari has been filed, then the mandate shall be further stayed until final disposition of the matter by the Supreme Court.