# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

June 5, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 09 2025

FILED_____
DOCKETED_____
DATE    INITIAL

Re: Virginia Duncan, et al.
v. Rob Bonta, Attorney General of California
Application No. 24A1191
(Your No. 23-55805)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on June 5, 2025, extended the time to and including July 18, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Ms. Erin E. Murphy
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526