UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VIRGINIA DUNCAN; et al.,

    Plaintiffs-Appellees,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

    Defendant-Appellant.

No. 23-55805

D.C. No. 3:17-cv-01017-BEN-JLB
Southern District of California, San Diego

ORDER

Before: MURGUIA, Chief Judge, and S.R. THOMAS, GRABER, WARDLAW, PAEZ, BERZON, IKUTA, HURWITZ, R. NELSON, BUMATAY and VANDYKE, Circuit Judges.

Appellees' unopposed "Motion to Extend the Court's Partial Stay of the Mandate," Docket No. 98, is GRANTED. The mandate is stayed through July 18, 2025. If, within that period, the Clerk of the Supreme Court advises the Clerk of this Court that a petition for certiorari has been filed, then the mandate shall be further stayed until final disposition of the matter by the Supreme Court.