No. 23-55805

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

―――――――――

VIRGINIA DUNCAN; PATRICK LOVETTE;
DAVID MARGUGLIO; CHRISTOPHER WADDELL;
CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California Corporation,

*Plaintiffs-Appellees*,

v.

ROB BONTA, in his official capacity as
Attorney General of the State of California,

*Defendant-Appellant.*

―――――――――

On Appeal from the United States District Court
For the Southern District of California
No. 3:17-cv-01017-BEN-JLB

―――――――――

## APPELLEES' UNOPPOSED NOTICE AND MOTION TO EXTEND THE COURT'S PARTIAL STAY OF THE MANDATE

―――――――――

| | |
|---|---|
| C.D. MICHEL | PAUL D. CLEMENT |
| ANNA M. BARVIR | ERIN E. MURPHY |
| SEAN A. BRADY | *Counsel of Record* |
| MICHEL & ASSOCIATES, P.C. | CLEMENT & MURPHY, PLLC |
| 180 East Ocean Blvd., Suite 200 | 706 Duke Street |
| Long Beach, CA 90802 | Alexandria, VA 22314 |
| (562) 216-4444 | (202) 742-8900 |
| | erin.murphy@clementmurphy.com |

*Counsel for Plaintiffs-Appellees*

July 15, 2025

Pursuant to Rule 41(d)(2) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 41-1, Plaintiffs-Appellees notify this Court that "the time for filing a petition has been extended" for 30 days by the Honorable Associate Justice Elena Kagan, from July 18 to August 17, 2025. *See* Fed. R. App. P. 41(d)(2)(B)(i); Grant of Application To Extend Time, *Duncan v. Bonta*, No. 24A1191 (U.S. July 14, 2025). Accordingly, and for the reasons already mentioned, *see* Dkt.93, Plaintiffs-Appellees respectfully ask this Court to "continue[]" its partial stay of the mandate "for the extended period" ending on August 17, 2025. *Id.*

Plaintiffs have conferred with Defendant-Appellant, and Defendant-Appellant does not oppose this notice and motion to extend the partial stay of the mandate while Plaintiffs-Appellees seek Supreme Court review.

Respectfully submitted,

s/ Erin E. Murphy

| | |
|---|---|
| C.D. MICHEL | PAUL D. CLEMENT |
| ANNA M. BARVIR | ERIN E. MURPHY |
| SEAN A. BRADY | *Counsel of Record* |
| MICHEL & ASSOCIATES, P.C. | CLEMENT & MURPHY, PLLC |
| 180 East Ocean Blvd., Suite 200 | 706 Duke Street |
| Long Beach, CA 90802 | Alexandria, VA 22314 |
| (562) 216-4444 | (202) 742-8900 |
| | erin.murphy@clementmurphy.com |

*Counsel for Plaintiffs-Appellees*

July 15, 2025

# CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 128 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

July 15, 2025

s/Erin E. Murphy
Erin E. Murphy

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the ACMS system.

s/Erin E. Murphy
Erin E. Murphy