UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIRGINIA DUNCAN; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>        Defendant-Appellant. | No. 23-55805<br><br>D.C. No. 3:17-cv-01017-BEN-JLB<br>Southern District of California, San Diego<br><br>ORDER |

Before: MURGUIA, Chief Judge, and S.R. THOMAS, GRABER, WARDLAW, PAEZ, BERZON, IKUTA, HURWITZ, R. NELSON, BUMATAY and VANDYKE, Circuit Judges.

    Appellees' unopposed "Notice and Motion to Extend the Court's Partial Stay of the Mandate," Docket No. 103, is GRANTED. The mandate is stayed through August 17, 2025. If, within that period, the Clerk of the Supreme Court advises the Clerk of this Court that a petition for certiorari has been filed, then the mandate shall be further stayed until final disposition of the matter by the Supreme Court.