# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 11, 2025

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 18 2025

FILED
DOCKETED
DATE        INITIAL

Re: Virginia Duncan, et al.
v. Rob Bonta, Attorney General of California
Application No. 24A1191
(Your No. 23-55805)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Kagan, who on July 11, 2025, extended the time to and including August 17, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Sara Simmons
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Erin E. Murphy
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526