# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 19, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Virginia Duncan, et al.
          v. Rob Bonta, Attorney General of California
          No. 25-198
          (Your No. 23-55805)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 15, 2025 and placed on the docket August 19, 2025 as No. 25-198.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Sara Simmons
                      Case Analyst